Kathy Wahler (purported defendant)
In Care of Postal Department 681
Buncombe: the county
Fletcher: North Carolina:
on the land 28732
In Propria Persona (not Pro Se)
Without counsel

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>　　Defendant. | Case No.: 1:08-CR-00055-RLV-DCK-X1<br><br>**SUBMISSION OF NAMED DEFENDANT FOR SETTLEMENT AND CLOSURE** |

Now comes Kathy Wahler (purported defendant) and respectfully notices this court and judge by submitting the DEFENDANT into court's possession and custody for settlement and closure.

Documents are attached.

Respectfully submitted this 27 day of February 2009.

_(signature)_

Kathy Wahler (purported defendant), Authorized Representative
Good as aval

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | COPY of the forgoing hand delivered, |
| 4 | This _27_ day of _Feburary_, 2008 to: |
| 5 | |
| 6 | Assistant U.S. Attorney |
| 7 | _Jill Rose_ |
| 8 | _Asheville_, North Carolina _____ |
| 9 | |
| 10 | _____ |
| 11 | |
| 12 | |
| 13 | Service performed by: |
| 14 | _Kwabi_ |
| 15 | _PO Box 681_ |
| 16 | _Fletcher NC 28732_ |
| 17 | |

**NORTH CAROLINA STATE BOARD OF HEALTH**
**OFFICE OF VITAL STATISTICS**

# CERTIFICATE OF LIVE BIRTH

2640

**REGISTRATION DISTRICT NO.** 11-95
**REGISTRAR'S CERTIFICATE NO.**

**1. PLACE OF BIRTH**
- a. COUNTY: Buncombe
- b. TOWNSHIP: Asheville
- c. CITY OR TOWN: Asheville — Is Place of Birth Within City Limits? YES [x] NO [ ]
- d. FULL NAME OF HOSPITAL OR INSTITUTION: St. Joseph's

**2. USUAL RESIDENCE OF MOTHER**
- a. STATE: North Carolina
- b. COUNTY: Buncombe
- c. CITY OR TOWN: W- Asheville — In City Limits? YES [x] NO [ ] — On a Farm? YES [ ] NO [x]
- d. STREET ADDRESS or R.F.D. NO.: 39 Tremont St.,

**CHILD**
- 3. FULL NAME: Kathy Marie Ray
- 4. SEX: female
- 5a. THIS BIRTH: SINGLE [x] TWIN [ ] TRIPLET [ ]
- 5b. IF TWIN OR TRIPLET, was child born 1st/2nd/3rd
- 6. DATE OF BIRTH: November 14, 1961

**FATHER**
- 7. FULL NAME: Carter Locke Ray
- 8. COLOR OR RACE: white
- 9. AGE: 20 YEARS
- 10. BIRTHPLACE: N.C.
- 11a. USUAL OCCUPATION: Emp:
- 11b. KIND OF BUSINESS OR INDUSTRY: Three Mountaineers

**MOTHER**
- 12. FULL MAIDEN NAME: Betty Jean Higgins
- 13. COLOR OR RACE: white
- 14. AGE: 20 YEARS
- 15. BIRTHPLACE: N.C.
- 16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth):
  - a. How many OTHER children are now living? 0
  - b. How many OTHER children were born alive but are now dead? 0
  - c. How many fetal deaths? 0

**17. INFORMANT'S NAME AND RELATION TO CHILD:** Mrs. C.L. Ray - mother

**18. MOTHER'S MAILING ADDRESS:**

I hereby certify that this child was born alive on the date stated above at 4:12 A.M.

**19a. ATTENDANT'S SIGNATURE:** Roy M. Peacock — M.D. [x]
**19b. ADDRESS:** Asheville, N.C.
**19c. DATE SIGNED:** 11-14-61

**20. DATE REC'D BY LOCAL REG.:** 11-16-61
**21. REGISTRAR'S SIGNATURE:** H.W. Stevens, M.D.
**22. HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION?** YES [x] NO [ ]

**23. DATE NAME ADDED BY STATE REGISTRAR:**
**24. DATE AMENDED:**

---

North Carolina,
Buncombe County

I, OTTO W. DEBRUHL, Register of Deeds of Buncombe County, do hereby certify that the above information is from Volume 50 Page 2640 of the records of Vital Statistics for Buncombe County, North Carolina.

Witness my hand and official seal this the 3 day of September 19 93

_Julia K. Buckner_
By: Asst./ Deputy / Register of Deeds

_Otto W. DeBruhl_
Register of Deeds

Case 1:08-cr-00055-RLV-DCK   Document 103   Filed 02/27/09   Page 3 of 6

# AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF: NORTH CAROLINA
COUNTY OF: BUNCOMBE
SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

1. NAME (First, Middle, Last) (Type or Print): KATHY RAY WAHLER
2. HOME ADDRESS: 13 PINE BURR RD. ASHEVILLE N.C. 28806
3. TYPE AND DURATION OF OCCUPATION:
4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State):
5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (If any): DEPOSITORY TRUST COMPANY 55 WATER ST. NEW YORK, NEW YORK 10041
6. TELEPHONE NUMBER
   HOME - 828-674-1702
   BUSINESS - 828-254-4546

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
   (a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

   SS# 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
   BIRTH CERTIFICATE 11-95

   (b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

10. SIGNATURE: *[signature]*
11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where appropriate): OPTIONAL FORM 90 AND 91

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:
   a. DATE OATH ADMINISTERED: Feb 26 2009
   b. CITY AND STATE: Fletcher NC
   c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH: Jean W Aiken
   d. SIGNATURE: *[signature]* Jean W Aiken, Notary Public
   e. MY COMMISSION EXPIRES: 07-01-2010

Official Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

# RELEASE OF LIEN ON REAL PROPERTY

Whereas KATHY RAY WAHLER, of 13 PINE BURR RD. ASHEVILLE, NORTH CAROLINA 28806, by a bond
    (Name)                            (Place of Residence)
for the performance of U.S. Government Contract Number 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,
became a surety for the complete and successful performance of said contract, which bond
inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

and recorded this pledge on F45252516
                                              (Name of Land Records)
in the ASHEVILLE                         of NORTH CAROLINA
         (Locality)                            (State)
and

Whereas, I, Kathy Ray Wahler, being a duly
authorized representative of the United States Government as a warranted contracting
officer, have determined that the lien is no longer required to ensure further performance of
the said Government contract or satisfaction of claims arising therefrom,
and

Whereas the surety remains liable to the United States Government for continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the
aforementioned lien.

2/26/09
[Date]

[Signature]
Seal

02-26-2009
Jean D Aiken
Notary Public
Comm Exp - Hend. Cty.
07-01-2010

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas __KATHY RAY WAHLER__ of __13 PINE BURR RD. ASHEVILLE, NORTH CAROLINA 28806__, by a bond
        (Name)                              (Place of Residence)
for the performance of U.S. Government Contract Number __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__,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow
in Account Number __F45252516__ on deposit
at __DEPOSITORY TRUST COMPANY__
        (Name of Financial Institution)

located at __55 WATER STREET NEW YORK, NEW YORK 10041__ and
        (Address of Financial Institution)

Whereas I, __Kathy Ray Wahler__, being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

and
Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to
__DEPOSITORY TRUST COMPANY__
        (Name of Financial Institution)

__2/26/09__                     [Signature]       02-26-2009
[Date]                                            Jean D Laker
                                    Seal          Notary Public - Ikrd. Cty.
                                                  Comm Exp 07-01-2010

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)