I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Man on the Land on North Carolina as a Citizen thereon


Edward William: Wahler
PO Box 681
Fletcher, North Carolina


I, the undersigned, a County Notary, do declare that I witnessed the Man, Edward William of the family Wahler descendants; affix his Signature and Seal to this document.


John Leroy McKinley, a County Notary

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Woman on the Land on North Carolina as a Citizen thereon

Kathy Marie: Wahler
PO Box 681
Fletcher, North Carolina

I, the undersigned, a County Notary, do declare that I witnessed the Man, Kathy Marie of the family Wahler descendants; affix her Signature and Seal to this document.

John Leroy McKinley, a County Notary

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2008 A.D.

A Man on the Land on North Carolina as a Citizen thereon

_____

James Edward: MacAlpine
603 Woodlea Court
Asheville, North Carolina  28806

I, the undersigned, a County Notary, do declare that I witnessed the Man, James Edward of the family MacAlpine descendants; affix his Signature and Seal to this document.

John Leroy McKinley, a County Notary

A Man on the Land on Washington as
a Citizen thereon.  Sui Juris

*Lewis-Vincent: Hughes*

**Lewis-Vincent: Hughes**

March 29, 2008 A.D.

Seal: Right
Thumb Print

"... at the mouths of two Witnesses, or at the mouths of three Witnesses, shall the
matter be established."

**Deuteronomy 19:15**

I, the undersigned, do declare that I witnessed the Man, Lewis Vincent of the family Hughes
descendants, affix his Signature and Seal to this document.

Witness signature

Jeanmarie: Mason
Witness name printed

Seal: Right
Thumb Print

Witness signature

Percy Newby
Witness name printed

Seal: Right
Thumb Print

TO RESPONDENTS:

Office of the Commissioner
Acting Commissioner Kevin M. Brown
Internal Revenue Service
1111 Constitution Ave. N.W.
Washington, D.C. 20224
CERTIFIED MIAL # 7002 2410 0000 2634 8692

Office of Chief Counsel, Donald Korb
1111 Constitution Ave N.W.
Washington, D.C. 20224
CERTIFIED MIAL # 7002 2410 0000 2634 8678

A.M. Tingle
151 Patton Avenue
Asheville, North Carolina 28801
CERTIFIED MIAL # 7002 2410 0000 2634 8685

Third party Mailer:
Lindsey Howell
202 Lindseybrook Trail
Malden, SC 29662

1

TO RESPONDENTS:

OFFICE OF ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001
CERTIFIED MAIL # 7002 2410 0000 2634 8562

OFFICE OF THE DIRECTOR
FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20535-0001
CERTIFIED MAIL # 7002 2410 0000 2634 8579

FEDERAL BUREAU OF INVESTIGATION
U.S. DEPARTMENT OF JUSTICE
ATTN: ANDREW F. ROMAGNUOLO, SPECIAL AGENT
100 OTIS STREET, SUITE 211
ASHEVILLE, NC 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8586

OFFICE OF THE U.S. ATTORNEY
ATTN: JILL ROSE, ASST. U.S.A., OR SUCCESSOR
U.S. COURTHOUSE, RM. 233
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8593

UNITED STATES DISTRICT COURT
ATTN: JUDGE LACY THORNBURG
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8609

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE, E S SWEARINGEN
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801
CERTIFIED MAIL # 7002 2410 0000 2634 8616

UNITED STATES DISTRICT COURT
ATTN: MAGISTRATE JUDGE DENNIS L HOWELL
U.S. COURTHOUSE, RM.309
100 OTIS STREET
ASHEVILLE, NORTH CAROLINA 28801-
CERTIFIED MAIL # 7002 2410 0000 2634 8623

ANTONY TORRES
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8630

MIKE PFEFFER
FEDERAL BUREAU OF INVESTIGATION
1110 3RD AVENUE
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8647

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE MARY ALICE THIELER
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8654

UNITED STATES DISTRICT COURT
JUDGE JOHN C. COUGHENOUR
US COURTHOUSE
700 STEWART STREET, LOBBY LEVEL
SEATTLE, WA 98101
CERTIFIED MAIL # 7002 2410 0000 2634 8661

From:

Lewis-Vincent: Hughes
c/o 16410 - 84th Street NE
Suite D549
Lake Stevens, Washington

Edward-William: Wahler
c/o P.O. Box 681
Fletcher, North Carolina

Michael-James: Hannigan
c/o 217 Paragon Parkway, PMB 142
Clyde, North Carolina

Harry-Lee: Carper
c/o 13 Locust Street
Canton, North Carolina

1

Date: <u>July 13, 2007 A.D.</u>

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | NOTICE TO AGENT IS NOTICE TO PRINCIPAL |
| | ) ss. | NOTICE TO PRINCIPAL IS NOTICE TO AGENT |
| COUNTY OF SNOHOMISH | ) | |

## Affidavit of Fact by Constructive Notice, Demand To Take Cognizance, Offer of Proof of Probative Evidence, and Memorandum of Authorities in Support, And of International Commercial Claim Administrative Remedy

**Declarants** by special visitation are hereby exhausting their administrative remedies by Noticing **Respondents**, its officers, partners, agents, associates, paralegals, contractees, assignees, heirs, employees, all co-parties, and successors.

As an operation of law **Declarants** are required to exhaust their administrative remedies.

As with any administrative process, **Respondents** may controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with evidence in support. **Respondents** may agree and admit to all statements and claims made by **Declarants** by TACIT AGREEMENT by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE:** In the event **Respondents** admit the statements and claims by TACIT AGREEMENT, all issues are deemed settled STARE DECISIS and **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial, nor take further action against **Declarants**. The **Respondents** are then Collaterally Estopped, forever.

**Respondents** are granted 30 days to respond to the statements and claims herein and to provide **Respondents'** own answers to any inquiries.

**In Commerce, everything must be stated in truth.** **Declarants**, private Living Souls, Creditors, Secured Parties, NOT STATUTORY PERSONS, standing upon the land called Washington and upon the Land called North Carolina, both being republics, do solemnly declare, say and state: (1) **Declarants** are competent for stating the matters set forth herewith; (2) **Declarants** have personal knowledge about the facts stated herein; (3) Everything stated in this Affidavit and offer of proof is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not meant to Mislead. **NO THIRD PARTIES ARE ALLOWED.**

**PLAIN STATEMENTS ABOUT THE FACTS:** (a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Un-rebutted Affidavit, Under Commercial Law, can only be satisfied by a Rebuttal about the Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

---

## DEFINITIONS

---

For the purpose of this Affidavit, all sections inclusive, the below listed terms and /or phrases have the following meanings:

The term 'Declarants' means Lewis-Vincent: Hughes, Edward-William: Wahler, Michael James: Hannigan, Harry Lee Carper, all living flesh and blood, immortal souls, actual men, non legal fictions, creditors and

Case.1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 7 of 29

secured parties, Grantors, Declarants, who are non 14th Amendment person entities under the UNITED STATES Constitution;

The term 'Respondents' means all FEDERAL BUREAU OF INVESTIGATION officers, employees, agents, assigns, successors, heirs, and co-parties, fiduciaries of the TRUST and in particular Special Agent Andy Romagnuolo;

The term 'Notice' means Affidavit of Fact by Constructive Notice, Demand To Take Cognizance, Offer of Proof of Probative Evidence, and Memorandum of Authorities in Support, And of International Commercial Claim Administrative Remedy;

The term 'LEWIS V HUGHES, EDWARD W WAHLER, MICHAEL J HANNIGAN and HARRY L. CARPER means non living flesh and blood, a legal fiction, commercial strawmen, constructive trusts, persons, individuals, debtors, artificial entities, Decedents, "dead estates", public vessels;

The term 'person' means an unincorporated corporation, an individual as defined in Presidential Executive Order 6260 of August 1933, a legal fiction, a Decedent, a "dead estate", a public vessel.

1. The United States is an artificial entity (person), made up of words expressed on paper, available for use and to be relied upon by anyone who does business with the United States or that the United States has effect upon;

2. All agents of the United States, natural men, pledge their personal oath with bond, a security, to act exclusively within the written and known authorities of the United States when they appear to operate under its color;

3. Any agent, actors all, acting without the explicit written words empowering the United States, denies the United States its ability, its absolute duty, to fulfill it's obligations and keep it's promises as stated by its written words;

4. There is no defense for acts outside the expressed statements, in writing, issued by the United States for execution by its agents and for, notorious, general, reliance.

**All written statements by the United States or its agents or instrumentalities are offers to perform.**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**To:** All real men, parties, persons, obligors, fiduciaries, beneficiaries, holders of undertakings, instruments or other papers or documents having effect on or from, titled Search Warrant actions Numbered as follows and any and all derivatives thereof, YOU SHALL TAKE HEED AND NOTICE THAT in regards to:

Warrant Case No.: 1:04mc63 against the property and person of Edward-William: Wahler, executed on the a.m. of August 24, 2004 on North Carolina country, Buncombe county; and
Warrant Case No: 1:04mc62 against the property and persons of Michael-James: Hannigan executed on the a.m. of August 24, 2004 on North Carolina country, Haywood county; and
Warrant Case No: 2-2004mj00484 against the property and person of Lewis-Vincent: Hughes, executed on the a.m. of August 24, 2004 on Washington country, Snohomish county; and
Warrant Case No: 1:07mi46 against the property and person of Harry-Lee: Carper, executed on the a.m. of May 21, 2007 on North Carolina country, Haywood county.

a) Full faith and credit, both judicial and non judicial records, is presented;

b) Your Declarants, appearing specially by restricted appearance submit(s), jointly and severally, WRITTEN TESTIMONY, AND OFFER OF PROBATIVE PROOF OF EVIDENCE, ACCORDING TO OFFERED FEDERAL RULES OF EVIDENCE, as accepted.(1) 103 (a) (2) offer of proof, (2) 902, self authentication, 901 (b) illustrations, (1) judges statements, case reports, testimony, public records, methods provided by statute or rule: (3) 903, judges names on case reports authenticated by verified signature as published by the United States: (4) rule 201 (b) (d) (e) (f) MANDITORY JUDICAL NOTICE;

Returned, accepted, and noted for action: it is hereby demanded that you settle, close, and purge all records of any nature whatsoever with respect to Declarants, Edward-William: Wahler, Michael-James: Hannigan, Harry- Lee: Carper, and Lewis-

3

Vincent: Hughes as well as return all property held by said agents and cease and desist from continued acts of terror, false muster, and mixed war against the Declarants and leave Declarants alone.

NOTICE IS HEREBY GIVEN THAT THIS DOCUMENT AND ALL OF ITS ATTACHMENTS WHETHER IN PAPER OR ELECTRONIC MEDIA FORM ARE TO BE MADE A PERMANENT PART OF THE RECORD(S) OF ANY INVESTIGATION BY THE FEDERAL BUREAU OF INVESTIGATION (FBI), INTERNAL REVENUE SERVICE (IRS), U.S. DEPARTMENT OF JUSTICE (DOJ) OR ANY OTHER AGENCY, BUREAU, DEPARTMENT, OFFICE OR OTEHR FORM THAT THE CORPORATE UNITED STATES MAY OPERATE UNDER.

This Affidavit is presented to the recipients in an attempt to comply with the duties imposed upon Citizens of our Constitutional Republic as the Sovereigns for which the government is delegated to operate for their beneficial interest. The Supreme Court has determined that it is not up to the government to keep the government in check, but it is up to the People to keep the government in check.

*Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority.* FEDERAL CROP INS. CORPORATION v. MERRILL et al., 332 U.S. 38

*\*Constructive Notice: Notice arising by presumption of law from the existence of facts and circumstances that a party had a duty to take notice of... notice presumed by law to have been acquired by a person and thus imputed to that person. (Black's Law Dictionary, Seventh Edition)*

The authors of this document have discovered that certain agents and employees of the United States government as an operation of law are operating in excess of jurisdiction and authority under color of law, without specific legislative authority to perform the acts and commissions which the Declarants herein have suffered at the hands of this rogue agent and his co-conspirators.

