drafts, letters of credit, money orders, cashier's checks, safe deposit box keys, records and agreements, correspondence, memoranda, notes, diaries, statistics, letters, telephone toll records, contracts, reports, checks, ledgers, journals, registers, vouchers, slips, bills, calendars, day planners, address books, pads, notebooks, files, logs, lists, bulletins, credit materials, data bases, teletypes, telefaxes, facsimile, invoices, worksheets, graphic records or representations, photographs, slides, drawings, designs, graphs, charts, pictures, sketches, images, films, videotapes, oral records or representations, tapes, disks and other documents evidencing the obtaining, secreting, transfer, and/or concealment of assets, and the obtaining and/or secreting currency equivalents by Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. and other unidentified co-conspirators.

The tax protest and Common Law movements have utilized various forms of fictitious obligations in the past in attempts to discharge lawful debt and Hannigan, Schilling, the Carpers, and Laird have utilized fictitious obligations in the form of altered checks, Bills of Exchange, Bonds, Affidavits of Tender, and Banker's Acceptance as stated previously. Based upon this affiant's knowledge and experience, it is believed that similar fictitious obligations, copies of the fictitious obligations previously submitted in paper or electronic form, supporting documentation and the components to create them, including

9

stamps, sample documents, computer files and programs, and other resources will also be present and in the possession of the Carpers and Laird.

This affiant also believes that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. communicated in various ways to facilitate the criminal activity previously described. Based upon this affiant's training and experience, criminal and conspiratorial communications can include internet based communications including instant messaging and email, telephone, pager, cellular telephone, cellular telephone text messaging, United States mail, Federal Express(FEDEX), United Parcel Service(UPS), Airborne Express, and other courier services.

On the basis of the above described facts, I respectfully submit that there is probable cause to believe that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. created fictitious obligations in violation of Title 18 U.S.C. § 514, committed mail fraud in violation of Title 18 U.S.C. § 1341, and together conspired to commit the aforementioned violations in violation of Title 18 U.S.C. § 371. It is also believed that Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. committed Mail Fraud and engaged in Conspiracy to create Fictitious Obligations and Mail Fraud.

I therefore respectfully request that the Court

issue a search warrant of Joseph Robert Laird Jr.'s residence at 54 Blink Bonny Drive, Waynesville, North Carolina 28786 and Harry Lee Carper and Peggy Lee Carper's residence at 13 Locust Street, Canton, North Carolina 28716 to obtain evidence of mail fraud, creation of fictitious obligations, and communication with Harry Lee Carper, Peggy Lee Carper and Joseph Robert Laird Jr. and other, as yet unknown co-conspirators. A complete listing of items to be seized is included in Appendix A and is fully incorporated herein.

*Andrew E. Romagnuolo*
Special Agent, FBI

Sworn to before me and subscribed in my presence, May 21, 2007, at Asheville, North Carolina

*Dennis L. Howell*
United States Magistrate Judge

11

# Exhibit 3

## Affidavits of Non-Tax Liability

Edward William: Wahler

Kathy Marie: Wahler

James Edward: MacAlpine

Lewis Vincent: Hughes

*Amy R. Murray* (signature)
AMY R. MURRAY
REGISTER OF DEEDS
HAYWOOD COUNTY COURTHOUSE
215 N. MAIN ST.
WAYNESVILLE, NC 28786

*by Deborah J. Schaefer deputy* (signature)



2008000149
HAYWOOD CO, NC FEE $32.00
PRESENTED & RECORDED:
01-04-2008 03:45:14 PM
AMY R. MURRAY
REGISTER OF DEEDS
BY: DEB SCHAEFER
DEPUTY

BK: RB 725
PG: 1709-1715

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Edward William

## THIS IS A NON-DOMESTIC NOTICE

North Carolina state    )
                        ) ss: *KNOW ALL MEN BY THESE PRESENTS*
Buncombe county         )

I, Affiant, who goes by the Christian appellation, Edward William, who is of the family Wahler descendants, a living, breathing flesh-and-blood man under the laws of God, a man standing on the land on North Carolina, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of North Carolina, one of the several states, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in re SEARCH WARRANT CASE NUMBER 1:04 M 63 M, TIGTA Investigation by Timothy E. Penley or any matters relating to this, are true and correct, of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

