misrepresentation, nondisclosure, intimidation, deceit, concealment of material fact, lying, and treachery are morally wrong, and that I have absolutely no desire whatsoever to be a "client" (slave), nor am I the creation or chattel property of the Internal Revenue Service, its Principals, the "Corporate United States," [28 U.S.C.§ 3002 (15)(A) (the alter ego for) the Federal Reserve Corporation and the International Monetary Fund], and am not under any obligation whatsoever to said entities, or any of their self-passed laws, regulations, statutes, or policies. See 50 U.S.C. 407;

9. That any and all of the various papers, documents, adhesion contracts, or "agreements" I may have signed with said entities or any others that might be construed to indicate a conclusion contrary to my will and intent were signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation;

10. That I hereby serve actual and constructive notice by this Affidavit that I rescind my signature on any and every papers, documents, adhesion contracts, or "agreements" that I may have signed or accepted by me on the basis of mistake due to lack of full knowledge, fraud by inducement, non-disclosure, concealment of material fact, misrepresentation, duress, and intimidation, thereby vitiating all such documents nunc pro tunc ab nitio. "Fraud vitiates the most solemn Contracts, documents and even judgments." (See: U.S. vs. Throckmorton, 98 U.S. 61, pg. 65);

11. That I am not in receipt of any evidence that the Internal Revenue Code does not define a DEBT INSTRUMENT as a bond, debenture, note or certificate or other evidence of indebtedness. IRC § 1275 and believes that any exist;

12. That I am not in receipt of any evidence that the Internal Revenue Code does define "money," and believes that any exist;

13. That I am not in receipt of any evidence that the courts have not concluded that money does not embrace bonds, debentures, notes or other evidence of indebtedness per Knox v. Lee, 12 Wall 552, Bank of N.Y. v. New York County, 7 Wall 26, and believes that none exist;

14. That I am not in receipt of any evidence that in the nine thousand pages of the Internal Revenue Code the term "income" has been defined by Congress in light of Eisner v. Macomber, 252 US 189, 206, Ballard v. United States (1976 CA8), 535 F2d 400, 404, and believes that none exist;

15. That I am not in receipt of any evidence that debts that are not redeemable have value per Ontario Bank v. Lighbody, 3 Wend. 101, Eckart v. Burnet, 283 US 140, Helvering v. Price, 309 US 409, Gregory v. Helvering, 293 US 465, Putnam v. Commissioner, 352 U.S. 82 (1956) Williams v. Commissioner, (1977) 429 U.S. 569 and believes that any exist;

AFFIDAVIT AND PUBLIC NOTICE                                        Page 3 of 8

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 1 of 28

16.     That I am not in receipt of any evidence that debt instruments like the current Federal Reserve Notes which lack the ability of redemption can form the basis of a tax obligation under the IRC or R&TC due to the diminished fair market value and irredeemable nature of said debt instruments in light of IRC § § § 1(f)(3), (4), (5); 63 (c) (4) and HJR 192 and believes that any exist;

17.     That I am not in receipt of any evidence that current Federal Reserve Notes do obligate the U.S. Government or anybody else to "pay" the face value of said notes as plainly stated in the tender ledger on the face of said notes, which state: *"This note is legal tender for all debts public and private,"* and nowhere on the entire face of the note is the 1950 Federal Reserve Note series proviso *"redeemable in lawful money at the United States Treasury or at any Federal Reserve Bank"* which proviso obligated the U.S. Government or the Federal Reserve Bank to pay the face amount in lawful money which is defined in Bouvier's Law Encyclopedia Dictionary as gold and silver coin per Article I Section 8, Clause 5 and Article I, Section 10, Paragraph 1, Clause 5 of the Constitution for the United States of America or its intrinsic equivalent and believes that any exist;

18.     That I am not in receipt of any evidence that the current Federal Reserve Notes do comply with Title 12 U.S.C. § 411 and believes that none exist;

19.     That I am not in receipt of any evidence that said Federal Reserve Notes are not intrinsically worthless and believes that none exist;

20.     That I am not in receipt of any evidence that current Federal Reserve Notes are obligations of the United States due to the failure of a redemption clause printed on the face of said notes as plainly stated in Title 12 U.S.C. § 411;

21.     That I am not in receipt of any evidence that Title 12 U.S.C. § 411 does not provide: "Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The *said notes shall be obligations of the United States* and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. *They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank,"* is still good law and believes that none exist;

22.     That I am not in receipt of any evidence that said notes described in Title 12 U.S.C. § 411 are in current general circulation and believes that none exist;

23.     That I am not in receipt of any evidence that the following quote "There is a distinction between a 'debt discharged' and a 'debt paid'. When discharged the debt still exists though

