UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 1:08CR55-V

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| vs. | ) ORDER<br>) |
| KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 12th day of November, 2009.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE