## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL DOCKET NO. 1:08CR55-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **F I L E D** |
| | ) | IN COURT |
| vs. | ) **VERDICT FORM** | STATESVILLE, N. C. |
| | ) | *cb* |
| KATHY RAY WAHLER, | ) | **NOV 20 2009** |
| Defendant. | ) | U. S. DISTRICT COURT |
| | ) | W. DIST. OF N. C. |

### I. COUNT 1

As to the charge contained in Count One of the Bill of Indictment, we hereby unanimously find the Defendant, **KATHY RAY WAHLER**:

_____ GUILTY

\_\_\_X\_\_\_ NOT GUILTY

of conspiracy to defraud the United States.

If you found the Defendant "Guilty" as to Count 1, continue to Question "1a."
If you found the Defendant "Not Guilty" of Count 1, proceed to Section II.

**1a.** Concerning overt acts alleged by the Government within the Bill of Indictment, we hereby unanimously find that at least one overt act was committed by a member of the alleged conspiracy for the purpose of advancing or helping the conspiracy after June 3, 2003.

_____ YES

_____ NO

-1-

## II. COUNTS 2 – 20

With respect to the specific counts of the Bill of Indictment alleging mail fraud, or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **KATHY RAY WAHLER:**

**COUNT 2:**

_____ **GUILTY**

__X__ **NOT GUILTY**


**COUNT 3:**

_____ **GUILTY**

__X__ **NOT GUILTY**


**COUNT 4:**

_____ **GUILTY**

__X__ **NOT GUILTY**


**COUNT 5:**

_____ **GUILTY**

__X__ **NOT GUILTY**


**COUNT 6:**

_____ **GUILTY**

__X__ **NOT GUILTY**


**COUNT 7:**

-2-

_____ GUILTY

__X__ NOT GUILTY

**COUNT 8:**

_____ GUILTY

__X__ NOT GUILTY

**COUNT 9:**

_____ GUILTY

__X__ NOT GUILTY

**COUNT 10:**

_____ GUILTY

__X__ NOT GUILTY

**COUNT 11:**

_____ GUILTY

__X__ NOT GUILTY

**COUNT 12:**

_____ GUILTY

__X__ NOT GUILTY

**COUNT 13:**

__/__ ~~GUILTY~~

_____X_____     **NOT GUILTY**

**COUNT 14:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 15:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 16:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 17:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 18:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 19:**

_____     **GUILTY**

_____X_____     **NOT GUILTY**

**COUNT 20:**

_____     **GUILTY**

-4-

$\underline{\quad X \quad}$     **NOT GUILTY**

## III. COUNTS 25 and 27– 32

With respect to the specific counts of the Bill of Indictment alleging mail fraud or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **KATHY RAY WAHLER:**

**COUNT 25:**

$\underline{\qquad\qquad}$     **GUILTY**

$\underline{\quad X \quad}$     **NOT GUILTY**

**COUNT 27:**

$\underline{\qquad\qquad}$     **GUILTY**

$\underline{\quad X \quad}$     **NOT GUILTY**

**COUNT 28:**

$\underline{\qquad\qquad}$     **GUILTY**

$\underline{\quad X \quad}$     **NOT GUILTY**

**COUNT 29:**

$\underline{\qquad\qquad}$     **GUILTY**

$\underline{\quad X \quad}$     **NOT GUILTY**

**COUNT 30:**

$\underline{\qquad\qquad}$     **GUILTY**

$\underline{\quad X \quad}$     **NOT GUILTY**

**COUNT 31:**

$\underline{\qquad\qquad}$     **GUILTY**

Case 1:08-cr-00055-RLV-DCK   Document 159   Filed 11/20/09   Page 5 of 6

    X           **NOT GUILTY**

**COUNT 32:**

                **GUILTY**

    X           **NOT GUILTY**

So say we all, this the _20_ day of November, 2009.

**FOREPERSON**