IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CR55

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KATHY RAY WAHLER ) | |
| EDWARD WILLIAM WAHLER ) | |
| LEWIS VINCENT HUGHES ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion for purposes of clarifying that its previous Order of November 16, 2009 was intended to authorize issuance of a Rule 17(b) subpoena for defense witness Mr. Walker Todd at government expense – then a proposed *expert* witness to be called jointly by all three (3) Defendants. (Document #145)  In fact, during the course of trial proceedings, Mr. Todd offered expert witness testimony in the areas of economics, financial history, and the monetary system in the United States.  Accordingly, in addition to the ordinary witness fees provided by statute, and any costs such as travel and subsistence incurred by Mr. Todd, the U.S. Marshal is also hereby expressly authorized to pay any additional witness fees requested by the defense in light of Mr. Todd's status as an expert witness.


Signed: January 12, 2010

Richard L. Voorhees
United States District Judge