UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA      )    DOCKET NO. 1:08-CR-55
                              )
          vs.                 )    VOLUME IV
                              )
KATHY RAY WAHLER, EDWARD      )
WILLIAM WAHLER, and LEWIS     )
VINCENT HUGHES,               )
                              )
          Defendants.         )
_____)


                TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE RICHARD L. VOORHEES
                UNITED STATES DISTRICT COURT JUDGE
                       NOVEMBER 17, 2009


APPEARANCES:

On Behalf of the Government:

        JILL WESTMORELAND ROSE
        MARK T. ODULIO
        United States Attorney's Office
        100 Otis Street
        Asheville, North Carolina

Standby Counsel on Behalf of Defendant Kathy Wahler:

        ANGELA G. PARROTT
        FREDILYN SISON
        Federal Public Defender's Office
        129 West Trade Street, Suite 300
        Charlotte, North Carolina

Standby Counsel On Behalf of Defendant Edward Wahler:

        WILLIAM R. TERPENING
        Attorney at Law
        409 East Boulevard
        Charlotte, North Carolina

Standby Counsel On Behalf of Defendant Lewis Hughes:

    DAVID Q. BURGESS
    Attorney at Law
    101 N. McDowell Street, Suite 216
    Charlotte, North Carolina

                    Cheryl A. Nuccio, RMR-CRR
                     Official Court Reporter
                  United States District Court
                    Charlotte, North Carolina

1

2                          I N D E X

3                                                    PAGE

4  DEFENDANT'S WITNESSES

5  WALKER TODD
          Direct Examination by Mr. Wahler..............   542
6          Direct Examination by Mr. Hughes..............   564
          Direct Examination by Mr. Wahler..............   573
7          Cross Examination by Mr. Odulio...............   585
          Redirect Examination by Mr. Wahler...........   600
8          Redirect Examination by Mr. Hughes...........   601

9  KATHY WAHLER
          Direct Examination by Ms. Wahler..............   603
10          Cross Examination by Ms. Rose.................   609

11  ANDREW ROMAGNUOLO
          Direct Examination by Mr. Hughes..............   630
12          Direct Examination by Mr. Wahler..............   650
          Voir Dire Examination by Mr. Hughes...........   658
13

14

15

16

17

18

19

20

21

22

23

24

25

1  <u>TUESDAY MORNING, NOVEMBER 17, 2009</u>

2        THE COURT:  Okay.  Are the parties ready to bring

3  the jury in?

4        MS. ROSE:  Yes, sir, the government is ready.

5        THE COURT:  Okay.  May we have the jury, please.

6        (Jury entered the courtroom.)

7        THE COURT:  Good morning, members of the jury.

8        THE JURY:  Good morning.

9        THE COURT:  As you know, we were hearing evidence on

10  the defense side.

11        You may call your next witness.

12        DEFENDANT EDWARD WAHLER:  Okay.  The defense calls

13  Walker Todd.

14                        <u>WALKER F. TODD</u>,

15  being first duly sworn, was examined and testified as follows:

16                   DIRECT EXAMINATION

17  BY DEFENDANT EDWARD WAHLER:

18  Q.   Mr. Todd, would you please state your name for the

19  record, sir.

20  A.   Yes.  My name is Walker F. Todd.  And I live near

21  Cleveland, Ohio.

22  Q.   Okay.  Would you share with the jury your resume and

23  professional background, please.

24  A.   Right.  The relevant part of my background for this case

25  is that I worked for 20 years for the Federal Reserve Banks of

1    New York and Cleveland.  I was a legal officer at the Federal

2    Reserve Bank of New York.  I was a legal officer and an

3    economic research officer at the Federal Reserve Bank of

4    Cleveland.  I left the Federal Reserve in 1994.  And I've been

5    active more in economic research than in legal issues since

6    then.

7        Most recently I've been employed by the American

8    Institute for Economic Research in Great Barrington,

9    Massachusetts, and among other things we supervise courses on

10   money and banking.

11   Q.    Thank you.  I believe it was agreed with the prosecution

12   that we would have you make some introductory statements.

13   Would you care to do that.

14   A.    Yes.  This is not my first appearance as an expert

15   witness in trials of this nature.  I would guess that I have

16   testified in about 15 to 20 criminal or high level civil cases

17   relating to issues not unlike this, and we found over the

18   years it's useful for the jury to make an early statement.

19       What I'd like to do would be to couch the testimony as a

20   statement about what is money.  What are the origins of money.

21   Theories about money and how they relate to the modern

22   American banking system.  And then secondly, to deal with

23   questions about what these defendants believed about money and

24   banking.  And then the third phase would be questions about is

25   there a gap between what they believed and what I'm going to

1   assert for you the reality of money and banking is and was

2   their belief reasonable.  And the prosecution, of course, will

3   have its own set of questions about this.  But that's what I

4   intend to do if that's agreeable.

5            MR. ODULIO:  Your Honor...

6            THE COURT:  Yes.

7            MR. ODULIO:  Most of that is agreeable with the

8   government.  We'd ask the witness not comment on the

9   reasonableness of the asserted belief.

10           THE COURT:  Well, we'll take that up --

11           MR. ODULIO:  I think that's a question for the jury.

12           THE COURT:  We'll take that up if there's an

13  objection.

14           MR. ODULIO:  Yes, sir.

15           THE WITNESS:  Right.  And I agree and understand

16  that it is not my duty; rather, it's the court's or the jury

17  to opine on the reasonableness of these beliefs.

18           THE COURT:  Yes, sir.  And on exactly what a

19  defendant believed at a certain time.

20           THE WITNESS:  Correct.  Exactly.  They will be

21  asking me questions about, say, a particular theory of money

22  and my role, I think, has to be to explain how that theory

23  does or does not relate to classical standard beliefs about

24  money and banking.

25           Well, what is money?  That's the oldest question

1    really in the whole field of economics.  Economics is a term
2    that was defined by the Greek philosopher Aristotle in the
3    middle of the 4th century BC.  He thought money represented
4    demand.  It was a store of the things you could buy in the
5    future in exchange for present transactions and goods and
6    services.
7           Later, let's say in the 18th century, the foremost
8    writer about economics then was a Scottish philosopher named
9    Adam Smith; and his book, "The Wealth of Nations," is great
10   reading for those who are inclined to read 18th century
11   documents, which I confess I am.  But he would have said,
12   rather, that money is more a store of value on the supply side
13   of the equation.  That is, if I have money, I can use it to
14   satisfy my demands in the future.
15          A general definition is that money is something
16   that's both a store of value and it's a unit of exchange.  In
17   that store of value function, it serves as a unit of account.
18   The unit of exchange traditionally was gold or silver, coin or
19   bullion.  And the U.S. currency was created around 1792 when
20   Congress passed a statute that defined the currency as a
21   dollar; and the dollar, in turn, was defined as so many units
22   of gold, and a ratio was prescribed for the convertibility of
23   gold into silver at a fixed ratio.
24          But basically, if you follow that line of thinking,
25   money would be a unit of exchange, this dollar, and it would

WALKER TODD - DIRECT

1    have a certain weight in gold or silver.

2            In parallel, and not to be ignored, is this money of

3    account concept.  I might borrow, say, a hundred dollars from

4    you.  But as modern banking practices evolved, you might not

5    actually reach in your pocket and hand me a hundred dollars.

6    You might hand me a check for a hundred dollars drawn on your

7    account at a bank, and I can take your check and deposit it in

8    my account and get a value for it from my bank.  So I borrowed

9    a hundred dollars and I owe it back to you, but as between the

10   two of us, it's a unit of account matter as opposed to a unit

11   of exchange matter.

12           And so these terms are going to come up throughout

13   this testimony:  What's a unit of account?  What's a unit of

14   exchange?

15           And the third set of concepts about money that's

16   relevant would be inside money versus outside money.  The

17   founding fathers dealt with a world in which it would be fair

18   to say that money was something that existed by custom and

19   tradition among the people.  You can ask when did people start

20   using gold or silver, for example, as monetary units?  When

21   did that happen?  The answer goes back to the beginning of

22   time.  There's a story in the, I think it's the 23rd chapter

23   of Genesis where Abraham buys a tomb that he brawned for his

24   wife Sarah who had died and he weighs out silver when he buys

25   the tomb.  They brought out a balance scale and he put silver

1  on the balance scale, and the silver he paid out was probably

2  bullion of some kind, but it was of a fineness that was

3  generally accepted by merchants in the marketplace.

4          So it goes back a very long way this use of money,

5  modern forms of money.  But they had money at the time.  The

6  people had money.  Abraham had it.  No king had given him

7  money.  So the founding fathers would put it that the people

8  have money and the government through taxation tries to get it

9  from you.  That's the classical theory of money.

10          There's a competing utilitarian view of money that's

11  also probably the most widespread belief about money today and

12  that is that the government is the sole source of authority on

13  money.  Something is not money unless the government says it

14  is.

15          I happen to be just old enough to have known

16  personally some of the original drafters of the Uniform

17  Commercial Code when I was a young lawyer in New York and I

18  had discussions with them about this issue.  I said when you

19  were debating the Uniform Commercial Code, what did you guys

20  think about the origin of money?  And the answer was the code

21  was drafted so as to give validity to the

22  government-must-define-it school of thought that's valid under

23  the code.

24          But if you read the official comments carefully in

25  the UCC, Uniform Commercial Code -- by the way, this thing was

1    drafted in the 1950s.  That's when this came to -- but anyway,
2    the draftsmen said we clearly want to recognize the older,
3    classical theory of money.  Money is that which exists by
4    custom and tradition and we don't want to exclude money
5    classically defined from the code.  So it's sort of a
6    two-stage analysis.  Stage one money is what the government
7    says it is.  But stage two still exists in the background:
8    Money is that which the people by custom and tradition have
9    adopted as money.
10            Now, how does banking fit into all of this?  And
11   this will be the last part of this introductory part of the
12   talk.  The idea of banks has always been controversial in
13   western European societies and in the United States from the
14   beginning.  When the Constitution was written, there were only
15   four banks in existence in the United States and they were all
16   north of the Potomac River.  Because of this people from the
17   southern and western states were always skeptical about
18   whether banks were central to the existence of the people.
19   Could they get along without them?  The State of Texas was the
20   most extreme example of that view.  Until 1905 or so, the
21   State of Texas Constitution prohibited banking inside the
22   state of Texas.  You couldn't be a banker inside Texas.  They
23   used currency notes that they brought in from out of state.
24   They used gold, they used silver, they used cattle and other
25   things.

1        So that's one view:  There shouldn't be any banks.

2        Andrew Jackson from my native state of Tennessee was

3   one of those fellows who didn't like banks very much, and he

4   said let it be a warning to you.  But if you dig out a $20

5   bill, you see the picture of Andrew Jackson on a Federal

6   Reserve Note, paper money.  And there were two things Andrew

7   Jackson hated in life:  Central banks and paper money.  So you

8   have to be careful about the way you live because after you're

9   gone, you may be honored in the thing you hate the most.  So

10  you have to be careful about that.

11       On the flipside, during the Civil War, Abraham

12  Lincoln said, you know, we, the union, are running up monster

13  debts to fight this war and we don't quite know how we're

14  going to pay for it.  His Treasury secretary, Salmon Chase,

15  who later became chief justice of the Supreme Court.  Chase

16  was originally a lawyer in Cincinnati.  He drafted the -- or

17  compiled the first Ohio Code, the Ohio Revised Code.  It was

18  originally something that Chase put together.  And he was a

19  bit of an expert on banking.  He was later governor of the

20  State of Ohio and then a U.S. senator before joining Lincoln's

21  cabinet.

22       And he was the Treasury secretary and he went to

23  Lincoln and said let's charter a new system of banks called

24  national banks and they will be allowed to issue currency

25  notes sort of like our modern Federal Reserve Notes.  But in

WALKER TODD - DIRECT

1  return for the privilege, they will have to buy government
2  debt as we, the Treasury, issue it.  So the reserves against
3  the currency would be the debt that the banks have purchased.
4  Okay.  And the system worked reasonably well for about 50
5  years after the war.  For a variety of reasons we won't get
6  into, in the period roughly 1907 to 1913, it was decided that
7  we needed a new, stronger form of central bank and that's when
8  the Federal Reserve was created.
9          But in the first 20 years of the Fed's existence
10  from 1913 to 1933, there were at least four competing currency
11  systems still equally valid in the United States:  gold
12  certificates, silver certificates, national bank notes, and
13  Federal Reserve Notes.  And your grandpa knew the difference
14  among them and which was better to hold than the other thing.
15  And you might even encounter commercial obligations, drafts,
16  bills of exchange, banker's acceptances, and the like.  And
17  your grandpa knew the difference among these things.
18          But since 1933 there's only been one standard form
19  of currency, Federal Reserve Notes.  And the silver
20  certificates were pulled out in the '60s.  There's only a
21  little bit of Treasury currency still in circulation.
22          So basically, if you ask anyone what's money today.
23  Whip out a dollar bill from your pocket.  It's a Federal
24  Reserve Note and it says it's a legal tender.
25          Okay.  If you go down to the Fed and you say what

1    can I get in exchange for my note?  Can I get gold or silver,

2    for example?  The answer is no.  All we'll give you is one

3    crisp, shiny, new Federal Reserve Note.

4            So what is the backing for these Federal Reserve

5    Notes, the legal tender paper?  And the backing is the taxing

6    power of the United States.  Federal Reserve Notes under the

7    Federal Reserve Act are defined as a full faith and credit

8    obligation of the United States.  So that means that should

9    there be a default in payment of Federal Reserve Notes, the

10   government has the right to raise taxes to fully back the

11   notes and their -- I won't get into the technicality of how

12   that backing is done, but there is still a residual form of

13   backing of Federal Reserve Notes in the Fed's accounting

14   system today.

15           So anyway, with that I'll stop the main line of the

16   presentation and I'll be glad to answer any questions either

17   side has about it, but go ahead and proceed with the

18   questioning.

19   Q.   Thank you, Mr. Todd.

20        So based on your discussion, what is a dollar?

21   A.   A dollar is a unit of account that also is a unit of

22   exchange.  For most people today the dollar is basically a

23   unit of account.  But originally, it was intended to be a unit

24   of exchange, something that was defined as so many grains,

25   minor weight, or so many grams of gold or silver in whatever

WALKER TODD - DIRECT

1  the statutorily defined ratio was.  But a dollar is a unit of
2  account, but it's also a unit of exchange.
3  Q.   What is a bill of credit?
4  A.   A bill of credit is a promissory note typically issued by
5  a governmental entity that would promise to pay value to the
6  bearer or the holder in -- at some future date.  Usually bills
7  of credit were issued for a short term, 30, 60, 90 days.  The
8  most recent public example of a bill of credit were the
9  warrants that Governor Schwarzenegger ordered issued in
10  California to pay the state's bills while the state did not
11  have a budget approved.  And so that -- and my father told me
12  that in the depression he was paid this way as a school
13  teacher by some of the local school districts that didn't have
14  money.
15       So the bill of credit or the warrant just says I, the
16  Municipality of Statesville, will pay to the holder a hundred
17  dollars 60 days after the date of issue, whatever.  And that's
18  a bill of credit.
19  Q.   And are bills of credit by states authorized in the
20  Constitution?
21  A.   No, the constitutional framers decided to prohibit the
22  states -- well, let me put it this way.  They cannot issue
23  bills of credit that are required to be accepted as a legal
24  tender.  States can issue bills of credit, municipalities can
25  too, but they just can't be made a legal tender.

1  Q.    Okay.  Thank you.  Did the Committee of Style deny this
2  authority to the federal government?
3  A.    I believe you're referring to the Committee of Style
4  drafting the Constitution --
5  Q.    Yes.
6  A.    -- right?
7        And my opinion is that the committee did not deny this
8  power to the Constitution -- to the federal government.
9  The -- the particular account of that part of the debate
10 showed that the framers did not want to tie the hands of the
11 federal government during an emergency.  I think there was a
12 standing assumption that in normal times, only gold and silver
13 would be a legal tender.  But in an emergency, if the federal
14 government felt it had to issue paper currency, they were to
15 be allowed to do so.
16       The states, however, could not issue a paper currency and
17 call it a legal tender.
18 Q.    Okay.  So are we in an emergency now?
19 A.    Well, I suppose we are in the sense that we have legal
20 tender out there, legal tender paper.  What happened was the
21 Emergency Banking Act of March 9th, 1933, it's still in
22 effect.  It's never been repealed.
23       And so I have a friend in Colorado who's a bit of an
24 expert on these things and he says we're now in the 76th year
25 of the emergency regarding legal tender.  But when does the

1  emergency end?

2  Q.   Okay.  You've mentioned the Emergency Banking Act of

3  March 9th, 1933.  Is there anything else that would have been

4  indicative of the government becoming insolvent on or about

5  that date?

6  A.   The main thing that happened that's relevant was the Gold

7  Reserve Act of January 30th, 1934.  Under the Gold Reserve

8  Act, the president was authorized to devalue the dollar

9  against gold within a certain prescribed statutory limit.  And

10  in effect, President Roosevelt wound up ordering the Treasury

11  secretary to devalue gold down to -- the dollar against gold

12  down to about 59 cents on the dollar versus its prior value.

13  So it was a little bit over a 40 percent devaluation.

14  Q.   So can you give a professional opinion as a conclusion of

15  whether or not the United States went bankrupt?

16  A.   Objectively measured, you would say that that was an

17  insolvency, a bankruptcy because you had to settle your

18  previous debts for 60 cents on the dollar, in effect.  Legally

19  it was not so defined, but an economist would say, yes, that

20  was a bankruptcy.

21  Q.   Okay.  Thank you.  Can you pay a debt with a Federal

22  Reserve Note or only discharge a debt?

23  A.   If I understand the question properly, I believe the

24  answer is that you discharge a debt by tendering a legal

25  tender note.  The question of is it full payment and ultimate

1   satisfaction, this has been a matter of some debate.  Depends

2   on the various state formulations of the Uniform Commercial

3   Code, but in New York, which is sort of the common standard,

4   the view would be that you have in fact satisfied the debt by

5   offering the legal tender note equivalent in value to whatever

6   the thing was that was being transacted on any particular day.

7   It usually comes up in foreign exchange agreements in New

8   York.

9   Q.   Are the people of the nation now a surety for the U.S.

10  debt?

11  A.   I suppose you could say that in a roundabout way.  It

12  gets back to that point I made about full faith and credit.  A

13  Federal Reserve Note or U.S. public debt, these are full faith

14  and credit obligations of the United States.  And what that

15  means is that the taxing power of the government backs that

16  promise so that if the debt cannot be paid any other way, the

17  government can raise taxes to pay it.

18  Q.   The creditors of the United States, whoever they are, do

19  they -- would they have any claim to other than taxes?  Say

20  the actual physical assets or property of the nation?