This Affidavit is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth and Ninth and Tenth Amendments, The Bill of Rights of the North Carolina Constitution, in particular, Sections 1, 2, 3, 4, 18, 19 and 20, 35, the Washington Constitution, and pursuant to your oath, and requires your written response to us specific to the subject matter. Your failure to respond within thirty (30) days, as stipulated, and to rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your assent and acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297.

*"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."*

This letter has been sent by a disinterested third party, specifically a Notary, who will also document any response you make in the form of a sworn rebuttal. Please respond to the Notary whose name appears at the end of this document and not to the Declarants Edward-William: Wahler, Michael-James: Hannigan, Harry-Lee: Carper, and Lewis-Vincent: Hughes.

The Supreme Court has determined that it is not up to the government to keep the government in check, but it is up to the People to keep the government in check. The authors herein, as a result of the purported official acts of terrorism, tyranny, and mixed war committed against them, understand better then most the need to meet the responsibilities elucidated by the Supreme Court of the United States in FEDERAL CROP INS. CORPORATION v. MERRILL supra.

Agent Andrew F. Romagnuolo has caused to be filed in the United States District Court (hereinafter "USDC") at Asheville, North Carolina a false affidavit. He further performed, caused to be performed, and continues to threaten acts of armed aggression toward the Dclarants including various armed invasions, searches, and seizures of property at the homes of the Declarants on North Carolina. As a result of filing a false affidavit against the Declarants, various U.S. Magistrate Judges within United States District Courts were induced to make and issue unlawful Search Warrant(s). Declarants have first-hand knowledge of at least four known armed invasions and searches under authority of Search Warrant(s) applied for and performed or caused to be performed by Andrew F. Romagnuolo.

Agent Andrew F. Romagnuolo's probable cause affidavit is and false fraudulent in at least four specific manifestations:

1) Agent Andrew F. Romagnuolo states that the Declarants were trying to discharge valid debt. This statement is false as clearly demonstrated by the affidavit by Dr. Walker Todd attached to this document. No valuable

consideration was ever given for Declarants promissory notes nor did the "alleged lenders" actually loan anything, but point in fact the Declarants funded these loans with their signatures.

2) Agent Andrew F. Romagnuolo has no delegated authority to investigate Citizens of the several states. In fact 28 USC § 535 specifically limits the authority of the FBI to investigating federal officers and employees. While the FBI routinely operates with impunity anywhere in the world, Declarants respect the rule of law and demand that all agents operating under color of authority of the United States obey the commands of their specific legal authority and go no further.

3) Agent Andrew F. Romagnuolo alleges in his affidavit of probable cause that the Declarants have violated Title 18 sections 371, 514 and 1341. Two problems arise here: First, these specific sections of Title 18 have never been published in the Federal Register as required for proper public notice to be given. And secondly, Title 18 has never been approved as legislation by Congress. As is well documented in the national archives, Title 18 is alleged to have been passed into law on June 25, 1948. However, Congress was not in session for 36 days during that period and could not have passed any legislation into law during the recess that extend prior to and after June 25, 1948.

4) Agent Andrew F. Romagnuolo claims that Declarants used Bills of Exchange to discharge debts in an unlawful manner. As a matter of fact and law, Declarants were aware at the time of the raid in 2004 that at least one federal court and one state court had specifically upheld the legality and effectiveness of using Bills of Exchange to discharge debt. In the case of U.S. v Williamson, a federal judge accepted a bill of exchange to discharge criminal penalties and supervised release provisions of a criminal conviction. In the case of Bank One v Ward, a state judge in Florida found that a Bill of Exchange discharged the defendant's mortgage. (see the exhibits on the enclosed CD for copies of the evidentiary documentation.) Therefore, Agent Andrew F. Romagnuolo has falsely sworn as to Declarants performing criminal acts using Bill of Exchange when he has had the exculpatory evidence on Declarants computers for almost three years and has been informed of this fact during numerous personal interviews regarding the subject matter of the investigation, making his actions of vexatious criminal investigate, armed invasions, terrorism and tyrannical behavior intentional and particularly malicious.

For all of the above reasons and more, Agent Andrew F. Romagnuolo has caused a false affidavit to be filed into a court record and caused damage to Declarants. Agent Andrew F. Romagnuolo is presumed to know the law and ignorance is therefore not a valid excuse. Declarants are therefore providing this opportunity to respond and bring these matters into the open before Agent Andrew F. Romagnuolo makes good on his declared intention to seek an indictment against Declarants and further damages Declarants and commits additional criminal acts against them.

Tax issues are presented in this document since Agent Andrew F. Romagnuolo has used and brought up the term "tax protester(s)" in his Affidavit regarding the specific Search Warrant executed for Lee Carper's home, and various tax-related documents and records have been seized without any known purpose from the Declarants without any known reason. Other similar derogatory statements have been made by Agent Romagnuolo and his peers at various times against the Declarants in the same vein. The same issues surrounding the FBI investigation also pertain to the functions of the IRS and are therefore addressed in order to complete the jurisdictional and legal circle and make clear and certain the scope and subject matter within Declarants' Notice by Affidavit.

# 1. INTRODUCTION:

1. Declarants can find no authority to enforce the provisions cited as authority by Agent Andrew Romagnuolo, including, 18 U.S.C. §371, 18 U.S.C. §541 and 18 U.S.C. §1341 for the reasons identified in sections 3.1 through 3.1.5.

   A. No jurisdiction over the subject matter for the reasons cited in section 3.2.

   B. No jurisdiction over the people as Declarants herein for the reasons cited in section 2.0 and 3.0

2. The reasons justifying this Notice are documented starting in section 3.0 later.

3. This Constructive Notice incorporates both a Verified Affidavit of Material Facts and a Memorandum of Law in Support.

# 2. VERIFIED AFFIDAVIT AND STATEMENT OF MATERIAL FACTS:

We the People and Declarants herein, Edward-William: Wahler, Michael-James: Hannigan, Harry-Lee: Carper, Lewis-Vincent: Hughes, declare, affirm, and say under penalty of perjury under the laws of North Carolina, Washington, and the United States of America that the above and below statements are true, correct, not intended to mislead, and that the Declarants are competent to so affirm in comportment with 28 U.S.C. §1746(1)]:

1. Edward-William: Wahler, Michael-James: Hannigan, and Harry-Lee: Carper, Declarants herein, are American state "Citizens" of North Carolina country, domiciled on North Carolina country, real men standing on the land granted to the

5

People by Treaty with the King through the Treaty of Peace and holding office as We the People. Lewis-Vincent: Hughes, Declarant herein, is an American state Citizen of Washington country, domiciled on Washington country, and a real man standing on the land thereof. Declarants have waived no rights by signature, contract, agreement, silent assent, or other means of any nature by any action or inaction with the "United States", a federal corporation [defined at 28 U.S.C. §3002, §(15)(A-C)], or any sub-jurisdiction or instrumentality such as the State of North Carolina or State of Washington, also referred to as "this state." The "United States" is also defined to mean the "District of Columbia" (26 U.S.C. §§7701(a)(9) and (a)(10).

2. Declarants have been presented with no evidence and believe that none exists that the Declarants herein have not cancelled the constructive trust presumed to exist since their nativity, and as a consequence of formal written notifications of resignation of compelled Social Security Trustee and of legal divorce from the United States have not made null and void *nunc pro tunc* any presumption of any implied or expressed fiduciary duty or beneficiary status with regard to the constructive trust created at nativity or at other times by the United States, its agents, employees, officers, and/or instrumentalities.

3. Declarants have been presented with no evidence and believe that none exists that the offer of performance to Declarants by Andrew F. Romagnuolo, is not in excess of his jurisdiction , fraud and/ or in error due to misidentification, mischaracterization, conversion of political choice, self-aggrandizement, and/or racquetering or for other reasons.

4. Declarants have been presented with no evidence and believe that none exists that the presumptive, constructive, or implied trust [created by the United States and its principals] to indefinitely hold and "administrate" [extort] the affairs [substance] of the Declarants is not already civilly dead and without vital or legal capacity and standing to act due to resignation and change of fiduciary relations by the Declarants in relation to the 'public trust'.

5. Declarants have been presented with no evidence and believe that none exists that as a result of their resignations as compelled trustees and compelled beneficiaries of federal benefits, *nunc pro tunc* to date of their nativity, the Declarants are not free of the presumed status of necessity to perform any duty or satisfy any obligation for the benefit of the United States and/or its undisclosed foreign principals.

6. Declarants have been presented with no evidence and believe that none exists that Declarants are no longer bound to any implied [charitable] or constructive whereby they may be compelled to act for undisclosed parties claiming to hold a legal-commercial interest in their substance.

7. Declarants have been presented with no evidence and believe that none exists that the subject matter "res" of each trust established in name by the United States [and/or its foreign principals] at nativity, has not finally landed nor been delivered to intended destinations; or, are not now quieted from transit no longer waiting delivery in international or interstate trade or commerce; and/or are not instantly free of all subsidiary contracts, annexations, or other appendages affixed to delivery certificates, which may have subordinated or effected their character, status, condition, legal standing, capacity, and rights; and/or the presumption of the trust makers regarding the disposition of the "res" is not now "settled", noted for closure.

8. Declarants have been presented with no evidence and believe that none exists that any action which may arise in the future against the Declarants, does not arise proximately caused or connected to direct expression of the terms and conditions of Andrew F. Romagnuolo's offer of performance to the Declarants.

9. Declarants have been presented with no evidence and believe that none exists that to compel association or to deny or deprive Declarants their rights as non-resident alien state national [Citizens] of the United States of America is not injury-in-fact giving rise to substantial injustice.

10. Declarants have been presented with no evidence and believe that none exists that, the People of a State are not entitled to all rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wendell 9, 20 (1829)

11. Declarants have been presented with no evidence and believe that none exists that the sovereignty of the People did not progress as follows: …"at the Revolution, the sovereignty developed on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects….with none to govern but themselves; the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty." CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp471-472

12. Declarants have been presented with no evidence and believe that none exists that the rights of sovereignty did not extend …"to all persons and things not privileged, that are within the territory."; or that they did not …"extend to all strangers resident therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory."; or that they did not extend to …"all strangers" as being under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection." Carlisle v. United States, 83 U.S. 147, 154 (1873)

6

13. Declarants have been presented with no evidence and believe that none exists that a titled written document referred to as "Constitution of the United States of America, Analysis and Interpretation", consisting of 2710 pages, is not the U.S. Senate's official version of its understanding of the Supreme Court's interpretation of the Constitution of the United States of America.

14. Declarants have been presented with no evidence and believe that none exists that on page 53 of the document titled in #13 above, the Supreme Court does not refer to the Constitution of the United States of America as follows: ..."and that it was made for, and is binding only in the United States of America." *Downes v. Bidwell* 182 U.S. 244, 251 (1901); In re Ross, 140 U.S. 453, 464 (1891)

15. Declarants have been presented with no evidence and believe that none exists that there is not ..." *in our Political System, a government of each of the several states and a government of the United States. Each is distinct from the other and has citizens of its own.* " *US vs. Cruikshank*, 92 US 542

16. Declarants have been presented with no evidence and believe that none exists that there is not ..."*a clear distinction between national citizenship and state citizenship.* " 256 P. 545, affirmed 278 US 123, *Tashiro vs. Jordon.*

17. Declarants have been presented with no evidence and believe that none exists that upholds or supports a finding contrary to, "*The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,*" *US vs. Valentine* 288 F. Supp. 957

18. Declarants have been presented with no evidence and believe that none exists that upholds or supports a finding contrary to, "*The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship.*" *Jones v. Temmer*, 89 F. Supp 1226 .