1. That I am competent to state to the matters set forth herein;

2. That I have personal knowledge of the facts stated herein;

3. That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4. That this affidavit is in response to the offer to contract presented by FBI Agent Andrew Romagnoulo and TIGTA Special Agent Timothy E Penley, regarding a purported violation of Internal Revenue Code, which above agents have care, custody and control of my personal property held in and identified as EDWARD WILLIAM WAHLER Trust which is a property right that is not a commodity pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5. That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal of the 18th Article of Amendment by the ratification of 21st Article of Amendment on December 5, 1933. United States v. Chambers, (1934), 291 U.S. 217; Massey v United States, (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. United States v Constantine (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; United States v Kesterson, (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656. Green v United States (1933, CA9 Idaho) 67 F2d 846 and believe that none exists;

6. That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believe that none exists;

7. That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believe that none exists;

8. That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud, misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever

AFFIDAVIT AND PUBLIC NOTICE

to said entities, or any of their self-passed laws, regulations, statutes, or policies. See 50 U.S.C. 407;

9. That any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with said entities or any others that might be construed to indicate a conclusion contrary to my will and intent were signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation;

10. That I hereby serve actual and constructive notice by this Affidavit that I rescind my signature on any and every papers, documents, adhesion contracts, or "agreements" that I may have signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation, conversion, thereby vitiating all such documents nunc pro tunc ab nitio. "Fraud vitiates the most solemn Contracts, documents and even judgments." (See: U.S. vs. Throckmorton, 98 U.S. 61, pg. 65);

11. That I am not in receipt of any evidence that the Internal Revenue Code does not define a DEBT INSTRUMENT as a bond, debenture, note or certificate or other evidence of indebtedness, IRC § 1275, and believe that none exists;

12. That I am not in receipt of any evidence that the Internal Revenue Code does define "*money*," and believe that none exists;

13. That I am not in receipt of any evidence that the courts have not concluded that money does not embrace bonds, debentures, notes or other evidence of indebtedness per Knox v. Lee, 12 Wall 552, Bank of N.Y. v. New York County, 7 Wall 26, and believe that none exists;

14. That I am not in receipt of any evidence that in the nine thousand pages of the Internal Revenue Code the term "income" has been defined by Congress in light of Eisner v. Macomber, 252 US 189, 206, Ballard v. United States (1976 CA8), 535 F2d 400, 404, and believe that none exists;

15. That I am not in receipt of any evidence that debts that are not redeemable have value per Ontario Bank v. Lighbody, 3 Wend. 101, Eckart v. Burnet, 283 US 140, Helvering v. Price, 309 US 409, Gregory v. Helvering, 293 US 465, Putnam v. Commissioner, 352 U.S. 82 (1956) Williams v. Commissioner, (1977) 429 U.S. 569 and believe that none exists;

16. That I am not in receipt of any evidence that debt instruments like the current Federal Reserve Notes, which lack the ability of redemption, can form the basis of a tax obligation under the IRC or R&TC due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC §§§ 1(f)(3), (4), (5); 63 (c) (4) and HJR 192 and believe that none exists;

17. That I am not in receipt of any evidence that the legal tender status of Federal Reserve Notes as legal tender has not been repealed since 1982, P.L. 96-258, 96 Stat. 877 and believe that none exists;

AFFIDAVIT AND PUBLIC NOTICE

18. That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes; which state: *"This note is legal tender for all debts public and private,"* and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso *"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"* which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believe that none exists;

19. That I am not in receipt of any evidence that the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believe that none exists;

20. That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and there is no money currently in circulation and believe that none exists;

21. That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411 and believe that non exists;

22. That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The *said notes shall be obligations of the United States* and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. *They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"* is still good law and believe that none exists;

23. That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believe that none exists;

24. That I am not in receipt of any evidence that the following quote: "There is a distinction between a 'debt discharged' and a 'debt paid'. When discharged the debt still exists though divested of its character as a legal obligation during the operation of the discharge." <u>Stanek v. White</u>, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believe that none exists;

25. That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first <u>commercial lien</u> on the Federal Reserve Bank and believe that none exists;

26. That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believe that none exists;

AFFIDAVIT AND PUBLIC NOTICE       Page 4 of 7

27. That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars", a unit of measure of silver, under the coinage act of April 4, 1792 and believe that none exists;