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 2 of 28

divested of its character as a legal obligation during the operation of the discharge." <u>Stanek v. White</u>, 172 Minn. 390, 215 N.W. 784, (1927)–Black's Law Dictionary- Revised Fourth Edition page 550 taken from Stanek v White supra is not a true maxim of law and believes that none exist;

24. That I am not in receipt of any evidence that current Federal Reserve Notes are not merely evidence of a debt owed to the Federal Reserve Bank and Federal Reserve Notes are not the first <u>commercial lien</u> on the Federal Reserve Bank and believes that none exist;

25. That I am not in receipt of any evidence that current Federal Reserve Notes are not incompetent in the ability to extinguish any debt obligation and believes that none exist;

26. That I am not in receipt of any evidence that "payment" does not constitute the delivery of money only, denominated "dollars" under the coinage act of April 4, 1792 and believes that none exist;

27. That I am not in receipt of any evidence that Federal Reserve Notes were an attempt by Congress to make dollars valueless and believes that none exist;

28. That I am not in receipt of any evidence that discharging worthless or irredeemable debt instruments does constitute a gain or profit and believes that none exist;

29. That I am not in receipt of any evidence that the U.S. Supreme Court in <u>Williams v. Commissioner</u> supra, held that a debt can be taxed as income even though a debt is something that may never be paid and believes that none exist;

30. That I am not in receipt of any evidence that current Federal Reserve Notes do not meet the description and definition of "note" as defined in the IRC § 1275 as evidence of indebtedness and "worthless security" as defined in IRC § 165(g) and believes that none exist;

31. That I am not in receipt of any evidence that it is not impossible to pay a debt with an instrument that is irredeemable or intrinsically worthless for the simple fact that one cannot *pay* a debt with another debt due to failure of *actual delivery* of a thing of value per Knox v. Lee, 12 Wall. 552 and believes that none exist;

32. That I am not in receipt of any evidence that a maxim of law does not provide that " The law never requires impossibilities," and believes that none exist;

33. That being deprived of standard lawful money of the united States of America, as a result of the national bankruptcy stipulated in House Joint Resolution 192 on June 5, 1933 as indicated in Senate Report # 93-549, affiant denies and disclaims any voluntary participation in any mercantile/maritime admiralty jurisdiction of Social Security Account Number 435708439 in the

AFFIDAVIT AND PUBLIC NOTICE                                    Page 5 of 8

Case 1:08-cr-00055-RLV-DCK    Document 127-7    Filed 10/30/09    Page 3 of 28

venue of Foreign Trade Zone 5 of the federal corporate STATE OF WASHINGTON. See IRC §
4612(a)(4)(C), Title 19 U.S.C. § 81a et seq. and RCW - Chapter 24.46 et. seq., **Effective date –
1977 ex.s. c 196:** "This 1977 amendatory act is necessary for the immediate preservation of the
public peace, health, and safety, the support of the state government and its existing public
institutions, and shall take effect on July1, 1977." [1977 ex.s. c 196 § 8.];

34.     That for all of my services performed and/or labor provided, I have never received
anything of value in payment for said services and/or labor as a direct result of HJR 192 that
would constitute taxable income;

35.     That I am not in receipt of any evidence that I have not been forced to collect gross
receipts of worthless instruments of indebtedness as defined under IRC § 165(g), 1275, R&TC
§ 19312 that are in point of fact irredeemable under the mandate of Article I Section 10,
Paragraph 1, Clause 5 of the Constitution for the united States of America in conjunction with
the herein sited sections of the IRC and believes that none exist;

36.     That I am not in receipt of any evidence that as a result of HJR 192, I am not forced
against my will to discharge obligations in lieu of payment of debt consistent with the federal
injunction and requirement of Article I Section 10 of the Constitution of the United States and
believes that none exist;

37.     That I am not in receipt of any evidence that  the forced discharge of debt obligations that
are irredeemable can constitute taxable income even though there is no gain or profit to be
realized as held by **Williams v. Commissioner** surpa and believes that none exist;

38.     That I am not in receipt of any evidence that either the Social Security Administration or
the Internal Revenue Service ever informed me of these facts prior to my signing for and
accepting any fiduciary obligations under said SSAN which is unethical, unlawful, immoral and
fraud by inducement in light of the fact that I was underage at the time of signing said SSAN
contract and further, Peonage and involuntary servitude are expressly prohibited under the 13th
Amendment and R. S. §1990 [42 U.S.C. § 1994] see **Clyatt v United States** (1905) 197 US 207,
49 L Ed 726, 25 S Ct 429.; **Bailey v Alabama** (1911) 219 US 219, 55 L Ed 191, 31 S Ct 145.;
**United States v Reynolds** (1914) 235 US 133, 59 L Ed 162, 35 S Ct 86; **Taylor v Georgia**
(1942) 315 US 25, 86 L Ed 615, 62 S Ct 415 and believes that none exist;