21  A.   My opinion is that a foreign creditor has no direct claim

22  on physical property owned by private citizens.  Whether they

23  would be able to assert a claim on the national parks, for

24  example, or any other public property of the United States,

25  that's another story.  It would be the middle case.  I would

WALKER TODD - DIRECT

1    argue that they do not, but the European view of the matter is
2    they would probably assert that they do.  And as for a claim
3    to the future labor of the citizens of the United States, I
4    think they would say the government has a duty to raise taxes
5    enough to pay their debts.
6    Q.    As an economist, is it right to be able to mortgage our
7    future without our consent?  I mean, how does that power come
8    about?  What's the exchange?
9              MR. ODULIO:  Objection.  Relevance, Your Honor.
10             THE COURT:  Sustained.
11   Q.    Okay.  What was the rate of inflation generally between
12   1789 and 1933?
13             MR. ODULIO:  Same objection, Your Honor.
14             THE COURT:  Overruled.
15   A.    The tables began around 1792 with the second inauguration
16   of George Washington as president.  And in 1933 the purchasing
17   power of the dollar was the same as it was when George
18   Washington was sworn in that second time.  It's largely
19   because the dollar had been linked one for one to the gold
20   standard and it still was on gold in 1933.
21         The pattern historically is that in an inflation, the
22   dollar's value will drop some.  In a war, the dollar would
23   drop some.  But in a recession, the dollar's value would
24   recover above par.  And on the whole, the dollar came out
25   about the same as where it was, purchasing power the same from

1 beginning of the republic until 1933.

2 Q.   And since?

3 A.   Since '33, I think the factor of inflation now is about

4 14, meaning that a 1933 dollar is worth about 7 cents.

5 Q.   Okay.  What causes this devaluation of the money?

6 A.   Basically, printing money causes inflation.  Milton

7 Friedman said it best when he said that inflation is

8 everywhere and at all times a monetary problem.  It's the

9 quantity of money in circulation versus the supply of goods

10 and services that determines the inflation rate.

11 Q.   Okay.  A promissory note for a mortgage was placed into

12 evidence.  What is the source of funding in a home mortgage?

13 A.   If I understand your question properly, you're asking

14 what is the real source of the money that's in play in a

15 mortgage exchange when a borrower obtains a mortgage from a

16 bank.  And it's a two-stage process.

17     Stage one is the borrower signs a promissory note at the

18 bank and under modern fractional reserve banking, the bank

19 does not actually have to have money in the bank deposits

20 equal to the value of what it is paying out under the mortgage

21 note.  The bank typically would take the note and pledge it or

22 sell it to some other entity.  Or if it's a pledge, at the

23 Federal Reserve or at the federal home loan bank of its

24 district.  So the bank would recover its monetary value that

25 way.

WALKER TODD - DIRECT

1    The bank, however, in a modern transaction typically

2  gives you a check for the value of the mortgage or a check

3  will be drawn on itself as a rule or it will advance a credit

4  to the previous mortgage holder on the property extinguishing

5  your debt.

6    So what the bank has done is it issues its own credit to

7  pay off prior debts, but it does not obtain money other than

8  by taking your promissory note and pledging it to somebody

9  else.

10 Q.   Does the bank create money out of thin air?

11 A.   Under a fractional reserve banking system, that is in

12 effect what happens.  The Federal Reserve requires the bank to

13 maintain about 10 percent of any deposit -- demand deposit in

14 reserve.  So the rate of expansion is about nine to one so

15 that when the bank discounts your promissory note at the

16 Federal Reserve, 10 percent of that is real money and the

17 other 90 percent is thin air money, as you would put it.

18 Q.   So every mortgage is inflationary.

19 A.   It is potentially inflationary.  The inflation comes in

20 when more mortgages are issued than the real underlying demand

21 for housing.  Once you get the supply of money expanding

22 beyond what the real demand is, then the inflation kicks in.

23 Q.   Does this 90 percent or 9X or this money out of thin air

24 become an obligation of the United States?

25 A.   It becomes an obligation of the United States in a

1  roundabout way because when the bank pledges the note at the

2  Federal Reserve, your borrower's mortgage note pledged at the

3  Fed, the bank that did the borrowing from the Fed has the

4  right to withdraw what the Fed is paying in Federal Reserve

5  Notes, currency.  And those notes are an obligation of the

6  United States.

7  Q.   Okay.  Does this meet the constitutional requirement for

8  an appropriation by Congress to take on debt?

9  A.   Legally I think the wisdom of the system would say yes, I

10 think the obligation has been met.  Whether economically this

11 is true is another story.

12 Q.   Why does the Redemption debt discharge process stay alive

13 for so long in this country or why has it?

14 A.   Okay.  My usual story on that question is something like

15 this.  There's this theory I first encountered in the western

16 states.  It's called Redemption theory.  And the essence of it

17 is that everybody is credited with a certain value attached to

18 his name or social security number at the Treasury when you

19 are born.  And in effect, you have a lifetime earnings

20 expectation, and let's say that was $600,000, average citizen,

21 and that you have a right to go borrow against that value at

22 the Treasury.

23      The origin of this theory, as near as I can tell, is

24 Canadian social credit theory.  This is an idea that was born

25 on the prairies of western Canada and became widely popular up

1   there in the early part of the 20th century.  By mid century,

2   the social credit party controlled the Parliament, so the

3   provinces of the prairies in Canada.  And eventually those

4   ideas trickled down into the northern high plains states.  So

5   if you traveled in Montana, Wyoming, North Dakota in the last

6   30 years or so, you would probably encounter some variation of

7   this theory.

8        But as regards to the United States, there is no basis

9   for this theory.  That's been propagated by people who think

10  that there are secret Treasury accounts linked to your social

11  security number, for example, but near as I can tell, these

12  theories are all bogus.  But they are -- their origin is, I

13  think, wishful thinking about applying Canadian social credit

14  theory down here in the United States.

15  Q.   Do the American people have a claim against the

16  government for pledging their property in terms of their

17  earnings against the national debt?

18  A.   That's what the Constitution is all about.  It lays out

19  the terms of the agreement between the people on the one side

20  and the government on the other.  I would not myself go so far

21  as to say that the American people have a claim against the

22  government because of running up a national debt.  I think

23  it's a moral problem.  I think it's a monetary problem.  It's

24  a fiscal problem.  And I think government can misbehave in

25  running up debt for improper schemes.

WALKER TODD - DIRECT

1      Whether the person -- the public has a personal remedy
2   against the government for doing that, that's a whole
3   different ball game.  There's all kinds of cases, theories,
4   lines of law typically related to Federal Court Claims Act,
5   for example, that would lay out how you go about pursuing a
6   claim against the government.  But generally speaking, it's --
7   I think there is a Supreme Court case about 20 years ago that
8   expressed it pretty well saying, regrettably, your remedy here
9   is at the ballot box.  You have to change the politicians.
10  There's no private remedy against the government for these
11  sorts of things.
12  Q.   You've already addressed that the banking emergency is
13  still in force.  You've written on the corporatization of the
14  United States, and I think you brought one of your books here.
15  A.   Uh-huh.
16  Q.   How is that significant?
17  A.   I think what you mean is is the United States, the
18  government, a body corporate?  Is it a corporation?  The
19  answer, I think, is yes, the U.S. is a form of corporation.
20  But a corporation in the general sense means originally a
21  voluntary agreement of citizens to create some entity that
22  will survive their personal lives, their private lives, their
23  material lives, and would have certain rights, property rights
24  in particular that would be peculiar to that corporate entity.
25  The United States is such a corporation.  That's what the

1  Constitution is all about ultimately, and before it the

2  Articles of Confederation.  It is a body corporate.

3  Q.   How about national associations, GSE's, are they

4  extensions of that corporate charter?

5  A.   National associations, meaning like national banks?

6  Q.   Yes, sir.

7  A.   Yes.  National banks under the old National Bank Act of

8  the Civil War era, they were corporations chartered by

9  Congress.  So they were certainly bodies corporate.

10      And what was the last one you asked about?

11 Q.   GSE's, even the Federal Reserve.

12 A.   Government sponsored enterprises, that's a -- GSE, that's

13 a modern term of art.  But the Federal Reserve also is a

14 corporation chartered by Congress just like the old national

15 banks.  In fact, the original Federal Reserve charters came

16 from the Comptroller of the Currency just as though the Fed

17 were a standard national bank.

18      But modern government sponsored enterprises typically

19 were created during the 1930s and -- more recent ones too, of

20 course, but they're a little bit different.  But some of them

21 are corporate entities separate from the United States.

22 Fannie Mae and Freddie Mac, for example, originally were such

23 bodies, but they've been brought back into the fold.  And

24 Fannie Mae and Freddie Mac doesn't quite have full faith and

25 credit status but it's getting close.

1  Q.   Didn't the Committee of Style have a specific vote on

2  giving Congress the power to incorporate?

3  A.   I'm sorry, I missed the first part of your question.

4  Q.   Didn't the Committee of Style that we mentioned earlier

5  have a specific vote on giving Congress the power to

6  incorporate?

7  A.   Yes.  Again, I think you're referring to the

8  constitutional framers Committee of Style.  Did they vote on

9  the power to incorporate?  And yes, they did.  The power to

10  incorporate lost on a vote of the states eight to three.  But

11  this issue was revived, then, in 1791 by Alexander Hamilton

12  with his proposal to create a central bank, the First Bank of

13  the United States and the Supreme Court case of *McCulloch*

14  *versus Maryland*.  In 1819 Justice Marshall, Chief Justice

15  Marshall ruled that the implied powers of the Constitution

16  give Congress the power to create national bank charters.  And

17  all modern corporations essentially are descended from those

18  corporations and that ruling.

19  Q.   Well, but as a constitutional scholar, the states

20  withheld that.  How can the Supreme Court give the federal

21  government something the states specifically withheld?

22  A.   I think the fair reading of that would be that the

23  Supreme Court found another route to accomplish what was being

24  asked apart from the specific vote at the constitutional

25  convention.  Once again, you can ask whether this is proper,

1  but it's legal.

2  Q.   Is there any gold in Ft. Knox?

3  A.   It's -- I've not seen it.  The last audit was in a

4  partial audit in the late 1970s.  People periodically ask for

5  an audit at Ft. Knox.  I remember the auditor's maxim that

6  physical assets that remain in one place uninspected for too

7  long tend to disappear.  So I personally would advocate an

8  audit, but so far the bills in Congress that are being

9  considered about auditing the Federal Reserve do not yet

10 include an audit of Ft. Knox.  But I did send a letter to a

11 relevant congressional staffer last week asking that a

12 Ft. Knox audit be added to the Fed audit bill.

13         DEFENDANT EDWARD WAHLER:  Thank you.  Just a moment.

14         (Defendants conferred.)

15         DEFENDANT EDWARD WAHLER:  Okay.  I yield to

16 Mr. Lewis.

17                     DIRECT EXAMINATION

18 BY DEFENDANT HUGHES:

19 Q.   Mr. Todd, what's the difference between a BOE, bill of

20 exchange, and a closed account check?

21 A.   As I understand the question, a check drawn on a closed

22 account at a bank, it is in form a bill of exchange because a

23 check is a bill of exchange, so legally the form is the same.

24 It's what happens that is different.  The closed account check

25 won't go anywhere.  A bill of exchange might go somewhere.

1  Q.   Is the bank liable when it fails to follow instructions
2  printed on a check?
3  A.   Okay.  Here you have to parse narrowly the standard
4  instructions that a bank knows it has to comply with with an
5  ordinary form bill of exchange or a draft or a check.
6       Nonstandard instructions go into a separate chain of
7  collection.  When I was at the Federal Reserve, we had two
8  sets of collection.  We called one cash collection.  That was
9  standard form items.  And noncash collection.  And that would
10  be, for example, bills of exchange with documents attached or
11  bills of exchange that had nonstandard instructions on them.
12  So it was just a separate channel of handling.
13  Q.   Okay.  If a check is made out to two people, say John and
14  Henry, and only John signs and cashes the check, what is the
15  bank's liability if Henry doesn't get his share of the check
16  from John?
17  A.   Okay.  There the bank might be liable to Henry because --
18  the second person in your example.  The story is that if a
19  check is made out payable to John and Henry, then in theory,
20  both signatures are required for cashing that check.  But if
21  the bank pays out John or Henry, then either one could cash
22  the check.  But in the example you gave me, it was John and
23  Henry, so the bank should be liable to Henry for failure to
24  honor the instruction.
25  Q.   Okay.  In your role as an examiner for the Federal

1    Reserve, would you have determined that the bills of exchange,

2    which are Exhibits B and C in this case, to have been valid?

3    A.    Well, I've been shown some exhibits before, but I don't

4    know which.  If you were referring to bills of exchange of the

5    sort that I was shown by both the prosecution and the defense

6    prior to the testimony, I would have rejected them.  My -- I

7    wasn't officially an examiner of the Fed.  I was a lawyer and

8    an economist.  But one of my legal duties was I was the

9    discount windows lawyer.  So whenever strange documents came

10   into the bank, I would be called over to the discount window

11   to look at them and decide whether we were going to take them

12   or not.  And so I would have been called to look at these

13   instruments if they had shown up at the Federal Reserve and I

14   would have rejected them.  But remember that I am an expert

15   and I see a lot of these documents and I can quickly detect

16   nonconforming things.  Some cases a layman might be fooled;

17   other cases he might not.

18   Q.    What kind of notification would have been returned to the

19   maker of the instrument that they were not valid?

20   A.    Okay.  At the Federal Reserve, we would have charged back

21   the account of the bank that gave us that instrument.  There

22   are some cases where the instruments came in and there was no

23   bank identifiable who could be charged, in which case they

24   just came to rest at the Fed until we dealt with it.

25        But typically if an instrument comes in and isn't paid or

1   can't be paid, you charge it back up the chain of collection.

2   So the Fed would go back to Bank of America, for example, and

3   say that check you gave us was no good, give us our money

4   back.  And then Bank of America in turn would go to whoever

5   gave it the check and say the check was no good, give us our

6   money back, and the chain of collection would be reversed.

7   Q.   Okay.  What is a setoff account?

8   A.   A setoff account is actually common practice

9   traditionally in banking.  Under the common law, persons

10  engaged in a business of banking would have asserted a right

11  of setoff against other assets of an obligor that came into

12  their possession once something that was a primary instrument

13  to the banker was not paid.

14       An illustration would be suppose you had an account at

15  Bank of America and you overdrew the account by, say, $10,000,

16  and then you take the next airplane for Venezuela never to be

17  seen again.  What is the bank going to do?  And the answer is

18  suppose a trailing paycheck for you, your boss still owed you

19  money, paycheck comes into that account, but it's $10,000

20  overdrawn.  The bank would set off the money you owe it

21  against that paycheck that suddenly came in to its possession.

22       In New York under the New York banking law, there is a

23  banker's right of setoff that is spelled out in the banking

24  statute.  The practice is similar in every state and the

25  Federal Reserve has certain rules about it.  But the governing

1   law, the original law was the New York law and some states

2   will have something similar.  Others won't.  But anyway,

3   setoff works that way.  It's a -- in New York it's a statutory

4   right.  In another state it might be a common law right of the

5   banker to try to recover from any new asset that shows up on

6   account of a previously existing debt.

7   Q.   Okay.  Could you speak a little bit to the theory of why

8   we might have thought that it works and would be legal for us

9   to use.

10          MR. ODULIO:  Objection to that, Your Honor.

11          THE COURT:  Overruled.

12          MR. ODULIO:  May we be heard on that?

13          THE COURT:  Yes.

14          Members of the jury, we'll take a morning break at

15   this time.  You may step out and we'll call for you in about

16   10 or 15 minutes.

17          (Jury exited the courtroom.)

18          THE COURT:  All right.  You may be heard.

19          MR. ODULIO:  Your Honor, we would just object --

20   note our objection to this line of testimony.  The

21   government's position is that Rule 704(b) is applicable in

22   this area in that the question is seeking to elicit from an

23   expert witness an opinion concerning the mental state or

24   condition of the defendant as to whether or not the defendant

25   did or did not have the mental state constituting an element

1    of the charged offense.  As the court is aware --

2            THE COURT:  You may have misunderstood the question.

3    It was apparently carefully worded to ask whether -- whether

4    it's -- in essence, whether anyone could have had a reasonable

5    belief that that exchange might have worked, that setoff might

6    have been proper.  Didn't ask what the state of mind of these

7    defendants was.

8            MR. ODULIO:  I thought he said we, Your Honor.

9            DEFENDANT HUGHES:  What I said was would he speak to

10   the theory that we might have looked at that would cause us to

11   think that these were proper and legal.

12           DEFENDANT EDWARD WAHLER:  You need to make it

13   general.  Don't talk about us.

14           DEFENDANT HUGHES:  All right.  Can I reword it?

15   Would you speak to the theory of why people would think that

16   this works and is legal.

17           THE COURT:  That would be fine.

18           DEFENDANT HUGHES:  Okay.

19           THE COURT:  Any objection to that?

20           MR. ODULIO:  We would, Your Honor, just because of

21   the potential confusion of the jury.  I think, Your Honor,

22   they're trying to elicit, again, the notion of whether or not

23   this belief is reasonable.  I think it's ultimately -- that's

24   an ultimate issue for the jury to consider in making a

25   determination under its verdict, whether or not, number one,

1  the belief is held in good faith.  And, you know, a component

2  of that certainly, Your Honor, is whether or not it's

3  reasonable.  So I don't think the testimony of the witness

4  would be appropriate there.  Certainly the defendants could

5  draw that inference as the government can make an inference.

6  But neither party should be allowed to elicit that kind of

7  testimony.

8          THE COURT:  Well, I don't think it's confusing to

9  the jury.  The witness has been testifying all along about

10  realities and also certain theories and commented on it, and

11  that's essentially what he's being asked to do here.  So as

12  long as your question is properly worded, the objection is

13  overruled.

14          MR. ODULIO:  Thank you, sir.

15          THE COURT:  We'll take a ten minute break.

16          (Brief recess at 11:35 a.m.)

17          THE COURT:  May we have the jury, please.

18          And I would ask the witness to return.

19          (Witness resumed the witness stand.)

20          (Jury entered the courtroom.)

21          THE COURT:  All right.  To pick up where we were,

22  would you ask your question again, please.

23          DEFENDANT HUGHES:  Yes, sir.

24                    WALKER F. TODD

25              DIRECT EXAMINATION (Cont'd)

1   BY DEFENDANT HUGHES:

2   Q.   Mr. Todd, would you speak to the theory of why people in

3   the public might think these sorts of things would work and

4   why they would think they would be legal.

5   A.   I'm assuming you are referring to instruments of the type

6   that I was shown before testifying.

7   Q.   Yes.

8   A.   Yes.  It's my experience -- remember that I am an expert

9   and so I could fairly quickly decipher these instruments as

10  something that looked real or not.  But I have seen many of

11  these instruments in the past where they were pretty well

12  done, fairly easily calculated, I think, in their form to

13  deceive the layman or to make someone who didn't understand

14  fully what they were, not realize what they were and take them

15  at face value.  There's been many instances where these things

16  have been taken at face value, either by a merchant or into

17  the banking system, for example.