19. Declarants have been presented with no evidence and believe that none exists that as a general rule men do not " *have natural right to do anything which their inclinations may suggest, if it is not evil in itself, and in no way impairs the rights of others.*" *In Re Newman* (1925), 71 C.A. 386, 235 P. 664.

20. Declarants have been presented with no evidence and believe that none exists that the United States is not "*a foreign corporation with respect to a state.*" *In re Merriam*, 36 N.E. 505, 141 N.Y. 479, affirmed 16 S.Ct. 1073, 163 U.S. 625, 41 L.Ed. 287; 20 C.J.S., Section 1785.

21. Declarants have been presented with no evidence and believe that none exists that Title 28, United States Code, Section 297, does not define the several States of the union as being "freely associated compact states" in subsection (a), and then does not further refer to these feely associated compact states as being "countries" in subsection (b).

22. Declarants have been presented with no evidence and believe that none exists that in 1818, the Supreme Court did not state that "*In the United States of America, there are two (2) separated and distinct jurisdictions, such being the jurisdiction of the states within their own state boundaries; and the other being federal jurisdiction (United States), which is limited to the District of Columbia, the U.S. Territories, and federal enclaves within the states, under Article I, Section 8, Clause 17.*"

23. Declarants have been presented with no evidence and believe that none exists that insofar as the 14th Amendment is concerned, the Amendment does not recognize that "*an individual can be a Citizen of one of the several States without being a citizen of the United States,*" (U.S. v. Anthony, 24 Fed. Cas. 829, 830) or, "*a citizen of the United States without being a Citizen of a State.*" [Slaughter-House Cases, supra; cf. U.S. v. Cruikshank, 92 US 542, 549 (1875)].

24. Declarants have been presented with no evidence and believe that none exists the within the Slaughter-House Cases, supra, the Court did not say what it meant or mean what it said as follows: "*It is quite clear, then, that there exists a citizenship of the United States and a citizenship of a state, which are distinct from each other and which depend upon different characteristics or circumstances of the individual....Of the privileges and immunities of the citizen of the state, and what they respectfully are, we will presently consider; but we wish to state here that it is only the former which are placed by this clause under the protection of the Federal Constitution, and the latter, whatever they may be, are not intended to have any additional protection by this paragraph of the amendment.*"

25. Declarants have been presented with no evidence and believe that none exists that the court has not also ruled that, "*The term 'United States' is a metaphor [figure of speech]*". Cunard S.S. Co. v. Mellon, 262 US 100, 122

26. Declarants have been presented with no evidence and believe that none exists that in Hooven & Allison Co. v. Evatt, 324 US 652, 672-73, the court did not mean what it said or say what it meant in that. "*The term 'United States' may be used in one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of sovereign in a family of nations. It may designate territory over which sovereignty of the United States extends, or it may be a collective name of the states which are united by and under the Constitution.*"

7

27. Declarants have been presented with no evidence and believe that none exists that the above findings of the United States courts are not still good law today.

28. Declarants have been presented with no evidence and believe that none exists that in a more recent case, Crosse v. Bd. Of Supervisors, 221 A.2d 431 (1966), the court did not determine that *"Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state."* Citing U.S. v. Cruikshank, supra.

29. Declarants have been presented with no evidence and believe that none exists that the U.S. courts do not presume an individual to be a federal citizen of the United States or that the U.S. courts do have a duty to inform any individual appearing therein that there are different classes of "citizens"; and that insofar as an individual disputes the standing presumption of the court, the U.S. court did not find *"Unless the defendant can prove he is not a citizen of the United States, the IRS has the right to inquire and determine a tax liability."* U.S. v. Slater, 545 Fed. Supp. 179, 182 (1982)

30. Declarants have been presented with no evidence and believe that none exists that the 14th Amendment was ever ratified. (See Exhibit, book "The Red Amendment")

31. Declarants have been presented with no evidence and believe that none exists that insofar as the controversial 14th Amendment is concerned the Utah Supreme Court did not find *"I cannot believe that any court in full possession of all its faculties, would ever rule that the (14th) Amendment was properly approved and adopted."* State v. Phillips, 540 P.2d 936; Dyett v. Turner, 439 P.2d. 266.

32. Declarants have been presented with no evidence and believe that none exists that Congress did not try to repeal the 14th Amendment in 1967, on the ground that it is invalid, void, and unconstitutional [*ab initio*], CONGRESSIONAL RECORD— HOUSE, June 13, 1967, pg. 15641; and that the nine pages recorded therein do not detail the numerous infirmities that prove the 14th Amendment was never properly ratified, and thus is NO LAW AT ALL.

33. Declarants have been presented with no evidence and believe that none exists that the Declarants are not the Posterity of We the People as proscribed in the Preamble for the Constitution of the United States of America, March 4, 1789. (See Exhibit, Copy of Constitution of the United States for the People and States of the United States of America)

34. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America is not an ironclad contract which can be enforced in a court of law under the statutes of FRAUD, Foreign Sovereign Immunities Act, and other relevant law of the United States and the United States of America under both Articles III and IV of the Constitution, and that the United States District Court(s) is/are bound to take mandatory judicial notice of it.

35. Declarants have been presented with no evidence and believe that none exists that Affiants are not subject to the exclusive jurisdiction, authority, and laws of the United States of America *republic* and subject to all the rights, immunities, and guarantees thereof, *nunc pro tunc*, from the date of their birth on the soil of their respective national countries as "states" of the American Union.

36. Declarants have been presented with no evidence and believe that none exists that all agents and officers of the United States, but specifically law makers, law enforcement, and judges of the United States Courts are not presumed to know the law, or are not bound by oath and bond to uphold the laws thereof, and/or to know that ignorance of the law is no excuse, and gives no immunity.

37. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not American state nationals by birth on the soil of their respective countries as "nation-states" within the American Union of the several republic-states.

38. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not born of flesh-and-blood parents of their respective national countries, being lands beyond the sea and jurisdictions foreign to the UNITED STATES (as defined at #1 above).

39. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not first domiciled in Heaven and secondarily domiciled as a Citizen on the land beyond the sea on North Carolina country or on Washington country, or that the Declarants are not Citizens of one of the several states of the American Union known as the United States of America.

40. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not a Citizen of/on North Carolina country or of/on Washington country with full sovereign capacity as a Foreign Minister as acknowledged in the Foreign Sovereign Immunities Act of 1976 (hereinafter "FSIA") of Oct. 21, 1976, P. L. 94-583, §4(a), 90 Stat. 2892 as amended, (see Title 28 U.S.C. §1330 and §§ 1602 et seq., and Title 18 U.S.C. §§ 112, 1116).

8

41. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are a UNITED STATES citizen, U.S. citizen, "resident" or National of the UNITED STATES, human capital per Presidential Executive Order 13037, or chattel property who owes his/her [compelled] permanent allegiance to the UNITED STATES, in direct contradiction to the Oath of Allegiance to the United States of America "Republic" sworn to every day before the beginning of school as children.

42. Declarants have been presented with no evidence and believe none to exist that Declarant(s) have ever sworn allegiance to the United States exclusive of the United States of America "Republic".

43. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not a Citizen dwelling on North Carolina or on Washington countries; (2) that North Carolina and Washington are not one of the several states of the Union called the United States of America; and/or (3) that said Citizenship or national identity has ever been revoked, cancelled, waived, or nullified for any reason whatsoever.

44. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have not forever declared their family descendants' Citizenship on North Carolina country or on Washington country, being two of the several states of the Union called the United States of America; and have not forever declared loyalty thereto and obedience to the laws thereof; and has not accepted and assumed all rights, duties, and immunities incident thereto.

45. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are note of good moral character.

46. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not at peace with the United States, or that he/she is or ever has been an **enemy combatant**, or is or ever has been an **enemy or enemy ally**, as defined under the TRADING WITH THE ENEMY ACT (hereinafter "TWEA") of 1917 - 40 Stat. 411 as amended by 48 Stat. 1.

47. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not at peace with the United States or have engaged in rebellion against the lawful order of America - 12 Stat. 319; or that Declarant(s) have waged war against America; or that Declarant(s) have affiliations with known dissidents or others who advocate the overthrow of America; or that Declarant(s) do not otherwise stand in good stead with the national Government and People of America.

48. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have not at all times been a **Foreign Minister** and an advocate of the **Gospel of peace**.

49. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) have been classified by a court of competent jurisdiction as a "persons" voluntarily engaged in any corporate privilege of limited liability for the payment of debts; or that the Declarant(s) have engaged in any excise taxable "trade or business" activity for profit or gain in/on North Carolina, Washington, or within the UNITED STATES.

50. Declarants have been presented with no evidence and believe that none exists that in 1868, a new "class" of citizenship was not created under thrust and effect of the 14th Amendment which is "subject" by grant of privilege from a sovereign power (federal Congress) exercising exclusive authority to govern its territory under Article I, Section 8, cl. 17 of the Constitution.

51. Declarants have been presented with no evidence and believe that none exists that by thrust and effect of the 14th Amendment, "Federal citizens" were not created by Congress; and that by the same Amendment it is not self-evident that all state Citizens are created equal; and that they are endowed, not by their government, but by their creator, with certain inalienable rights, and that governments are instituted so secure these rights.

52. Declarants have been presented with no evidence and believe that none exists that it is not self-evident that the sovereign creator can never create an entity (government) and assign more power than what the creator possesses to begin with.

53. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America repealed the Articles of Confederation, but was itself intended only "to make a more perfect union".

54. Declarants have been presented with no evidence and believe that none exists that the creator of government (the people) did not purposely intend to alter their status as MASTER to accept a role as SERVANT to its own creation.

55. Declarants have been presented with no evidence and believe that none exists that the status of the people was not that of creator-MASTER to the government-SERVANT.

56. Declarants have been presented with no evidence and believe that none exists that this fact was not plainly shown throughout the Constitution, but especially set forth in the Tenth Amendment. [cf. United States v. Darby, 312 U.S. 100, 124 (1941); Cooper v. Aaron, 358 U.S. 1 (1958)]

57. Declarants have been presented with no evidence and believe that none exists that Article I, Section 8, Clause 17 does not grant the government "the right to tax and regulate the national citizenship" as an "inherent right under the rule of the Law of Nations, which is part of the law of the United States".

58. Declarants have been presented with no evidence and believe that none exists that in re: The Luisitania, 251 F.715, 732, it was not determined that "This jurisdiction extends to citizens of the United States, wherever resident, for the exercise of the privileges and immunities and protections of [federal] citizenship." Cook v. Tait, (1924) 265 U.S. 37, 44 S.Ct 447, 11 Virginia Law Review, 607"

59. Declarants have been presented with no evidence and believe that none exists that the right of trial by jury in civil cases was not guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U.S. 90); and the right to bear arms was not guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U.S. 252), and that both have not been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgment by the states.

60. Declarants have been presented with no evidence and believe that none exists that in effect the same decision was not made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U.S. 516).

61. Declarants have been presented with no evidence and believe that none exists that the 6th Amendment does not guarantee the right to be confronted by witnesses. (West v. Louisianna, 194 U.s. 258).

62. Declarants have been presented with no evidence and believe that none exists that the privileges and immunities [civil rights] of the 14th Amendment citizens were not derived [taken from] the …the Constitution, and are identical to those referred to in Article IV, Sect 2 of the Constitution [which recognizes the existence of state Citizens who were not citizens of the United States because there was no such class of "citizens" in 1787].

63. Declarants have been presented with no evidence and believe that none exists that RIGHTS are not and cannot be grants from our creator and cannot be but substantively different from the "civil rights" that were granted by Congress to its own brand of franchised "citizens" I the 14th Amendment, which were then comprised by intent of Congress to become the new class of "citizens" made from the effect of emancipation of those who were formerly slaves.