28. That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believe that none exists;

29. That I am not in receipt of any evidence that discharging debt via worthless or irredeemable debt instruments does constitute a gain or profit and believe that none exists;

30. That I am not in receipt of any evidence that the U.S. Supreme Court in **Williams v. Commissioner** supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believe that none exists;

31. That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believe that none exists;

32. That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of *actual delivery* of a thing of value per Knox v. Lee, 12 Wall. 552 and believe that none exists;

33. That I am not in receipt of any evidence that a maxim of law does not provide that "The law never requires impossibilities," and believe that none exists;

34. That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 263473283 in the venue of a Foreign Trade Zone of the federal corporate STATE OF NORTH CAROLINA. See IRC § 4612(a)(4)(C), Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date – 1977 ex.s. c 196**: "This 1977 amendatory act is necessary for the immediate preservation of the public peace, health, and safety, the support of the state government and its existing public institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

35. That I am not in receipt of any evidence that for all of my services performed and/or labor provided, I have ever received anything of value in payment for said services and/or labor as a direct result of HJR 192 that would constitute taxable income, and believe that none exist;

36. That I am not in receipt of any evidence that I have not been forced to collect gross receipts of worthless instruments of indebtedness as defined under IRC § § 165(g), 1275, R&TC § 19312 that are in point of fact irredeemable under the mandate of Article I Section 10, Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with the herein sited sections of the IRC and believe that none exists;

37. That I am not in receipt of any evidence that the Constitution for the united States of America is not a constitution of limited delegated authority and that the constitution ever gave

AFFIDAVIT AND PUBLIC NOTICE                                                             Page 5 of 7

Congress the authority to emit bills of credit and that in point of fact, the Committee on Style did not debate and specifically deny the general government by omission the power to emit bills of credit and believe that none exists;

38. That I am not in receipt of any evidence that as a result of HJR 192, I am not forced against my will to discharge obligations in lieu of payment of debt consistent with the federal injunction and requirement of Article I Section 10 of the Constitution of the United States and believe that none exists;

39. That I am not in receipt of any evidence that the forced discharge of debt obligations that are irredeemable can constitute taxable income even though there is no gain or profit to be realized as held by **Williams v. Commissioner** surpa and believe that none exists;

40. That I am not in receipt of any evidence that either the Social Security Administration or the Internal Revenue Service ever informed me of these facts prior to my signing for and accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and fraud by inducement in light of the fact that I was underage at the time of signing said SSAN contract and further, peonage and involuntary servitude are expressly prohibited under the 13th Article of Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207, 49 L Ed 726, 25 S Ct 429.; **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.; **United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia** (1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believe that none exists;

41. That I am not in receipt of any evidence that the corporate United States District Court while squatting in Asheville, North Carolina while doing business under a Federal Employer Tax Identification Number is not required to acknowledge and comply with current Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public debts and public obligations and believe that none exists;

42. That I am not in receipt of any evidence that the fiduciary responsibilities for the EDWARD WILLIAM WAHLER Trust have not been terminated with respect to Affiant by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in PHILDELPHIA, PA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I, the living man no longer have any liabilities to answer for said trust and believe that none exist.

43. That any attempt to compel association with the federal franchise is a theft by conversion of private property into public property and is forced slavery.

44. That I am not in receipt of any evidence that Affiant has ever voluntarily accepted a federal franchise, pledging his property to a public purpose, that Affiant is engaged in a trade or business (the functions of a public office), is a taxpayer, is not a non-taxpayer, is not a non-resident alien and believe that none exists.

45. That by this affidavit, all agents of the Corporate United States are so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and treasury department" under the direct

Case 1:08-cr-00055-RLV-DCK   Document 127-6   Filed 10/30/09   Page 10 of 19

unlimited authority of said agents, as such said agents have ten (10) days to review the foregoing facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this Affiant prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3 as well as each agent's oath;

FURTHER AFFIANT SAITH NOT.

I, **Edward William: Wahler**, a living, breathing, flesh-and-blood man, declare under penalty of perjury pursuant to the laws of North Carolina, one of the several states that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.

Executed by my hand on the 4th day of January, A.D. 2008, at Buncombe County, North Carolina.