39.     That I am not in receipt of any evidence that the corporate United States District Court
while squatting in Seattle Washington while doing business under a Federal Employer Tax
Identification Number 91-6211575 is not required to acknowledge and comply with current
Federal Public Policy of House Joint Resolution 192 of June 5, 1933 which discharges all public
debts and public obligations and believes that none exist;

40.     That by this affidavit, pursuant to the Report issued by MARY ALICE THEILER, the

AFFIDAVIT AND PUBLIC NOTICE                                          Page 6 of 8

purported magistrate for the United States District Court squatting in Seattle, Washington venue is so noticed of the foregoing facts and laws that govern and protect my rights that are currently being violated by certain personnel of the "court, justice department and probation department" under the direct authority of said magistrate, as such said magistrate has ten (10) days to review the foregoing facts and laws and further to take the proper steps to cease and desist in the unlawful deprivation of guaranteed rights of this affiant prior to controversy in light of the Canons on Judicial Conduct - Canons 1, 2 and 3;

41.     That I am not in receipt of any evidence that the fiduciary responsibilities for the LEWIS VINCENT HUGHES Trust have not been transferred back to the original fiduciary for said trust, that being the STATE REGISTRAR for the COMMONWEALTH OF PENNSYLVANIA, one CHARLES HARDESTER, by the filing of an executed I.R.S. Form 56 with the INTERNAL REVENUE SERVICE CENTER in FRESNO, CA and with a copy being sent to the COMMISSIONER OF INTERNAL REVENUE in WASHINGTON, D.C. and that I the living man no longer have any liabilities to answer for said trust and believes that none exist.


FURTHER AFFIANT SAITH NOT.


I, Lewis-Vincent: Hughes, a living, breathing, flesh-and-blood man, declare under penalty of perjury pursuant to the laws of the State of Washington that the foregoing is true, correct, complete and not meant to mislead and I believe accurate based upon my current knowledge, understanding, and belief.


Executed by my hand on _21 st_ day of _September_, A.D. 2005, at _Lake Stevens_, Washington.


_Lewis-Vincent: Hughes_
Lewis-Vincent: Hughes
A Citizen on Washington, a foreign National to the United States

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 5 of 28

STATE OF WASHINGTON          )

COUNTY OF SNOHOMISH       )     **JURAT**

                 )

Before me the undersigned a Notary Public acting in and for the County of Snohomish and State

of Washington on this _21_ day of _Sept_, 2005, personally appeared and known to

me to be the identical man, Lewis-Vincent: Hughes who executed by act and deed the foregoing

affidavit and then acknowledged to me his free and voluntary act.


Given under my hand and seal this _21_ day of _Sept_, 2005.



_Janice A Rosenkranz_

Notary


My commission expires _10-19-06_

Lewis-Vincent: Hughes
c/o 16410 - 84th Street NE
Suite D549
Lake Stevens, Washington.

Edward-William: Wahler
c/o P.O. Box 681
Fletcher, North Carolina

Michael-James: Hannigan
c/o 217 Paragon Parkway, PMB 142
Clyde, North Carolina

Harry-Lee: Carper
c/o 13 Locust Street
Canton, North Carolina

Contract Tracking No. HWHAR070207
Secured Parties
hereinafter "Declarants"

Special Agent Andy Romagnuolo,
FEDERAL BUREAU OF INVESTIGATION,
all partners, agents, associates, parallegals, contractees, assignees, heirs, Federal employees, successors,
Suite 211
151 Patton Ave
ASHVILLE, NORTH CAROLINA 28801
hereinafter "Respondents"

Date: <u>July 02, 2007 A.D.</u>

STATE OF WASHINGTON      )      NOTICE TO AGENT IS NOTICE TO PRINCIPAL
     ) ss.      NOTICE TO PRINCIPAL IS NOTICE TO AGENT
COUNTY OF SNOHOMISH      )

## NOTICE OF ACCEPTANCE TO CONTRACT
AND OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Case 1:08-cr-00055-RLV-DCK    Document 127-7    Filed 10/30/09    Page 7 of 28

Declarants by visitation are hereby exhausting their administrative remedies by Noticing **Respondents**, its officers, partners, agents, associates, paralegals, contractees, assignees, heirs, employees, all co-parties, and successors.

As an operation of law **Declarants** are required to exhaust their administrative remedies.

As with any administrative process, **Respondents** may controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with evidence in support. **Respondents** may agree and admit to all statements and claims made by **Declarants** by TACIT AGREEMENT by simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE:** In the event **Respondents** admit the statements and claims by TACIT AGREEMENT, all issues are deemed settled STARE DECISIS and **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial, nor take further action against **Declarants**. The **Respondents** are then Collaterally Estopped, forever.

**Respondents** are granted 30 days to respond to the statements and claims herein and to provide **Respondents'** own answers to any inquiries.