18       The problem always arises in the chain of collection

19  where they come to rest because ultimately there's no way they

20  can be redeemed, but I suppose you have to be a chain of

21  collections expert to know that there's no way it can be

22  redeemed at the end of the day.  If you floated an instrument

23  into the chain of collection, how do you know what's going to

24  happen to it unless you have some line of expertise in that

25  area.

WALKER TODD - DIRECT

1   Q.    Would you say that on the part of the people, that it was

2   ignorance or criminal intent?

3          MR. ODULIO:  Objection to that, Your Honor.

4          THE COURT:  Sustained.

5   Q.    Okay.  Let me ask the question a different way, then.

6   Given that there seemed to be only about a dozen marketers --

7   I'm going to use that term because I can't think of any other

8   thing to call them -- people who go around giving seminars,

9   teaching people that this is legal and proper, why would you

10  speculate that either the Federal Reserve or the Treasury or

11  the OCC doesn't come out with some type of highly visible

12  public statement that these particular people are teaching

13  fraudulent information?

14         MR. ODULIO:  Objection to that, Your Honor.

15         THE COURT:  Overruled.

16  A.    Okay.  This is actually, I think, a very good question.

17  That is, has the Treasury been as proactive as it should be,

18  the Fed the same way, in trying to offset the effects of the

19  disinformation campaign that's out there.  And I do think the

20  defense raises a good point in the sense of are there seminars

21  and other educational things happening out there that might

22  mislead the public into thinking there was validity in these

23  instruments and, yes, these things exist.  You can find

24  countervailing testimony on the internet by searching, if you

25  Google a seminar for Treasury warrants or comptroller

WALKER TODD - DIRECT

1  warrants, for example, you might find somebody saying, well,
2  no, they don't work.
3      But the real question is what does the Treasury do?  What
4  does the Federal Reserve do?  They issue circular notices when
5  a new type of instrument surfaces in the collection system.
6  But unless you're a banker, I'm not sure how thoroughly you'll
7  see that.  I think there are some classes of merchants who are
8  particularly tied closely to the banking system, like car
9  dealers, for example, who would get and regularly read these
10 circular notices on the Treasury's or Fed's website.  But most
11 people don't spend their days reading Treasury check
12 collection notices.  So it is a fair question.
13      But if you Google the Fed's website, which I do daily,
14 you -- you have to look pretty hard to find guidance on what's
15 wrong with instruments in the check collection system.  And I
16 haven't tried it on the Treasury's website lately, but I think
17 it's a little easier to find over at the Treasury, but
18 definitely not at the Fed.
19          (Defendants conferred.)
20                      DIRECT EXAMINATION
21 BY DEFENDANT EDWARD WAHLER:
22 Q.   Of the instruments you saw come in and reviewed or that
23 you're aware of by any means, were they all prosecuted?
24          MR. ODULIO:  Objection, Your Honor.
25          THE COURT:  Sustained.

WALKER TODD - DIRECT

1  Q.   As a constitutional scholar having studied the

2  Constitution, would this activity constitute a form of protest

3  under the First Amendment?

4          MR. ODULIO:  Objection to that, Your Honor.

5          THE COURT:  Sustained.

6          DEFENDANT EDWARD WAHLER:  Okay.  This should be

7  Government's Exhibit 164 so it should already be in evidence

8  so everybody can see it, right?

9  Q.   Can you see that now, Mr. Todd?

10  A.   It just came up.

11  Q.   Okay.  This is one of the documents that has been

12  presented into evidence.  You'll notice the verbiage up at the

13  upper right in bold.  Does that mean anything to you?

14  A.   As an expert I would say no, it's inconsistent.  It's a

15  hallmark of these instruments, by the way, the original ones

16  that I first saw 15 years ago.  I said the person who drafted

17  them had some knowledge of what was happening regarding

18  banking and money, but it sort of veers off into unforeseen

19  terrain.  So it's as though they were drafted by someone who

20  wasn't quite in his right mind as he was drafting it, but had

21  a great deal of technical knowledge.

22          So I would say that's sort of -- the boldfaced thing at

23  the top and the paragraph 1 statement of facts that I'm being

24  shown here has language that's inconsistent with what you

25  would normally expect, okay.

1    I was an expert on banker's acceptances, for example.

2    Probably considered the leading expert on banker's acceptances

3    in the entire U.S. government when I was at the New York Fed.

4    And that second sentence there really blows me away.  Said,

5    "Acceptance in the form of a banker's acceptance or national

6    bank note."  They're not the same thing at all, and anyone who

7    is familiar with banker's acceptances would know that.  But if

8    you're a layman, could you define what is a banker's

9    acceptance?  So there are problems with the language that way.

10   Q.   Okay.  So if -- here we find more recitations of law --

11   A.   Uh-huh.

12   Q.   -- specific to setting up the definition of legal tender,

13   correct?  Subtitle --

14   A.   Yes, the definition from Title 31, key point being

15   Federal Reserve Notes are -- national bank notes are legal

16   tender.

17   Q.   And I think as you stated as testimony, the one sentence

18   there, "This official definition for legal tender was first

19   established in HJR 192 in 1933."  That is a correct statement,

20   correct?

21   A.   Yes, it was done by a joint resolution in 1933, right.

22   Q.   And then at the end of the sentence, "Notes of national

23   banks, legal tender, both backed by the credit of the nation,"

24   that's a correct statement?

25   A.   Yes, and that is correct.  Separately provided in the

1    Federal Reserve Act that Federal Reserve Notes are full faith
2    and credit obligations of the United States.
3    Q.    Then below that, the quote, "From HJR 192 that abrogated
4    the gold clause," do you recognize that?
5    A.    Yes.
6    Q.    Okay.
7    A.    The gold clause -- well, basically, by June of '33, the
8    federal government was denying its obligation to pay out gold
9    even on previously issued bonds of the United States promising
10   payment in gold.  And the Supreme Court later upheld the right
11   of the government to do that.
12   Q.    Okay.  There was an executive order demanding the people
13   turn in their gold.  Was that constitutional?
14   A.    It was held to be legal.  Whether it was proper is
15   another story.  But it was later sustained as a matter of law.
16   I have personal objections to it and I view it as improper,
17   but -- and I was glad when the private right to own gold was
18   restored in 1974.  But the -- the rulings of the Supreme Court
19   are consistent on this that the right of the executive to
20   suspend gold in the circumstances was correct.
21   Q.    Due to emergency.
22   A.    Due to emergency powers.
23   Q.    The lower section deals, I believe you'll see, with
24   Title 12 and the number of repealed laws.
25   A.    Yes.

WALKER TODD - DIRECT

1   Q.   And the quote down from money and banking, "Today
2   commercial banks no longer issue currency."  I don't know what
3   the --
4   A.   Uh-huh.
5   Q.   Then it says commercial banks don't, correct?
6   A.   Yes.  Right, national bank notes were the last form of
7   circulating currency that was issued by any commercial bank,
8   in that case national banks, but that ended in 1933.
9   Q.   Okay.  Thank you.  This is where we need your expert
10  input.  UCC4-105.
11  A.   Yes.
12  Q.   Says what?
13  A.   "Bank means a person engaged in the business of banking."
14  Q.   Okay.  Seems reasonably easy to understand.  How about
15  the next one.
16  A.   Right.  "The term bank also includes any person engaged
17  in the business of banking."
18  Q.   And the next one.
19  A.   "Bank means any person engaged in the business of
20  banking."
21  Q.   So we've got some consistency here.  And then Black's Law
22  Dictionary definition of banker.
23  A.   Right.  It's anyone, including a private person, who is
24  engaged in the business of banking without being incorporated.
25       Some statutes or legal systems call these people private

1    bankers and the like.  And this is consistent with that older

2    story I was telling you about in the 1950s when the draftsmen

3    were doing the New York version of the Uniform Commercial Code

4    and they said who is a banker.  And for purposes of the law,

5    they said we have to use the broad definition of banker,

6    meaning anyone who does this business as opposed to particular

7    banks or bankers licensed by the state or by the federal

8    government.  Under the common law anyone could be a banker,

9    but state laws were later enacted restricting the privilege of

10   banking to certain defined classes of individuals,

11   partnerships, corporations.

12       The National Bank Act allowed individuals or partnerships

13   or associations to be national banks until 1933 when the

14   government provided an inducement under the old reconstruction

15   finance corporation to banks to go ahead and incorporate

16   because that way you could sell preferred stock to this

17   government rescue entity, the RFC.  If you were just an

18   individual, you couldn't sell preferred stock in yourself.

19   Q.    Okay.

20   A.    So that was -- that was the background of this whole

21   distinction between a banker as a person on one side and a

22   bank as some specifically licensed entity on the other side.

23   Q.    Okay.  But the last sentence of that where it says,

24   "while a private banker is a person engaged in banking without

25   having any special privileges or authority from the state."

1  A.   Yes.

2  Q.   That's still a good definition, is it not?

3  A.   (No response.)

4  Q.   Black's Law Dictionary?

5  A.   Yes.  Yes, that's right.  It's the common -- all Black's

6  is doing here is restating the common law definition of a

7  banker.

8  Q.   Okay.  And then the next sentence where it says "Banking

9  is partly."

10  A.   "Banking is partly and optionally defined as a business

11  of issuing notes for circulation or negotiating bills."  The

12  classical traditional definition of banking is issuing notes

13  intended to circulate as money payable on demand.

14  Q.   Okay.  And then where it says banker's note, defines

15  banker's note as.

16  A.   It says, "A commercial instrument resembling a bank note

17  in every particular except it's given by a private banker or

18  an unincorporated banking institution."

19  Q.   That's consistent with what we've seen so far, correct?

20  A.   Yes.  Once again, that's just allowing private persons to

21  engage in this business of banking.

22  Q.   Okay.  Let's go to the next page, then.  Have to drag you

23  through this to...

24       All right.  Basically, the first big paragraph there

25  forms the conclusion of this document.  If you would please

1  analyze that for us.  Starts with "therefore" right at the
2  top.
3  A.  "Therefore, as noted above, the legal definitions
4  relating to legal tender" -- do you want me to analyze it or
5  read it?
6  Q.  Well, probably read it for the jury and then comment on
7  it, please.
8  A.  "The legal definitions relating to legal tender have been
9  written by Congress and maintained as such to be both
10 exclusive, where necessary, and inclusive, where appropriate,
11 to provide for the inclusion of the principals, sureties,
12 prime creditors, and holders in equity over the United States,
13 who, since 1933, have collectively and nationally constituted
14 a national bank or a national banking association."
15     This is preliminary language that's basically saying who
16 are the persons authorized to organize a national bank, and
17 let's talk about their rights regarding the legal tender
18 privilege.
19     And then it continues, "So a national bank with a right
20 as stated in the instrument to issue as legal tender notes on
21 the full faith and credit of the United States."  They're
22 cleaning up the language.  In '33 the statute was changed to
23 substitute this modern phrase full faith and credit where
24 previously it said obligations of the United States and so on.
25     And it continues.  It says these -- under the old

1   statutory definition, a national bank's organizer or principal
2   was a surety for the obligations, currency and credit as a
3   remedy for equity interest recovery over U.S. corporate public
4   debt due to them.
5        This is all related to that older system where national
6   banks were allowed to issue notes serving as currency, but in
7   return they had to back those notes with purchases of U.S.
8   government obligations.  And those obligations are what's
9   being talked about in this older statutory language here in
10  the second half of the statute.
11  Q.   Okay.  Do you see there where it says the Fourteenth
12  Amendment?
13  A.   In the bottom middle of the page, yes.  The Fourteenth
14  Amendment provides "no person shall be deprived of property
15  without due process of law."
16  Q.   Correct.
17  A.   Right.
18  Q.   And then the next sentence after that.
19  A.   It says, "The courts have long ruled to have one's
20  property legally held as collateral or surety for a debt even
21  when he still owns it and still has it is to deprive him of it
22  since it is at risk and could be lost for the debt at any
23  time."
24  Q.   So this --
25  A.   And --

WALKER TODD - DIRECT

1    Q.    You've made the comment that the government has pledged

2    our future earnings which are our property, is it not?  I

3    mean, our -- we have the property --

4    A.    Yes, in the broad economic sense, your future earnings

5    stream would be deemed your property, yes.

6    Q.    Okay.  So we have had that pledged, and is this not

7    saying that that is a form of deprivation?  That we're not --

8    they can't do it without due process of law under the

9    Fourteenth Amendment?

10   A.    I think it's generally recognized in law that you cannot

11   state a claim on future earnings of a private individual

12   without due process of law.  That he has to sign a contract or

13   something to that effect.

14   Q.    Okay.

15   A.    So, yes.

16   Q.    So by this definition, the American people have become

17   sureties for the national debt, correct?

18   A.    A portion of their earnings may be taxed away.  That's --

19   that's the sense in which the people would stand as a surety

20   for the national debt.  It is that you know that taxes would

21   have to increase at some point to pay off or pay down the

22   debt.

23   Q.    Okay.  So the little -- where it starts, quote, Sureties

24   compelled.

25   A.    Uh-huh.

1          THE COURT:  Well, I think you're going to have to

2    make a comment to advise the court where you're going with

3    this because otherwise you're just going over miscellaneous

4    phrases from a miscellaneous document.

5          DEFENDANT EDWARD WAHLER:  And, sir, that's the

6    problem.

7          THE COURT:  And you're not showing -- you're not

8    showing how it might apply to this case.

9          DEFENDANT EDWARD WAHLER:  I'm trying to get at the

10   point in the document where -- all this foundation is being

11   laid before the conclusion.

12         THE COURT:  Well, you better move it quickly, then,

13   because otherwise I'm going to cut it off.

14         DEFENDANT EDWARD WAHLER:  Okay.

15   Q.   The question was asked earlier, and I think we've come

16   around to it, are we sureties?  And you basically said a

17   portion of our earnings is surety; is that correct?

18   A.   Future earnings.

19   Q.   Future earnings would have been pledged as a surety to

20   the national debt.

21   A.   And my answer there is in the broad general sense we are

22   sureties for the national debt.  As a legal matter, there are

23   two categories of thinking about public debt traditionally.

24   The prior tradition that was abandoned by the formation of the

25   Constitution was no future Congress can be bound by an act of

1    the present Congress.  And so it was decided based on 17th

2    century English practice that evolved then that we would

3    establish that regarding public debt, a commitment can be made

4    by a present Congress or parliament that binds a future

5    Congress or parliament and that commitment would be, in this

6    case, backed by a taxing power.  The taxes would stand as

7    sureties.  But if you talked to insurance lawyers or lawyers

8    experienced in guarantys, I think they would say what they --

9    what is meant by surety here is the general sense and not any

10   technical legal term as binding you, saying aha, now you are a

11   legal surety for this public debt over here.  I think that

12   would be a stretch.  It would be beyond the settled

13   understanding of the term.

14        I understand how you could conclude that a person is a

15   surety for the public debt, but I think it's a

16   misinterpretation.

17   Q.   Okay.

18        (Defendants conferred.)

19   BY DEFENDANT EDWARD WAHLER:

20   Q.   Would it be reasonable on the part of a layman -- you're

21   the expert.  The people in general are not -- to conclude they

22   are a surety for the national debt and would have a right of

23   redress?

24   A.   On the first part, would -- reading this language, would

25   you be able to conclude that you're a surety for a debt -- for

1  the public debt?  Yes, I can see how laymen would read that
2  and draw that conclusion.
3      And if you're saying, well, what is the remedy there?
4  The issue is -- again, I think it was *Lucas versus South*
5  *Carolina Coastal Commission* in 1988, a Supreme Court decision,
6  where basically the ruling is if you don't like what's being
7  done in your name, your only remedy is to go to the ballot box
8  and throw the rascals out.
9      The problem is if you see a provision of law being
10 violated or law -- or the Constitution, do you have as a
11 citizen a private remedy against the United States for that
12 wrong?  And I believe it is settled law that you do not have a
13 private remedy unless you can state a claim under the Federal
14 Tort Claims Act or something to that effect.
15         DEFENDANT EDWARD WAHLER:  No more questions.  Thank
16 you.
17         THE COURT:  Cross examination.
18         MR. ODULIO:  Yes, sir.
19                    CROSS EXAMINATION
20 BY MR. ODULIO:
21 Q.   Good afternoon, Dr. Todd.
22 A.   Good afternoon.
23 Q.   You were just asked a series of questions about
24 Government's Exhibit 164.  Do you recall that?
25 A.   Yes.

1  Q.  And you were shown various passages in isolation of

2  purported legal authority.

3  A.  Yes.

4  Q.  Take a look at paragraph 1 there.

5  A.  Uh-huh.

6  Q.  And I'll ask you whether or not anything that you were

7  presented would support the assertion being made there in

8  paragraph 1 concerning this purported tender offer or banker's

9  acceptance or the use of a national bank note to pay...

10  A.  Well, that -- that whole second sentence is something

11  that to an expert would have been a red flag warning that this

12  is not a regular instrument in form.  You would want to ask

13  further questions about who drafted it and why, things of that

14  sort.

15      In the first sentence, you would have to know some

16  particulars that are not self-evident on the instrument, like

17  what are these account numbers, for example.  But other than

18  that, the first instrument is not necessarily a red flag.  It

19  would be a -- particular account number information would be a

20  red flag, but the second sentence is the red flag to the

21  expert.

22  Q.  How about the use of a national bank note?  Anything that

23  you read and was presented in direct examination would support

24  the use of a national bank note --

25  A.  No --

1  Q.   -- to pay --

2  A.   Go ahead, I'm sorry.

3  Q.   To pay a Countrywide home loan on January 15th of 2004?

4  A.   No, the use of national bank notes for this purpose would

5  have ended in 1933.

6        MR. ODULIO:  Your Honor, may I approach the witness?

7        THE COURT:  Yes.

8  Q.   Show you, sir, what's in evidence there as Government's

9  Exhibit 110.

10 A.   Yes.

11 Q.   It's also on your monitor.  That's styled a Bill of

12 Exchange, is it not?

13 A.   Yes, in the upper left it says Bill of Exchange.

14 Q.   And this instrument -- first of all, are you familiar

15 with it?

16 A.   I saw this prior to testimony today, yes.

17 Q.   And my question to you, sir, is this instrument is

18 purporting to draw money from a Treasury direct account, is it

19 not?

20 A.   Yes.

21 Q.   And if I were to tell you that the direct Treasury

22 account listed there is not valid, what would your opinion be

23 on the legitimacy of this instrument, Government's 110?

24 A.   Well, if the account number is not a valid number, there

25 are still other red flag warnings in this top half of the

1    instrument.  The idea of calling John Snow the trustee at the

2    Department of the Treasury would have been a red flag right

3    there.  John Snow was the secretary of the Treasury at the

4    time.  And it says, "Prepaid exchange item.  Process through

5    the TT&L account by FedWire."