64. Declarants have been presented with no evidence and believe that none exists that a "civil right" is not but a "right given and protected by law [man's law], and a person's enjoyment thereof is not but regulated entirely by the law that creates it. Nickell v. Rosenfield, (1927) 82 CA 369, 375, 255 P. 760.

65. Declarants have been presented with no evidence and believe that none exists that Title 42 of the United States Code does not contain the Civil Rights laws, and that within Title 42 it does not say that "Rights under 42 USCS section 1983 are for citizens of the United States and not of state." Wadleigh v. Newhall (1905, CC Cal) 136 F 941.

66. Declarants have been presented with no evidence and believe that none exists that the people do not have a master-servant relationship to the United States government; and that before the 14th Amendment, there were not but state Citizens and non-citizens; and that the state Citizens were not other than the masters in the relationship to the government the people created; and that after the 14th Amendment was declared to be passed, a new class of citizenship was not then created, which is not but "privileged" and subject to or subordinate to the creator [the federal government].

67. Declarants have been presented with no evidence and believe that none exists that the "corporatism" and "federalization" of the United States has not been a constant, progressive, and strategic development constructively created by intentional acts of fraud, misrepresentation, obfuscation, inducement, coercion, created "emergencies" and crisis events of every sort. (See Exhibit , "The Federalization of the States")

68. Declarants have been presented with no evidence and believe that none exists that the most significant time period for such a restructuring and "federalization" of the Constitutionally-guaranteed Republican form of government  was not primarily during the time of secession of the ten southern states from the Union at the beginning of the grossly misunderstood and mischaracterized  "Civil War" under then President and Commander-in-Chief Abraham Lincoln, through and including the cessation of the War,  President Andrew Johnson's Proclamation of Peace in 1867, and the subsequent Reconstruction Acts orchestrated by a Congressional body that was not lawfully assembled nor acting in or under their lawful status of a peacetime legislative body of the states and the people.

69. Declarants have been presented with no evidence and believe that none exists that the Reconstruction Acts were not themselves an expression of the war powers of the President-Executive and Commander-in-Chief, acting through and upon the legislative body of Congress under direct influence of the military occupational authority of all the states under adopted military law of the Lieber Code; and that said states were not subjected to "occupation" and "military administration" thereby beginning with Lincoln, which has not effectively continued to-date of this writing.

70. Declarants have been presented with no evidence and believe that none exists that the military occupation initiated under Lincoln does not now persist in the most pervasive influence, force, and effect upon the people and the compact states of

10

71. Declarants have been presented with no evidence and believe that none exists that due to the force, effect, and duress on the people during the Reconstruction Period of 1867-68, and the progressive federalization of the United States, state's rights and the rights of the people were forever not abridged to the detriment and prejudice of the people, who are not but the true sovereigns and MASTER of the SERVANT government.

72. Declarants have been presented with no evidence and believe that none exists that the "peace flag" of the united States of America was not set aside and subordinated to the "war flag" of "Old Glory" under military authority during the Civil War; and that the flag of the people of the Union since that time has not been but a military-admiralty flag of the federal United States and its principals since the time of Lincoln-Johnson. (See Exhibit, Flags of the United States)

73. Declarants have been presented with no evidence and believe that, "federalization" and "corporatism" have not arisen together within the Union of states and operated in contiguous militarized "civil" fashion since about 1861-65 operating and regulating the affairs of the people and the states under international admiralty law; and that under admiralty law, true Judicial authority of the United States insofar as the people and the states are concerned is not vested or expressed in its Courts under Article III proceedings since shortly before the declared Bankruptcy of the United States of 1933. (See Exhibit, The Informer, "To Make You Think Series #15" in re: "The Money Trust" and the Bank of England)

74. Declarants have been presented with no evidence and believe that none exists that International Law of Nations is not provided for within the Constitution; and that insofar as the affairs of the people and the states are concerned, admiralty-maritime law and related rules have not been the essential working practicum and underlying law form in/on the land beyond the sea of the several states party to the American Union [due to Lieber Code "occupation"], as well as within the legislatively-created and incorporated "United States"-District of Columbia, Territories, and federal enclaves.

75. Declarants have been presented with no evidence and believe that none exists that federal U.S. admiralty-maritime law and rules have not been in effect operating on the people and the states since before the time of Reconstruction in 1867, and that all proceedings at law today are not essentially in admiralty as a matter of contract and commerce, including all civil and criminal proceedings of the people and the states. (See Exhibits XXX, The Informer, "Admiralty_Why", "Admiralty Rules", "You Are In Admiralty in Tax Cases")

76. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not transient foreigners to the United States/District of Columbia [as defined at 28 U.S.C. §3002(15) or 26 U.S.C. §§7701(a)(9) and (10)] who's primary domicile and allegiance is in Heaven, and who's secondary domicile and allegiance is to the people of the American Union and to the people of North Carolina and Washington.

77. Declarants have been presented with no evidence and believe that none exists that the Declarant(s) are not non-resident aliens to the United States who have not voluntarily or freely elected to NOT be treated as "aliens", "residents", "resident aliens", "taxpayers", "U.S. citizens", "U.S. persons", "personnel", "employers", "employees", "officers", "officials", "agents", "fiduciaries", "beneficiaries", "sureties", "transferees", "guarantors", or "obligors" to/of the "United States" (as defined above).

78. Declarants have been presented with no evidence and believe that none exists that the STATE OF NORTH CAROLINA and STATE OF WASHINGTON are not federal "franchise" instrumentalities doing business under Federal Employer Identification Numbers (hereafter "FEIN") and "sub-jurisdictions of the United States" pursuant to the Congressional Foreign Trade Zone Act (hereinafter "FTZA") enacted June 18, 1934 subsequent to the "national emergency" and bankruptcy of the United States in 1933. (See Exhibit, Letter(s) from State of North Carolina, Secretary of State) (also See Exhibit, Truth Affidavit: Pertaining to the Bankruptcy of the United States, 1933) and (See Exhibit, United States Congressional Record, March 17, 1993 Vol. 33, Page H-1302 and H-1303, Resolution of the Budget AS IT IS WAS REFLECTED IN THE OFFICIAL RECORD AS OF August 9, 2002.

79. Declarants have been presented with no evidence and believe that none exists that the Bankruptcy of the United States, 1933, did not significantly give rise to the subsequent total "reformation" and "reorganization" of the American Union, under the newly –constructed "public trust" which was/is purposed to operate as "public policy" as a direct expression and consequence of House Joint Resolution-192, June 5, 1933, wherein Congress confirmed said Bankruptcy (73rd Congress, 1st Session).

80. Declarants have been presented with no evidence and believe that none exists that the Bankruptcy was not declared and confirmed by then President and Commander-in-Chief, Franklin Delano Roosevelt, 1933, which is now well-settled in the PUBLIC RECORD, Senate Report No. 93-549 (93rd Congress, 1st Session (1973), Presidential Executive Orders 6073, 6102, 6011, 6260, and can be found at 12 U.S.C. 95a).

Case 1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 16 of 29

81. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy did not result in the illegal, unlawful, abrogation, contravention, and denial of the right of the people, the "states", and the United States to pay their debts in LAW by a medium of exchange (as "money of exchange") having substantive value with the characteristic of redeemability, and thus being, by said Act of Congress, left with only the privilege of discharging their debts with private-issue BANKRUPTCY SCRIP having no real value, no intrinsic backing, that circulates "AS" money, with a debt remaining after discharge.

82. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy in 1933 did not cause the earlier *pledge* in 1913-14 of the SERVICES AND ASSETS OF ALL THE PEOPLE to be re-*pledged, reaffirmed, and expanded* by then Governors of the several states, the states' legislatures, and the U.S. Congress toward the "national emergency", and that said *pledge* was not made in perpetuity for the United States and its principals against all of the people, all realty, all personalty, all present reserved wealth, and all future prosperity yet-to be created by their substance, their labor and sweat in equity, and all the rights, immunities, and protections of the people under the Bill of Rights [of the national Constitution for the people and states of the United States of America].

83. Declarants have been presented with no evidence and believe that none exists that said Bankruptcy did not create a want of consideration for the *pledge*, and on all contracts henceforth, and that as a result the people were not without the means of redemption of the pledge except under HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3), and were not otherwise left without recourse, redress, and "remedy" whereby to "redeem" the pledge of or against their substance in all manners of expression, except by force and effect of HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3).

84. Declarants have been presented with no evidence and believe that none exists that insofar as the unconstitutional and illegal abrogation, contravention, denial and deprivation the right of the people to PAY their debts in law with lawful money of exchange, they were not given a "remedy" in law whereby they could redeem the pledge, and that the 'remedy' is not found in law at HJR-192, Public Law 73-10, and 59 S.Ct. 847 (FN3) as a matter of equity and law. (See **Exhibit,** Speech by Louis T. McFadden , In the House of Representatives, 10 June, 1932)

85. Declarants have been presented with no evidence and believe that none exists that insofar as the non-consensual **pledge** against the people was/is concerned, the U.S. Congress and the State Governors did not act with impunity, wholly injurious and detrimental, by fraud and deceit, to the people by depriving them of any right without redress or relief in equity and in law; and which if done, would not further give rise to material injustices, injury-in-fact, and actionable cause as a result on every count where Constitutional rights are at issue.

86. Declarants have been presented with no evidence and believe that none exists that insofar as the non-consensual *pledge* against the people by Congress and the States, and the influence and effect of international bankers in the institutions of the United States and State governments, the subject is not thoroughly and substantially verified in many books, one of which is "The New History of America", and another by T. Daniel Cushing, printed in 1924 titled "Real Money versus False Money- Bank Credits", and the answer is not herein quoted from Cushing's book:

"*The representatives of the American people in Congress assembled chartered national banks, virtually telling them (for the result demonstrated it), "We will issue to you millions of first mortgage bonds upon the property of the people of the United States and pledge the SERVICES AND ASSETS OF ALL THE PEOPLE to redeem at par with interest, and in order that you may pay for them without inconvenience will allow you to deposit them in the United States Treasury, still draw your interest on them, and the Government will allow you to issue 90 percent of the money it will require YOU TO PAY FOR THEM, and we will make your national bank notes absolutely good, by agreeing to redeem them at par.*"

87. Declarants have been presented with no evidence and believe that none exists that the United States and United States of America have not been pitted to operate at odds against each other in every regard under the influence and control of international bankers, ie. the Bank of England, a Rothchild & Sons private international bank created in 1694, since around 1870, which owns virtually every bank within the United States today.

88. Declarants have been presented with no evidence and believe that none exists that a "Money Trust" was not created and founded within the United States prior to and including the illegal "passing" of the Federal Reserve Bank Act, 1913 (in the same year that the "Internal Revenue Service" was also created); and that the powers of the Money Trust were not such that it did not assimilate and consume the very foundations of a republican form of government of and by the people; and that what was created in this country around the time of 1913-14 was in-fact not a Money Trust. From the minutes of the Committee on Banking and Currency of the Senate, Saturday August 1, 1914 comes these quotes:

"*From Mr. Warburg, who was nominated to the Federal Reserve Board, is his statement in answering a question put to him, "Well, the Aldrich bill brings the whole system into 1 unit while this deals with 12 units and unites them again.*"

12

89. Declarants have been presented with no evidence and believe that none exists that Warburg is not stating that the Aldrich bill and the Federal Reserve Act are fundamentally the same. Thus it is not admitted before a committee of the U.S. Senate that Woodrow Wilson. as President of the U.S., had not adopted this despicable subterfuge of creating 12 Federal Reserve Banks in the place of one and then united them in the "Federal" Reserve Board. thus deceiving and betraying the American people into the hands of a legalized "Money Trust," so said T. Daniel Cushing.