> _Edward William: Wahler_
> A Citizen on North Carolina, a foreign
> National to the United States

| North Carolina state | ) | |
|---|---|---|
| | ) | **JURAT** |
| Buncombe County | ) | |

Before me, the undersigned, a Notary Public acting in and for the county of Buncombe and state of North Carolina on this 4th day of January, 2008, personally appeared and known to me to be the identical man, Edward William: Wahler who executed by act and deed the foregoing affidavit and then acknowledged to me his free and voluntary act.

Given under my hand and seal this 4th day of January, 2008.

_Rebekah H Miller_
Notary                                   Seal

My commission expires _February 3, 2008 AD_

AFFIDAVIT AND PUBLIC NOTICE                                   Page 7 of 7

AMY R. MURRAY
REGISTER OF DEEDS
HAYWOOD COUNTY COURTHOUSE
215 N. MAIN ST.
WAYNESVILLE, NC 28786

By: Deborah J. Schaefer
deputy

2008000150
HAYWOOD CO, NC FEE $32.00
PRESENTED & RECORDED:
01-04-2008 03:45:15 PM
AMY R. MURRAY
REGISTER OF DEEDS
BY: DEB SCHAEFER
DEPUTY

BK: RB 725
PG: 1716-1722

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Kathy Marie

## THIS IS A NON-DOMESTIC NOTICE

North Carolina state    )
                        ) ss: *KNOW ALL MEN BY THESE PRESENTS*
Buncombe county         )

    I, Affiant, who goes by the Christian appellation, Kathy Marie, who is of the family Wahler descendants, a living, breathing flesh-and-blood woman under the laws of God, a woman standing on the land on North Carolina, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of North Carolina, one of the several states, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in re SEARCH WARRANT CASE NUMBER 1:04 M 63 M, TIGTA Investigation by Timothy E. Penley or any matters relating to this, are true and correct, of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

AFFIDAVIT AND PUBLIC NOTICE      Page 1 of 7

1. That I am competent to state to the matters set forth herein;

2. That I have personal knowledge of the facts stated herein;

3. That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4. That this affidavit is in response to the offer to contract presented by FBI Agent Andrew Romagnoulo and TIGTA Special Agent Timothy E Penley, regarding a purported violation of Internal Revenue Code, which above agents have care, custody and control of my personal property held in and identified as KATHY MARIE WAHLER Trust which is a property right that is not a commodity pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5. That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal of the 18th Article of Amendment by the ratification of 21st Article of Amendment on December 5, 1933. <u>United States v. Chambers</u>, (1934), 291 U.S. 217; <u>Massey v United States</u>, (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. <u>United States v Constantine</u> (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; <u>United States v Kesterson</u>, (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656.. <u>Green v United States</u> (1933, CA9 Idaho) 67 F2d 846 and believe that none exists;

6. That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believe that none exists;

7. That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believe that none exists;

8. That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud, misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever

AFFIDAVIT AND PUBLIC NOTICE     Page 2 of 7

18. That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes, which state: *"This note is legal tender for all debts public and private,"* and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso *"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"* which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believe that none exists;

19. That I am not in receipt of any evidence that the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believe that none exists;

20. That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and there is no money currently in circulation and believe that none exists;

21. That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411 and believe that non exists;

22. That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The *said notes shall be obligations of the United States* and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. *They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"* is still good law and believe that none exists;

23. That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believe that none exists;

24. That I am not in receipt of any evidence that the following quote: "There is a distinction between a 'debt discharged' and a 'debt paid'. When discharged the debt still exists though divested of its character as a legal obligation during the operation of the discharge." <u>Stanek v. White</u>, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believe that none exists;

25. That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first <u>commercial lien</u> on the Federal Reserve Bank and believe that none exists;

26. That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believe that none exists;

AFFIDAVIT AND PUBLIC NOTICE                                                                 Page 4 of 7

Case 1:08-cr-00055-RLV-DCK   Document 127-6   Filed 10/30/09   Page 14 of 19

... That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars", a unit of measure of silver, under the coinage act of April 4, 1792 and believe that none exists;

28. That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believe that none exists;

29. That I am not in receipt of any evidence that discharging debt via worthless or irredeemable debt instruments does constitute a gain or profit and believe that none exists;