**In Commerce, everything must be stated in truth.** Declarants, private Living Souls, Creditors, Secured Parties, **NOT STATUTORY PERSONS**, standing upon the land called Washington and upon the Land called North Carolina, both being republics, do solemnly declare, say and state: (1) **Declarants** are competent for stating the matters set forth herewith; (2) **Declarants** have personal knowledge about the facts stated herein; (3) Everything stated in this NOTICE OF ACCEPTANCE TO CONTRACT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not meant to Mislead. **NO THIRD PARTIES ARE ALLOWED.**

**PLAIN STATEMENTS ABOUT THE FACTS:** (a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) Truth is expressed in the Affidavit Form; (d) An Unrebutted Affidavit, Under Commercial Law, can only be satisfied by a Rebuttal about the Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

**A LAWFUL CONTRACT** has: (1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and (4) Only the Parties involved with the Contract can participate in the discussion of the Contract. **Full Disclosure about the CONTRACT is imperative.**

---

## DEFINITIONS

For the purpose of this contract, all sections inclusive, the below listed terms and /or phrases have the following meanings:

The term 'Declarants' means Lewis-Vincent: Hughes, Edward-William: Wahler, Michael-??: Hannigan, all living flesh and blood, immortal souls, actual men, non legal fictions, creditors and secured parties,

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 8 of 28

Grantors, Affiants, who are non 14th Amendment person entities under the UNITED STATES Constitution;

The term **'Respondents'** means all FEDERAL BUREAU OF INVESTIGATION officers, employees, agents, assigns, successors, heirs, and co-parties, fiduciaries of the TRUST and in particular Special Agent Andy Romagnuolo;

The term **'Notice'** means Notice of Acceptance to Contract and of International Commercial Claim Administrative Remedy;

The term **'LEWIS V HUGHES, EDWARD W WAHLER, MICHAEL JAMES HANNIGAN** and **HARRY LEE CARPER** means non living flesh and blood, a legal fiction, commercial strawmen, persons, individuals, debtors, artificial entities, Decedents, **"dead estates"**, public vessels;

The term **'person'** means an unincorporated corporation, an individual as defined in Presidential Executive Order 6260 of August 1933, a legal fiction, a Decedent, a **"dead estate"**, a public vessel.

---

## AFFIDAVIT OF FACTS

---

1. **Declarants** accepts **Respondents'** offer of contract in the form of an Official FBI investigation, for value, and returns it, for value, and as the consideration for completing the contract;

2. **Declarants** have not seen or been presented with any material fact or admissible evidence that demonstrate that any previously executed contract exists between **Declarants** and **Respondents**, and believe that none exists;

3. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarant** has a debt owing to **Respondents**, and believe that none exists;

4. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not a third party to any action concerning **Declarants** or **Declarants'** commercial affairs, and believe that none exists;

5. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** has given permission or consent by assent to **Respondents** for **Respondents'** representation in **Declarants'** private commercial affairs in any matter, and believe that none exists;

6. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not operating in the commercial venue as Agents of the UNITED STATES, a Corporation as defined in the Private Law called the UNITED STATES CODE, and believe that non exists;

7. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** have any contractual consent to interfere in the private commercial affairs of **Declarants** and believe that none exists;

8. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not third party interlopers, and believe that none exist;

9. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents'** actions against **Declarants** is <u>NOT</u> an offer to contract, and believe that none exists;

10. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarant** can <u>NOT</u> timely accept **Respondents'** actions against **Declarants** as an offer to contract and herein state the following terms and conditions of said contract, and believe that none exists;

11. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** are not competent to handle **Declarants'** own affairs, and believe that none exists;

12. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents'** Notice is not an offer to become party to the subject matter of **Respondents'** Notice, and believe that none exists;

13. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Respondents** are not without a Delegation of Authority from Congress to act against men who are domiciled on the Land and Soil of the States of the Union, and believe that none exists;

14. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that the **Respondents**, without a Delegation of Authority from Congress are not barred from bringing actions against men who are domiciled on the Land and Soil of the States of the Union, and believe that none exists;

15. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with the published Laws as enacted by Congress, and believe that none exists;

16. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with all **Public Laws, Statutes, Regulations, Codes and Rules** of the UNITED STATES, as they are published, and believe that none exists;

17. **Declarants** have not seen or been presented with any material facts or admissible evidence that demonstrate that **Declarants** have not acted and operated at all times in accordance with **Public Law 73-10** (more commonly referred to as HJR-192) and Senate Document No. 43, 73rd **Congress, 1**[st] **Session**, and believe that none exists;

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

18. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants have not acted and operated at all times in accordance with **Public Law 88-243 Ch. 28, §§ 1-102 & 4-105**, and believe that none exists;

19. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants have not acted and operated at all times in accordance with **12 CFR §§ 229.2, 210.2, 12 U.S.C. 1813**, and believe that none exists;

20. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants have not acted and operated at all times in accordance with Federal Public Policy with regard to the Discharge of Debts, and believe that none exists;

21. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants have not acted and operated at all times in accordance with **96 U.S. Stat. 980, 12 U.S.C. § 411, 18 U.S.C. § 8, 12 U.S.C. Ch. 6, 38 Stat. 251 Sect 14(a), 31 U.S.C. §§ 5101, 5118, 3123 and Title 12 U.S.C. § 95a**, with regard to the Discharge of Debts, and believe that none exists;

22. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that statements 16 thru 21 would not stand up in a UNITED STATES DISTRICT COURT as self-authenticating evidence under **FREv. 201**, and believe that none exists;

23. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that the UNITED STATES is not an artificial entity (person), made up of words expressed on paper, available for use by anyone who does business with the UNITED STATES or that the UNITED STATES has effect upon, and believe that none exists;

24. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that all Agents of the UNITED STATES, are not natural men, who pledge their personal oath with bond, a security, to act exclusively within the written and known authorities of the UNITED STATES when they appear to operate under its color, and believe that none exists;

25. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that any Agent, actors all, acting with out the explicit written words empowering the UNITED STATES, does not deny the UNITED STATES its ability, its absolute duty, to fill it's obligations and keep it's promises as stated by the written words, and believe that none exists;

26. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that any Agent is not without defense for acts outside the expressed statements, in writing, issued by the UNITED STATES for execution by its agents and for notorious, general, reliance, and believe that none exists;

27. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that jurisdiction in any UNITED STATES DISTRICT COURT is not by contract only, and believe that none exists;

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

28. Declarants have not seen or been presented with any material facts or admissible evidence that the most recently published cases of the SUPREME COURT OF THE UNITED STATES do not uphold and confirm that the jurisdiction in any UNITED STATES DISTRICT COURT is not by contract only, and believe that none exists;

29. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot accept the Offer to Contract from a UNITED STATES DISTRICT COURT, and believe that none exists;

30. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot as Maker of the Contract with a UNITED STATES DISTRICT COURT set the terms and conditions of that Contract, and believe that none exists;

31. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot set as a term of the Contract with a UNITED STATES DISTRICT COURT, that the COURT will comply with all the provisions of the Constitution of the United States, and believe that none exists;

32. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot set as a term of the Contract with a UNITED STATES DISTRICT COURT, that the COURT will comply with all the provisions of all the STATUTES, CODES, REGULATIONS, and RULES as they are published in the public records, and believe that none exists;

33. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Respondents are not presumed to know the Law, and believe that none exists;

34. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Respondents are not without excuse for ignorance and violation of the Law, and believe that none exists;

35. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Respondents do not become liable in their personal capacity, to the Declarants, for any violations of Laws, STATUTES, CODES, REGULATIONS, and RULES as they are published in the public records, and believe that none exists;

36. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot rely on holdings of Federal and State Judicial Officers, and believe that none exists;

37. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants are not exempt from prosecution for relying on official holdings of Federal and State Judicial Officers, and believe that none exists; .

demonstrate that Declarants cannot gift their Decedents, **"dead estates"**, to the UNITED STATES, and believe that none exists;

39. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants cannot as Grantors of the trusts, appoint anyone they choose as Co-executors/Fiduciaries of their Decedents, **"dead estates"**, and believe that none exists;

40. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants may not file a IRS Form 56 for each appointed Co-executor/Fiduciary of the Decedents, **"dead estates"**, and believe that none exists;

41. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable for any and all assessments, whether tax, civil, or criminal, brought in the names of the Decedents, **"dead estates"**, and believe that none exists;

42. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that Declarants may not file a IRS Form 1096 and 1099OID for each of the back taxes due and owing by the Decedents, **"dead estates"**, and believe that none exists;

43. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable for any and all assessments filed on a IRS Form 1096 and 1099OID, and believe that none exists;

44. Declarants have not seen or been presented with any material facts or admissible evidence that demonstrate that the appointed Co-executors/Fiduciaries do not become liable to "serve" any sentence which might be rendered by a STATE or FEDERAL COURT against the Defendants, the Decedents, **"dead estates"**, and believe that none exists;

45. That Declarants have not seen or been presented with any material facts or admissible evidence that service of the contract upon the **Respondents** by the UNITED STATES POSTAL SERVICE does not substitute for the signing of the contract attached and serve as evidence of the intention of the **Respondents** to sign a contract agreement between the parties, and believes that none exists;

46. That Declarants have not seen or been presented with any material facts or admissible evidence that Respondents did not leave the terms and conditions open in the said contract, allowing for Declarants to set additional terms and conditions and then close the contract, and believes that none exists;

47. That Declarants have not seen or been presented with any material facts or admissible evidence that the Declarants has not been granted the status of a Foreign Sovereign with full immunities as set forth in your published CODE 28 USC §§ 1602 ff, and believes that none exists; .