6        TT&L is a banker's jargon term for Treasury tax and loan

7    accounts and these are not things that laymen would ordinarily

8    be involved in.  It's a way for private businessmen to make

9    federal tax payments.  You can go down to a Federal Reserve

10   member bank and make a payment of taxes for the credit to the

11   Treasury's account.  Alternatively, the Treasury will deposit

12   money back in the banking system using these accounts,

13   Treasury tax and loan or TT&L accounts.  But this is something

14   that happens only between bankers on the one hand and the

15   Treasury on the other hand.  So that for a private person to

16   say, oh, go debit the TT&L account, this would be deemed a

17   nonsense instruction.

18   Q.   All right.  So do you have an opinion on whether or not

19   this is fictitious?  I take it your view is it is.

20   A.   Would I have taken this if I were at the Fed do you mean?

21   Q.   Correct.  Yes, sir.

22   A.   Yes.  No, I would not.  I would have kicked this

23   instrument out.

24   Q.   And in fact, you're familiar with these kinds of

25   instruments, are you, in your work with the Fed; isn't that

1  right, sir?

2  A.   Yes.

3  Q.   And you testified earlier that these so-called bills of

4  exchange began to circulate in the upper midwest.

5  A.   In the high plains states originally.  The Rocky Mountain

6  west starting in the early 1990s to mid '90s.  The claims

7  started piling up at Federal Reserve Banks.  That's when they

8  first came to the notice of the Fed and the Treasury that

9  there might have been more than just isolated incidents, but

10 at the time we wondered if there was some kind of concerted

11 attempt to tie up the payment system.

12 Q.   And the Montana Freemen, for example, would be a subset

13 of that?

14 A.   That's right.  Ultimately, we think this was traced back

15 to the activities of the Montana Freemen who seem to have been

16 ground zero in the origination and circulation of these types

17 of instruments.

18 Q.   And again, your testimony is you're familiar with them

19 and the related scheme.  Is there an underlying antigovernment

20 or antilawyer sentiment related to these kinds of schemes?

21 A.   Certainly for the Montana Freemen there was both of the

22 elements you described, both antifederal government and

23 antilawyer.  The Montana Freemen refused on principle to

24 cooperate with their defense attorneys or with their expert

25 witness.

1  Q.   All right.  I'm going to ask you, you're familiar with a

2  Treasury direct account or a direct Treasury account as styled

3  here, sir?

4  A.   Yes.

5  Q.   Isn't it true that you cannot use a Treasury direct

6  account to write checks to third parties, for instance, to pay

7  off the clerk of the superior court or make a mortgage payment

8  or a car payment?

9  A.   Yes, this is correct.  What you're describing would

10  amount to using the Treasury direct account as like a checking

11  account at a bank, but it is not intended for that.  It's

12  usually just the device through which an individual citizen

13  may buy and sell securities from the Treasury.  If you want to

14  buy a Treasury bill, for example, it would be credited into

15  your Treasury direct account.  When you sell the security or

16  if it matures and you fail to roll it over, there would be

17  cash in the account.

18  Q.   Okay.  And Dr. Todd, these bills of exchange really

19  relate to -- and you've testified about the Redemption.  It

20  relates to an assertion that HJR 192 somehow allowed

21  individuals to trade their birth certificates in for millions

22  or hundreds of millions of dollars; is that right?

23  A.   Yes, a variation of the theme.  And economists would say

24  it's only worth 625,000, but that's right.

25  Q.   Okay.  And in fact, in the line of questioning you were

1   asked on direct examination about sureties, does that relate
2   to this notion that you just discussed about redeeming your
3   birth certificate?
4   A.   Yes.  I believe that the surety concept as described
5   there is related to the, what we were calling Redemption
6   theory and that spinoff from Canadian social credit theory.
7   Q.   And does HJR 192 have anything to do or give individuals
8   the ability to use their birth certificate to get an account
9   for hundreds of millions of dollars?
10  A.   No, not to my knowledge, no.
11  Q.   And you've seen language that used HJR 192 and the UCC in
12  conjunction to purportedly open these accounts; is that right?
13  A.   Yes, I have seen that in other cases, yes.
14  Q.   Okay.  HJR 192 was enacted in 1933; is that right?
15  A.   Yes.
16  Q.   And I think you testified on direct that the UCC wasn't
17  widely accepted or codified until the 1950s; is that right?
18  A.   Yes.  In fact, the graduation speaker at my law school
19  graduation was the original draftswoman of the UCC.  Her name
20  was Soia Mentschikoff, and she started working on the project
21  in 1949.
22  Q.   Okay.  So Ms. Mentschikoff wouldn't have -- certainly
23  wouldn't have contemplated the use of the Uniform Commercial
24  Code to trade your birth certificate in to open a direct
25  Treasury account as reflected in 110.

1 A.   Right.  That would have been deemed nonsense.

2 Q.   All right.  Let's take a look at 162, sir, which is in

3 evidence.  I'm going to direct your attention, I think, to the

4 back of the page.

5 A.   The back, right.

6 Q.   Again, do you have a view based on your experience

7 concerning the legitimacy of this purported payment?

8 A.   Yes.  This is a payoff demand.  Right.  The language

9 is -- on this -- the top half of this instrument is basically

10 just a hodgepodge of legal phrases that seem to have been

11 slapped together disjointedly.  So "this note is legal tender

12 for all debts public and private," for example, that's the

13 language that appears on currency notes, dollar bills.

14     The phrase "accepted for value" and "returned for value,"

15 "discharge and closure of the accounting," to an expert this

16 would have no meaning.  We would say we don't know what this

17 means.

18     "Issued under the authority of U.S. Code as a legal

19 tender offer national bank note," well, again, there's the

20 reference to the out-noted national bank notes which have not

21 been around since '33.

22     And the conjunction -- or the reference to HJR 192, I

23 believe HJR 192, that's House Joint Resolution 192 which

24 declared Federal Reserve Notes legal tender.  That may have

25 been the resolution that suspended the circulation of national

1  bank notes.  So the two could be related that way.  But it has

2  nothing to do with a current commercial transaction.

3  Q.  Any kind of expertise needed, sir, to determine that this

4  is not a valid instrument when the entity you sent it to

5  rejects it?

6  A.  Would you need expertise to reject this, is that

7  essentially what you're asking?

8  Q.  I'll withdraw the question.

9  A.  Okay.

10 Q.  Let's take a look at Government's 32.  Do you see that,

11 sir?

12 A.  Yes.

13 Q.  If -- and this just looks like a check drawn on a Bank of

14 America account payable to Countrywide for 323,915 and some

15 dollars.  Do you see that?

16 A.  Yes.

17 Q.  If this check was drawn on either a closed account or an

18 account that did not have funds in it, what would happen to

19 this check?

20 A.  Do you mean if it came into the Federal Reserve?

21 Q.  Yes, sir.

22 A.  Yes.  It would be rejected for a variety of reasons.

23 First, it has a handwritten certified number in the upper

24 left.  That would be deemed highly irregular.  And the real

25 question is who has authority to certify a check.  Only a

1    banker does.  And there are various statutes that deal

2    particularly with the effect of certifying a check.

3        It says "FedWire Only" stamped on the check.  So a banker

4    would be puzzled by this because you'd say it's a check but

5    why am I being told to run this through FedWire?

6        Then you have the legend that's stamped on the lower

7    right:  "Attention U.S. Treasury direct prepaid item," et

8    cetera, "private pass through account."  Again, to my

9    knowledge, no such accounts exist.  Or if they do, they're not

10   available for payments by third -- payments to third parties.

11       Let's see.  "Electronic funds transfer only.  Do not send

12   to bank printed on check."  That would be, again, a most

13   irregular instruction because when you see a check, the only

14   thing you're supposed to do is present it back to the bank on

15   which it was drawn and here is language telling us do not

16   present to that bank.  So it's inconsistent with the

17   fundamental nature of the instrument.

18   Q.   Okay.  Any of the stamps on here magically make -- would

19   magically make this check work if there weren't any money in

20   this related account or if it was closed?

21   A.   No.  I think the initial instinct of a banker seeing this

22   check would be to try to present it on to that account and he

23   would learn that the account has been closed and so he would

24   then begin the process of reversing any value paid for the

25   check back up the chain of collection.  He would just reverse

1   the process of collection that it had come into.

2   Q.   You were also asked questions on direct examination about

3   fractional banking.  Do you recall that?

4   A.   Yes.

5   Q.   Any of your answers relating to fractional banking, would

6   that support this Redemption scheme?

7   A.   No.  No.  Fractional reserve banking is entirely related

8   to the question of what percentage of reserves, if any, are

9   required to be held against currently demand deposits in the

10  banking system.

11  Q.   This --

12  A.   And the rate of expansion of money that's related to it.

13  But that has nothing to do with the collection of instruments.

14  Q.   Does fractional banking have anything to do or -- have

15  anything to do with negating someone's promise to pay a

16  promissory note signed in conjunction with a mortgage?

17  A.   No, I would say it does not.

18  Q.   Has no effect at all on that person's obligation to pay

19  back the mortgagor.

20  A.   No.  You might encounter a particular case where the note

21  called for payment in a certain form, but by and large, the --

22  as long as all that is being exchanged is bank credit, then

23  one's obligation is to pay back to the bank the value of the

24  credit advanced.

25  Q.   Let's take a look at Government's 137.  Do you have that

1  in front of you, sir?

2  A.   I do.  Do I have that one or only on the screen?  Wait,

3  yes, I do.  I do.  I see it.  Okay.

4  Q.   And again, you looked through this document prior to your

5  testimony today; is that right?

6  A.   Yes.

7  Q.   And this is styled Notice of International Commercial

8  Claim Administrative Remedy.

9  A.   Yes.

10  Q.   And it's purportedly being made by Edward William Wahler

11  and Kathy Ray Wahler to Kelly King, d/b/a President, BB&T

12  Bank.

13  A.   Yes.

14  Q.   Is this a valid mechanism to resolve a dispute you might

15  have with a bank?

16  A.   Probably not in the sense that it looks like a document

17  that would have a mix of legal and accounting concepts

18  embedded within it, but I don't think it has any monetary

19  value attached to it.  It appears to be drawn under the

20  reference to International Commercial Claim.  There's a whole

21  line of questionable financial instruments that supposedly are

22  drawn under International Chamber of Commerce, ICC,

23  documentation.  And this may have been somehow intended to

24  conform to understanding -- it's about the International

25  Chamber of Commerce, but to my knowledge there is no such

1  thing as an International Commercial Claim Administrative

2  Remedy.

3  Q.   And would a bank's failure to respond to a document like

4  this result in a liability to the bank?

5  A.   Would a bank receiving this therefore automatically have

6  a liability based on the fact of receipt?  And the answer is

7  no.

8  Q.   You were also asked questions, sir, about whether or not

9  the Fed or the Treasury has been proactive concerning

10 informing the public about these scams and schemes.

11 A.   About these -- uh-huh.

12 Q.   Do you recall that?

13 A.   Yes.

14 Q.   Show you what's on your monitor as Government's Exhibit

15 249, which has been admitted into evidence.  Do you see that?

16 A.   Not yet.

17 Q.   Bear with us here.

18 A.   Okay.  Yes.  This is 249.  And it's an alert from the

19 Comptroller of the Currency regarding fraudulent debt

20 elimination schemes, yes.

21 Q.   I'm going to turn your attention --

22 A.   Right.  And it's addressed by the Comptroller of the

23 Currency who's the administrator for national banks to

24 national banks, state banks, et cetera, and bank examiners and

25 the like.

1  Q.    And certainly, sir, there have been other alerts issued

2  like this by the OCC and related authorities especially after

3  this Freemen --

4  A.    Yes.

5  Q.    -- episode that you just testified about.

6  A.    Yes.

7  Q.    Okay.  And again, in pretty plain English it says that

8  these kind of Redemption schemes are fraudulent; is that

9  right?

10  A.    Yes.

11  Q.    And in fact, it's styled Fictitious Debt Elimination

12  Schemes in the description there.

13  A.    That's correct.

14  Q.    Dr. Todd, you were contacted only recently by the

15  defendants for your testimony in this matter; is that correct?

16  A.    Yes.  The first inquiry was Friday, I believe.

17  Q.    And sir, you're appearing here and collecting a witness

18  fee in connection with or -- or a fee in connection with

19  your -- the testimony, the expert testimony you're providing

20  today; is that right?

21  A.    Yes.

22  Q.    And who is paying the fee?  Or let me rephrase that.

23        THE COURT:  Sustained.

24  Q.    Okay.  What is your fee?

25  A.    I believe it is $2,500 plus my expenses of travel.

1  Q.   Okay.  Would you accept your payment in the form of

2  Government's Exhibit 110 if it was tendered to you?

3        THE COURT:  Sustained.

4        MR. ODULIO:  Just a moment, Your Honor.

5        THE COURT:  Yes, sir.

6        (Government counsel conferred.)

7        MR. ODULIO:  Thank you, Your Honor.

8        THE COURT:  Any redirect within the scope of cross?

9        DEFENDANT EDWARD WAHLER:  Yes.  We're trying to find

10  a document, if you'll just...

11        (Defendants conferred.)

12        DEFENDANT EDWARD WAHLER:  Your Honor, is it possible

13  to break for lunch so we can try and find some documents and

14  get our act together, if you don't mind?

15        THE COURT:  All right.  But any redirect has to be

16  within the scope of cross examination.

17        DEFENDANT EDWARD WAHLER:  Okay.  Thank you.

18        THE COURT:  We'll take our lunch break, members of

19  the jury.  Please remember the usual instructions.  Keep an

20  open mind about the case.  Don't discuss it.  Thank you.

21        JUROR:  What time are we supposed to be back?

22        THE COURT:  It would be a good idea if we all know

23  that.  That would be -- let's try 2 o'clock.

24        (Lunch recess at 12:45 p.m.)

25  TUESDAY AFTERNOON, NOVEMBER 17, 2009

WALKER TODD - REDIRECT

1        THE COURT:  May we have the jury, please

2          (Jury entered the courtroom.)

3        THE COURT:  All right.  The jury is with us.

4        DEFENDANT EDWARD WAHLER:  Would the government put

5   Exhibit 249 back up, please.

6        MR. ODULIO:  What page?

7        DEFENDANT EDWARD WAHLER:  It's the OCC alert, right?

8   I guess the top of it to start with.

9                    WALKER F. TODD

10                  REDIRECT EXAMINATION

11  BY DEFENDANT EDWARD WAHLER:

12  Q.   Mr. Todd, I think we -- the "To" section of this

13  document, who did that indicate this document was addressed

14  to, please?

15  A.   This document of the OCC alert from the Comptroller of

16  the Currency is addressed to the chief executive officers of

17  national banks, state banking authorities, the Federal Reserve

18  system, the FDIC, the state bank supervisors, the deputy

19  comptrollers, that's the people that work for him, the

20  assistant deputy comptrollers, district counsel, and all

21  examining personnel.  That, again, would be all people

22  involved in the Office of the Comptroller of the Currency.

23  Q.   Okay.  Would all of them also be considered fairly

24  sophisticated in the banking system?

25  A.   They either are or should be, yes, to hold the positions

1  that they do.

2  Q.   And still, they needed to see a document like this to be

3  noticed of this situation; is that correct?

4  A.   Well, it was addressed to them, let's put it that way,

5  yes.

6  Q.   Okay.  Based on either OCC alerts or any knowledge you

7  have, has this activity subsided?

8  A.   The particular activity that is described there was

9  essentially bonds for discharge of debt, bills of exchange,

10  due bills, Redemption certificates, and the like, and the date

11  on this was from '03, December of '03, and I believe that the

12  activity peaked maybe a year or two after that and then it has

13  subsided since then.  But yes, it has subsided by now.

14  Q.   So would you say there's a lag, then, for information

15  like this before it possibly gets out to the public?

16  A.   That has been my experience, yes.

17         DEFENDANT EDWARD WAHLER:  Okay.

18         (Defendants conferred.)

19                 REDIRECT EXAMINATION

20  BY DEFENDANT HUGHES:

21  Q.   Would a layman reading this OCC alert necessarily know

22  exactly what was meant by fictitious instruments here?

23  Because one of the things it talks about is bill of exchange

24  and obviously there are plenty of legal bills of exchange.

25  A.   Uh-huh.

1  Q.  So if a layman had this, how would he know what kind of

2  bill of exchange this alert had to do with?

3  A.  They would have to read the rest of the document.  It may

4  be spelled out which entities are involved with the bills of

5  exchange that are suspect.  But I think your point is a valid

6  one, that if you say watch out for due bills and bills of

7  exchange, those are or may be valid instruments elsewhere in

8  commerce.  So it's only a particular subset that they are to

9  watch out for, and then it would be a question of is adequate

10 notice available in this document here to tell people which

11 ones to watch out for.

12           DEFENDANT HUGHES:  Okay.  Thank you.

13           DEFENDANT EDWARD WAHLER:  I have no further

14 questions.

15           MR. ODULIO:  Your Honor, no further questions from

16 the government.

17           THE COURT:  All right.  You may step down.

18           THE WITNESS:  All right.  Thank you.

19           (Witness stepped down.)

20           DEFENDANT HUGHES:  Do we need to say that he's

21 excused at this point?

22           THE COURT:  If there's no objection, he'll be

23 excused.  Thank you.

24           THE WITNESS:  Thank you, Your Honor.

25           DEFENDANT HUGHES:  Okay.  I didn't know if we needed

1   to do that or not.

2           THE COURT:  Just as well, thank you.  Yes, we did

3   so.

4           DEFENDANT HUGHES:  Thank you.

5           We're having a little discussion.  Give us one

6   moment.

7           THE COURT:  Yes, sir.

8           The jury may be at ease.  That means you may stand

9   and stretch, chat with one another, but not talk about the

10   case.

11           (Defendants conferred.)

12           DEFENDANT KATHY WAHLER:  Your Honor, I am ready to

13   take the stand to testify --

14           THE COURT:  All right.

15           DEFENDANT KATHY WAHLER:  -- on behalf of myself.

16           THE COURT:  If you'll step forward.

17                           KATHY WAHLER,

18   being first duly sworn, was examined and testified as follows:

19                     DIRECT EXAMINATION

20           THE WITNESS:  My name is Kathy Wahler.  I am the

21   wife of Edward Wahler.  Defendant in this case.

22           I am taking the stand to tell my story.  You guys

23   have heard all of everything here.  All about instruments.