90. Declarants have been presented with no evidence and believe that none exists that in the same Senate Committee Mr. Warburg does not describe just who is this Money Trust and who ran the country in 1914: not the Congress or the President's executive; and that they are other than the below named, to wit:

> "This Committee reports that a Money Trust exists in this country composed of J.P. Morgan and Co., The First National Bank of New York, The National City Bank of New York, The First National Bank of New York, Lee Higginson and Co. Of Boston, New York, Kidder, Peabody and Co. Of Boston and New York, and New York, Kuhn, Loeb and Co. Of New York."

91. Affiants have been presented with no evidence and believe that none exists that Mr. Cushing had not read the Committee Reports which in essence stated that the Federal Reserve Act embodies and enlarges the Bank of England scheme of creating debts without lending money: and that the fact is that the **United States Government cannot issue a dollar under this act, or even a federal reserve note, unless a bank borrows it on a debt already created against the borrower; and this note is itself a debt, not money**, being redeemable at the United States Treasury, by the people in gold. Thus the Federal Reserve notes are issued for and entirely controlled by Banking Corporations organized for private gain, and are in no sense Government notes issued in the interest of the people. (See Exhibit, Walker Todd Affidavit)

92. Declarants have been presented with no evidence and believe that none exists that Federal Reserve Notes are not merely worthless private instruments of "flow through" indebtedness characterized by "non-redeemability", which circulate as "currency" or a form of 'legal tender' "AS" 'money' but which is not money, and which cannot be "real money" by nature and fact that Federal Reserve Notes (FRN's) have no intrinsic value whatsoever, even though under act of Congress found at 12 U.S.C.A. §411,

> "they shall be redeemed for lawful money on demand at the Treasury Department of the United States in the city of Washington, District of Columbia, or at any Federal Reserve Bank." (See Exhibit, copy of 12 U.S.C.A. §411), also (See Exhibit, article by Dr. Alan Greenspan, 1966, "Gold and Economic Freedom"), and (See Exhibit XX, U.S. Department of the Treasury website page, "Currency", "Legal Tender Status")

93. Declarants have been presented with no evidence and believe that none exists that the word "Federal" in the word art "Federal Reserve Note" or "Federal Reserve Bank" does not mean "by contract" or "agreement or covenant between parties". (See Exhibit, article, "What Does 'Federal' Really Mean")

94. Declarants have been presented with no evidence and believe that none exists that as early as the time of Lincoln and the subsequent Reconstruction Acts of 1867, there has not been a concerted, systematic effort by members of the legal profession, politicians, international bankers, foreign sovereigns, the "elite" and "aristocracy" of the "monied class" of America and Europe, to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. (See Exhiibt X, article by The Informer: "To Make You Think Series #15")

95. Declarants have been presented with no evidence and believe that none exists that a book, "Real Money versus False Money-Bank Credits", written by T. Daniel Cushing, 1924, does not contain factual information of a material nature which does not verify that there existed a bona fide contract by and between J.P. Morgan & Co., August Belmont & Co., and Messrs. N.M. Rothschild & Sons, London, England, and the United States Treasury. dated February 8, 1895. This contract goes all the way back to July 14, 1870 and takes control and changes every law made on money from that point on which concerns the United States and the United States of America.

96. Declarants have been presented with no evidence and believe that none exists that as early as 1871, with the unconstitutional and illegal passing by then Congress of the Organic Act, [which incorporated the legislatively created District of Columbia and seat of power for the "United States"] there has not been a concerted, systematic effort by members of the legal profession, politicians, international bankers, foreign agents, foreign powers, and foreign sovereigns, the "elite" and "aristocracy" of the "monied class", to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. (See Exhibit, memorandum SEDM, "Corporatization of the Government")

97. Declarants have been presented with no information and believe that none exists that as early as 1933, there has not been a concerted. systematic effort by members of the legal profession, politicians, international bankers. foreign sovereigns, the "elite" and "aristocracy" of the "monied class", to transform what started out to be a constitutional government into essentially a for-profit corporate monopoly. . (See Exhibit, memorandum SEDM, "Corporatization of the Government") and (See Exhibit, Monograph #51 by Walker F. Todd, "From Constitutional Republic to Corporate State: The Federal Reserve Board. 1931-1934").

13

98. Declarants have been presented with no evidence and believe that none exists that the people were not in-fact enjoined to the national emergency and Bankruptcy of 1933 by "pledge", which the people had little real knowledge or understanding of.

99. Declarants have been presented with no evidence and believe that none exists that the people of the states are not the paramount source of prime credit and "faith in credit" for the United States, and are themselves the substantive consideration enjoined and pledged to the national "public debt", yet are themselves without means or capacity to "pay" their debts in law as a consequence of the national bankruptcy of 1933. (See Exhibit, Memorandum of Points and Authorities of Dr. Bruce Weatherly)

100. Declarants have been presented with no evidence and believe that none exists that any person or entity doing business under a FEIN does not have **federal character** under the thrust of a UNITED STATES Public Trust, "Public Policy", and the statutory-administrative "franchise" scheme of the UNITED STATES and its enfranchised federal STATE instrumentalities operating in private, international, municipal, commercial-admiralty law.

101. Declarants have been presented with no evidence and believe that none exists that any person holding and/or doing business under a Social Security Account Number, (hereafter "SSAN") does not have **federal character** under the thrust of a UNITED STATES Public Trust, "Public Policy", and the statutory-administrative "franchise" scheme of the UNITED STATES and its enfranchised federal STATES instrumentalities operating in private, international, municipal commercial-admiralty law.

102. Declarants have been presented with no evidence and believe that none exists that the agents, employees and officers of the STATE OF NORTH CAROLINA , and STATE OF WASHINGTON, are not federally driven enfranchised "persons" which operate under thrust of corporations, sub-jurisdictions, and subsidiaries of the UNITED STATES, and are not doing business in/on North Carolina and Washington countries with "federal character" contrary to the doctrine of separation of powers. (See Exhibit, SEDM memorandum, "Government Conspiracy to Destroy the Separation of Powers"), and (See ExhibitX, book titled, "Whatever Happened to Justice"), and (See ExhibitXX, "The Great IRS Hoax")

103. Declarants have been presented with no evidence and believe that none exists that he/she has not been designated and further treated under-**false muster and mixed war** as an enemy of war by certain identified and unidentified agents, employees and purported officers of the federal UNITED STATES (as defined above); and/or that its federal 'sub-jurisdiction' subsidiary STATE OF NORTH CAROLINA and STATE OF WASHINGTON, do not at all times act in comportment therewith to the detriment of the Declarant(s), apparently due to mistaken identification and designation of each of the Declarant(s) and American people for being an enemy, or enemy ally as defined under the Trading With the Enemy Act (TWEA) as amended at 48 Stat. 1 under the thrust of TWEA - 40 Stat. 411 (see Title 50 U.S.C. Appendix 1-6, 7-39, 41-44, and <u>Stoehr v Wallace,</u> 255 U.S. 239 (1921) contrary to the provisions of the Foreign Sovereign Immunities Act (FSIA).

104. Declarants have been presented with no evidence and believe that none exists that 50 U.S.C. App, §16 does not provide a felony penalty of $100,000.00 and a maximum of ten (10) years in federal prison for each violation of the TWEA or 18 U.S.C. §112(a) (FSIA) by any person convicted of a violation.

105. Declarants have been presented with no evidence and believe that none exists that acts of identified and unidentified federal agents, employees, and purported officers of the UNITED STATES, STATE OF NORTH CAROLINA, and STATE OF WASHINGTON have not engaged in multiple acts of sedition, false muster, and mixed war against the Declarants in particularity, and against the American people in general, amongst other things, with the fore-knowledge and willful intent to undermine the supreme Law of the Land.

106. Declarants have been presented with no evidence and believe that none exists that this Affidavit-Declaration **upon presentment** does not serve as formal CONSTRUCTIVE NOTICE to any agent, employee or purported officer of any corporate federally driven entity doing business under a FEIN, for or as the federally incorporated United States, that the Declarants are not an enemy or ally of an enemy as those terms are defined under the TWEA as amended, and further never engaged in any rebellion or insurrection, and that it is a felony for said agent, employee or purported officer of any corporate federally driven entity to treat the Declarant(s) as such an enemy or ally of an enemy under the thrust of TWEA.

107. Declarants have been presented with no evidence and believe that none exists that by this act, Affidavit, Declaration, and Constructive Notice, will not firmly and squarely set the conditions precedent under the rules of special pleading and restricted appearance in all cases in controversy insofar as the status of each Declarant is concerned pursuant to the provisional remedies of the Foreign Sovereign Immunities Act (FSIA).

108. Declarants have been presented with no evidence and believe that none exists that this Affidavit is not also in the form and nature of a Declaration which is not made under and pursuant to International Law and the Law of Nations, as vouchsafed under the Law of the Declaration penned by Thomas Jefferson without prejudice to any rights.

109. Declarants have been presented with no evidence and believe that none exists that the Articles of Confederation were not Agreed to by Congress on November 15, 1777, signed by the same at Philadelphia, on Pennsylvania on the 9th Day of July, 1778, then ratified and in force, March 1, 1781.

110. Declarants have been presented with no evidence and believe that none exists that within Article I of said Articles, it does not say, *"The Style of this confederacy shall be "The United States of America".*

111. Declarants have been presented with no evidence and believe that none exists that within Article II of said Articles, it does not say, *"Each state retains its sovereignty, freedom, and independence, and every power, jurisdiction and right, which is not by this Confederation expressly delegated to the United States, in Congress assembled."*

112. Declarants have been presented with no evidence and believe that none exists that within Article IV of said Articles, it does not say, *"In determining questions in the United States in Congress assembled, each State shall have one vote."*

113. Declarants have been presented with no evidence and believe that none exists that within Article IX of said Articles, it does not say, *"The United States in Congress assembled shall also have the sole and exclusive right and power of regulating the alloy and value of coin struck by their own authority, or by that of the respective States-fixing the standard and of weights and measures throughout the United States."*

114. Declarants have been presented with no evidence and believe that none exists that within Article IX of said Articles, it does not say, *"The United States in Congress assembled shall have authority to appoint a committee, to sit in the recess of Congress, to be denominated "A Committee of the States" and to consist of one delegate of each state;"*

115. Declarants have been presented with no evidence and believe that none exists that within Article X of said Articles, it does not say, *"The Committee of the States, or any nine of them, shall be authorized to execute in the recess of Congress, such of the powers of Congress as the United States in Congress assembled, by the consent of the nine States, shall from time to time think expedient to vest with them; provided that no power be delegated to the said Committee, for the exercise of which, by the Articles of Confederation, the voice of nine States in the Congress of the United States assembled is requisite."*

116. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, the Federal Convention assembly of eleven sovereign republics did not deliberate on the specific issue of delegation of [any] authority to Congress to incorporate. (See **Exhibit**, Federal Convention, "Committee on Styles" September 15, 1787 at Philadelphia, Pennsylvania)

117. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, in re: the specific issue of delegation of authority to Congress to incorporate was not deliberated as follows: *"**Mr. MADISON** suggested an enlargement of the motion into a power "to grant charters of incorporation where the interest of the U.S. might require & the legislative provisions of individual States may be incompetent."*

118. Declarants have been presented with no evidence and believe that none exists that on September 14, 1787 at Philadelphia, on Pennsylvania, a vote of the eleven several sovereign republics assembled was not taken and the *"power rejected"* to delegate to Congress any authority to incorporate or to grant charters of incorporation, the final vote being 3 *"ay"* and 8 *"no"*; and North Carolina republic, *"no"*.

119. Declarants have been presented with no evidence and believe that none exists that on September 17, 1787 in Convention the draft Constitution of the United States of America was not passed by Resolution.