30. That I am not in receipt of any evidence that the U.S. Supreme Court in **Williams v. Commissioner** supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believe that none exists;

31. That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believe that none exists;

32. That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of *actual delivery* of a thing of value per **Knox v. Lee**, 12 Wall. 552 and believe that none exists;

33. That I am not in receipt of any evidence that a maxim of law does not provide that "The law never requires impossibilities," and believe that none exists;

34. That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 238239101 in the venue of a Foreign Trade Zone of the federal corporate STATE OF NORTH CAROLINA. See IRC § 4612(a)(4)(C); Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date – 1977 ex.s. c 196**: "This 1977 amendatory act is necessary for the immediate preservation of the public peace, health, and safety, the support of the state government and its existing public institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

35. That I am not in receipt of any evidence that for all of my services performed and/or labor provided, I have ever received anything of value in payment for said services and/or labor as a direct result of HJR 192 that would constitute taxable income, and believe that none exist;

36. That I am not in receipt of any evidence that I have not been forced to collect gross receipts of worthless instruments of indebtedness as defined under IRC § § 165(g), 1275, R&TC § 19312 that are in point of fact irredeemable under the mandate of Article I Section 10, Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with the herein sited sections of the IRC and believe that none exists;

37. That I am not in receipt of any evidence that the Constitution for the united States of America is not a constitution of limited delegated authority and that the constitution ever gave

AFFIDAVIT AND PUBLIC NOTICE                                                                 Page 5 of 7

not debate and specifically deny the general government by omission the power to emit bills of credit and believe that none exists;

38. That I am not in receipt of any evidence that as a result of HJR 192, I am not forced against my will to discharge obligations in lieu of payment of debt consistent with the federal injunction and requirement of Article I Section 10 of the Constitution of the United States and believe that none exists;

39. That I am not in receipt of any evidence that the forced discharge of debt obligations that are irredeemable can constitute taxable income even though there is no gain or profit to be realized as held by **Williams v. Commissioner** surpa and believe that none exists;

40. That I am not in receipt of any evidence that either the Social Security Administration or the Internal Revenue Service ever informed me of these facts prior to my signing for and accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and fraud by inducement in light of the fact that I was underage at the time of signing said SSAN contract and further, peonage and involuntary servitude are expressly prohibited under the 13th Article of Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207, 49 L Ed 726, 25 S Ct 429.; **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.; **United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia** (1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believe that none exists;

41. That I am not in receipt of any evidence that the corporate United States District Court while squatting in Asheville, North Carolina while doing business under a Federal Employer Tax Identification Number is not required to acknowledge and comply with current Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public debts and public obligations and believe that none exists;

42. That I am not in receipt of any evidence that the fiduciary responsibilities for the KATHY MARIE WAHLER Trust have not been terminated with respect to Affiant by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in PHILDELPHIA, PA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I, the living woman no longer have any liabilities to answer for said trust and believe that none exist.

43. That any attempt to compel association with the federal franchise is a theft by conversion of private property into public property and is forced slavery.

44. That I am not in receipt of any evidence that Affiant has ever voluntarily accepted a federal franchise, pledging his property to a public purpose, that Affiant is engaged in a trade or business (the functions of a public office), is a taxpayer, is not a non-taxpayer, is not a non-resident alien and believe that none exists.

45. That by this affidavit, all agents of the Corporate United States are so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and treasury department" under the direct

facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this Affiant prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3 as well as each agent's oath;

FURTHER AFFIANT SAITH NOT.

I, Kathy Marie: Wahler, a living, breathing, flesh-and-blood woman, declare under penalty of perjury pursuant to the laws of North Carolina, one of the several states that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.

Executed by my hand on the 4th day of January, A.D. 2008, at Buncombe County, North Carolina.

                                                   Kathy Marie: Wahler
                                                   A Citizen on North Carolina, a foreign National to the United States

| | |
|---|---|
| North Carolina state ) | |
| ) | **JURAT** |
| Buncombe County ) | |

Before me, the undersigned, a Notary Public acting in and for the county of Buncombe and state of North Carolina on this 4th day of January, 2008, personally appeared and known to me to be the identical woman, Kathy Marie: Wahler who executed by act and deed the foregoing affidavit and then acknowledged to me her free and voluntary act.