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 13 of 28

the **Declarants** cannot invoke the bar of Sovereign Immunity under the Treaty of Peace in 1783, and believes that none exists;

49. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** have NOT been classified pursuant to the TRADING WITH THE ENEMY ACT, 40 STAT. 411, as a non-combatant, non-classified, non-enemy of the STATE, and believes that none exists;

50. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the **Declarants** are a "resident" in THE STATE OF WASHINGTON, or THE STATE OF NORTH CAROLINA or "in this state", as that term is defined in the "Buck Act, Title 4 USC §§ 104-113, and believes that none exists;

51. That **Declarants** have not seen or been presented with any material facts or admissible evidence that there is any Law under the Constitution of Washington , 1878 A.D., which regulates a Citizen on Washington or the Constitution of North Carolina, 1776 A.D., which regulates a Citizen on North Carolina, in the use of their private property, and believes that none exists;

52. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not trying to diminish the capacity of the **Declarant**, by seditiously and insidiously creating new legal persons to which the UNITED STATES will attempt to bind a legal relationship between the UNITED STATES and the names of the **Declarants**, and believes that none exists;

53. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES did not create a new fictitious name LEWIS VINCENT HUGHES birthed upon the STATE OF PENNSYLVANIA campus, and EDWARD WILLIAM WAHLER birthed upon the STATE OF NEW JERSEY, and MICHAEL JAMES HANNIGAN birthed upon the STATE OF PENNSYLVANIA , and HARRY LEE CARPER birthed upon the STATE OF OHIO in hopes that **Declarants** would fraudulently accept a legal relationship to it and become a WASHINGTON, D.C. citizen, and believes that none exists;

54. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the STATE OF WASHINGTON is not trying to seditiously and insidiously expatriate the **Declarants** from the Land-Soil on Washington into the corporate citizenship of THE STATE OF WASHINGTON, and from the Land-Soil on North Carolina into the corporate citizenship of THE STATE OF NORTH CAROLINA, and believes that none exists;

55. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not is violation of the 13th Amendment of the Constitution of the UNITED STATES and the Constitution for the United States of America by compelling the **Declarants** to answer the UNITED STATES's offer to contract, which amounts to involuntary servitude, and believes that none exists;

56. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the act by the UNITED STATES compelling performance by the **Declarants** does not constitute damages to the **Declarants**, and believes that none exists;

57. That **Declarants** have not seen or been presented with any material facts or admissible evidence that the UNITED STATES is not acting in concert with the UNITED STATES DISTRICT COURT in a racketeering operation against the **Declarants**, to deprive the **Declarants** of their sweat equity and Sovereign status, and believes that none exists;

58. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's AFFIDAVIT and PUBLIC NOTICE of NON-LIABILITY OF FEDERAL INCOME TAX OBLICATIONS of Lewis Vincent has ever been disputed or rebutted by Affidavit, and believes that none exists;

59. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's Legal Notice of Resignation of Compelled Social Security Trustee has ever been disputed or rebutted by Affidavit and believes that none exists.

60. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's Legal Notice of Change in Domicile/ Citizenship Records and divorce from the United States has ever been disputed or rebutted by Affidavit and believes that none exists.

61. That **Declarants** have not seen or been presented with any material facts or admissible evidence that Declarant's 1040NR has ever been disputed or rebutted by Affidavit and believes that none exists.

## TERMS AND CONDITIONS

1. **Respondents** agree that Equality under the Law is PARAMOUNT and MANDATORY under Law;

2. **Respondents** agree that **Respondents** are hereby now and forever **FIRED** by **Declarants** from representing **Declarants** in any manner or capacity whatsoever, and **Respondents** also agree that **Declarants** are competent to handle **Declarants'** own affairs. private or public, commercial or otherwise;

3. **Respondents** agree that if **Respondents** choose to trespass on or interfere, in any manner whatsoever, with **Declarants'** commercial affairs, then **Respondents** agree to compensate **Declarants** in the sum of Twenty-five Million Dollars of UNITED STATES Legal Tender ($25,000,000.00) within thirty (30) days of receipt of **Declarants'** "NOTICE OF ACCEPTANCE TO CONTRACT", and also provide certified copies of **Respondents'** oaths, bonds, BAR#s, licenses to practice law, and any commission which may otherwise be relevant as proof of evidence of delegation and official capacity

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 15 of 28

in the STATES involved in **Respondents'** action, and a certified copy of the written permission from **Declarants** to use the name of **Declarants** for commercial or any other purposes;