24   All about seminars, teachings, all of that.  As I told you in

25   the beginning that you would find that I am a housewife,

1    stay-at-home mom.  Home schooled my children.  Didn't attend
2    seminars.  Didn't get into any of this.  To me it's all
3    gobbledegook.  Haven't we all at one point said -- your
4    husband said sign this, you sign it.  Or he said take this to
5    the post office, you'd take it to the post office.
6              I was born in Asheville, North Carolina.  Raised
7    there all my life.  Raised in a traditional home where my
8    husband -- my father was the head of the household.  My mother
9    took care of the household.  And raised in church.  And my
10   belief system is is that the husband is the head of the
11   household as Christ is head of the church and you defer to
12   that.  I know a lot of you are saying in this day and time how
13   can you be that way.  It's plain and simple, it's in the
14   Bible.  And if it's in his word, it's his word.  The Bible is
15   the same today, tomorrow, yesterday.  It doesn't matter.  It
16   is the same.  So that's the way I have taken it.
17             I have two children.  We have two children.  We have
18   a fourteen-year-old boy and a nine-year-old girl.  And have
19   spent their lives with them, basically.  As I said, we home
20   school.  Very traditional family spending lots of time with
21   our children, not spent running here and there.
22             Hang on a second, I'm trying to stay in order here.
23             Ed and I have been married for 25 years.  And
24   when -- when you saw what first happened with the BB&T check,
25   and that was a Nigerian scheme.  If you -- I know now you're

1   saying, well, everybody knows about Nigerian schemes.  Well,
2   you have to think back.  This was in 2002.  Did we know about
3   Nigerian schemes back then?  And he legitimately was trying to
4   do business.  So there was no cause for -- you know, the shock
5   four months later when the bank came back and the Secret
6   Service showed up and they did all their questioning -- which
7   again, I didn't sit in on the questioning.  I was with the
8   children and they questioned my husband.
9           So I can't -- I have not questioned anyone about the
10  documents as you may have noticed.  I don't understand the
11  documents.  Gobbledegook.  And I just don't understand it.
12  And at this point, in the last 16 months, one of the
13  conditions of my release was is that I not have any contact
14  with my husband.  No contact with my husband whatsoever until
15  two weeks ago I actually got to start talking to him in court.
16  And we've been married for 25 years.
17          Excuse me.
18          (Witness began to cry.)
19          THE COURT:  You may take time as you see fit.
20          THE WITNESS:  So you see, I got shoved into the
21  point of being a single mother.  I did not handle the
22  financial things in the household.  I let him do that.  I
23  also -- and that's like being widowed when you can't even talk
24  to your husband.  It's like he no longer exists.  And I had to
25  pack up, sell or give away everything that we had.  Didn't

1   have much left, but what we had, our personal items.  I know
2   that you heard that Ed is an electrical engineer, developing
3   products.  I had to pack his lab up.  And just pack it up with
4   the hope that it would sometime be unpacked.
5            The children and I live with my parents.  And I do
6   have a job.  And...
7            Ed and I moved back to Asheville.  When we got
8   married, we moved -- we were in Charlotte because that's where
9   he worked.  And we moved back to Asheville to have our
10  children.  To live in a slower pace, a good life.  I had been
11  raised there and that seemed a good place to start a -- you
12  know, to start our family there.  And it was always that I
13  would stay home and be with the children.  And so that's --
14  that's what we have done.
15           It's just very hard to think of the separation of
16  the last 16 months and what the future may hold.  But I did
17  not go to seminars.  I did not research.  It was just not
18  something to do.  And I relied on the word.  And my husband
19  had never done anything illegal.  I had no cause to even think
20  that it would be.  I mean, people were giving seminars.  Okay.
21  If they're giving seminars and they're charging money for it,
22  then I'm naive enough to think, okay, then it must be okay or
23  why would they be doing this?
24           I've heard more and probably learned more in the
25  last 16 months about these -- these things than I've known

1    over the last -- past few years since 2000.  Eight years.

2             The subjects that I do know about are my family, my

3    belief system, and my spirituality.  And hopefully, you will

4    have gained from the questions that I have asked the kind of

5    person I am inside.

6             I know that the prosecution will cross examine me

7    and they will have questions and they're going to say, well,

8    you said this, you said that.  I'd like to be put on the

9    record as saying when I was picked up, I was in shock.  I was

10   chained to a wall for six hours.  Okay.  I got one bathroom

11   break, thank you very much.  But I hadn't eaten before they

12   picked us up so therefore it had been about 20 to 24 hours

13   without eating.  And I've read over the statement that I --

14   that was made and I'm, like, okay.  I guess that's right.  But

15   we all know what duress and stress can do to you in trying to

16   remember things.  So I ask that you look at those things and

17   go with your heart on those things.

18            I tried to make notes and tried to write all this

19   out and I couldn't succinctly come up with a story line, so I

20   kind of skipped around to tell you who I am, what I am, what

21   my beliefs are and I think it stayed the same throughout.

22   Because it's too hard to try and tell lies because if you try

23   and tell lies, then you just tell lies on top of lies and then

24   you forget what you told.  So I tell the truth and that seems

25   to just go from there.

```
 1              I ask you to remember that the Secret Service did
 2    not find any criminal activity with the fraudulent -- with
 3    that check on the Nigerians.  And that we took all the
 4    appropriate actions.  And you'll see here today we do have
 5    standby counsel, but we don't have an attorney and you may be
 6    saying, well, why don't you have an attorney?  Well, it's very
 7    hard to trust once you've trusted an attorney and they made no
 8    effort to do their job.  And I've had a real hard time
 9    trusting in anyone because I trusted the word that, okay, you
10    know, sign here, sign here, sign here -- and not that I'm
11    turning against my husband, but when you can't even talk to
12    the one you've talked to for 25 years to say, well, what's
13    your opinion.  So you don't have -- have an opinion there.  So
14    what I have done is just prayed about it to see where we came
15    from.  And I just ask that you look at all those things.
16              I'm looking real quick here just to make sure I
17    didn't miss anything.
18              And to add that on each of those documents, I did
19    notice on there it says prohibited -- void where prohibited by
20    law.  And I relied on that.  I said, okay, well, this looks --
21    you know, hey, void where prohibited by law.  Don't companies
22    do that to us all the time to cover themselves?  Oh, it's on
23    there; they're covered.  Well, not all the time.  And it
24    doesn't mean, I guess, what you think it means.  You have to
25    read more words into it.
```

1          So that's all I have, Your Honor.

2          THE COURT:  All right.  Thank you.  Any questions?

3          MS. ROSE:  Yes, sir.

4                          CROSS EXAMINATION

5  BY MS. ROSE:

6  Q.    Have you ever worked outside the home?

7  A.    Yes, ma'am.

8  Q.    In what capacity?

9  A.    I've been a substitute home school teacher.  I've worked

10  at the Billy Graham Training Center, The Cove, as a

11  server/hostess.  I worked at Cracker Barrel as a retail

12  cashier.  I've been a sales rep.  And when I was back out --

13  right out of high school and first year of college, I worked

14  at the bank as a teller.

15  Q.    You also worked for King Auto Auctions?

16  A.    Oh, yeah, the auto auction.  I filed titles and pulled

17  them back out when they sold.

18  Q.    And did -- what other duties did you have there other

19  than filing of titles?

20  A.    I took the -- when you come in and you register your car,

21  you pay a $5 fee, and sometimes I took that.

22  Q.    And how long did you work in that capacity with the auto

23  auction?

24  A.    Maybe a year.  I'm not sure.

25  Q.    You mentioned the -- what you called the Nigerian scheme.

1   What do you understand that to be or what was your
2   understanding at the time that it occurred?
3   A.   Ed was trying to get -- the company that he started and
4   owned had -- did lottery terminals and he did the California
5   lottery terminals.  He did some other terminals -- other
6   lotteries in other countries.  I think Austria was one of
7   those.  I never worked for the company, so I didn't -- I
8   didn't get involved.  At this point in time, I was -- had --
9   we were having our children and I didn't really get involved
10  with it.  But he had been trying to get other lottery
11  contracts outside the U.S.
12  Q.   And there was a time, then, prior to that, maybe even
13  after, when he was working as an engineer.
14  A.   Yes.  Because he was designing the lottery terminals.
15  They were his designs.
16  Q.   And was quite successful at that; isn't that fair to say?
17  A.   Uh-huh.
18  Q.   You indicated that you had not been able to discuss any
19  of this with your husband in over 16 months; is that correct?
20  A.   Correct.
21  Q.   When did that begin?
22  A.   That was one of the qualifications of my release last
23  June.
24  Q.   If I may, I'm going to approach and show you a couple of
25  documents and ask you if you're able to identify them.  First,

1   Government's Exhibit 253.

2   A.   Do me a favor, would you grab my glasses over there.

3   Q.   Absolutely.  Here you go.

4   A.   Thanks.

5   Q.   Uh-huh.

6   A.   Okay.  It's a lot of gobbledegook.

7   Q.   Is it a document -- if you'll just go to the last page.

8        The first page is entitled what?

9   A.   Affidavit of Rejection for Code Enforcement Agent Default

10  Criminal Complaint.

11  Q.   And it's filed with whom?

12  A.   With Buncombe County.

13  Q.   And the date of that filing?

14  A.   5/21/03.

15  Q.   And that document, does it have your name anywhere on it?

16  A.   Uh-huh.

17  Q.   What does it say?  It's handwritten, isn't it?

18  A.   Uh-huh.

19  Q.   What does it say?

20  A.   Kathy Wahler, 1120 Cane Creek Road, Fletcher, North

21  Carolina.  Not my handwriting.

22  Q.   And the last page?

23  A.   What about all these pages in between?

24  Q.   Well, I just wanted to ask if that was your signature?

25  A.   Could be.  Okay.

1    Q.    And prior to the part where you say that could be your

2    signature, what does it say right above it?

3    A.    Executed without the, capital -- all caps, United States.

4    I declare under penalty of perjury under the laws of the

5    United States, which is in small, of America that the

6    foregoing is true and correct.

7    Q.    So that was signed under penalty of perjury as being

8    true.

9    A.    Does that mean all of this and this?

10   Q.    The foregoing, meaning page 1 until your signature.

11   A.    Okay.

12   Q.    And then in addition, below your signature, if you take a

13   look at the back page, is there also a notary there?

14   A.    Uh-huh.

15   Q.    And who notarized this document?

16   A.    Brenda Jones.

17   Q.    And you know Brenda Jones, obviously.  You worked

18   together.

19   A.    We did.

20   Q.    And did she notarize that you personally appeared before

21   her and signed that document?

22   A.    Uh-huh.

23   Q.    All right.  I'm going to show you what has been marked as

24   Government's Exhibit 251.  Do you recognize Exhibit 251?

25            MR. BURGESS:  Your Honor, I'm standby counsel and I

1    would like to see if we could have the lawyer be at the table

2    rather than in front of the witness like that.

3              THE COURT:  Well, overruled.

4              THE WITNESS:  What was your question?

5    Q.   Do you recognize Exhibit 251?

6    A.   I have no clue.

7    Q.   Is that your signature that appears there on the front of

8    the document?

9    A.   Looks like it is.

10   Q.   And if you'd turn to the last page, please, ma'am.  The

11   signature page, if you would.  That would be page 6 of 8.

12   A.   Uh-huh.

13   Q.   Is that signed?

14   A.   Uh-huh.

15   Q.   What else appears on that page?  Is there also a notary?

16   A.   No, not on this page.

17   Q.   Or witness?

18   A.   Looks like he's a witness.

19   Q.   And what is the title on this particular document,

20   Government's Exhibit 251?

21   A.   Declaration of Intention of Citizenship.

22   Q.   And was that also a document that was filed with the

23   register of deeds or a clerk's office?

24   A.   It looks like it was.

25   Q.   And the date?

1  A.    Needless to say, I have never gone in and filed anything

2  in Haywood County.

3  Q.    Does your signature appear on there as witnessed by

4  Mr. Hannigan?

5  A.    Yes.

6  Q.    All right.  Thank you.

7        And what -- the Declaration of Intention of Citizenship,

8  does that show a filing date of 2007?

9  A.    Yep.

10  Q.    Next is Government's Exhibit 211, and that's document 74.

11  It's previously been admitted.  Are you able to see this

12  document --

13  A.    No.

14  Q.    -- Ms. Wahler?

15  A.    No, ma'am.

16  Q.    Are you now able to see the document?

17  A.    Yes.

18  Q.    If you would, take a moment.  Do you recognize this

19  particular document?

20  A.    Could I see the rest of it to make sure it's what I think

21  it is.

22  Q.    Absolutely.  And if it may help you, I will turn to page

23  7, which would be page 4 of 8.  Are you able to see that?

24  A.    Yes.

25  Q.    Is that your signature?

1  A.   Uh-huh.

2  Q.   And then on page 9 -- excuse me, 5 of 8, a Certificate of

3  Service?  Did you --

4  A.   No, that's not my signature.

5  Q.   Did you or someone on your behalf deliver this --

6  A.   Yes.

7  Q.   -- to the U.S. Attorney's Office?

8  A.   Yes.

9  Q.   Was this actually filed with the court in this matter?

10 A.   Yes.

11 Q.   And the date of filing, do you see it there on the

12 document?

13 A.   December 8th, 2008.

14 Q.   And this is a document that was filed by you.

15 A.   Yep.

16 Q.   Let's start at the top where it has your name, Kathy

17 Wahler, purported defendant.

18 A.   Uh-huh.

19 Q.   The third line says, "Buncombe:  The county."  What is

20 the significance of referring to the county in that fashion?

21 A.   Honestly, I don't know.

22 Q.   This is a document that you filed --

23 A.   I know.  I know.

24 Q.   -- without your husband's assistance; isn't this correct?

25 A.   Exactly.  Right.

1   Q.   Why is there a box around the zip code?  Is there some
2   significance to which you would attach to that having filed
3   this document?
4   A.   Because I was told that they -- somebody did it for me.
5   Q.   Not your husband.
6   A.   No.
7   Q.   Did you do this at someone else's direction?
8   A.   I did it -- they were trying to help in -- in solving --
9   in trying to solve this whole thing and so there were people
10  out there that were saying, okay, you can do this.  You can do
11  that.  And...
12  Q.   This is not a lawyer.  It's not one of your lawyers here
13  that filed these documents for you.
14  A.   No, it was not.
15  Q.   And --
16  A.   Because they are standby counsel.  And I had been -- I
17  was still trying to trust in someone that I thought would --
18  would know.  This person has been to law school.  He is not a
19  bar attorney.  And if I am correct, he is also a rabbi.
20  Q.   Do you see the language there, "Acceptance of charges?"
21  A.   Yep.
22  Q.   And that's some of the same language that is used in the
23  documents which were filed in the matters before the court;
24  isn't that correct?
25  A.   Yes, it is.  I've been told that there are penal sums

1  that go along with these court cases and that if the penal sum
2  is taken care of, that it cancels the court case.  And I was
3  desperate.  My children don't have their father and I'm just
4  flopping around out here trying to figure out what to do.  I
5  was asked to make a plea bargain that would have me sit up
6  here and lie to you.  I have been told, well, maybe you don't
7  want to be married to your husband anymore after this is all
8  over with.  But folks, I took a vow before God.  We're not bad
9  people.
10  Q.  Well, ma'am, I would like to ask you some questions.
11  Government's Exhibit 212.  This is already in evidence.
12  A.  Yes, it is.
13  Q.  The date of this filing?
14  A.  (No response.)
15  Q.  The date this was filed --
16  A.  Oh.
17  Q.  -- in this matter?
18  A.  Excuse me, December 31st, 2008.
19  Q.  Once again, does your signature appear on this court
20  filing?
21  A.  Yep.
22  Q.  And this was actually a document that you filed with the
23  court in this matter?
24  A.  Yes, I did.
25  Q.  And obviously, this was not drafted by your husband,

1  correct?

2  A.    Nope.

3  Q.    And this is entitled what?

4  A.    Third Notice of Post Settlement and Closure of the

5  Account Under Public Policy.

6  Q.    Again, does the acceptance, conditional acceptance,

7  settlement enclosure, acceptance of charges, all language used

8  in the documents alleged in the bill of indictment.  This

9  document you filed with the court contains that same language;

10  isn't that correct?

11  A.    Yes, but I felt I had to do something.

12  Q.    This was, again, as I understand your testimony, not with

13  court-appointed standby counsel, correct?

14  A.    Yes.

15  Q.    Government's Exhibit 213, which is already in evidence.

16  Do you recognize Exhibit 213 as a filing in this matter?

17  A.    Uh-huh.

18  Q.    Do you see documents here with -- do those appear to be

19  your signature?

20  A.    Yes.

21  Q.    And these are documents that you filed with the court.

22  A.    Yeah.  And the notary was just notarizing my signature,

23  not what was in the document.

24  Q.    Well, you filed this with the court; is that correct?  On

25  your behalf.

1  A.    Uh-huh.

2  Q.    And this is entitled Submission of Named Defendant for

3  Settlement and Closure, correct?

4  A.    Uh-huh.

5  Q.    And does that document appear familiar to you?

6  A.    Uh-huh.

7  Q.    And that is in fact your birth certificate, is it not?

8  A.    Yes, it is.

9  Q.    And what's written across your birth certificate?

10  A.    I was told to write "Accepted for value."

11  Q.    Not by your husband.

12  A.    Nope.

13  Q.    By someone whose legal advice you sought.

14  A.    He was -- he was sought by my husband for legal advice

15  before we were picked up.  So I felt that he knew what was

16  going on.  Had talked with Ed before -- he was like one of the

17  last ones to talk with him so he would know what my husband's

18  wishes were and how to handle things.

19  Q.    And it's your testimony here before the jury that it was

20  in following your husband's witness that these charges were

21  brought forward -- following your husband's wishes; is that

22  your testimony?

23  A.    Yes.

24  Q.    Although once again, your husband did not direct you to

25  file these documents; is that correct?

1   A.   He couldn't tell me to do it, but I was going on the fact
2   that this is the person he had spoke to.  This is the person
3   that --
4   Q.   And who is this person?
5   A.   -- he trusted.
6   Q.   Who's the person that helped you with these filings?
7   A.   Does that have a bearing on this case?
8   Q.   You have testified that this is a person who assisted
9   with these filings that you put before the court.  Who was
10  that individual?
11  A.   Sean Rice.
12  Q.   Where is Mr. Rice now?
13  A.   I don't know.  I haven't talked to him in -- what's it
14  been?  He took a sabbatical.  It's been a couple months.
15  Q.   What was his status the last time you spoke with him?
16  A.   I really didn't ask.  All I asked was is do you have any
17  information for me to help us in this case.
18  Q.   Is he under indictment in federal court in Nevada?
19  A.   I know he -- he -- something had happened.  I don't know
20  what the status is of that.
21  Q.   All right.  Government's Exhibit 214 which has been
22  admitted.  The date on Government's Exhibit 214?
23  A.   May 28th, 2009.
24  Q.   And the title of this document?
25  A.   This is Private Remedy Notice of Affidavit of Admissions

1    in Commerce by Negative Averment.  Administrative Notice,

2    Beneficiary Under Contract Law of Power of Attorney of Limited

3    Fiduciary Trusteeship Duty to the Public Trusts of Office in

4    case number.

5         Original Issue and of Defendant's Acceptance of the Claim

6    or case number and the case number.

7    Q.    And the first -- first line, number one?

8    A.    "I, Kathy Wahler, appear and state under penalty of

9    perjury that the following is true and correct."