120. Declarants have been presented with no evidence and believe that none exists that Article I, Section 10, of the Constitution for the United States of America does not provide: *"No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility."*

121. Declarants have been presented with no evidence and believe that none exists that Article III, Section 1, of the Constitution for the United States of America does not provide in part: *"The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish".*

122. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 1, of the Constitution for the United States of America does not provide: *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof".*

Case 1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 20 of 29

123. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 3, of the Constitution for the United States of America does not provide: *"New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress".*

124. Declarants have been presented with no evidence and believe that none exists that Article IV, Section 4 of the Constitution for the United States of America does not provide: *"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."*

125. Declarants have been presented with no evidence and believe that none exists that Alexander Hamilton did not state: *"We are a republic. Real liberty is never found in despotism or in the extremes of democracy."*

126. Declarants have been presented with no evidence and believe that none exists that Article VI of the Constitution for the United States of America does not provide:

    *"All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation."*

    *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any state to the Contrary notwithstanding."*

    *"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."*

127. Declarants have been presented with no evidence and believe that none exists that in re: **"Ratification"** of the new Constitution, Article VII does not provide:

    *"The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.*

        *In Owings v. Speed, the question at issue was whether the Constitution of the United States operated upon an act of Virginia passed in 1788. The Court held it did not, stating in part: "The Conventions of nine States having adopted the Constitution, Congress, in September or October, 1788, passed a resolution in conformity with the opinions expressed by the Convention, and appointed the first Wednesday in March of the ensuing year as the day, and the then seat of Congress as the place, 'for commencing proceedings under the Constitution.'*

        *"Both Governments could not be understood to exist at the same time. The New Government did not commence until the old Government expired. It is apparent that the Government did not commence on the Constitution being ratified by the ninth State; for these ratifications were to be reported to Congress, whose continuing existence was recognized by the Convention, and who were requested to continue to exercise their powers for the purpose of bringing the new Government into operation. In fact, Congress did continue to act as a Government until it dissolved on the 1st of November, by the successive disappearance of its Members. It existed potentially until the 2d of March, the day preceding that on which the Members of the new Congress were directed to assemble.*

        *"The resolution of the Convention might originally have suggested a doubt, whether the Government could be in operation for every purpose before the choice of a President; but this doubt has been long solved, and were it otherwise, its discussion would be useless, since it is apparent that its operation did not commence before the first Wednesday in March 1789 . . . ."*

128. Declarants have been presented with no evidence and believe that none exists that the Bill of Rights, Amendments I thru X inclusively were not added to the Constitution in 1791 as rights of the people of the states party to the Constitution, remain in full force and effect today, having never been amended or rescinded.

129. Declarants have been presented with no evidence and believe that none exists that Amendment I does not provide: *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."* (See Exhibit, Sovereignty Research DVD)

16

130. Declarants have been presented with no evidence and believe that none exists that historically, the right of petition is not the primary right, and the right peaceably to assemble is not a subordinate and instrumental right.

131. Declarants have been presented with no evidence and believe that none exists that today, that the right of peaceable assembly is not, in the language of the Court, *"cognate to those of free speech and free press and is equally fundamental. . . . [It] is one that cannot be denied without violating those fundamental principles of liberty and justice which lie at the base of all civil and political institutions--principles which the Fourteenth Amendment embodies in the general terms of its due process clause. . . . The holding of meetings for peaceable political action cannot be proscribed. Those who assist in the conduct of such meetings cannot be branded as criminals on that score. The question . . . is not as to the auspices under which the meeting is held but as to its purposes; not as to the relation of the speakers, but whether their utterances transcend the bounds of the freedom of speech which the Constitution protects."*

132. Declarants have been presented with no evidence and believe that none exists that the right of assembly was not first before the Supreme Court in 1876 in the famous case of <u>United States v. Cruikshank</u>. [United States v. Cruikshank, 92 U.S 542, 552-53 (1876)] (See Exhibit, Sovereignty Research DVD)

133. Declarants have been presented with no evidence and believe that none exists that the <u>Enforcement Act of 1870</u> [Act of May 31, 1870, ch.114, 16 Stat. 141 (1870)] did not forbade conspiring or going onto the highways or onto the premises of another to intimidate any other person from freely exercising and enjoying any right or privilege granted or secured by the Constitution of the United States. Defendants had been indicted under this Act on charges of having deprived certain citizens of their right to assemble together peaceably with other citizens *"for a peaceful and lawful purpose." While the Court held the indictment inadequate because it did not allege that the attempted assembly was for a purpose related to the Federal Government, its dicta broadly declared the outlines of the right of assembly. "The right of the people peaceably to assemble for the purpose of petitioning Congress for a redress of grievances, or for anything else connected with the powers or the duties of the National Government, is an attribute of national citizenship, and, as such, under the protection of, and guaranteed by, the United States. The very idea of a government, republican in form, implies a right on the part of its citizens to meet peaceably for consultation in respect to public affairs and to petition for a redress of grievances. If it had been alleged in these counts that the object of the defendants was to prevent a meeting for such a purpose, the case would have been within the statute, and within the scope of the sovereignty of the United States."* Absorption of the assembly and petition clauses into the liberty protected by the due process clause of the Fourteenth Amendment means, of course, that the Cruikshank limitation is no longer applicable.

134. Declarants have been presented with no evidence and believe that none exists that illustrative of this expansion is <u>Hague v. CIO</u>, [307 U.S. 496 (1939)] in which the Court, though splintered with regard to reasoning and rationale, struck down an ordinance which vested an uncontrolled discretion in a city official to permit or deny any group the opportunity to conduct a public assembly in a public place. Justice Roberts, in an opinion which Justice Black joined and with which Chief Justice Hughes concurred, found protection against state abridgment of the rights of assembly and petition in the privileges and immunities clause of the Fourteenth Amendment. *"The privilege of a citizen of the United States to use the streets and parks for communication of views on national questions may be regulated in the interest of all; it is not absolute, but relative, and must be exercised in subordination to the general comfort and convenience, and in consonance with peace and good order; but it must not, in the guise of regulation, be abridged or denied."* Justices Stone and Reed invoked the due process clause of the Fourteenth Amendment for the result, thereby claiming the rights of assembly and petition for aliens as well as citizens. *"I think respondents' right to maintain it does not depend on their citizenship and cannot rightly be made to turn on the existence or non-existence of a purpose to disseminate information about the National Labor Relations Act. It is enough that petitioners have prevented respondents from holding meetings and disseminating information whether for the organization of labor unions or for any other lawful purpose."* This due process view of Justice Stone has carried the day over the privileges and immunities approach.

135. Declarants have been presented with no evidence and believe that none exists that later cases did not tend to merge the rights of assembly and petition into the speech and press clauses; and, indeed, all four rights may well be considered as elements of an inclusive right to freedom of expression. Certain conduct may call forth a denomination of petition or assembly, but there seems little question that no substantive issue turns upon whether one may be said to be engaged in speech or assembly or petition. [See United States v. Harriss, 347 U.S. 612 (1954); Eastern R.R. Presidents Conf. v. Noerr Motor Freight, 365 U.S. 127 (1961) and Coates v. City of Cincinnati, 402 U.S. 611 (1971).].

136. Declarants have been presented with no evidence and believe that none exists that Amendment IX does not provide: *"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people".*

137. Declarants have been presented with no evidence and believe that none exists that Amendment X does not provide: *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people".*

17

138. Declarants have been presented with no evidence and believe that none exists that in re: Amendment X, annotated: ["*United States v. Darby*, 312 U.S. 100, 124 (1941)], *"While the Tenth Amendment has been characterized as a 'truism,' stating merely that 'all is retained which has not been surrendered,' [citing Darby], it is not without significance. The Amendment expressly declares the constitutional policy that Congress may not exercise power in a fashion that impairs the States' integrity or their ability to function effectively in a federal system." Fry v. United States*, 421 U.S. 542, 547 n.7 (1975). This policy was effectuated, at least for a time, in National League of Cities v. Usery, 426 U.S. 833 (1976).

139. Declarants have been presented with no evidence and believe that none exists that the Constitution for the United States of America is not an ironclad contract which can be enforced in a court of law under the statutes of fraud and that all United States and State courts are bound to make mandatory judicial notice of it.

140. Declarants have been presented with no evidence and believe that none exists that the law is not clearly established that all persons are deemed responsible to know the law.

141. Declarants have been presented with no evidence and believe that none exists that all OFFICIAL PERSONS is/are not deemed to know the law: *"All persons (public officials, state and federal) are presumed to know the law, and if they act under an unconstitutional enactment of the legislature, they do so at their own peril and must take the consequences"*. [Summer v. Beeler, 50 Inc. 341, 342 (1875)]

142. Declarants have been presented with no evidence and believe that none exists that the law clearly not established that federal jurisdiction may not be assumed or presumed and must be proven.

143. Declarants have been presented with no evidence and believe that none exists that the law is clearly not established that Congress says what it means and means what it says.

144. Declarants have been presented with no evidence and believe that none exists that Original Jurisdiction of a given area, place or people does not stem directly from the ownership of the land.

145. Declarants have been presented with no evidence and believe that none exists that in the case of one of the several United States original jurisdiction does not lie with the free people of the individual state.

146. Declarants have been presented with no evidence and believe that none exists that original jurisdiction in regard to conflicts between Citizens of different jurisdictions, according to our Constitution, does not lie in Article III thereof.

147. Declarants have been presented with no evidence and believe that none exists that The North Carolina Constitution of the Freeman of North Carolina of December 18, 1776 does not state in Article 25 of the Declaration of rights, *"The property of the soil, in a free government, being one of the essential rights of the collective body of the people..."*; and that by this statement it is clear that the property of North Carolina does not <u>rightfully</u> belong to the free people of North Carolina until such time as it is lawfully and constitutionally transferred; and that in point of fact, the property (ownership) of the land is not an <u>essential right</u> of the free people of North Carolina and of the free people of any other of the several republic states party to the Constitution of the United States of America.

148. Declarants have been presented with no evidence and believe that none exists that with respect to North Carolina, the land was not ceded to the People of North Carolina by King George III of England in Article 1 of the Definitive Treaty of Peace, signed in Paris, France in 1783 which states:

> *"His Britannick Majesty acknowledges the said United States, viz. ...., North Carolina,...to be Free, Sovereign, and Independent States; that he treats with them as such; and for himself, his heirs and successors, relinquishes all claims to the government, propriety, and territorial rights of the same, and every part thereof."*

149. Declarants have been presented with no evidence and believe that none exists that President Abraham Lincoln [and the Congressional representatives from the northern states] did not characterize the secession conflict between the northern and southern states of the American Union, "United States", an "insurrection", adopted the military-styled Lieber Code, and suspended the Great Writ of Habeas Corpus between 1861 and 1863.

150. Declarants have been presented with no evidence and believe that none exists that upon vacation of the Congress assembled by the legislators of the ten southern states, then President Lincoln was not left without an operational effective legislative branch of the United States government, and as a result, invoked his Executive Power and issued the first-ever Executive Order by a sitting President.

151. Declarants have been presented with no evidence and believe that none exists that the adoption of the military-style Lieber Code has never been revoked, rescinded, amended, or otherwise made ineffective to-date, and that it is not an underlying and unseen critical element of the United States government as it effects virtually every aspect of the United States operations, both foreign and domestic, including the people of the several states party to the American Union, United States of America.

18

152. Declarants have been presented with no evidence and believe that none exists that the "United States" government was reformed, reorganized, and restyled upon cessation of the "Civil War", without the approval of and contrary to full Congressional assembly, then President and Commander-in-Chief, Andrew Johnson, the states, and the people thereof.