Given under my hand and seal this 4th day of January, 2008.

_____
Notary                                          Seal

My commission expires *February 7, 2008*

AFFIDAVIT AND PUBLIC NOTICE                                      Page 7 of 7

```
200509210947 14 PGS
09-21-2005 02:24pm $45.00
SNOHOMISH COUNTY, WASHINGTON
```

# AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLIGATIONS of Lewis Vincent

## THIS IS A NON-DOMESTIC NOTICE

Washington State       )
                       ) ss: *KNOW ALL MEN BY THESE PRESENTS*
Snohomish County       )

      I, Affiant, who goes by the Christian appellation, Lewis Vincent, who is of the family Hughes descendants, a living, breathing flesh-and-blood man under the laws of God, a man standing on the land on Washington, non-territorial to the United States and therefore without the United States, being of sound mind, and over the age of twenty-one, whose advocate is Jesus, the only Son of the Most High God, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws of the State of Washington, in special visitation, in good faith, with no intention of delaying, nor obstructing, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the judiciary, that the following statements and facts, by special visitation, and any matter(s) in re SUMMONS IN A CRIMINAL CASE, CASE NUMBER CR04-0411C relating to this, are true and correct of Affiant's own first hand knowledge, understanding, and belief, does solemnly swear, declare, and depose and say:

1.    That I am competent to state to the matters set forth herein;

AFFIDAVIT AND PUBLIC NOTICE                                             Page 1 of 8

2. That I have personal knowledge of the facts stated herein;

3. That all the facts stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness I will testify to their veracity;

4. That this affidavit is in response to the commercial presentment titled "SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE," (hereinafter "Report") dated September 16th, A.D. 2005 in CR04-411-JCC, regarding a purported violation of Internal Revenue Code, a copy of which resides in the CASE DOCKET and a copy of which is attached herein as Exhibit A, issued by one MARY ALICE THEILER, a United States Magistrate who was sent to third parties who have care, custody and control of evidence of my personal property held in and identified as LEWIS VINCENT HUGHES Trust which is a property right that is not a commodity pursuant to Title 15 U.S.C. § 17, subject to the taxing authorities of either state or federal legislative jurisdiction;

5. That I am not in receipt of any evidence that the National Prohibition Act (Volstead Act) was not declared inoperative in the union of states party to the Constitution for the United States of America by the Supreme Court of the United States after the repeal the 18th Amendment by the ratification of 21st Amendment on December 5, 1933. United States v. Chambers, (1934), 291 U.S. 217; Massey v United States, (1934) 291 US 608, 78 L Ed 1019, 54 S Ct 532. United States v Constantine (1935) 296 US 287, 80 L Ed 233, 56 S Ct 223, 36-1 USTC ¶ 9009, 35-2 USTC ¶ 9655; United States v Kesterson, (1935) 296 US 299, 80 L Ed 241, 56 S Ct 229, 36-1 USTC ¶ 9010, 35-2 USTC ¶ 9656. Green v United States (1933, CA9 Idaho) 67 F2d 846 and believes that none exist;

6. That I am not in receipt of any evidence that Title III of the Volstead Act was not taken offshore to Puerto Rico and the Virgin Islands on August 27, 1935 ch 740, §17, 49 Stat. 876, Act June 26, 1936, ch 830, Title III, §329(c), 49 Stat. 1957 and subsequently was incorporated into the 1939 Internal Revenue Code as the enforcement authority for the IRC at section 3123 of the 1939 IRC and later amended in the 1954 IRC at section 5318 and later into the 1986 IRC at section 5314 and believes that none exist;

7. That I am not in receipt of any evidence that the application of the Volstead Act in any state of the union party to the Constitution for the United States of America after the passage of the 21st Amendment was not held to be unconstitutional by the case law cited herein and carries felony consequences for any person who seeks to apply the Volstead Act in the union states party to the Constitution for the United States of America on the order of "high crimes and misdemeanors" and believes that none exist;

8. That it is the sincerest religious and spiritual conviction of this Affiant that slavery and peonage are immoral, and violate the First Two Precepts of Commercial Law ("A workman is worthy of his hire" and "Thou shalt not steal"; and "All are equal under the Law"), that fraud,

AFFIDAVIT AND PUBLIC NOTICE                                                                 Page 2 of 8