4. **Respondents** agree that if **Respondents** choose to not compensate **Declarants** in the sum of Twenty-five Million Dollars of UNITED STATES Legal Tender ($25,000,000.00) within ten (30) days, as agreed to in this contract, that **Respondents** agree to compensate **Declarants** for triple damages, or the sum of Seventy-five Million Dollars of UNITED STATES Legal Tender ($75,00,000.00), thereafter, and also be subject to involuntary bankruptcy in **Respondents'** private capacity to settle and close said contract, and also to be listed as the debtor on a filed UCC-1 Financing Statement with **Declarants** as the Secured Party;

5. **Respondents** agree that governing law of this "Private Contract" is the agreement of the parties supported by the **Law Merchant** and applicable maxims of law, and that Respondents are bound by the law of this contract.

6. **Respondents** agree that there are and will be no verbal agreements between **Respondents and Declarants** in this matter;

7. **Respondents** agree that if **Declarants** receive any communications from **Respondents,** by any means whatsoever, other than what is requested above, or becomes aware of **Respondents** continued trespass of **Declarants'** private commercials affairs in any manner whatever, that such communication from the date thereof thereby ratifies **Respondents'** acceptance of and agreement with all of the terms and conditions of this contract and associated notices/contracts mentioned above.

8. **Respondents** agree that **Respondents** must produce evidence of their economic solvency in light of federal public policy of HJR 192 - Public Law 73-10 and Title 31 subsections 5112-5119;

9. As with any administrative process, **Respondents** agree that **Respondents** will controvert the statements and claims made by **Declarants** by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by **Respondents** with material facts in support, or **Respondents** may agree and admit to all statements and claims made by **Declarant** by TACIT PROCURATION by simply remaining silent.

10. **Respondents** agree to **ESTOPPEL BY ACQUIESCENCE**, in the event that **Respondents** admit the statements and claims by TACIT AGREEMENT, then all issues are deemed settled STARE DECISIS and they admit **CONFESSION OF JUDGMENT**, and that **Respondents** may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial:

11. **Respondents** agree that *non obstante veredicto* applies in this agreement.

Further **Declarants** saith naught.

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 16 of 28

# NOTICE TO RESPOND

**Declarant** grants **Respondents** Thirty (30) days, exclusive of the day of receipt, to respond to the statements, claims, and inquiries above. Failure to respond will constitute as an operation of Law, the admission of **Respondents** by tacit Agreement to the statements, claims and answers to inquiries shall be deemed RES JUDICATA, STARE DECISIS. Failure to respond will constitute an Estoppel by Acquiescence and a CONFESSION OF JUDGMENT.

Note: This Affidavit complies with State Rules of Evidence and Federal Rules of Evidence,

This is a private communication to you in your individual capacity(ies) and is intended to effect an out-of-court settlement of this matter. Conduct yourself accordingly.

We can assure you that we do not take this matter lightly.

Applicable to each named Respondent, their agent, associate, substitute, superior, employee, successor, heir, or assign.

Silence is Acquiescence/Agreement/Dishonor

Sent via Registered Mail # RR 396 977 703 US

Signed and sealed this *12th* day of July, 2007 A.D.

Lewis-Vincent: Hughes

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

| | | |
|---|---|---|
| STATE OF WASHINGTON | ) | **JURAT** |
| COUNTY OF SNOHOMISH | ) | |

Page 11 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

Before me the undersigned a Notary Public acting in and for the County of Snohomish

and State of Washington on this _12_ day of July, 2007, personally appeared and known to me to be the identical man, Lewis-Vincent: Hughes who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this _12_ day of July, 2007.

_Nayela M. Hussain_

Notary                                                          Seal

My commission expires _June 1, 2009_

Notary Public
State of Washington
NAYELA M HUSSAIN
My Appointment Expires Jun 1, 2009

- - - - - - - - -

Signed and sealed this _13th_ day of July, 2007 A.D.

_Edward-William: Wahler_

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA          )
                                 )          **JURAT**
COUNTY OF BUNCOMBE               )

Before me the undersigned a Notary Public acting in and for the County of Buncombe

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Edward-William: Wahler, who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah H Miller*

Notary           Seal

My commission expires Feb 3, 2008

---

_____Signed and sealed this 13th day of July, 2007 A.D.

*Michael James Hannigan*
_Michael-James: Hannigan

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA    )
                )  **JURAT**
COUNTY OF BUNCOMBE     )

Before me the undersigned a Notary Public acting in and for the County of Haywood

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Michael-James: Hannigan who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

_Rebekah N Miller_

Rebekah Miller, Notary                                    Seal

My commission expires Feb 3, 2008


Signed and sealed this 13th day of July, 2007 A.D.