10   Q.    And did you also date this particular document,

11   Government's Exhibit 215 -- excuse me, 214 prior to its

12   filing?  Is that your verification --

13   A.    Yes, ma'am.

14   Q.    -- contained on page 32 of 33?

15   A.    Yes, ma'am.

16   Q.    And what does the verification say above your signature?

17   A.    "Do say upon my own unlimited commercial liability, that

18   I have read the above affidavit and notice and do" the

19   contents thereof --

20   Q.    And do what the contents thereof?

21   A.    Oh, "do know the contents thereof to be true, correct and

22   not misleading, the truth and nothing but the truth, and that

23   I do believe the acts of the U.S.D.C. set forth therein have

24   been committed contrary to law."

25   Q.    And the U.S.D.C., is that referring to the United States

1   District Court?

2   A.   I don't know.

3   Q.   And you indicated that you had read all of -- all of this

4   document prior to its filing; is that correct?  That's what

5   you just stated.

6   A.   Yeah.

7        Grasping at straws.

8        But in my defense, let me say --

9   Q.   I haven't asked you a question.  If you'll just --

10        THE COURT:  Well, she can complete her answer if you

11   need to.

12        THE WITNESS:  Thank you, sir.

13        In my defense, let me say that the verbiage in these

14   documents were the same and along the same lines as what my

15   husband had done.  I had no reason to believe any different

16   other than what other people were saying to me.  Now, I've had

17   expert witnesses up here today tell me that, okay, this --

18   this verbiage is garbage.  Okay.  I contend with that.  I

19   acknowledge that now.  But at the time I was still relying on

20   what I had seen, bits and pieces of this and that, that may,

21   okay, this is -- this goes along the same lines.  Okay.  That

22   would make, you know, would make sense.

23   Q.   Who is -- how long have you known Robert Clarkson?

24   A.   Let's see.  I've been familiar with him when Ed started

25   going to the Patriot meetings, which would have been -- I

1  don't know.  I -- I became aware of him when Ed started doing

2  meetings and doing that.  And he would have him to the home --

3  to the house to eat and I fixed a meal and I -- but I truly

4  don't know.

5  Q.   And just -- I know you said earlier that you recall

6  following your arrest you spoke with Agent Romagnuolo.   Who

7  was Art Patton?

8  A.   He is a friend of Ed's in Asheville.

9  Q.   And Bob P.?  Pelletier?

10 A.   Pelletier.  Uh-huh.  His wife is named Peggy.  His phone

11 number is in my phone because Bob is shorter than Peggy.

12 Q.   And Keith Livingway?

13 A.   Another friend of Ed's.

14 Q.   Is his number also in your phone?

15 A.   It was.

16 Q.   Sean Rice.

17 A.   Uh-huh.

18 Q.   Who is Sean Rice?

19 A.   We've already gone over that.

20 Q.   That's the individual from whom you've been seeking legal

21 advice?

22 A.   Whom we had been, yes.

23 Q.   And T.J. Henderson?

24 A.   He's a friend in Iowa.

25 Q.   Is he someone that you and your husband met through the

1   Patriot Network?

2   A.   No.  I was friends with his previous wife.

3   Q.   You indicated that you ran items to the post office for

4   your husband but never paid attention to what those items

5   were.

6   A.   From time -- I mean, you're handed mail.  You don't go

7   through and look and see what each piece is.

8   Q.   The registered mail required a little more hands on

9   involvement before that --

10  A.   Not if -- not if he fills out everything in advance and

11  everything is just there and you hand it to them and they do

12  whatever they do and they hand it back to you and you pay

13  them.

14  Q.   And you were required to sign on those receipts; is that

15  correct?

16  A.   What -- what -- what do you mean sign on receipts?  Just

17  if you paid with a credit card.

18  Q.   On the mailing receipts.

19  A.   I don't understand.

20  Q.   Let me just show you.

21       I'm going to show you what's --

22  A.   Okay.

23  Q.   -- previously been admitted as Government's Exhibit 61.

24  Do you see that receipt there from April 22nd of '03?

25  A.   Oh, okay.

1    Q.    You signed a number of those; is that fair to say?

2    A.    Okay.  Yeah.  I can see -- I see where you're talking

3    about now.  The from and the to, okay.  And, yeah, there were

4    some that had my name on them.

5    Q.    I'm also going to show you what's been previously marked

6    as Government's Exhibit 245.  It has been admitted.  Are you

7    able to see Government's Exhibit 245?

8    A.    Uh-huh.

9    Q.    And what is that, if you recall?

10   A.    Looks like an account balance on a Chase credit card.

11   Q.    And was that credit card held in your name?

12   A.    It looks to be held in my name.  I really don't remember

13   since it was so long ago and I haven't had it -- I haven't had

14   cards in forever.

15   Q.    In relation to these credit cards, we've heard a lot

16   about the checks sent to them during the course of this

17   testimony.  Did you ever speak with individuals from those

18   credit card companies about the checks you had sent?

19   A.    I don't know.  Honestly, I cannot remember.

20   Q.    This is part of Exhibit 245.  It's dated May 18th, 2004.

21   A.    Uh-huh.

22   Q.    Is that your signature?

23   A.    Uh-huh.

24   Q.    Do you recall this communication?

25   A.    I would be willing to bet you that Ed typed it up and I

1 signed it. Because I never did -- I mean, I know this --
2 you're going to get tired of hearing it and it sounds
3 unplausible. He handled it; I just signed it. Why were all
4 the checks in my name? Why did the account get opened in my
5 name? I don't remember. There was something and I really --
6 I just don't remember. And he said do it, we did it.
7 Q. All right. I'm going to show you what's been marked and
8 admitted as Government's Exhibit 215. This is again a court
9 filing. What is the date on this Exhibit 215?
10 A. October -- I mean, excuse me, no. August 19, 2009.
11 Q. And once again, that is a document that you filed with
12 the court without your husband's assistance, correct?
13 A. Yes, I did file this. Because I had been told that I
14 needed to do -- if you'll turn the page. Because I had been
15 told that I needed to do a -- this is what I think it is.
16 That I had been told I needed to do a revocation of the power
17 of attorney so no one would act on my behalf without my
18 knowledge.
19 Q. And so this filing was certainly with your knowledge,
20 correct? In that you signed it, filed it.
21 A. Yeah.
22 Q. And of course, above your signature, I, Kathy Wahler, did
23 in fact give the truthful testimony, correct?
24 A. Uh-huh.
25 Q. And then there's attached a document about the flag with

1  the gold fringe.  Do you recall that document?

2  A.  Uh-huh.  Yeah.  I've -- I had to start looking at all

3  this stuff and I read this little article thing and I said

4  okay.

5  Q.  So this was not something someone else asked you to file.

6  This was something that upon your research you felt was

7  significant --

8  A.  Yeah.

9  Q.  -- to this case.

10  A.  And there again, I wouldn't have been researching it had

11  I not been thrown into this.

12  Q.  And is it your contention, then, that this is a military

13  courtroom?

14  A.  My contention is is that it doesn't matter.  It is a

15  court of law.  And we're here.  And...

16  Q.  You said this document was significant to you.

17  A.  At the time I thought it was.

18  Q.  This is back in August of this year.

19  A.  Exactly.

20  Q.  All right.  Thank you, ma'am.

21  A.  And I had -- I had talked to the person about that, and

22  after I had done it, realized that we didn't quite see eye to

23  eye.

24  Q.  But this is -- you said you researched and filed on your

25  own.

1  A.   Well, I had read about it and put it in and thought,

2  okay, this -- you know, but there again, I was grasping at

3  straws because I couldn't talk to my husband.  Had no other --

4  I didn't know where to turn.  Truly did not know where to

5  turn.  And I just was like okay.  And all these people, you

6  know, you should do this, look at this.  Da da da da da da,

7  you know.  When I should have just said, okay, I'll just go in

8  and I'll tell you my story and that will be that.

9          MS. ROSE:  Thank you very much.

10          THE COURT:  Okay.  We'll take a ten minute recess,

11  members of the jury.

12          (Brief recess at 3 o'clock p.m.)

13          (Jury not present.)

14          THE COURT:  Mr. Wahler, are you going to testify

15  next?

16          DEFENDANT EDWARD WAHLER:  No.

17          DEFENDANT HUGHES:  No, we're going to call Agent

18  Romagnuolo next.

19          THE COURT:  All right.

20          DEFENDANT HUGHES:  I need to ask counsel a question

21  first, please.

22          (Counsel and defendant conferred.)

23          THE COURT:  Now, what we normally do --

24          MR. BURGESS:  I apologize, Your Honor, I need to go

25  up here and make a request.

1          THE COURT:  Go ahead.

2          (Mr.~ Burgess and the clerk conferred.)

3          THE COURT:  What we normally do with defendants in

4    custody who are testifying, we'll put them -- with the leg

5    irons, we put them in the witness box before the jury even

6    comes out.  They're sworn in the witness box.  And then when

7    they're done, the jury leaves and then they come back to

8    counsel table.

9          DEFENDANT HUGHES:  Okay.  I don't think we're going

10   to get to there this afternoon.  We're going to call Agent

11   Romagnuolo at this time.

12         THE COURT:  All right.  When it happens -- when one

13   of y'all gets ready to do that, though, if you're okay with

14   the usual procedure, then we'll have to send the jury out

15   first.  So you can just tell me who's going to testify next

16   and we'll take care of that.

17         DEFENDANT HUGHES:  Okay.  That will be fine.  I'm

18   all right with that.  Yeah, we're okay.

19         THE COURT:  All right.  May we have the jury,

20   please.

21         (Jury entered the courtroom.)

22         THE COURT:  All right.  The jury is seated.  You may

23   call your witness.

24         DEFENDANT HUGHES:  Defendant calls FBI Agent Andrew

25   F. Romagnuolo.

```
 1        THE COURT:  You've already been sworn.  You may take
 2   the stand.
 3                    ANDREW F. ROMAGNUOLO,
 4   having been previously duly sworn, was examined and testified
 5   further as follows:
 6                    DIRECT EXAMINATION
 7   BY DEFENDANT HUGHES:
 8   Q.   Good afternoon, Mr.  Romagnuolo.
 9   A.   Good afternoon, Mr. Hughes.
10   Q.   Could you explain to the court and just kind of give a
11   brief summary to the court of your training in law which you
12   are expected to use in the course of your investigations.
13   A.   I attended the new agents training at Quantico, Virginia,
14   at the FBI academy for 26 weeks, from December of 1997 to
15   April of 1998.
16        Additionally, I've received specialized training as a
17   crisis negotiator.  That was a two-week course.
18        I've also received specialized training as an Evidence
19   Response Team member.  And I participated as an Evidence
20   Response Team team leader for 10 of my 12 years in the FBI.
21        I have additional training regarding international
22   terrorism, domestic terrorism, Indian country matters.  And
23   additional training if you'd like to go into a specific area.
24   Q.   Not a specific area.  What university or college level
25   courses in law have you taken?
```

1   A.    I took basic criminal justice courses at the State

2   University of New York at Brockport.

3   Q.    Okay.  And have you pursued a degree in law?

4   A.    No.

5   Q.    Okay.  Just wondered.  Thank you.

6         DEFENDANT HUGHES:  I'm sorry, he was asking a

7   question.

8         (Defendants conferred.)

9         DEFENDANT HUGHES:  We've got so many documents in

10  front of us now we're having trouble finding who's got which

11  documents, so if you would pardon us for the confusion.

12        Kathy, would you work the viewer for us.  I'm glad

13  somebody knows how to work the viewer.

14  Q.    Can you see that?

15  A.    I can.

16  Q.    Okay.  Would you read the paragraph that starts in --

17  would you -- I'm sorry, try it again.

18        Could you read the paragraph --

19        THE COURT:  Wait just a minute.  It will be

20  important for you to identify the document that you're using.

21        DEFENDANT HUGHES:  Oh, I'm sorry.

22  Q.    This is a page out of the filing in the lawsuit against

23  Mr.  Romagnuolo in Washington, DC, which was filed in early

24  2008 and which has been entered into the court record on

25  behalf of the plaintiff.

1           THE COURT:  All right.

2           DEFENDANT HUGHES:  I mean the defendants.

3           THE COURT:  You may ask him questions about that

4  lawsuit unless there's objection.  But as far as just reading

5  from it, this witness didn't prepare it according to what

6  you're saying, so it would be inappropriate for you to just

7  have him sit here and read it.

8           DEFENDANT HUGHES:  Okay.  Then I need a copy of

9  Title 28 of the U.S. Code, Section 535 because that's what I'm

10  going to have him read.

11          THE COURT:  Well, that's another thing.

12          DEFENDANT HUGHES:  That's what's printed in the

13  document here.  That's what I want him to read.

14          THE COURT:  Well, I'm saying that the court is not

15  going to allow just the reading of a statute without laying

16  some basis for why you would want to do that.  You haven't

17  asked him a question yet --

18          DEFENDANT HUGHES:  Oh, okay.

19          THE COURT:  -- that calls for a reading of the

20  statute.

21          DEFENDANT HUGHES:  Oh, well, I was going to ask him

22  what this statute said his duties were.

23          THE COURT:  Well --

24          DEFENDANT HUGHES:  That was going to be my first

25  question.

1          THE COURT:  You can ask him about that.

2          DEFENDANT HUGHES:  Okay.

3          THE COURT:  But you need to tie it to something in

4     the case.

5          DEFENDANT HUGHES:  I think this does, so --

6          THE COURT:  Well, ask a question that ties it in if

7     you wouldn't mind.

8          DEFENDANT HUGHES:  Okay.

9     Q.   The -- let me see how to do this.

10         Does Title 28 of the United States Code, Section 3 -- 535

11    set forth the duties of government officers and employees and

12    their limitations as opposed to their investigative authority?

13    A.   If this is a quote of Title 28, U.S.C., Section 535,

14    then, no, this section does not describe that.  It describes

15    investigations of crimes involving government officers and

16    employees, which is the investigation of government officers.

17    Q.   Good.  Does it in any way authorize you to investigate a

18    citizen domiciled upon a state?

19         MS. ROSE:  Objection.

20         THE COURT:  Overruled.

21    A.   My authority is derived from Title 28, Section 533 which

22    gives the attorney general the authority to appoint

23    investigators to investigate matters of federal law.  This

24    section is talking about investigations of government

25    officials involved in some type of crime.

1          DEFENDANT HUGHES:  Then I need to see Title 28:533,
2  please.
3          THE COURT:  Well, why don't you ask him a question
4  about it.
5          DEFENDANT HUGHES:  Since I don't know the wording of
6  535, I don't know how to frame my question -- or 533, I'm
7  sorry.  I was afraid this might happen.
8          DEFENDANT EDWARD WAHLER:  Yeah, me too.
9          DEFENDANT HUGHES:  Until I can see the wording of
10  533, I don't know whether my next couple of questions are
11  appropriate or not.  What does 533 say?
12          THE COURT:  Well, we'll allow you the leeway to ask
13  a question based on what you assume that statute says.
14          DEFENDANT HUGHES:  Okay.
15  Q.  Can you give me a section of the U.S. Code which
16  authorizes an FBI agent to go on to the soil of a sovereign
17  state to investigate one of the citizens who is sovereign on
18  that state?
19  A.  I don't accept your assertion that there is sovereign
20  soil.  The United States of America is my jurisdiction and as
21  a person within the United States, you are subject to my
22  jurisdiction if you engage in matters that constitute crimes
23  of Title 18.
24          (Defendants conferred.)
25  BY DEFENDANT HUGHES:

1    Q.    All right.  Based upon your answer, I will build upon

2    that when I do my narrative -- when I testify and so I'm going

3    to refrain from the next question.

4          When the FBI seizes property at a given location, if you

5    are given written notice that the seized property is owned by

6    someone else and you are not required -- are you not required

7    to return the property to the rightful owner after a

8    reasonable amount of time, say, three months or so, unless

9    that property is going to be put on display in a court case?

10   A.    Are you asking me in relation to a search warrant, sir?

11   Q.    I'm asking you in relation to property that was seized at

12   my domicile.

13   A.    As testified before, an authorized federal search warrant

14   was obtained for your residence and the property from your

15   residence was seized in accordance with that search warrant.

16   And the FBI maintains that evidence until the matters under

17   its investigation, and if it goes to prosecution, through

18   prosecution and appeal.  So we would maintain it until all the

19   criminal matters are done with.

20   Q.    That's a good answer, but you didn't answer my question.

21   A.    That is the answer that I have for you.  Could you

22   restate the question, then.

23   Q.    Okay.  First off, I don't have a residence in Washington

24   state.  I have a domicile.  At that location was also a

25   business operation with an office and a business license.

1   When the FBI seized property at that given location, after

2   some period of time, if you are given notice that property

3   seized at that location was not owned by the party named in

4   the search warrant and you are given notice of who the

5   rightful owner of that property is, are you not required to

6   return that property to the rightful owner?

7   A.    Who specifically are we talking about, sir?  Who gave me

8   notice of that?

9   Q.    Hughes Micro Corporation.

10  A.    Well, the search warrant related to yourself and Hughes

11  Micro Corporation, it was for the residence located at

12  215-15th Street, Snohomish, Washington.  So if we collected

13  evidence pursuant to the list of items to be seized, we will

14  maintain it until the court case is concluded and appeals are

15  concluded.

16  Q.    So you make no distinction between a business operation

17  and what a man does in his private time?

18  A.    We execute search warrants on private residences and

19  businesses, sir.  And your residence, and if you deem it to be

20  a business, was the subject of a search on that date and we

21  collected evidence and will continue to maintain it.

22  Q.    Okay.  On the three computers which were identified to

23  you as belonging to Hughes Micro Corporation, did you find any

24  documents that were in any way related to the cause of action

25  before this court?

1  A.   I don't recall specifically from your computers as we

2  collated that information by database searches.  I can't say

3  that I looked at every document from your computers, but they

4  are in evidence.  Is there something specific you would like

5  me to look at from your computer, sir?

6  Q.   Yes.  The fact that nothing even remotely related to this

7  case exists on any of the three computers which belonged to

8  Hughes Micro Corporation.

9  A.   I can't definitively state that there's not.

10       THE COURT:  Wait just a minute.  First of all, you

11  don't ask him questions; he asks you questions.

12       THE WITNESS:  Yes, sir.

13       THE COURT:  Second of all, you don't make statements

14  of fact by way of testimony from the questioning position

15  you're in.  So just ask the question, please.

16       DEFENDANT HUGHES:  Okay.  Well, he had turned on me

17  so I turned around on him.  So thank you.

18  Q.   Given that you have not found any documents on the three

19  computers which were identified to you by Hughes Micro

20  Corporation as belonging to the corporation, why have you

21  continued to hold them?

22  A.   I think I've answered that.  Anything that we collected

23  in relation to the search warrant we will maintain until the

24  end of the case.  It's evidence.