153. Declarants have been presented with no evidence and believe that none exists that President Johnson on July 19, 1867, acting as the Commander and Chief of the United States Military forces, did not state "...*the title of each of these states to the lands and public buildings owned by them has never been disturbed, and not a foot of it has ever been acquired by the United States* (meaning the Federal United States government)..." By this statement it is clear that the military forces of the United States government acting under authority of the resolution of Congress of July 1861, concerning the Object of the Civil War, never conquered any state prior to the passage of the Reconstruction Acts. Therefore the title to the property and the government remain in the hands of the free people of North Carolina. President Andrew Johnson proclaimed the war to be over in a Presidential Proclamation of Peace dated August 20th 1866 in which he stated:

*"And I do further proclaim that the said insurrection is at an end and that peace, order, tranquility, and civil authority now exists in and throughout the whole of the United States of America."*

154. Declarants have been presented with no evidence and believe that none exists that both houses of Congress did not pass Resolutions in July of 1861 stating that the object of the war *"...was not for any purpose of conquest, subjugation or interference with states rights,"* which point was re-iterated by President Johnson in his Proclamation of Peace dated August 20th, 1866.

Declarants have been presented with no evidence and believe that none exists that Governor Jonathan Worth did not surrender the civil government of North Carolina, during a time of presidentially proclaimed peace, to the occupying Federal military forces on July 1st 1868. Said surrender is documented by a letter from Governor Worth, {*North Carolina Archives, Raleigh, North-Carolina, pages 170 and 171, Governor Jonathan Worth's Original Letter book.*} which states in substantial part:

*"Yesterday morning I was verbally notified by Chief Justice Pierson that in obedience to a telegram from General Canby, he would today at 10 A M administer to you (W.W. Holden) the oaths required preliminary to your entering upon the discharge of duties of Civil Governor of the State; – and that there upon you would demand possession of my office.*

*I intimated to the Judge my opinion that such proceeding was premature even under the Reconstruction legislation of Congress and that I should probably decline to surrender the office to you.*

*At sundown yesterday evening I received from Col. Williams, Commandant of this Military Post an extract from General Orders No. 120. – of Gen. Canby as follows;*

*Head Quarters 2nd Military Dist*

*General Orders No 120 }*

*To facilitate the organization of the new State Government, the following appointments are made. To be Governor of North Carolina, W. W. Holden, Governor elect, Jonathan Worth, removed... to take effect July 1st 1868"*

155. Declarants have been presented with no evidence and believe that none exists that that the lawful government of North Carolina was not usurped and replaced by a military order under an occupational military tribunal, pursuant to the Lieber Code, without the consent of the free people of North Carolina, and has not operated since that time under Lieber Code military-civil occupational authority.

156. Declarants have been presented with no evidence and believe that none exists that Governor Jonathan Worth did not state:

*" I do not recognize the validity of the late election, under which you and those cooperating with you claim to be invested with the Civil Government of the State. You have no evidence of your election, save a certificate of a Major General of the United States Army. I regard all of you as, in effect, appointees of the Military power of the United States, and not as "deriving your powers from the consent of those you claim to govern. Knowing however, that you are backed by Military force here, which I could not resist if I would, I do not deem it necessary to offer a futile opposition but vacate the office without the ceremony of actual eviction, offering no further opposition than this, my protest. I would submit to actual expulsion in order to bring before the Supreme Court of the United States the question as to the Constitutionality of the legislation under which you claim to be the rightful Governor of the State, if the past action of that tribunal furnished any hope of a speedy trial. I surrender the office to you under what I deem Military duress, without stopping as the occasion would well justify. To comment upon the singular coincidence that the present State Government is surrendered, as without legality, to him whose own official sanction, but three years ago, declared it valid."*

19

157. Declarants have been presented with no evidence and believe that none exists that the present State of North Carolina and the County of Haywood was not unconstitutionally created by an Act of Congress of March 2nd 1867, namely the first of the Reconstruction Acts, over President Johnson's veto, and in direct contravention of the *Constitution for the United States of America*: or that North Carolina had any representation in said Congress and, that said Reconstruction Acts are not unconstitutional, null and void on their face. The United States Supreme Court has been asked to rule on the validity of said Acts, but has declined to do so. In fact there has been a well documented cover up concerning the unconstitutionality of the Reconstruction Acts. It must be noted that the function of government is not other than to protect the rights of the people. The duty of the Supreme Court is but one of the checks and balances of power.

158. Declarants have been presented with no evidence and believe that none exists that in the words of Alexander Hamilton from Federalist Paper number 78:

"...the courts of justice are to be considered as the bulwarks of a limited Constitution against legislative encroachments... since nothing will contribute so much as this to that independent spirit in the judges which must be essential to the faithful performance of so arduous a duty... it is not otherwise to be supposed that the Constitution could intend to enable the representatives of the people to substitute their will to that of their constituents. It is far more rational to suppose that the courts were designed to be an intermediate body between the people and the legislature in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts. A Constitution is, in fact, and must be regarded by the judges as, a fundamental law."

159. Declarants have been presented with no evidence and believe that none exists that the Supreme Court did not clearly violate their duty to the American people by failing to keep the legislative branch of government from usurping powers. Even though there is no constitutionally delegated authority allowing Congress to annul or abolish existing states, and all powers not delegated to Congress by the Constitution are reserved to the states or to the people, the Supreme Court allowed just such an abuse to happen, as documented in many examples concerning the constitutionality of the Reconstruction Acts.

160. Declarants have been presented with no evidence and believe that none exists that North Carolina Republic, one of the original Republic states of the American Union of the United States of America, was not irrevocably and unlawfully nullified and set aside July 1, 1868.

161. Declarants have been presented with no evidence and believe that none exists that North Carolina Republic was not reconstructed as the "new" "State of North Carolina" by military-legislative usurpations and authority under the Lieber Code.

162. Declarants have been presented with no evidence and believe that none exists that said usurpation was not itself a programmatic orchestration to forever modify the nature and character of the United States and the guaranteed Republican form of government set forth by the Founders; and/or "appointment" of W.W. Holden as a military-styled civil executive authority and "Governor Elect" operating under coercive effect of a military-legislative junta not comprised of many members of the Union North legislators and occupational United States army; and that the foregoing fully comports with the intentions of the Founders and the various legislative and Presidential resolutions and Proclamations of the time.

163. Declarants have been presented with no evidence and believe that none exists that at the end of the Civil War prior to then President Andrew Johnson's Presidential Proclamation of Peace of August 20, 1866, elections were not held in North Carolina in 1865, new Senators and Representatives were not chosen, and those representatives were not denied admittance to Congress.

164. Declarants have been presented with no evidence and believe that none exists that in 1866, the People of North Carolina did not submit a new Constitution to Congress to secure their re-admittance to the Union, but that Constitution was not rejected as well.

165. Declarants have been presented with no evidence and believe that none exists that in 1868, another "constitution", written by a new class of "U.S. citizens", which did not previously exist and which neither recognized the existence of the organic North Carolina Constitution of 1776 nor retained the sovereignty therein contained, was not adopted by said new class of "citizens". There are two (2) crucial points here:

i. *The Free Inhabitants of North Carolina had no representation and neither ordained nor established said constitution (wasn't the Revolutionary War fought over such a situation?) and,*

ii. *Reading the wording, in the Constitution of the United States, of the 13th and 14th Amendments shows that between 1865 and 1868 the term "United States" changed from a plural form "them" to a singular form of "it." This shows the effect of our nation being changed without the consent of the people from a nation based upon rights of the individual State Citizenship to a nation based upon the rights of national federal United States citizenship. We were changed from a nation of several demi-sovereign States governed at the local level by the people themselves*

*within and over a government structure based upon a doctrine of "separation of powers", to a single nation with only one practical citizenship governed at the National level by a modified or reformed "three branch" federal government.*

166. Declarants have been presented with no evidence and believe that none exists that the State of North Carolina and all of its various "County" political subdivisions, are not but de facto federalized corporations, have federal character, are instrumentalities of the federal United States as defined at 28 U.S.C. §3002(15)(A-C), are legally domiciled inside the District of Columbia [the seat of power of the incorporated and national government of the singular "United States"] and are only apparently or superficially diverse or distinct from the United States.

167. Declarants have been presented with no evidence and believe that none exists that the incorporated "State of North Carolina" or "STATE OF NORTH CAROLINA" does not operate under a federally issued "Federal Employer Identification Number 56-6023166.

168. Declarants have been presented with no evidence and believe that none exists that the incorporated "Haywood County" or "HAYWOOD COUNTY" does not operate under "Federal Employer Identification Number 56-6001524.

169. Declarants have been presented with no evidence and believe that none exists that the incorporated City of Waynesville, North Carolina does not operate under "Federal Employer Identification Number" 56-6001367.

170. Declarants have been presented with no evidence and believe that none exists that all of the Counties, all of the Courts, the entire legislature, judiciary, and executive divisions of the incorporated State of North Carolina do not operate under thrust of the federally driven "public trust" under "public policy" as instrumentalities of the United States and the District of Columbia as legislatively created "territories" or "sub-jurisdictions thereof, and cannot express lawful "separation of powers" between the State of North Carolina and the United States, nor any separation of powers between the executive, judicial, and legislative divisions thereof.

171. Declarants have been presented with no evidence and believe that none exists that the "Federalization of the States" did not essentially begin at the outset of the Civil War with Lincoln's Presidential Declaration(s) of War Powers, adoption of the Lieber Code, Suspension of Habeas Corpus, and first Executive Order; and/or that although characterized as a "war of insurrection", and not a "war for conquest" of people or territory, and that at the end of the Civil War, the process of "federalization" of the States was not accelerated by the occupation, maltreatment of the people and the governments of the ten southern "secessionist" States, who were characterized by then Attorney General HENRY STANBERY as "rebel states" in a letter dated June 12, 1867 wherein he proscribes the necessary terms and conditions of satisfaction before re-union of the southern States would be deemed acceptable. (See **Exhibit**, Letter of Attorney General, 12 U.S. Op Atty. Gen. 182), and (See **Exhibit**, DVD Book, "The Federalization of the United States")

172. Declarants have been presented with no evidence and believe that none exists that although "Freeman," and many other crucial ideals disappeared from the North Carolina "constitutions" of 1868 and 1971, several very important points have not remained:

> *North Carolina Constitution of 1776: A Declaration of Rights, made by the Representatives of the Freemen of the state of North Carolina. 1. That all political power is vested in and derived from the people only."*

> *North Carolina Constitution, 1971: "Article I, Sec. 2. Sovereignty of the people. All political power is vested in and derived from the people; all government of right originates from the people, is founded upon their will only..."*

173. Declarants have been presented with no evidence and believe that none exists that with the adoption [or compelled "ratification"] of the controversial 14th Amendment in 1868 as a requirement of the southern States for re-unification within the "Union", the very nature and character of the "people" was not further changed by coercive force. (See **ExhibitX**, Book titled "The Red Amendment")

174. Declarants have been presented with no evidence and believe that none exists that the nature and character of the "people" in relationship to themselves, their "State" government, and the newly-emerged federal "United States" was not in serious question:

> *i. Who are "the people?" In the 1776 Constitution of North Carolina they were the Free Inhabitants of North Carolina; in the 1868 and 1971 Constitution of the State of North Carolina they were Congressionally created Civil Rights Bill/14th Amendment "United States citizens residing in North Carolina. North Carolina Citizens who do not choose to encumber themselves with a citizenship which makes them "completely subject to the jurisdiction of the United States" (Congress) could not vote in 1868 or 1971, and they can not vote today! The form of citizenship upon which our nation was founded, State Citizenship, was virtually annulled by the Civil Rights Act, the Reconstruction Acts and the unconstitutionally passed 14th Amendment of 1868 at the time of "Reconstruction" without the consent of the people affected.*

Case 1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 26 of 29

ii.     *U.S. v. Cruikshank, 92 US 542: "We have in our political system, a government of each of the several states and a government of the United States. Each is distinct from the other and has citizens of its own." {Emphasis respondent's.}*

iii.    *Elk v. Wilkins, 112 US 94: "The persons declared to be citizens are "...all persons born or naturalized in the United States and subject to the jurisdiction thereof.' The evident meaning of these last words is, not merely subject in some respect or degree to the jurisdiction of the United States, but completely subject." {Emphasis respondent's}*

iv.    *Jones v. Temmer, 829 F. Supp. 1226: "The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government. It does not protect those rights which belong to state citizenship." {Emphasis respondent's.}*

175. Declarants have been presented with no evidence and believe that none exists that "federalization" of the Union was not further accelerated and expanded by the United States Congress in its passing of the Organic Act of 1871, wherein the "United States" was incorporated within the ten square mile area styled as "District of Columbia". Although it has never been adjudicated, it appears that the Congress was acting within its legislative authority under Article IV, Section 3, whereby:

*"The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."*

176. Declarants have been presented with no evidence and believe that none exists that the Organic Act of 1871 passed by Congress is not an act of incorporation, which authority to incorporate was expressly rejected and reserved for the States and the people in formal deliberations during the Federal Convention at Philadelphia, on Pennsylvania, September 14, 1787; and/or that the rejection of any authority to incorporate was not for cause and concern that if Congress had such power, it could be easily abused giving rise to mercantile and other monopolies, which would/could be prejudicial to the rights and interests of the people and the States; and/or by the States' clear and certain rejection of the motion brought to a vote, whereby the sovereign Republics could have delegated Congress the power to incorporate, the actual exercise of such power in 1871 by Congress, under any Article of the Constitution was not and does not remain a material issue of fact that is in legal-political controversy, and subject to protest and redress by the People and the States of the American Union, known as the "United States of America".