Harry-Lee: Carper

**Notice:** *Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*


STATE OF NORTH CAROLINA            )
                                   )        **JURAT**
COUNTY OF BUNCOMBE                 )


Before me the undersigned a Notary Public acting in and for the County of Haywood

Page 14 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

and State of North Carolina on this 13th day of July, 2007, personally appeared and known to me to be the identical man, Harry-Lee: Carper who executed by act and deed the foregoing affidavit and then acknowledged to me his free will and voluntary act.

Given under my hand and seal this 13th day of July, 2007.

*Rebekah H Miller*
Rebekah Miller, Notary                                            Seal

My commission expires Feb 3, 2008

Page 15 of 15
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

Doc#: HWHAR070207

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing, the associated **NOTICE OF ACCEPTANCE TO CONTRACT** has been made upon the following addressees by me, a North Carolina Notary, by depositing a copy in the United States mail, via certified mail, return receipt requested, postage prepaid, this 14th day of July, 2007 addressed to:

Andrew Romagnuolo,
FEDERAL BUREAU OF INVESTIGATION,
Suite 211
151 Patton Ave
ASHEVILLE, NORTH CAROLINA 28801

I furthermore certify that:

1. I am at least 18 years of age

2. I am not related to either party to this legal proceeding by blood, marriage, adoption, or employment

3. I serve as a "disinterested third party" to this action

4. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

All responses should be sent to:

Rebekah H. Miller, Notary
PO Box 681
Fletcher, NC 28732

I now place my hand and seal as a public notary in the County of Buncombe and the state of North Carolina this 14th day of July, 2007 A.D.

*Rebekah H. Miller*

Rebekah H. Miller

My commission Expires: Feb 3, 2008

Exhibit 5

IRS Statements

Edward William: Wahler

Kathy Marie: Wahler

James Edward: MacAlpine

151 Patton Ave.
Room 167
Asheville, NC 28801

Department of the Treasury

Letter Date:
  January 11, 2008
Taxpayer Identification Number
  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
IRS Employee to Contact:
  Mrs. Lisa McCallister
Employee Identification Number:
  56688118
Contact Telephone Number:
  (828)271-4724 x 127

KATHY R. WAHLER
PO BOX 681
FLETCHER, NC 28732-0681

Dear MRS. WAHLER:

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Letter 3174 (GG)(Rev. 11-2006)

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

*Lisa McCallister*

Lisa McCallister
Revenue Officer

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | $2,072,441.12 | $234,282.89 | $409,027.75 | $2,715,751.7 |
| 1040 | 12/31/1999 | $361,368.40 | $48,603.25 | $71,320.90 | $481,292.5 |
| 1040 | 12/31/2000 | $193,316.40 | $34,641.53 | $60,366.19 | $288,324.1 |
| 1040 | 12/31/2001 | 16,958.98 | 2,874.50 | 3,439.09 | $23,272.5 |

151 PATTON AVENUE - ROOM 167
ASHEVILLE, NC 28801

Letter Date:
01/11/2008
Taxpayer Identification Number
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
IRS Employee to Contact:
LISA S. MCCALLISTER
Employee Identification Number:
56-688118
Contact Telephone Number:
(828)271-4724x127

EDWARD W WAHLER
PO BOX 681
FLETCHER, NC 28732-0681

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ of 1% of the unpaid tax for each month or part of a month the tax was not paid.

Letter 3174 (CG)(Rev. 11-2006)

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 26 of 28

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

*Lisa McCallister*

LISA S. MCCALLISTER
REVENUE OFFICER

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | $2185538.17 | $155286.70 | $295066.02 | $2635890.8 |
| 1040 | 12/31/1999 | $382229.78 | $32078.14 | $50390.76 | $464698.6 |
| 1040 | 12/31/2000 | $169672.80 | $23330.01 | $66507.25 | $259510.0 |
| 1040 | 12/31/2001 | $17965.42 | $2012.15 | $0.00 | $19977.5 |
| CIVPEN | 12/31/2002 | $1000.67 | $0.00 | $157.76 | $1158.4 |
|  |  |  |  | Total: | $3381235.6 |

Case 1:08-cr-00055-RLV-DCK   Document 127-7   Filed 10/30/09   Page 27 of 28



WACHOVIA SECURITIE

January 28, 2008

Internal Revenue Service
Cecelia G. Hill
1835 Assembly Street
Columbia, SC 29201-2430

Re:     Name:  James E. Macalpine
         SSN:   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

Dear Ms. Hill:

Enclosed please find this firm's check in the amount of **$13,099.06** which represents funds withheld for the above referenced matter as required in the Notice of Levy.  Please contact me at (804) 398-4851 if I may be of further assistance.

Wachovia Securities, LLC requests confidential treatment of this letter, the documents, and the information contained to the extent possible.

Sincerely,

Norma J. Miller
Paralegal
Subpoena and Garnishment Unit

Enclosure

CC:    James E. Macalpine

member NYSE/SIPC