25  Q.   Okay.  Does 28 U.S.C. 533 give you the authority to

1 investigate citizens who are foreign to the U.S. that are

2 outside of the United States?

3 A.   In certain instances crimes against United States

4 citizens overseas do fall under the jurisdiction of the FBI.

5 In relation to this case, there was not a subject that fell

6 without the jurisdiction of the United States.

7 Q.   And where would you say the jurisdiction of the United

8 States is?

9 A.   Within the United States of America, the Continental

10 United States, Alaska, Hawaii, and United States protectors.

11 Q.   So my understanding is, then, that you feel that the

12 jurisdiction of the United States is any soil anywhere within

13 the 50 several states?

14 A.   My jurisdiction includes what I have described and it's

15 by statute.  It's not a feeling, sir.

16 Q.   Okay.  Would you please tell me what the statutes

17 describe the United States as being.

18 A.   My jurisdiction is derived from that Title 28:533,

19 executive orders and other jurisdiction ascribed to me by law,

20 and the United States is the United States of America.

21        THE COURT:  Mr. Lewis Hughes, I think we've

22 exhausted this subject.  You'll need to move to something

23 else.

24        DEFENDANT HUGHES:  Okay.

25        Did you print out the arrest warrants?

1          (Counsel and defendant conferred.)

2          THE COURT:  Mr. Hughes, let me ask you if your next

3     line of questioning would be to challenge something about the

4     arrest warrant?

5          DEFENDANT HUGHES:  Yes, sir, it is.

6          THE COURT:  That will be ruled out of order.  It's

7     not relevant to the case before us.

8          DEFENDANT HUGHES:  I believe it's very relevant,

9     sir.  Could I explain why?

10          THE COURT:  No, sir.  I'll hear you outside the

11     presence of the jury at the appropriate time, but not take up

12     time with it now.

13          DEFENDANT HUGHES:  Okay.

14     Q.   Okay.  What I had Kathy put on the viewer is Title 27 of

15     the Code of Federal Regulations, specifically Section 72.11.

16          In the middle of the screen is -- what we are looking at

17     is the meaning of terms as used in the courts and in the

18     regulations and by the government.  In the middle of the

19     screen is a section that says, "Commercial crimes.  Any of the

20     following types of crimes, federal or state, offenses against

21     the revenue laws; burglary; counterfeiting; forgery;

22     kidnapping; larceny; robbery; illegal sale or possession of

23     deadly weapons; prostitution, including soliciting, procuring,

24     pandering, white slaving, keeping house of ill fame, and like

25     offenses; extortion; swindling and confidence games; and

1   attempting to commit, conspiring to commit or compounding any
2   of the foregoing crimes.  Addiction to narcotic drugs and use
3   of marijuana will be treated if such were a commercial crime."
4           Would you say that swindling and confidence games would
5   be equivalent to fraud?
6               MS. ROSE:  Objection.
7               THE COURT:  Sustained.
8               DEFENDANT HUGHES:  Okay.
9   Q.  Do you agree that what I just read says that all of these
10  crimes are commercial in nature?
11              MS. ROSE:  Objection.
12              THE COURT:  Sustained.
13  Q.  What do you think this means, then?
14              MS. ROSE:  Objection.
15              THE COURT:  Well, sustained.
16              DEFENDANT HUGHES:  All right.  We'll move on.
17  Q.  In a number of my documents and a number of times before
18  this court, I have declared myself to be a free white man.  Do
19  you recognize me as being a free white man?
20              MS. ROSE:  Objection.
21              THE COURT:  Sustained.
22  Q.  Okay.  I am looking at amendment -- I mean Article XIII
23  of the Bill of Rights which specifically prohibits involuntary
24  servitude and peonage.  Am I a free white man or am I
25  property?

1          MS. ROSE:  Objection.

2          THE COURT:  Sustained.

3  Q.    Do you happen to know where the term free white man comes

4  from when describing a citizen on a state?

5          MS. ROSE:  Objection.

6          THE COURT:  Sustained.

7  Q.    Do you know if it comes from the Articles of

8  Confederation?

9          THE COURT:  Let me make myself clear since you're

10  not experienced as counsel, but we -- I've sustained the

11  objection to these individual questions and I'm also

12  sustaining the objection to the general line of questioning.

13  So you'll have to move to another subject.

14          DEFENDANT HUGHES:  Okay.

15          MS. ROSE:  Object to this document, Your Honor,

16  without further identification and showing the relevance.

17          THE COURT:  Sustained.

18          DEFENDANT HUGHES:  He made a statement in answering

19  a question a moment ago that he does not recognize a sovereign

20  state and does not recognize sovereignty.  So my question is

21  does he think the courts know what they are talking about when

22  they describe sovereignty?

23          THE COURT:  I've sustained an objection to that line

24  of questioning also.

25          DEFENDANT HUGHES:  Okay.  Very well.  We'll move

1  forward.

2  Q.   In 1909 -- let me rephrase that since I'm supposed to ask

3  a question.  Are you acquainted with a law enacted in 1909

4  which says that anything but a title or a last name is a

5  corporation or other commercial entity?

6  A.   I'm not familiar with that.

7  Q.   Okay.  Does a birth certificate have spaces labeled first

8  name, last name, middle name?

9  A.   Well, a birth certificate would contain that information

10  if it was properly filled out.

11  Q.   All right.  Would you say, then, that a birth certificate

12  is a registration of some commercial entity?

13              MS. ROSE:  Objection.

14              THE COURT:  Sustained.

15  Q.   Can you tell me, then, why a registered birth certificate

16  is sent to the Department of Commerce?

17              MS. ROSE:  Objection.

18              THE COURT:  Sustained.

19  Q.   Does my true and correct name appear on any document

20  generated by this court?

21              MS. ROSE:  Objection.

22              THE COURT:  Overruled.

23  A.   Lewis Vincent Hughes, it appears on the indictment and

24  other documents.

25  Q.   The only Lewis Vincent Hughes I've seen on the indictment

1  is in all capital letters which the law I just asked you about

2  says has a last name and therefore is a commercial entity.  Do

3  you not agree?

4  A.   If your assertion is that your name in all capital

5  letters is a commercial entity and then how you write your

6  name on other documents, for instance, it's appeared as

7  Lewis-Vincent:  Hughes, or some combination of those to

8  separate yourself, that is part of the Redemption scheme

9  philosophy that separates -- it's called straw man.  It

10 separates -- or their assertion is that it separates their

11 commercial entity from their living being.  But that is part

12 of the scheme as well.

13 Q.   Do you know what the Styles manual is which is put out by

14 the United States Government printing office?

15 A.   I'm not familiar with it, sir.

16 Q.   Does title 21 of the Styles manual say that anything

17 written in all capital letters represents a corporation, ship

18 or vessel?

19 A.   I'm not familiar with that.

20 Q.   Okay.  We'll move on.  I've asked this question to the

21 court before and had not gotten an answer.

22      I am acquainted with three persons named Lewis Vincent

23 Hughes.  One is registered in the State of Washington, one is

24 registered in the State of Pennsylvania, and one is registered

25 in the State of New Mexico.  There may possibly be others with

1  the same name.  Which one of these persons is the defendant or

2  is some other person named Lewis Vincent Hughes, the

3  defendant?

4  A.   My answer to you is that you are Lewis Vincent Hughes.

5  You are the person that we've identified that goes with the

6  residence 215-15th Street, Snohomish, Washington.  So that's

7  you, sir.

8          DEFENDANT HUGHES:  David, did you get me a copy of

9  Executive Order 6260 yet?

10          MR. BURGESS:  Can I have a moment?

11          (Counsel and defendant conferred.)

12          DEFENDANT HUGHES:  We seem to have a little bit of

13  disconnect on -- between David and I on getting the documents

14  that I need.  I keep writing him out notes and I apologize

15  that I don't have them as I need them.  So the line of

16  questioning that I was just pursuing I'm going to have to

17  probably do it on testimony or something else.

18          THE COURT:  You can move on to something else and

19  we'll come back to that after the jury departs if necessary.

20          DEFENDANT HUGHES:  Okay.  Okay.  We'll go a

21  different direction.

22  Q.   Agent Romagnuolo, were you the manager or controller, or

23  whatever the proper term might happen to be, for the actions

24  which were brought against me on Washington the state?

25          MS. ROSE:  Object.

1           THE COURT:  Sustained.

2    Q.   Do you have -- do you acknowledge that there is a

3    difference between the State of Washington and Washington, the

4    state?

5    A.   No.

6    Q.   Are you aware that Washington, the state and country,

7    came into existence November 4, 1878, and that the State of

8    Washington came into existence in 1889?

9    A.   I'm not familiar with the history of the State of

10   Washington, but I don't differentiate between what we know as

11   the State of Washington and what you assert the State of

12   Washington is.

13   Q.   Okay.  Then would you not be -- or would you therefore

14   then not be aware that the U.S. Secretary of State,

15   Condoleezza Rice --

16           MS. ROSE:  Objection.

17           THE COURT:  Sustained.

18           DEFENDANT HUGHES:  I hadn't even got close to asking

19   the question.  What's the problem?

20           THE COURT:  Well, this is the type of thing that --

21   you're not aware of it, but when you get an objection

22   sustained and there's evidence -- the evidence therefore has

23   been limited, you're entitled after the jury leaves to put

24   into the record that which the answer would have been so that

25   you can complain about it on appeal if there ever were an

1    appeal.

2          DEFENDANT HUGHES:  Ah, okay.  Then I got a whole

3    pile of questions after the jury leaves.

4          THE COURT:  Exactly.

5          DEFENDANT HUGHES:  I'm sorry, what?

6          THE COURT:  Yes.

7          DEFENDANT HUGHES:  Okay.  Good.  Good.  Good.  As

8    long as we get it in the record.

9          This may be down the same road, but I'll see.

10   Q.   Are you aware that the Washington Supreme Court is

11   located in Walla Walla and that the Supreme Court of the State

12   of Washington is located in Olympia?

13   A.   I'm not familiar with where they're located.

14   Q.   Okay.  Are you aware that information about both courts

15   is on display in the lobby of the Temple of Justice in

16   Olympia.  Temple of Justice houses the Supreme Court in the

17   State of Washington.

18   A.   I've never been to Washington state.

19          DEFENDANT HUGHES:  Okay.  Then because of your

20   previous limitation, I can't continue on with that question.

21   Q.   Have you ever seen or read my Declaration of Citizenship

22   on Washington state which removes all presumption that I am a

23   U.S. citizen, that is, a United States citizen?

24   A.   That may have been attached to the fraudulent lawsuit you

25   filed against me, but I don't recall reading the whole thing

1   and I'm not entirely sure.

2   Q.   Are you aware that the United States District Court,

3   Western District for Washington, has recognized that I am a

4   Washington state citizen only and not a U.S. citizen in two

5   different proceedings?

6   A.   I'm not familiar with that.

7   Q.   Okay.  I would like to at this time show you the document

8   that I just referenced.

9               DEFENDANT HUGHES:  If you could put that up there.

10              DEFENDANT EDWARD WAHLER:  Actually, they put this

11  into evidence already with the picture, remember?

12              DEFENDANT HUGHES:  Right.  He hasn't -- he hasn't

13  seen.

14              DEFENDANT EDWARD WAHLER:  Right, the first page.

15              DEFENDANT HUGHES:  Okay.  And we couldn't read it

16  before.

17  Q.   Okay.  So do you recognize what the information

18  underneath the bar code is?

19              MS. ROSE:  Your Honor, just for the record, this is

20  not a document that has been entered into evidence by the

21  government.

22              DEFENDANT HUGHES:  Actually, I believe it has.  I

23  believe it's one of your exhibits.

24              MS. ROSE:  No, sir, it's not.

25              DEFENDANT HUGHES:  You had it up on the screen the

1   other day and we couldn't quite read it, so...

2            MR. BURGESS:  Your Honor, just to clarify, I think

3   that was a photograph of something lying there.  So just mark

4   it -- identify it as a number.

5            DEFENDANT HUGHES:  Oh, is that how I do it, then?

6            THE COURT:  Mark it as the defendant's next exhibit

7   for identification.

8            DEFENDANT EDWARD WAHLER:  It's D.

9            DEFENDANT HUGHES:  Okay.  I ask that this be entered

10  as Exhibit D.

11           THE CLERK:  What's the title of the document, sir?

12           DEFENDANT HUGHES:  I'll show you in just a moment.

13           THE CLERK:  Okay.

14  Q.   Okay.  Do you recognize what the information underneath

15  the bar code is, sir?

16  A.   There's a series of numbers, the date and time, the

17  dollar amount of $79, and the words Snohomish County,

18  Washington, with a bar code.

19  Q.   Would you know what that represents?

20  A.   It appears to be a filing stamp.

21  Q.   Very good.  And what is the title of the document?

22  A.   In the upper left-hand corner --

23  Q.   No, no, no.  Where it says Document Title.

24  A.   Notice.

25  Q.   Thank you, sir.  And who is the notice to under the word

1   "grantee?"

2   A.   The public.

3   Q.   Thank you.

4        DEFENDANT HUGHES:  Next page.

5   Q.   And there's a title to the document.  Would you please

6   read that.

7   A.   When recorded mail to --

8   Q.   No, no, no.  The title for the document, please, sir.

9   A.   Affidavit and Declaration of Citizenship, Dwelling, and

10  Sovereign Status of Lewis Vincent.  This is an international

11  notice.

12  Q.   Thank you, sir.

13       THE COURT:  Mr. Lewis Hughes, the court would ask

14  you to move to another line of questioning because this one is

15  irrelevant in the court's view, and that's something you may

16  challenge in due course.

17       DEFENDANT HUGHES:  Okay.

18  Q.   I direct your attention now to Title 8 of the United

19  States Code which is Immigration, Naturalization and

20  Citizenship.  Section 1481 has to do with loss of nationality

21  and citizenship.  If you would be so kind as to read paragraph

22  2.

23       THE COURT:  Same ruling.

24  Q.   Or A2.

25       THE COURT:  Same ruling.  Sustained.

1          DEFENDANT HUGHES:  Okay.

2  Q.    Do you happen to know what the law of nations is?

3          MS. ROSE:  Objection.

4          THE COURT:  Sustained.

5          DEFENDANT HUGHES:  Okay.  When I want to ask these

6  questions outside of the jury, do I get to question

7  Mr. Romagnuolo?

8          THE COURT:  Yes, sir.

9          DEFENDANT HUGHES:  Okay.  Okay.  We can cover it

10  outside of the jury, then.

11          Well, I've got about five pages of questions, then,

12  that you've barred the jury from hearing.

13  Q.    Do you know what the Puget Sound Agricultural Society is?

14          MS. ROSE:  Objection.

15          THE COURT:  Sustained.

16          DEFENDANT HUGHES:  Am I going to be allowed to ask

17  anything?  Apparently not.

18          THE COURT:  Any other questions?

19          DEFENDANT EDWARD WAHLER:  Yeah, just one.

20                    DIRECT EXAMINATION

21  BY DEFENDANT EDWARD WAHLER:

22  Q.    You mentioned in your testimony of my cross examine, I

23  guess, that you had an attorney to defend our fraudulent

24  lawsuit in DC, and that he entered into the record.  This is a

25  copy of the docket for that case.  Do you see any such entry?

1   A.   The one thing that I know that the DOJ attorney did was

2   notice the court that he represented me.  That's what I was

3   informed of.  The other -- the other piece of information that

4   I received was the order dismissing this civil lawsuit.

5             DEFENDANT EDWARD WAHLER:  Okay.  Let the record

6   reflect that there is no such entry of appearance on the

7   docket, please.

8             THE COURT:  The court -- the court will sustain an

9   objection if there were one to the relevance of this document.

10            DEFENDANT EDWARD WAHLER:  Okay.  It will be made

11   relevant on my testimony.

12            DEFENDANT HUGHES:  We're done with this witness

13   until the jury leaves.

14            THE COURT:  All right, sir.  You may step down.

15            (Witness stepped down.)

16            THE COURT:  Please call your next witness.

17            DEFENDANT HUGHES:  Because you eliminated about ten

18   pages of questions, I'm not ready for the next witness.

19            THE COURT:  Well, one of you -- you know, we're in

20   session for another probably 35 or so minutes anyway, maybe

21   40.

22            (Defendants conferred.)

23            DEFENDANT HUGHES:  We would like you to ask the jury

24   to be excused so that we can continue the line of questioning

25   with Agent Romagnuolo.

1      THE COURT:  Well, we'll take that up at another

2  time, but right now we have access to this jury since they

3  understand -- now, what I want you to do is identify the next

4  witness that might be called now.

5      DEFENDANT HUGHES:  The next witness that I would

6  call would be Agent Mike Peffer.

7      THE COURT:  All right.  Is he available?

8      MS. ROSE:  He was on standby.  I inquired at the

9  break whether he would be needed today.

10     DEFENDANT HUGHES:  I didn't -- I didn't expect to

11  need him today because, like I said, I have another ten pages

12  of questions for Mr. Romagnuolo.

13     MS. ROSE:  He is in -- we left him at his hotel

14  which is in Charlotte.  He did not return to Seattle today.

15  So he is in the area and I'd be glad to --

16     THE COURT:  He'll be available in the morning?

17     MS. ROSE:  Yes, sir.

18     DEFENDANT HUGHES:  I'll be ready for him first thing

19  in the morning.

20     THE COURT:  All right.  We'll expect you to be ready

21  to do your witnesses in the morning sequentially one after the

22  other without any delay.  That's how we'll do it.  And then

23  when that's all done and the jury is doing other things, then

24  we can hear all this questioning that you would like to enter

25  into the record.

1          DEFENDANT HUGHES:  Okay.  That will be the last

2     witness that I'm calling as far as I know given what else has

3     transpired.

4          THE COURT:  All right.  Members of the jury, thank

5     you very much for your attention to the case today.  Please

6     remember all the instructions and be with us, if you will, at

7     9:30 in the morning.

8          (Jury exited the courtroom.)

9          THE COURT:  All right.

10          MS. ROSE:  If I may just inquire.  There were a

11     couple of other witnesses that were on standby.  I'd be happy

12     to have those here for the court's convenience if needed

13     tomorrow.

14          THE COURT:  Well, let's hear defense counsel as to

15     who you say your remaining witnesses will be, including any

16     defendants.

17          DEFENDANT EDWARD WAHLER:  We're calling ourselves.

18          DEFENDANT HUGHES:  We're calling ourselves, but as

19     far as the two witnesses that we had reserved possibly

20     recalling, in light of what's transpired, we're not going to.

21          THE COURT:  All right, sir.  Do you want them called

22     for purposes of entering into the record any testimony they

23     might have offered?

24          DEFENDANT HUGHES:  I'm sorry, I didn't understand.

25          THE COURT:  As I said to you earlier, when the court

1   sustains an objection to a line of questioning or certain

2   questions --

3                  DEFENDANT HUGHES:  Oh, oh, oh.  No --

4                  THE COURT:  -- then the jury doesn't hear the

5   answer, but you're entitled to get those answers into the

6   record outside the presence of the jury if you want to do

7   that.