177. Declarants have been presented with no evidence and believe that none exists that the Union of the several States of the United States of America is not "within the United States" nor "subject to the [legislatively created by Act of Congress] exclusive jurisdiction thereof" and that the several State-republics of the American Union, including North Carolina and Washington, are not and do not remain diverse sovereign republic "states", existing beneath the overbearing and far-reaching strong arm of the federalized incorporated "STATE(S) OF......" the "UNITED STATES", as incorporated and defined at 28 U.S.C. §3002(15)(A-C).

178. Declarants have been presented with no evidence and believe that none exists that the American Union was not occupied under the Lieber Code adopted by Lincoln in 1861-1863 and to the knowledge and belief of anyone who has researched the subject, it has ever been rescinded or revoked, and does not remain the underlying hidden element and significant material issue of "fact" in dispute with the "people" who know and understand such things.

179. Declarants have been presented with no evidence and believe that none exists that the military styled "federalist" "corporatism" operating today, did not take its root at the end of the Civil War with the Reconstruction Act(s), the creation of "new" southern state governments, the compelled re-characterization of the people thereof into being 14th Amendment "U.S. citizens" subject to the exclusive and total jurisdiction of the federal 'government'; and/or that this was not accelerated and expanded with Congress's invoking powers to incorporate, which gave rise to the incorporated "United States" in 1871, and the subsequent "federalization" and eventual "incorporation" of all of the States into a New Deal "union", which was to emerge in another time of crisis and "emergency" in 1933 under Franklin Delano Roosevelt.

180. Declarants have been presented with no evidence and believe that none exists that the Declarants do not belong to the fundamental class of "state nationals" and "Citizens" – Free Inhabitants –those to whom the original jurisdiction of the land [as property] and government of North Carolina and Washington republic-state(s) belong. (See Exhibit, North Carolina Constitution, 1776, inclusive of Bill or Rights, and Exhibit, Washington Constitution, xxxx)

181. Declarants have been presented with no evidence and believe that none exists that said "Citizenship" status and standing is not the inheritance as the Posterity referenced in the Declaration of Independence and lawful birthright of every man/woman/child born on the soil of any of the several republic states.

22

182. Declarants have been presented with no evidence and believe that none exists that there does not exist a clear and certain possibility. even likelihood, that North Carolinians and Washingtonians are not a conquered people. living in a perpetual state of war by their occupier(s) against the Constitution, under the Lieber Code (*a code of martial law. General Order #100, issued by the War Dept. in 1863 under President Lincoln*), operating beneath the machinations of the "Federal government" and/or are not permanently and forever subject to the conquering Federal jurisdiction. The Lieber Code states:

> Lieber Code: "*Article 1: A place, district or country occupied by an enemy stands, in consequence of the occupation, under the Martial Law of the invading or occupying army; whether any proclamation declaring Martial Law, or any public warning to the inhabitants has been issued or not. Martial Law is the immediate and direct effect and consequence of occupation or conquest.*" {Emphasis respondent's}

> "*Article 3: Martial Law in a hostile country consists in the suspension, by the occupying military authority, of the criminal and civil law, and of the domestic administration and government in the occupied place or territory, and in the substitution of military rule and force for the same, as well as in the dictation of general laws...*"

> "*The commander of the forces may proclaim that the administration of all civil and penal law shall continue either wholly or in part, as in times of peace, unless otherwise ordered by the military authority.*" {Emphasis respondent's}

183. Declarants have been presented with no evidence and believe that none exists that the surrender of the civil government of North Carolina, which by Congress was being treated as a conquered country, to the occupying military forces on July 1st 1868 does not fulfill these two articles of the Lieber code; and/or that the creation and operation of a de facto government outside of rightful legitimate authority, according to this, cannot be executed without public notification and it cannot otherwise take on the appearance of having a normal peacetime operation.

184. Declarants have been presented with no evidence and believe that none exists that the extent of governmental operations outside of the Constitution leading to the virtual annulment of the rights of the several American States and their people is not partially documented in Senate Report 93-549, reported by the United States Senate in November of 1973; and/or that although parts of the report are misleading and it does not reveal the entirety of the Constitution's demise, a few excerpts are as follows:

> "*A majority of the people of the United States have lived all their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency... And, in the United States, actions taken by the Government in times of great crisis have – from at least the Civil War – in important ways shaped the present phenomenon of a permanent state of national emergency.*"

> "*In this, what is for all practical purposes, permanent state of emergency, Presidents have exercised numerous powers ... legitimated by that ongoing state of national emergency.*"

> "*Because Congress and the public are unaware of the extent of emergency powers, there has never been any notable congressional or public objection made to this state of affairs. Nor have the courts imposed significant limitations.*"

> "*The president, with the approval of Congress, has thus used as authority for extraordinary actions laws which have no real relationship whatsoever to existing circumstances. As a consequence, a "national emergency" is now a practical necessity in order to carry out what has become the regular and normal method of governmental action. What were intended by Congress as delegations of power to be used only in the most extreme situations and for the most limited durations have become everyday powers; and a state of "emergency" has become a permanent condition.*"

185. Declarants have been presented with no evidence and believe that none exists that Supreme Court Justice Robert Jackson, who is often quoted in his opinion that "*It is not the function of government to keep the citizens from falling into error; it is the function the citizen to keep the government from falling into error,*" is cited in Senate Report 93-549. Justice Jackson, in the majority opinion in the *Youngstown Steele* case concerning what have become everyday powers over the people, states:

> "*The Executive, except for recommendation and veto, has no legislative power. The executive action we have here originates in the individual will of the President and represents an exercise of authority without law. No one, perhaps not even the President, knows the limits of the power he may seek to exert in this instance and the parties affected cannot learn the limit of their rights.*"

186. Declarants have been presented with no evidence and believe that none exists that taken together, all of the above do not show that the original jurisdiction of the soil, government and people of North Carolina and Washington, or any of the several sovereign republic states of the American Union, has never been lawfully transferred to those openly exercising

23

Case 1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 28 of 29

authority within their borders; and/or that it does not also show that the sworn duties of governing officials have been cast aside, and that well documented encroachments and usurpations have not occurred that have absolutely overturned the American Republican form of government guaranteed in the Constitution.

187. Declarants have been presented with no evidence and believe that none exists that exercising one's vested inalienable Constitutional rights, whether enumerated or not, and all others reserved to/for the people, does not include making formal protest of the usurpation thereof, where and when it is obvious and within one's Constitutional interest, duty, and prerogative to do so.

188. Declarants have been presented with no evidence and believe that none exists that as a result of federalization and "corporatization" of all aspects of the "United States" "government", the sovereign several republic states and people thereof have not been wrongly converted into perpetual "debtors in bankruptcy" and "debtors in possession" under International Law of Nations under Chapter 11 proceedings; and/or that the people have not been so converted by various unlawful, intentional, and deceptive means into federal "person(s)" having federal franchise (corporate, trust, legal-commercial) character and status; and/or that all of the "State(s) of...." and their political sub-divisions and municipalities are not federal commercial-corporate franchise "persons" as well doing business as agencies and instrumentalities thereof (as defined at 28 U.S.C. §3002(15)(A-C) thereof. (See Exhibit, SEDM memorandum "Corporatization of the Government") and (See Exhibit, "From Constitutional Republic to Corporate State: The Federal Reserve Board, 1931-1934", Monograph #51 by Walker F. Todd) and (See Exhibit, "Constitutional Foundations of American Economic Power", by Dr. Philip D Bradley and "The American System or the Corporative State?", by Dr. Edwin Vieira, Monograph #48)

189. Declarants have been presented with no evidence and believe that none exists, that as a direct and immediate consequence thereof, U.S. Senate Document No. 43, 73rd Congress, 1st Session (1934), to wit:

> *"The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government, i.e., law, amounting to mere "user" and use must be in acceptance with law and subordinate to the necessities of the State."*

190. Declarants have been presented with no evidence and believe that none exists that every State, every State court, and most every United States (Federal) court do not operate under specific status and authority of a Federal Employer Identification Number, and heretofore are not listed with the public corporation of "DUNN & BRADSTREEM" as to its financial-commercial activity, shareholders etc.

191. Declarants have been presented with no evidence and believe that none exists that said federal "States" and federal "municipalities" were not created by various acts of Congress:

> Foreign Trade Zone Act, Military Reconstruction Acts, Trading with the Enemy Act as amended, Buck Act, Brenton Woods Agreement, 12 USC 95B, Emergency Banking Act, HJR 192 (PL 73-10), Public Safety Tax Act of 1939 and many others..

192. Declarants have been presented with no evidence and believe that none exists that original jurisdiction of the United States and the several States of the American Union does not rest with the people.

193. Declarants have been presented with no evidence and believe that none exists that 'the people' does not have both 'joint' and 'several' (individual) meaning and intent where used in the national Constitution as well as within the State Constitutions, and that the primary intended meaning is not in the "individual" sense.

194. Declarants have been presented with no evidence and believe that none exists that the right to self-preservation is not paramount and not reasonably assumed to be even more fundamental than those rights enumerated or reserved to the people within the Articles of the Constitution and subsequent amendments, Bill of Rights, and that this right amongst other things is not further confirmed by the Article III, U.S. Court of Appeals, For the District of Columbia Circuit, March 9, 2007 in Parker v. District of Columbia (Case No. 04-7041).

195. Declarants have been presented with no evidence and believe that none exists that a critical means by which the "United States" has federalized, "corporatized", and enfranchised (converted, captured, conquered, and occupies) the people, the land, and the governments of his republic states has not been through the development and expanded use of licensed professional "Bar" attorneys of the various "Bar" organizations, and which do not now include the "Federal Bar", "State Bar" [for each State], and the "American Bar Association", all of which are subsidiary and loyal to foreign powers and authorities in England.

196. Declarants have been presented with no evidence and believe that none exists that the system of jurisprudence created within the states of the united States of America and within the federal United States/District of Columbia and the territories, enclaves, and possessions thereof, does not operate under international admiralty law. (See Exhibit, "Why Admiralty", "Admiralty Rules", "You Are in Admiralty Jurisdiction In Tax Cases", and "The Rise of Railroad and

Case 1:08-cr-00055-RLV-DCK   Document 127-2   Filed 10/30/09   Page 29 of 29