8                  DEFENDANT HUGHES:  Everything that I know of that we

9   want to do at this time would be strictly with Agent

10  Romagnuolo.

11                 THE COURT:  All right.  Now, just for -- go ahead.

12                 DEFENDANT HUGHES:  I believe we've abandoned the

13  line that we were taking with the other two witnesses.

14                 THE COURT:  All right.  Well, just for information,

15  the two of you would expect to testify, and then would you

16  want to talk to Mr. Peffer in the morning?

17                 DEFENDANT HUGHES:  I would call Mr. Peffer first

18  witness in the morning, yes, sir.

19                 THE COURT:  All right.  And then after that, I take

20  it we would send the jury out and put one of y'all in the box

21  and then we would have your testimony and then the other one

22  of you.

23                 DEFENDANT HUGHES:  Right.

24                 THE COURT:  And that would be it as far as witnesses

25  as far as you know now.

1          DEFENDANT HUGHES:  Right.  At this time I plan to go

2    first and then Ed will follow me.

3          THE COURT:  All right, sir.  Very well.

4          DEFENDANT HUGHES:  And --

5          THE COURT:  Now --

6          DEFENDANT HUGHES:  Now, relative to that, I have

7    problems preparing for this because I can't get anything to

8    write with in the jail except every once in a while.  I tried

9    all night last night to get my pencils sharpened so that I

10   could do some writing.  I finally got them sharpened during

11   breakfast this morning; and as soon as I finished breakfast,

12   they pulled me out of the pod and put me in the booking area

13   for an hour and a half.  I didn't even get a chance to take a

14   shower this morning, which normally I take a shower right

15   after breakfast.  So I need some assistance in being able to

16   get paper and pencil so that I can write out an outline of

17   what I'm to talk about tomorrow.

18         THE COURT:  Well, we'll ask the marshal to make sure

19   the jail personnel understands that he has to have access to

20   writing and pad at all times when he is in any of the

21   facilities around that jail.

22         DEFENDANT HUGHES:  The other problem, I'm still not

23   getting adequate nutrition.  Nothing has been done about my

24   meals.  For dinner last night I had a half a cup of applesauce

25   and two cookies.  That was it.

1          THE COURT:  You didn't eat the whole cup of

2     applesauce?

3          DEFENDANT HUGHES:  No, sir, it was a half a cup of

4     applesauce and it was highly sweetened with artificial

5     sweetener and there is no nutrition whatsoever in that.

6     Nothing to drink.  Nothing else.  That was it.

7          THE COURT:  Well, we've been in touch with the

8     authorities over there about that and we'll tell them to

9     comply with their obligations.

10          DEFENDANT HUGHES:  Well, what they tell me is their

11     food service is contracted.  The contractors prepare the

12     evening meal between breakfast and lunch and that there's

13     nobody there to provide anything other than the -- what they

14     provide all the rest of the inmates, which I can't eat.

15          THE COURT:  Well, did you get your double sandwich

16     today?

17          DEFENDANT HUGHES:  No, sir, I did not.

18          THE COURT:  Would ask the marshal to rectify that

19     tomorrow.

20          DEFENDANT HUGHES:  Yes, sir, appreciate it.  And

21     what I got was a straight vegetarian which was just bread,

22     lettuce and two slices of tomato and a little bit of onion.

23     There's no protein or anything in that.  So I'm running at a

24     terrible sugar deficit right now.

25          THE COURT:  All right, sir.  Thank you.

1          DEFENDANT HUGHES:  So if they could bring me a tuna

2     fish, double tuna fish sandwich tomorrow, I'd sure appreciate

3     it.

4          THE COURT:  All right.

5          DEFENDANT HUGHES:  Thank you for your help.

6          THE COURT:  We'll put Agent Romagnuolo on the stand.

7     Take the stand.

8          (Witness resumed the witness stand.)

9          THE COURT:  All right.  You may commence to ask

10    questions in those areas where your questioning is limited.

11         DEFENDANT HUGHES:  Thank you, sir.

12         THE COURT:  And I would expect the government would

13    object when it deems it appropriate, although we'll probably

14    be letting answers come in just for the proffer.

15         DEFENDANT HUGHES:  He already started packing up,

16    I'm sorry.  Give us just a moment.

17         MS. ROSE:  Are you looking for the last document you

18    identified?

19         DEFENDANT HUGHES:  No.

20         MS. ROSE:  Okay.

21         DEFENDANT HUGHES:  In answer to my question earlier,

22    Mr. Romagnuolo challenged the validity that the state was

23    sovereign and that citizens on the state were sovereign, so I

24    want to show that the courts have held that such exists.  And

25    I direct your attention to a quote from *Yick Wo versus*

1   *Hopkins*, 118 U.S. 356, page 370, where it says, "While

2   sovereign powers are delegated to the government, sovereignty

3   itself remains with the people."

4           And then in a separate case it says, "There is no

5   such thing as a power of inherent sovereignty in the

6   government of the United States.  In this country sovereignty

7   resides in the people and Congress can exercise no power which

8   they have not, by their Constitution entrusted to it.  All

9   else is withheld." *Juilliard versus Greenman*, 110 U.S. 421.

10          I believe I could probably find you about a dozen

11  other court cases in which the Supreme Court has held that the

12  state is sovereign.

13          THE COURT:  Well, what question do you have for the

14  witness?

15                      ANDREW ROMAGNUOLO

16                   VOIR DIRE EXAMINATION

17  BY DEFENDANT HUGHES:

18  Q.   So in light of the fact that the Supreme Court has held

19  the states are sovereign, how does U.S. -- does 28 U.S.C. 533

20  give you authority to investigate citizens on one of the

21  several states which are foreign to the United States?  That

22  is, they're outside of the United States.

23          MS. ROSE:  Objection as asked and answered.

24          THE COURT:  Well, it's sustained, but go ahead and

25  answer it.

1  A.    The State of Washington is within the United States of

2  America and subject to my jurisdiction.

3  Q.    I will totally agree with that if you are talking about

4  the State of Washington as formed in 1989.  Is that the one

5  you're referring to?  The one which joined the Union called

6  the Federal Corporation of United States?  Is that the one

7  you're referring to?

8  A.    I only understand the State of Washington to be one

9  entity.  I don't think there are separate states of

10  Washington.

11  Q.    Okay.

12  A.    And as far as citizenship goes on a general level, I

13  contacted the state department during this case and spoke to

14  them about what -- what is required to renounce your

15  citizenship to the United States of America.  And in order to

16  do so, you have to travel outside of the country.  Go to a

17  United States embassy.  Fill out the state department

18  documents that renounce your citizenship and then turn over

19  whatever documents that you have that identify you as a United

20  States citizen.  Then in order to get back into the United

21  States, you have to establish residency and citizenship in

22  another country in order to travel back.  That's my

23  understanding of renunciation of citizenship, and I think

24  that's the issue you're asking me.

25            DEFENDANT HUGHES:  Put this up on the viewer.

1          THE COURT:  All right.  Now, Mr. Lewis Hughes, it

2     looks like you're proposing to put up a statute and I --

3          DEFENDANT HUGHES:  Yes, sir.

4          THE COURT:  -- want to advise you that if you're on

5     appeal on an issue related to any of these matters, you're

6     entitled to quote any and all laws or cases or language from

7     cases that you see fit to cite or quote.

8          DEFENDANT HUGHES:  Okay.

9          THE COURT:  And so there's no limit on that.  So the

10    only useful -- useful thing we can do with our time now is

11    take questions from this witness.  So you need to ask him

12    things that might be within his personal knowledge.

13         DEFENDANT HUGHES:  Well, I'm going to -- he just

14    testified to his personal knowledge and I want to refute it by

15    showing him what the statute says.

16         THE COURT:  I'm saying you can do that by showing

17    any and all law that you want to show.

18         DEFENDANT HUGHES:  Correct.

19         THE COURT:  But I've ruled that this discussion is

20    irrelevant to this case.  Now, you can take that up on appeal

21    and cite all the case law and statutes that you want to.

22         DEFENDANT HUGHES:  Okay.  All right.  Never mind.

23         Did you get the arrest warrant?

24         Am I going to be allowed to pursue the question of

25    the arrest warrant?

1          THE COURT:  Yes, sir.

2          MS. ROSE:  I would object as to relevance for the

3   record.

4          THE COURT:  Well, it's irrelevant to the current

5   case.  Now, if your arrest was improper, then it should have

6   been raised long before now.

7          DEFENDANT HUGHES:  It was.  It was.

8          THE COURT:  Well, and I take it, then, it's been

9   ruled on.

10          DEFENDANT HUGHES:  No.  I've never seen anybody rule

11   on the issue.

12          Did you take my marker out?  No, it's a different

13   one.  Wrong book.

14          MR. BURGESS:  I don't have that.  If the court wants

15   to let him use it, if we could print it out.

16          THE COURT:  Well, if it's something you can find on

17   the docket sheet.

18          MR. BURGESS:  It would be on the docket sheet.

19          THE COURT:  I have no problem having it printed out.

20          THE CLERK:  We're talking about the warrant in this

21   case, correct?

22          MR. BURGESS:  Yes, ma'am.

23          THE CLERK:  Yeah, I think I can print out the one

24   that was...

25          THE COURT:  But the arrest warrant would be a matter

1    of record already then if, in fact --

2                DEFENDANT HUGHES:  Right.

3                THE COURT:  -- it is part of the record.

4                DEFENDANT HUGHES:  If we don't need to look at it,

5    then I can -- I can just go ahead.

6                THE COURT:  Yes, sir, please do.

7                DEFENDANT HUGHES:  Okay.  Looking at Supplemental

8    Rules for Admiralty, specifically Rule C, subparagraph 3,

9    subparagraph A.  It says, "Arrest Warrant.  The court must

10   review the complaint and any supporting papers.  If the

11   conditions for an interim action appear to exist, the court

12   must issue an order directing the clerk to issue a warrant for

13   the arrest of the vessel or other property that is the subject

14   of the action."

15       I believe if you will examine the arrest warrant, the

16   only one who signed it is the clerk of court.  I can find no

17   statute, code, rule, regulation which authorizes a clerk of

18   court to issue an arrest warrant for a man, only for property.

19   And in light of the law of 1909 which says that anything with

20   a last name, anything with a title is a corporation or other

21   commercial entity, I would enter into the record that this

22   arrest warrant is for property only.

23               THE COURT:  All right.  Your objection is duly

24   noted.

25               DEFENDANT HUGHES:  Okay.

1  Q.   Then I will ask the question of Mr. Romagnuolo, does he
2  have any evidence that Congress has ever authorized a clerk of
3  court to issue an arrest warrant for a free white man?
4         MS. ROSE:  Objection.
5         THE COURT:  Sustained.  And he needn't answer that
6  because of the way the question is phrased.
7         DEFENDANT HUGHES:  Okay.
8  Q.   Then I'm going to ask if you recognize me to be a free
9  white man?
10        THE COURT:  Sustained for the same reason and he
11 needn't answer.
12 Q.   Then am I considered property?
13        THE COURT:  Well, let me say this for the record,
14 that if your objection to the person who signed the arrest
15 warrant is well taken, then that -- that issue can be raised
16 based on the arrest warrant itself.  That would be a legal
17 matter, and I don't believe this witness would have anything
18 to add to it.
19        DEFENDANT HUGHES:  Okay.
20 Q.   I think I got cut off on this question.  I'm not sure
21 where we're at, but Mr. Romagnuolo, would you say that a birth
22 certificate is a registration of some commercial entity based
23 on the law of 1909 which says anything with a last name is a
24 corporation or a commercial entity?
25        MS. ROSE:  I object to that as well, Your Honor, for

1    the record.

2           THE COURT:  Sustained.  But if you have an answer,

3    you may give it.

4    A.   I don't know.

5    Q.   Would you happen to know why the registered birth

6    certificate is then sent to the Department of Commerce?

7    A.   I don't know that it is.

8    Q.   Okay.  Are you familiar with the definition of the word

9    "person" as it appears in Executive Order 6260, dated

10   August 28, 1933?

11   A.   No, I've never read it.

12          DEFENDANT HUGHES:  Did you find that, David?

13          MR. BURGESS:  I haven't been able to get a copy of

14   that.  I don't have it.  Do you know where it is?

15          DEFENDANT HUGHES:  I can almost quote it.

16   Q.   In paragraph 2 of Executive Order 6260 is the definition

17   for a person.  So not being familiar with it, then you

18   wouldn't know that a person is defined as a corporation, an

19   association, an unincorporated corporation, a partner, a ship,

20   a vessel or other artificial entity, as well as some other

21   things that I don't quite remember what all of them are.  So

22   you wouldn't be familiar with that.

23   A.   I don't know.

24   Q.   Okay.  Section 2, "Definition as used in this order.  The

25   term person means an individual, partnership, association,

1    corporation, ship, vessel."

2        And "the term United States means the United States and

3    anyplace subject to the jurisdiction thereof."

4        So now you're familiar with it.

5            THE COURT:  Let me ask --

6            MS. ROSE:  Objection.

7            THE COURT:  Let me ask the parties to comment on a

8    procedural matter.

9            Rule 103 talks about the effect of an erroneous

10   ruling.  This is the rules of evidence.  And it says, "Error

11   may not be predicated upon a ruling which admits or excludes

12   evidence unless a substantial right of the party is affected.

13           "And in the case the ruling is one excluding

14   evidence," this is Section 2, "the substance of the evidence

15   was made known to the court by offer or was apparent from the

16   context within which questions were asked."

17           Now, in fairness, I wanted to make some effort to

18   let the defendant get in the record the substance of the

19   evidence that he is offering, and I believe I can do that by

20   letting him or any of the defendants comment on what they seek

21   to elicit.

22           It's also true that none of this would perhaps make

23   a lot of difference on appeal except where a substantial right

24   of the party is affected.

25           So let me ask the government if you wish to comment

1    on that before I ask the defendant the same question.  Now

2    we're talking here about whether we're wasting time or not.

3            MS. ROSE:  Well, it appears that we are revisiting

4    the jurisdictional issues that the court has previously ruled

5    upon, and there are numerous filings within the record by the

6    defendants regarding whether this court has jurisdiction over

7    them.  Given what we've heard, it appears that that is an

8    issue which is being revisited.  The law is well settled.  The

9    court has ruled on it.  And I would submit to the court that

10   this is not a matter that would be defined as substantial

11   under Rule 103.

12           THE COURT:  Do you want to be heard on that?

13           DEFENDANT HUGHES:  Yes, sir.  I think this is a very

14   fundamental issue.  It directly affects my freedom.  It goes

15   to the heart of the matter of the laws of whether or not a

16   person can be a citizen on a state.  Whether or not that state

17   is sovereign and separate from the jurisdiction of the United

18   States.

19           It goes to where -- whether or not the United States

20   has a jurisdiction on one of the organic states or whether it

21   only has jurisdiction in the corporation state.

22           It addresses the issue of whether or not a right --

23   a person has a right as guaranteed by the law of nations which

24   the United States is a signature party to, the United Nations

25   Human Rights Accord of 1958.  It says a person has a right to

1   be a citizen of any political group he chooses.

2           And so there is a number of fundamental issues here

3   that determine whether -- whether or not my freedom is at

4   stake.  Because if you're not recognizing the law of nations

5   and if you're not recognizing the organic state is unique,

6   separate and distinct from the corporation state, which is a

7   subdivision of the federal corporation, then you're ignoring

8   numerous court cases such as Shelby versus Norton -- *Norton*

9   *versus Shelby County* out of Tennessee, among others, which

10  clearly establish that there is a very unique difference

11  between the organic state and the corporation state.

12          And so I don't know where to go.  I mean, this is

13  very fundamental to me.

14          THE COURT:  Well, I think it's correct that we've

15  already ruled on most if not all of the issues that you have

16  raised.  Certainly we've ruled that the court has jurisdiction

17  to try this case.

18          DEFENDANT HUGHES:  But I've never seen anything in

19  writing.

20          THE COURT:  Well, but the court doesn't have to

21  prove to you that.  The court has to rule on that.  And I have

22  done that.

23          DEFENDANT HUGHES:  That's not what I've read in the

24  past so I'm confused.

25          THE COURT:  Well --

1            DEFENDANT HUGHES:  I mean, that's --

2            THE COURT:  -- I'm sorry about that.

3            DEFENDANT HUGHES:  I'm sorry?

4            THE COURT:  I've tried to be as clear as I can about

5    it.  But the court's ruling about this jurisdictional issue

6    and the human rights accord, the law of nations, all those

7    things the court finds are not relevant to the current trial

8    because they have either already been ruled on or, in any

9    event, they have -- you have made the substance of your

10   objection known.  And it's further the view of this court that

11   this witness wouldn't have anything to add to that.  So in

12   other words, your disagreement with the court is preserved for

13   appeal as far as this judge is concerned for all purposes.

14           MS. ROSE:  And if I just could make it clear for the

15   court.  The court actually did in document 36 rule.  The

16   government responded to that particular filing of the

17   defendant.  The court filed an order on August 11th of 2008

18   dismissing -- Defendant's Motion to Dismiss the Indictment was

19   denied, which also addressed the motions for lack of

20   jurisdiction.

21           DEFENDANT EDWARD WAHLER:  However, I would rebut

22   that, Your Honor, that -- I brought that up.  That motion

23   relied on 18 U.S.C. 3231 which there is absolute

24   uncontroverted evidence in this court that 3231 does not exist

25   at law and the prosecution has never offered one shred of

1   counter rebuttal.  So I mean, she can't rely on something she

2   put in there when we've already destroyed it.

3           THE COURT:  Well, the statute has -- is one that the

4   court takes judicial notice of, and it's in the statute book.

5   So that's what the court is relying on.  And of course, you

6   disagree with that and you're entitled to take that to a

7   higher court.

8           Is there any other subject matter besides

9   jurisdiction or anything of the nature we've been looking at

10  that you would like to ask this witness?

11          DEFENDANT HUGHES:  Well, there's -- I want to rebut

12  his statement about loss of citizenship and nationality.

13  Title 8 --

14          THE COURT:  No, I'm not going to let you make a

15  statement of law because that's -- it's just not appropriate.

16  It's a waste of time for the current purposes.

17          DEFENDANT HUGHES:  Okay.  Then -- then basically

18  you're telling me I can't introduce what's important to my

19  freedom.

20          THE COURT:  You can introduce on appeal any and all

21  statutes, cases, and other legal materials that you think are

22  relevant.

23          DEFENDANT HUGHES:  Uh-huh.

24          THE COURT:  So we'll take our recess for the night.

25  I think a couple more sandwiches are being brought in for the

1  defendants.

2          DEFENDANT HUGHES:  Thank you, sir.

3          DEFENDANT EDWARD WAHLER:  Thank you.

4          DEFENDANT HUGHES:  Thank you.  Very appreciative.

5          (Evening recess at 4:45 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25