UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA   )   DOCKET NO. 1:08-CR-55
   )
      vs.   )   VOLUME VI
   )
KATHY RAY WAHLER, EDWARD   )
WILLIAM WAHLER, and LEWIS   )
VINCENT HUGHES,   )
   )
      Defendants.   )
_____)


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE
NOVEMBER 19, 2009


<u>APPEARANCES</u>:

On Behalf of the Government:

     JILL WESTMORELAND ROSE
     MARK T. ODULIO
     United States Attorney's Office
     100 Otis Street
     Asheville, North Carolina

Standby Counsel On Behalf of Defendant Kathy Wahler:

     ANGELA G. PARROTT
     FREDILYN SISON
     Federal Public Defender's Office
     129 West Trade Street, Suite 300
     Charlotte, North Carolina

Standby Counsel On Behalf of Defendant Edward Wahler:

     WILLIAM R. TERPENING
     Attorney at Law
     409 East Boulevard
     Charlotte, North Carolina

Standby Counsel On Behalf of Defendant Lewis Hughes:

    DAVID Q. BURGESS
    Attorney at Law
    101 N. McDowell Street, Suite 216
    Charlotte, North Carolina

Cheryl A. Nuccio, RMR-CRR
Official Court Reporter
United States District Court
Charlotte, North Carolina

1 <u>THURSDAY MORNING, NOVEMBER 19, 2009</u>

2          (Jury not present.)

3          THE COURT:  Good morning, ladies and gentlemen.

4          MS. PARROTT:  Good morning, Your Honor.

5          MS. ROSE:  Good morning, Your Honor.

6          THE COURT:  Are the parties ready to move along and

7 have the opening -- rather, the closing arguments?

8          MS. ROSE:  Yes, sir.

9          DEFENDANT HUGHES:  Yes.

10          DEFENDANT EDWARD WAHLER:  Yes.

11          THE COURT:  And all the parties and counsel will

12 argue from their places.

13          May we have the jury, please.

14          (Jury entered the courtroom.)

15          THE COURT:  Good morning, members of the jury.

16          Members of the jury, under our rules the government

17 has the first opportunity to make argument to you because it

18 has the burden of proof.  Then the defendants will have

19 opportunity to make argument and respond to the government

20 argument.  And finally, the government will have an

21 opportunity to respond to the defense arguments.  And after

22 that's done, the court will give you the rest of the

23 instructions and you'll be deliberating on the case.

24          Is the government ready to proceed?

25          MS. ROSE:  Yes, Your Honor.

1           THE COURT:  You may.

2           MS. ROSE:  Thank you, Your Honor.

3           May it please the court:

4           I've got some ocean front property in Arizona.  And

5    from the front porch you can see the sea.  I have ocean front

6    property in Arizona.  And if you'll buy that, I'll throw the

7    Golden Gate Bridge in for free.

8           Those are the words from a country music song.  But

9    I think they pretty well sum up this case.  It's just not

10   real.  It's a fraud.  And just as you know that there's no

11   ocean front property in Arizona, you know you can't write

12   checks on a closed account.  And you know someone cannot sell

13   you the Golden Gate Bridge.  And you can't pay a debt on a

14   nonexistent account.  This is well-known to all of us.  So

15   it's a fraud.

16          And what is a fraud?  The judge is going to tell you

17   it's an intent to deceive, to deceive another, to obtain money

18   or something of value.  And that's the bottom line.  And

19   there's law more fully to explain the illegal acts and to tell

20   you, define for you what all of this means, and to define for

21   you more fully the defendants' illegal activities.  And as

22   you've heard from the judge, it's your job to apply that law

23   to the facts and the evidence that you've heard in this case.

24          And I'm going to very quickly just walk you through

25   the procedure because that's -- now that you've heard the

1  facts and the evidence, that's the next part of your job.

2  This is when your work begins.

3          The judge is going to tell you that the first count

4  in the bill of indictment is the conspiracy count.  And he's

5  going to tell you that this conspiracy related to a scheme to

6  defraud financial institutions, the bank, the Federal Reserve,

7  and to use the mails to do so.

8          And he's going to tell you that a conspiracy, while

9  it may sound big and complicated, it's an agreement.  It's

10  just a meeting of the minds.  Perhaps in the jury room you all

11  stood up and kind of shuffled, let somebody pass, maybe, who

12  was in seat number 8 here and you were in seat number 3.  Did

13  you have to say go ahead?  You had a meeting of the minds

14  based upon what was happening.  Based upon that understanding.

15  You didn't have a contract.  It wasn't written.  It wasn't

16  expressed.  You didn't go through the details.  You just had a

17  meeting of the minds.

18          And the judge will tell you that that's what a

19  conspiracy is.  That it's a meeting of the minds.  And we must

20  prove to you that at least one of these defendants and another

21  person knowingly and deliberately arrived at an agreement that

22  they would commit these offenses against the United States,

23  that being the mail fraud to commit the bank fraud.

24          And as I said, we're not required to prove that

25  there was a contract or an express agreement or they even had

1    talked about the details of how this would happen.  Just that

2    they together accomplished in some way a common goal.

3           And even though a defendant may not have joined in

4    the agreement at the beginning but at some point in between,

5    they're still responsible.

6           And even though they might not have known

7    particularly all of the details of the agreement or did not

8    participate in each act or didn't even play a major role in

9    accomplishing this unlawful goal, that still doesn't determine

10   whether there is conspiracy.

11          And the judge is going to tell you that the

12   conspiracy had to be formed during the dates alleged in the

13   bill of indictment and, at least in some way, either mail

14   fraud or bank fraud, either or both, was accomplished by some

15   agreement by one of these parties at some point.  Some time at

16   least one overt act after June 3 of 2003.  Just one act.  It

17   doesn't means the ones before that don't count.  It just means

18   at least one act had to occur after June 3 of 2003.

19          That's the conspiracy.

20          Now, the next part of the indictment is going to be

21   going more specifically into the bank fraud and the mail

22   fraud.  And as to that, and you heard the judge tell you, the

23   government bears the burden of proof.  So as to the mail

24   fraud, we have to show that there was this scheme or an

25   artifice, and the judge will define that for you, to defraud

 1  somebody or obtain money or other property by means of false
 2  or fraudulent representations or promises, and that these
 3  promises were material promises.  That means that they would
 4  reasonably get someone to part with their money.  And that
 5  they did this with the intent to defraud that person of their
 6  money.  And that they used the mails to further that intent or
 7  to further those representations.  And that any one of these
 8  people at some point could have aided or abetted, counseled,
 9  commanded, induced or procured the commission of this offense.
10  You're going to have the mail fraud and aiding and abetting
11  the mail fraud.

12           So what is fraud?  The judge will tell you this can
13  be defined in many ways.  Half truths, that's fraud.
14  Concealment of important facts, that's fraud.  And you listen
15  for these words from the judge's instructions.  Concealment of
16  important facts or important information.

17           And the fraud doesn't actually have to work.
18  Unsuccessful schemes and frauds are to be found just as
19  illegal as those that are successful.

20           And you have to have this intent to defraud.  You're
21  going to hear the word to deceive or to cheat.

22           Now, members of the jury, you probably wanted to
23  jump over that rail and knock me down when I kept putting up
24  those mail receipts and the green return receipt and mail
25  receipt, and was this sent and was it received.  It seemed

1   tedious I know.  But we bear the burden of proof.  And we
2   collected that evidence and we proved each and every one of
3   these mail counts to you.  We put it before your eyes.
4   Physical evidence, members of the jury.

5           The good thing about it is the judge is -- the bill
6   of indictment which you'll have to follow lays it out for you.
7   And the bill of indictment will show you the count; the date
8   that is relevant to that particular count; which defendant,
9   some or all, that were involved; the institution or the
10  document that was the document used in furtherance of the
11  scheme; and where it was mailed to.  All of that is there.
12  It's your job to go through each of those and consider did one
13  or all of these defendants engage in some part of that or did
14  they aid and abet someone in doing so?  Did they help in some
15  way however small?

16          The next part of the indictment that you'll be
17  considering or the next counts are going to be the bank fraud
18  counts.  And the judge is going to give you, again, the law
19  that is applicable.

20          First, that it is a scheme or a plan of action, a
21  course of conduct or an intent to deprive someone of something
22  of value.  To cheat somebody.  To get money, funds or credit
23  from a financial institution by a false representation or
24  false promises.  That's the first thing we need to show you.
25          The second thing is that the institution was FDIC

1    insured.  You're probably wondering why are they talking about

2    is this bank insured?  Is this bank FDIC insured?  And putting

3    up all those certificates.  It's an element.  It's something

4    we're required to put up, and we did that.  Or is it a member

5    of the Federal Reserve?

6             And that the way that -- to get the money, the funds

7    or credit was what?  Through false representations, false

8    promises.  The very same things.  The half truths and

9    deception.

10            And did anybody aid, abet, counsel, induce or

11   procure in any way the furtherance of this bank fraud?

12            Bank fraud can be proved in a couple of ways, and

13   the judge will tell you that.  Kind of an either/or.  You

14   choose the method.  You may find both.  That's for you to

15   determine.

16            Once again, it's very specifically laid out in the

17   bill of indictment:  The dates of the offenses; the name of

18   the defendants; the banking institution; and what was done to

19   commit this act or what fictitious documents were submitted to

20   these financial institutions.

21            Members of the jury, I would submit to you the

22   government has done its job here.  We have shown you each and

23   every one of those elements.

24            But here's what they're going to say.  You probably

25   knew this.  You probably picked up on it.  They thought it was

1    all okay.  Or at least part of it.  Depending on which

2    evidence you take from them.  We had a good faith belief that

3    it was okay to do this.  And the judge will tell you about

4    what is a good faith offense.  The judge is going to tell you

5    that good faith is inconsistent with an intent to defraud or

6    an intent to obtain money by false representations.

7         And the judge is going to tell you that a defendant

8    does not act in good faith if he or she honestly holds a

9    certain belief or opinion but they knowingly make false or

10   fraudulent representations to others.  Good faith means that

11   you have an intent not to take advantage of someone else.

12        What is good faith?  Good faith is also -- the law

13   is very clear in saying if you disagree with the law, no

14   matter how much you disagree with the law, that's not a good

15   faith misunderstanding or mistake.  Because it's a duty.  It's

16   a duty of everybody, of all citizens to follow the law.  You

17   don't need the judge to tell you that, but you know that.  It

18   is the duty of all the citizens to follow the law.

19        And in line with that good faith defense, the judge

20   is going to talk to you about something else you may have

21   heard about or something else for you to consider in whether

22   you believe this good faith defense.  It's called deliberate

23   ignorance.  Willful blindness.  And we are able to show you,

24   members of the jury, that if a defendant deliberately closes

25   their eyes to what would otherwise have been obvious, that

1  actions could show you that the ignorance is a deliberate one

2  or that it is intentional blindness to the actions that are

3  going on, that the eyes have been closed to the reality, then

4  it doesn't constitute good faith.

5       So simply put, members of the jury, reason and

6  common sense.  You know, you come in here from your daily

7  lives, from your various jobs, time with family, and you come

8  to a really unfamiliar setting and you hear some strange

9  propositions.  Some which are true; many of which are not.

10 But you are thrown into an uncertain and unusual situation.

11 And what is important for you to understand is that you have

12 all the tools that you need to do your job.  You've got the

13 facts and the evidence.  You paid attention.  We saw that.

14 Judge Voorhees is going to give you the law.  But the best

15 tool you have, members of the jury, the tool that you did not

16 leave at that front door is your reason and your common sense.

17 That's what you need to do your job.

18      They're going to come in here and tell you maybe

19 they disagreed with the law or maybe somebody told them it was

20 okay.  Use your reason and common sense looking at all the

21 facts and the evidence you have before you.  And it's clear

22 from what you've heard -- I don't know if that's going to

23 change in their closing arguments, but that they just don't

24 agree with the law.  They just don't agree with it.  They

25 just -- and that's -- that doesn't count.  I'll admit, I like

1   to drive a little fast.  But I can't go out on Interstate 40
2   and go a hundred.  If I said to the trooper that stopped me:
3   I don't think there should be speed limits.  I think citizens
4   should be able to drive as fast as they want because we're
5   free and we're citizens and I don't believe in that speed
6   limit sign; therefore, I can't have -- I can't have done
7   anything wrong.  I didn't form the intent to commit a crime
8   because I don't believe in your law.

9           It just doesn't work that way.  Because to be a
10  member of a free society, we have to have some boundaries and
11  we have to have some laws.  So even if you disagree with it,
12  you still have to follow the law.  Isn't that reason and
13  common sense?  Is that something you knew when you came in
14  that door:  That you've got to follow the law?  Yes.  Don't
15  leave that reason and common sense behind.  Don't allow them
16  to avoid responsibility by some of these propositions that
17  they're going to make or have made.

18          We didn't just make a lot of statements.  We gave
19  you physical evidence:  The mail receipts, the documents.
20  Physical, ample evidence from which each of you could
21  determine that these defendants willfully and knowingly
22  engaged in fraud.

23          As you listen to their contentions, I want you to
24  think about the law that I just discussed and the law that I
25  promise you you're going to hear from the judge.  And when

1    they're finished, I'm going to conclude.  But as you listen to

2    what they have to say, listen with reason and common sense.

3          THE COURT:  Ms. Wahler, if you wish, you would be

4    next.

5          DEFENDANT KATHY WAHLER:  Thank you.

6          Ladies and gentlemen of the jury, you've seen and

7    heard all the evidence from the prosecution and I am confident

8    that what you have seen and heard clearly shows that I am not

9    guilty of conspiracy, bank fraud or mail fraud.  Let's review

10   the evidence the government put forth.

11         What the government submitted into evidence does not

12   -- does have my signature, but that does not show I had any

13   illegal intent.  Just good faith on my part.  I admitted I

14   signed my name while relying on my husband that everything was

15   okay.  I had no reason to question otherwise.  I knew my

16   husband had done research.  And as Dr. Todd testified, as an

17   expert he knows the difference.  But the average layman

18   clearly wouldn't know the difference.

19         The time the BOE's were used was short, and these

20   documents -- Dr. Todd stated the period of time the documents

21   were done was in the early stages of the movement.  And it

22   didn't peak for another year and a half.  And Ed had long

23   since abandoned those things.

24         I had no criminal intent to break any laws of the

25   land.  I have never even had a speeding ticket or a parking

1  ticket, much less planned illegal acts.

2         My family in no way had any gain from these
3  documents.  No money came to us nor any company paid anything
4  out to us.  In fact, we've lost far more in this whole mess
5  than money could ever measure.

6         There was never any fraud in my heart for I believed
7  all this to be true.  The prosecution never showed at any time
8  on my part that I didn't cooperate with them to the best of my
9  knowledge.  They could not show my participation in any
10 seminars, calls or any research materials.  As Agent Andy
11 testified, there were four computers and only one of those
12 computers held anything on it.

13        I'd like to remind the jury of the prosecution's
14 witness, Ms. Messer, who stated that I referred to Ed said,
15 pertaining to the documents put forth in this case.

16        Also, Mr. Turner for the prosecution said he talked
17 with my husband almost every day in preparing -- and
18 participated in preparing documents and he testified as to my
19 not having any involvement or knowledge.

20        Dr. Clarkson testified I'd never even spoken with
21 him about political beliefs or attended seminars, but was
22 centered on fulfilling my Christian duties as a wife and
23 mother.

24        I'd like to state that I am not on any government
25 assistance nor ever have been.  I work and support myself and

1  my children. My parents opened their home to us as we are

2  family. I have never defrauded anyone or anything in my life.

3  I hold the laws of the heavenly father as laws to live by,

4  simply stating no lying, cheating, stealing or killing. In

5  the big picture, going against these rules would result in the

6  judgment of God and losing eternity with my heavenly Father.

7  And it means -- that means more to me than anything else. So

8  it's just not worth it. If I thought that these things were

9  illegal, I wouldn't have signed my name.

10        I'd like to address the filings that Ms. Rose put in

11  the case that were done on the advice of someone that I

12  thought Ed approved of and his qualifications sounded

13  appropriate. Ed's mother put me in touch with Sean at Ed's

14  request. And I can say -- what I can say is is I was scared.

15  I was desperate. And I was just trying to put my family back

16  together.

17        And just because I was aware of the Patriot meetings

18  and -- or was present is not enough to convict me. The court

19  will instruct you that mere presence or knowledge of any

20  activity doesn't make me guilty.

21        In conclusion, I know about these documents now

22  where I knew nothing then. I still have no interest in them.

23  Have no -- no burning pressure inside to research them or

24  study them. I could care less. I just want to live my life

25  with my family, raise my children, and give God the praise for

1    every day.  Thank you.

2            DEFENDANT HUGHES:  Are you ready for me?

3            THE COURT:  Yes, sir.

4            DEFENDANT HUGHES:  Good morning, ladies and

5    gentlemen of the jury.

6            Let me repeat again that I have never, ever intended

7    to commit fraud against anyone or anything.  Banks included.

8    Or to do anything that was illegal.  It's just not my nature.

9    I believe in and obey to the best of my ability God's laws as

10   set forth in His holy scriptures.  I am committed to the

11   teaching and spreading of God's words.  So how would I then

12   turn around and break one of those laws by committing fraud?

13           Why would I jeopardize my business which has been

14   successful for more than 35 years and my ability to do what I

15   truly love which is designing new products by knowingly

16   violating the laws of this country?

17           At the time of my arrest -- excuse me.  At the time

18   the arrest warrants were issued, I was part way through

19   designing a new product of my own conception which would be

20   beneficial to all the people of this world and which would

21   help our environment.  I want to go back and finish that

22   project.  Ed and I have other projects which we talked about

23   that we want to do which would also help people and would help

24   the environment.  Each of us has worked on these ideas in our

25   minds while we've been locked up waiting for this trial.  We

 1    believe that we will be able to proceed with those when we're

 2    found not guilty and returned to our homes and our workshops

 3    and our labs to do what we do best.

 4            The prosecution has failed to show any violation of

 5    the law by me or any intention to break the law or any

 6    intention to help anyone else break the law.  The prosecution

 7    has shown you the International Claim Administrative Remedy

 8    and tried to get you to do -- to believe that because the two

 9    of them are against banks, they must be an attempt to fraud.

10            But the prosecution has given you nothing to show

11    that these are not consistent with the procedures set forth in

12    Title 5 of the U.S. Code and the Administrative Procedures

13    Act.

14            The prosecution has given you nothing to show you

15    that they are not the proper thing to do before going into a

16    court of law under a civil suit.  The prosecution has given

17    you nothing to show that this is not why they were done.  Has

18    the prosecution offered any of these -- has the prosecution

19    offered anything to show you that it was not our intention to

20    follow up with a lawsuit?  The answer is no.  In fact, I

21    showed you that I did follow up with the administrative

22    procedure and the notary protests with lawsuits filed in the

23    United States District Court, and I'd like to show you that

24    again.

25            Can you zoom out a little so they can see the top?

1          Okay.  What this is is a printout from a service

2     called Pacer.  Pacer is what the attorneys use to file

3     documents into the court electronically.  Pacer service is

4     also available to the public for a fee.  You don't necessarily

5     have the same access that an attorney would, of course, but

6     you can pull documents.

7          So what we have is upper -- in the upper left-hand

8     corner is a code WAWD which stands for Washington, the Western

9     District.  And what you're looking at are cases that I filed

10    as a result of the admin process against the banks.

11         The bottom most case down there is scratched out

12    because that's not a case that I filed.  That case was filed

13    on my behalf as a part of a cluster of lawsuits that were

14    filed in a number of people's names because it was found that

15    the Trustee Service Company was operating in the state of

16    Washington without a license to do so and had done some --

17         MS. ROSE:  Your Honor, none of this is in evidence.

18    I apologize for the -- but none of this has been put into

19    evidence.

20         THE COURT:  Overruled.

21         DEFENDANT HUGHES:  I'm sorry, I did read all of this

22    from the stand when I presented testimony.

23         Okay.  We're done.

24         If I was trying to commit fraud against a bank,

25    would I have taken this whole process into a court of law for

1  the whole world to see?  I think not.

2          The prosecution has tried to make you think that

3  just because we used something called a bill of exchange

4  during the notary protests that we must be trying to commit

5  fraud.  This is like saying that your using a check is fraud

6  because it is possible for someone else to commit fraud by

7  writing a bad check.  It is not what the instrument is called

8  that matters.  I think you've heard in the testimony that a

9  check is a bill of exchange.

10          It's not what it's called but how it's used.  Yes,

11  millions of fraudulent bills of exchange have been sent to the

12  Treasury, but probably a hundred times as many bad checks have

13  had to have been written off by the banks.  Does that make

14  using a check fraud?  Of course not.  Neither does using a

15  bill of exchange in the proper way make it illegal.  Remember

16  the two bills of exchange were not against the Treasury.  They

17  were not sent to a bank to be negotiated.  They were held by

18  the notary to prove a claim.

19          Just because someone sends you a bill saying you owe

20  them $20, are you going to pay that bill?  No.  You want

21  something to show that you owe that bill.  Well, you saw that

22  an invoice was sent and a bill of exchange was referenced to

23  prove the invoice.  If the bank denies they owe something,

24  then we have a controversy, and now we can go to court.  If

25  there's no controversy, the court has nothing to rule on and

1   the court can't proceed. This is what we did. The notary

2   protest proved the controversy. Thus, I could go to court.

3        At all times I have conducted myself according to my

4   good faith efforts to understand and act in accordance with

5   the laws, statutes, codes and court decisions of this nation.

6   I took the actions that I did because they are prescribed by

7   the laws, the statutes, the codes, the rules, the regulations,

8   and the court decisions in this country.

9        The prosecution has tried to impugn that I do not

10   believe in the laws of the government. Nothing could be

11   further from the truth. Yes, the government has problems.

12   But I think the underlying principles are still the best there

13   is. Why would I expect to get satisfaction under the law if I

14   didn't believe in it?

15        Ladies and gentlemen, I have tried any means

16   available to me, including filing a lawsuit in the District of

17   Columbia and filing a counterclaim in this case, to find out

18   why I might have broken some law. The government has never

19   answered me. Until I heard the expert witnesses in this case,

20   I didn't have a clue. Now I see what the government claims

21   about me would be true if, if I had done what the government

22   claims. But I didn't.

23        The government has not shown that following Title 5

24   of the U.S. Code can be fraud. How could they? They have not

25   shown that promissory notes between me and Ed were fraud

1    because they were private.  The government has not shown that
2    the bill of exchange is not the proper instrument to use in a
3    notary protest.  And the government has not disputed that a
4    notary protest is proper and lawful.
5           The government has alleged that I somehow committed
6    mail fraud.  Well, if mailing documents which are part of the
7    necessary process before going to court is mail fraud, then
8    you better lock up most of this country.
9           In short, the government has not shown that I have
10   broken the law.  How could they when I was making a good faith
11   effort to fully comply with the laws that are set forth in the
12   statute, codes, and et cetera, as set forth in court cases,
13   and as explained to me by those whose full-time profession is
14   arguing the law.
15          Therefore, ladies and gentlemen, I ask that you find
16   me not guilty of all the charges.  Thank you.
17          DEFENDANT EDWARD WAHLER:  Ladies and gentlemen of
18   the jury, I'd like to thank you for your participation in one
19   of the great institutions that makes the United States of
20   America one of the truly special nations of the earth:
21   Participating in a jury.
22          As we come to a close, I would also like to express
23   my heartfelt thanks for your being patient and diligent in the
24   performance of your duties.  You suffered through my
25   on-the-job training; my first, and hopefully last, such

1    experience.

2         I'd ask you to peer deeply into the essence of this
3    trial and see if what I believe it is.  When we were driven to
4    resort to the courts to bring an end to the years of
5    harassment and surveillance by filing a proper and justified
6    civil action in federal court, in a pattern continuing now for
7    six years, the answer is criminal prosecution, a denial of
8    bail, and a mysteriously dismissed lawsuit.  Of course, I'm
9    referring to our suit in DC.

10        Why did the government, with over five years to
11   pursue this case, choose to do so exactly when we brought our
12   concerns and issues before the court?  Concerns, issues, and
13   questions stemming from research they were loath to answer.
14   I'll let you form your own conclusions.

15        The government has sought to create an impression in
16   this case, innuendos and illusion.  There were many, many
17   documents which were repeatedly mischaracterized without any
18   real analysis.  They just put them up, said this is what it
19   says.

20        There was no actual analysis of the content of the
21   document itself.  Mr. Heath, the government's own witness,
22   admitted that he did not look at a single law cited.
23   Essentially, the message was just take our word for it.
24   Except for Mr. Heath, every other witness essentially was
25   stating facts to the collections of the evidence.  Yet, not a

1    single original of a document was shown to you, the jury.

2    Where are they?

3         I was duly impressed with Mr. Todd's recitation and

4    analysis of why the lay people, and at least two judges as we

5    demonstrated, can form mistaken conclusions about these

6    documents.  After six years it is finally all clear to me.

7    Mr. Todd's suggestion that his testimony from a court case

8    such as this should be widely disseminated is sound.  I hope

9    someone will heed the suggestion finally.

10         I tried to illustrate in as an illuminating fashion

11   as possible that there were two distinct phases in the

12   timeline of the development of our research and as it was

13   presented in this case.

14         The first phase around April of 2003 involved the

15   bills of exchange, closed account checks, same thing, which

16   has been shown on the record during the 2002, 2003 time frame,

17   a state and federal court judge ruled is properly discharging

18   a debt.

19         The second phase was the exhausting of our

20   administrative remedy pursuant to the law, not the least of

21   which is the Administrative Procedures Act in Title 5 of the

22   United States Code.  The government repeatedly tried to create

23   the erroneous impression these documents were something they

24   were not.  I hope taking your valuable time to go through one

25   of the administrative remedy documents closely was beneficial

1  to you in ascertaining the relevant facts with respect to the

2  administrative process.  And the administrative process is in

3  no way related to Redemption.  I think we stated that clearly

4  several times.

5        The government was not able to show in even the

6  slightest way that we had made any wrongful conclusions of the

7  law in the use of the administrative process.  And please keep

8  in mind they have had these documents for over five years.

9  The government continually tried to create the false

10  impression these were financial documents, which of course you

11  now know they were not.  They're simply a statement of facts

12  with a ledgering of our believed damages.  Hence, any claim of

13  fraud with these documents is easily defeated.

14        By waiting these five long years, the government has

15  painted themselves into a statute of limitations box.  Once

16  again calling into question their true motivation for bringing

17  this case now.  The government was well aware of the *Bank One*

18  *v. Ward* case in Florida and the *U.S. v. Williamson* case in

19  Waco, Texas.  I personally shared that information with Agent

20  Romagnuolo within weeks of the search warrant.  They have

21  evidence that Sara Fugate and Jerry Williamson had used these

22  same bills of exchange, yet they never bothered them.

23        The government offered no rebuttal for these court

24  cases which we relied upon for our good faith belief that

25  these instruments were proper and certainly not unlawful, at

 1   least to the best of our knowledge and understanding in

 2   agreement with what the judges found.

 3        The government went far afield from the direct

 4   issues in this case trying to cast aspersions to create

 5   impressions that would cast me in the worst light to you, the

 6   jury members.  I hope you can take away the impression that we

 7   were reasonably confident in explaining and defending our

 8   conclusions and political beliefs.  I love my country.  I want

 9   my children to grow up and propser in a place where the rule

10   of law is still our guiding principle and the people can enjoy

11   life, liberty, and the pursuit of happiness.  Where we all can

12   propser at no one's mutually exclusive expense.  I have to

13   believe you want these things also.  I hope you come away from

14   this with the understanding that a 76-year-old banking

15   emergency is not conducive to these ends.

16        Due to the complexities of the case, I felt it best

17   that the facts concerning my actions came directly from me.  I

18   hope you find I was able to carry the presumption of innocence

19   into a conclusion of innocence.  While the government carries

20   the burden of proof, I believe -- I believe you have the right

21   to hear both sides and I tried to give you my testimony as

22   directly and simply as possible.

23        With regard to summary witness Andy Romagnuolo, he

24   was not truthful about the facts surrounding his version of

25   events regarding any purported appearance in our DC lawsuit by

1    him or his attorney, and I would ask you to please consider
2    this in your deliberations.
3            While Dr. Robert Clarkson and Richard Turner had
4    complimentary things to say about me, not a single prosecution
5    witness that has had contact with me had anything to say
6    against my character or inner personal behavior at any time
7    over the last five years.
8            With respect to count one, conspiracy to commit
9    fraud, I would offer the members of the jury that every act
10   alleged was within the letter of the law as I understood it.
11   And to the extent that I acted in concert with others, there
12   was no object, goal or intention to commit fraud of any sort.
13   The law as I understood it and communicated to others was
14   clearly spelled out and demonstrated with no intent to
15   deceive.
16           The testimony and evidence clearly demonstrate there
17   was no knowingly and deliberately arrived at intention or
18   understanding to commit an offense that was criminal against
19   the United States or any other party.  We are simply sharing
20   the results of our research and testing the veracity of that
21   research.
22           The government has failed to provide any evidence
23   that I knowingly or willingly performing any criminal act.
24   With both expert witnesses -- even both expert witnesses
25   testified lots of people had believed that these actions were

1    defensible and proper.  Even if as a result of ignorance,

2    mistake or accident.  And certainly without a clear intention

3    on their part.

4         How can a reasonable conclusion be reached that once

5    presented with signed orders of a state and federal judge who

6    are trained in the law and in fact presumed to know the law

7    and had the benefit of hearing both sides of the argument in

8    those court cases with respect to the legitimacy of these

9    documents and still ruled that these documents were void and

10   proper, how can any such action knowingly and willfully be an

11   overt act to commit a criminal crime?  It just doesn't pass

12   the logic test.  That would force one to consider these judges

13   aided and abetted the crime, which is a laughable proposition.

14        It is also not a common hallmark of a criminal

15   conspiracy or criminal act to provide signed affidavits, true

16   return addresses, and other forthright and blatant examples of

17   one's belief in the legitimacy of one's actions.  There was

18   nothing clandestine about it.  The witnesses testified that we

19   openly discussed it with our friends and acquaintances.  This

20   clearly demonstrates a lack of intent.

21        I would submit to you that these actions show an

22   unwavering belief and honestly held opinion that these actions

23   were not criminal in nature.  As demonstrated, I took a

24   reasonable and deliberate care in forming my beliefs and

25   opinions on this matter and felt completely justified in

1    relying in good faith on the judges who are held in society as

2    the final arbiters on what is deemed to be lawful and proper.

3    Even Walker Todd testified that such a belief was reasonable

4    for all but the most thoroughly trained expert.

5           Such a good faith reliance which forms a deeply held

6    belief and honest opinion is a complete defense even if that

7    belief or opinion is later held to be inaccurate, incorrect or

8    wrong.  It wasn't until Walker Todd's testimony and his clear,

9    concise explanation that I was able to take my belief

10   regarding these instruments from one of not working, which we

11   experienced back in 2003, to one where they're not correct.

12   There was no illwill, malice or intent of taking unfair

13   advantage of another.  But in fact, was only trying to claim

14   what was already there in the Treasury direct account.  That's

15   what these people did in these two lawsuits.

16          An essential element of mail fraud and abetting

17   charges is that state of -- is that a statement or assertion

18   which concerns a material or important fact or a material or

19   important aspect of the matter in question was either known to

20   be untrue at the time that it was made or used or that it was

21   made or used without -- with reckless indifference to the

22   truth or was made with intent to defraud.

23          That's what this whole thing comes down to.  Okay.

24   You, members of the jury, are going to have to decide whether

25   we convinced you credibly that we relied on everything we knew

1    and all the evidence we had in our possession back in 2003.

2         As has already been stated, the government has

3    failed to show even the slightest evidence of any such

4    knowledge as to any fact or aspect of the matter in question

5    which was known to be untrue.  In fact, I have shown evidence

6    to the contrary and demonstrated a solid legal foundation to

7    believe that the facts as known were true and represented no

8    intent to defraud.

9         As was demonstrated by the documents themselves,

10   there was no desire or purpose to cause a loss to anyone, but

11   instead, an intention to access one's Treasury direct account.

12   Once again, I restate that good faith reliance was made on the

13   finding of trained legal practitioners in the form of a state

14   and federal judge and others who were presenting this

15   information in a cogent and reasonable manner.

16        With respect to the bank fraud charges, no attempt

17   was made to obtain money, funds or property owned by another.

18   The documents were intended to access funds belonging to me

19   for the benefit of my creditors.  And of course, the good

20   faith reliance defense is applicable and the jury is asked to

21   apply it here as well.

22        Another important point I would ask the jury to be

23   mindful of is that when you are considering the reasonableness

24   of my beliefs, keep in mind that you probably would have been

25   extremely doubtful prior to your exposure to expert witness

1  testimony in this trial that the United States was declared
2  insolvent and bankrupt in 1933 and the ensuing banking
3  emergency would last for 76 years and counting.  Or that the
4  United States has pledged some portion of your, your
5  children's and your grandchildren's future income to the
6  national debt.  Or that a bank creates money out of thin air
7  based solely on your signature.  Yet, now you've been exposed
8  to these things by a credible expert witness in this case.

9       These are but a few of the scores of shocking
10  revelations I have discovered over the last ten years or so.
11  Therefore, your yardstick of what is reasonable or might be an
12  honestly held belief should be based on a much more tolerant
13  standard than someone unexposed to even a few facts which you
14  now have been made aware of.

15       Retired Judge Napolitano, chief legal counsel for
16  FoxNews, has written several books, one of which is entitled
17  "Constitutional Chaos:  What Happens When the Government
18  Ignores it's Own Laws?"  His last book was called "A Nation of
19  Sheep," where he expertly makes the case that we as the people
20  of this country need to become more engaged in the governance
21  of our great country.  In his words, becoming wolves.

22       For the sake of my children and all of my fellow
23  countrymen, I now have a long track record of standing up for
24  the principles of good government and sound fiscal policy.
25  Walker Todd correctly stated that the level of debt and other

1    aspects of our monetary and banking systems are at a minimum a

2    moral afront.  We are all being burdened with a load from the

3    excess of the banking industry.  And I would ask you, the

4    members of the jury, to not let the government use this case

5    to silence one of Judge Napolitano's wolves.

6            Ms. Rose tried to create the impression that we were

7    trying to take some special privilege by use of these

8    instruments.  However, we're all created equal under the law.

9    And had the promoters of this process been correct and had the

10   two judges, who are obviously similarly convinced, been

11   correct, the same benefits would have been applied to us all

12   equally.

13           This case is about good faith.  Can we have a good

14   faith belief and reliance on what our courts tell us?  Even

15   about an obscure and novel idea such as the use of the bills

16   of exchange.  I would not -- I would not want to live in a

17   country where we can be criminally prosecuted six plus years

18   after the fact for discovering something that needed to be

19   tested to see if it was indeed possible.  There is no other

20   way of knowing.  The only way I could test the promoters'

21   claims and determine the veracity of the judges'

22   determinations was with my family's own credit accounts.  That

23   is simply logical.  The government is grasping at straws to

24   find any evidence of intent to defraud or commit a crime.

25           So to silence a voice which has been asking

1    troubling questions for too many years, ultimately resulting

2    in putting these questions before a federal court in

3    Washington, DC, they had to reach back six years to see if

4    they could get you to silence that voice.

5              Our political beliefs are not on trial here.  What

6    is being questioned is whether, in an effort to understand a

7    monetary system that has strayed from the sound principles of

8    the founders to a complex money-of-exchange based system

9    operating under a 76-year-old emergency, the people can be

10   prosecuted for trying to uncover its inner workings.

11             The First Amendment says that we have a right to

12   peaceably assemble and protest what we as a people see as an

13   indignation against our dignity and our nation.  We further

14   have the right to petition for a redress of grievances.

15   People getting together to put together documents to express

16   their ideas about the causes of those grievances should not be

17   able to be labeled a conspiracy.  If that were possible,

18   Thomas Jefferson and his fellow countrymen would be so guilty.

19             Since the courts, according to Walker Todd, have

20   decided that the moral wrong of our financial system is not a

21   proper legal claim, a petition for redress of grievances would

22   seem a reasonable means of expressing our moral outrage.

23   Don't let them use this case to quiet our voice.

24             As you heard during the testimony, I had countless

25   interviews with Agent Andy over the years.  I shared my many

1   elements of my research with him.  The government has had all
2   of my computers since 2004 and they have all my research since
3   2004 that was later acquired because my laptop and desktop
4   computers were turned over to them shortly after my arrest.
5   So on my computers were files spanning over ten years of
6   research and communications with government agencies, local,
7   state and federal, lawsuits, arbitrations, presentations to
8   Congress.  The only thing they've been able to find is one
9   isolated incident over six years ago that lasted a few months.
10          This alone should be conclusive evidence that we are
11  diligent and careful in our research and only act when we have
12  a reasonable basis to do so.  There has been no testimony or
13  evidence that we disagree with any law.  We have repeatedly
14  cited the law and that we agree with it and want it to be
15  upheld.
16          In closing, I respectfully ask you to find me
17  innocent of all these charges and send me home to be with my
18  blessed family.  And I would ask that you further find my wife
19  Kathy innocent for all the reasons mentioned, as well as the
20  fact that she was simply doing as I had asked her.  I thank
21  you.
22          MS. ROSE:  Members of the jury, if the government
23  had undertaken to respond to all that was thrown at you
24  through these documents, misstatements of the law,
25  misrepresentations, we'd be here past Thanksgiving.  The

1    bottom line is we stuck with the facts and the evidence.

2              They keep citing these two cases, this Florida case

3    and this Texas case.  We didn't see the underlying documents.

4    We didn't see whether there was money in any accounts.  We

5    didn't see whether there was an appeal of this case and

6    whether it was upheld.  And that's part of this whole process

7    through this case.  It's all been portions of the truth.  And

8    that's why fraudulent schemes are able to sometimes work.

9    Like both experts told you, when you string together terms

10   that might have a legitimate meaning, it doesn't make the

11   document legitimate.  I think the word nonsensical was used.

12             They claim that they engaged in a legal process.

13   Let me just tell you, members of the jury, we don't charge

14   people criminally who are engaged in civil lawsuits with

15   whomever.  People are engaged in lawsuits all the time.

16   People have disagreements with others and the civil courts are

17   the appropriate place to do that.

18             Well, here's what they failed to tell you.  Any time

19   they tried to bring these cases in any court, the court

20   dismissed it.  Mr. Hughes threw up something there for you to

21   look at and I hope you noticed the dates.  He filed these

22   lawsuits -- and if any of you have ever been involved in any

23   civil lawsuit, it's a lot different than how we move through

24   the criminal courts.  There are interrogatories and responses

25   and this and that.  It takes a while.  Every one of those was

1   gone in a matter of a few months.

2          And I suggest to you that it was the same result

3   that the judge in DC found.  I don't know why they keep

4   talking about having won this case in DC.  We put the order

5   into evidence.  The judge said it was nonsensical, fatuous,

6   and served no purpose other than to harass.  And members of

7   the jury, that's part of this whole scheme is that you send

8   somebody these fake documents and then when they don't

9   respond, you start harassing them with lawsuits and

10  threatening them through these lawsuits.  That's part of the

11  fraud.  And that's exactly what they did.

12         And for them to claim that they sent these fake

13  checks with fake stamps and no money and changed the name of

14  it to something else and say it's not part of the same scheme

15  is ridiculous.  Particularly when they responded and referred

16  back to those checks.  What does it tell you, members of the

17  jury?  That this is not good faith.

18         Do you know what good faith is?  Do you know what

19  you're going to hear the judge tell you?  That they are facts

20  about which are uncertain or mistaken.  And are the

21  circumstances believable?  What tells you that these acts were

22  not committed in a good faith belief?

23         First of all, let's consider the source.  Now,

24  Mr. Wahler when he testified yesterday talked -- they throw

25  out these names of cases.  And I'm going to talk about one of

1  those in just a moment.  They drop names of cases and little
2  snippets of supposed statements from the law, and tell you
3  that they learned this through their studies.  He can tell you
4  all these specifics, but what could he not tell you?  When I
5  asked him how did you meet this person that was going to teach
6  you how to do this or told you how to do that?  I don't
7  remember.  Let me suggest to you -- and I think you may have
8  already drawn this conclusion, particularly from hearing from
9  Mr. Clarkson, who's not a lawyer.  He's been disbarred because
10  of his felony convictions.  And who's not a doctor.  Who said
11  that these people got together and discussed their beliefs.
12  He can't remember where he heard about this.  I suggest it was
13  through people like Robert Clarkson and the fringe.
14          And it was the same way, how did Ed Wahler in North
15  Carolina meet Lewis Hughes way out in the state of
16  Washington -- big S, little S, state of Washington?  Because
17  they were brought to bed together by these fringe
18  antigovernment, sovereign, whatever you want to call it,
19  beliefs.  And fine.  It's okay to have those beliefs.  But
20  it's not okay to take it and steal from somebody else and to
21  spend somebody else's money and say I don't have to repay it
22  because I signed my name.  Consider the source of his supposed
23  training.
24          And for them to say we researched, we came across
25  this case, a case about which you don't have the full facts.

1          Both experts talked about this scheme coming in and

2     out for 20 years, and that the Freemen used it.  Now, I can

3     promise you that if you put in Redemption scheme or fraud or

4     bill of exchange on the internet, it's going to pop up about

5     the Freemen.  They told you it had been coming and going for

6     20 years, and they say there was nothing -- the consummate

7     researchers found nothing to say that this wasn't lawful.  Is

8     that believable?

9          They brought in Mr. Clarkson, the well-known

10    convicted tax offender who has tights, a cape that says Great

11    One, and a sombrero to talk about credibility.  Where did they

12    learn about these schemes?

13         And what did Richard Turner tell you?  Ed told me

14    about it.  We went and it sounded too good to be true.  And

15    thought, well, we'll give it a whirl.  And when it didn't

16    work, I stopped.  And I told him to stop too and he kept

17    saying, no, I'm going to -- I've just got to file some more

18    things.  Meanwhile, living in a house he hadn't paid for and

19    wasn't planning to despite his promises to do so.

20         And what was the name of this alleged training?

21    Debt elimination.  That should have given you some idea.  Not

22    debt elimination like being responsible with your credit or

23    debt elimination by paying your debts.  It was by these crazy

24    documents and writing checks by saying that wasn't an account

25    we meant to use.  How reasonable is that?

1          And how reasonable is it to believe that in order to

2     pay your debts, you have to mail your documents to the

3     secretary of the United Nations, to the director of Homeland

4     Security and to the president?  That actually -- when you look

5     at these return services that are on here, it's amazing who

6     they're sending it to.  Kofi Annan who was at the time the

7     secretary general of the UN.  Why didn't they walk down to the

8     bank?  They didn't have any trouble going in to the bank in

9     Fletcher right near their house when they wanted to cash this

10    Andex check.  They went in and took that money out right in

11    Fletcher.  The bank documents say Fletcher.  Why didn't they

12    just walk to the bank with these documents if they were really

13    believable?

14         And when the bank said it wasn't working, why didn't

15    they walk down and talk to their local banker?  Would that

16    have been the reasonable thing to do?  Would that have been

17    the reasonable thing to do?

18         Put a hundred dollars in an account -- here's the

19    interesting thing.  You probably noticed from the bank records

20    there were two checks, a $58 check and a $42 check, to clear

21    out the hundred that was put in to open the account.  They

22    didn't use these stamps on those checks, the ones where they

23    were going to get the money.  They didn't start using the

24    stamps until they started sending it to other people.

25         The bank gave them notice.  That was the first

1 indication.  As if all the rest of it wasn't sending out red

2 flags and warnings.  The bank told them.  The bank told them

3 the account was closed.  And if you look at those documents,

4 that happened on March 28th.  And they proceeded to write

5 nearly $400,000 worth of bad checks.  Is that a reasonable

6 belief?

7 　　　　　What would have been indications of good faith,

8 members of the jury?  How about stopping?  How about stopping

9 when someone told you it wasn't legal?  Honest mistake,

10 reasonable belief.  How about paying it back?  I made a

11 mistake.  I spent your money, spent it at Walmart.

12 　　　　　Kathy:  I didn't know.  I didn't know any of this.

13 She knew he wasn't working.  He quit.  He said he dropped out.

14 He quit.  Wasn't paying taxes.  Quit working.  Started doing

15 this.  That's their evidence.  But they didn't stop spending

16 that money.  They didn't stop swiping those credit cards.  And

17 claimed I didn't know.  Did they pay it back?

18 　　　　　They heard the word from a state judge, a federal

19 judge in their own county:  This isn't legal.  Did they pay it

20 back?  Is putting a fake routing number on a document honest

21 and reasonable?  As you heard the banking witnesses, that

22 routing number mattered.  I specifically said even the zeros

23 count?  Every number matters.  And is it an honest mistake to

24 remove one of those zeros, one of the things that would most

25 likely you wouldn't notice and use it to try and get money

1  from somebody, to defraud somebody?  Is that an honest

2  mistake?

3        Is it good faith to claim that you have an account

4  where none exists?  Their experts told you there were no

5  Treasury direct accounts, and that's part of this whole

6  scheme.  And that's part of this scheme that's been going

7  around forever and it's part of the scheme for which they

8  received notice.  We showed you the printout.  Yet, they

9  indicate that when they heard it here, it was news to them.

10  Kathy Wahler worked in a bank.  Were they duped?  Were they

11  duped by somebody?

12        Listen to the judge's instructions on willful

13  blindness and deliberate ignorance.

14        In direct testimony Kathy Wahler said, You know,

15  your husband says, oh, drop this off at the bank for me.  You

16  know, that's -- I was just doing what he asked me to:  Drop

17  this off at the bank.  Okay.  That's one thing to drive

18  through, drop it off, or to mail a package for your spouse.

19  It's quite another, and it might raise that red flag, it might

20  give you some indication that Kofi Annan, the Commissioner of

21  the Internal Revenue Service, Norman Mineta, the Secretary of

22  Transportation, Mike Easley, the Governor, Roy Cooper,

23  Attorney General, John Snow, Treasurer, George Bush, doing

24  business as the President of the United States, Tom Ridge,

25  doing business as the Director of Homeland Security, Elaine

 1  Marshall, Secretary of State, and Colin Powell, Secretary of
 2  State.  Would that kind of raise a red flag to you?
 3  Particularly when he's not working and no mortgages are being
 4  paid.  This was news to me.
 5           And here's the best part.  This is where that whole
 6  "I didn't know" comes in.  All of these -- this is a classic.
 7  You're defrauding the credit card companies with these
 8  mailings and you're paying for these expensive mailings with
 9  the credit cards that you're defrauding.  How is that for "I
10  didn't know."  $125 to Visa.  $64 to Visa.  $58 to Visa.
11           DEFENDANT EDWARD WAHLER:  I object.  This isn't in
12  evidence.
13           THE COURT:  Overruled.
14           DEFENDANT EDWARD WAHLER:  Can she tell the
15  difference on those between a debit card and a credit card,
16  sir?
17           THE COURT:  Overruled.
18           DEFENDANT EDWARD WAHLER:  Okay.
19           MS. ROSE:  Is that good faith and is this credible
20  and believable?
21           I'm going to give one quick example of some of the
22  misstatements of law that you've heard.
23           Kept hearing Title 26 and they threw up something
24  and said that is a commercial crime, and laid out things.
25  Title 26 has some Internal Revenue Service.  But also at the

1  time, ATF, Alcohol, Tobacco and Firearms, was under the

2  Treasury.  And it talked about commercial crimes.  Alcohol,

3  tobacco, and firearms are all regulated in commerce in some

4  way, as you know.  Alcohol has special taxes.  Cigarettes has

5  special taxes.  And when it said commercial crimes, it meant

6  these are crimes that occur in commerce.  That's one of the

7  elements of those crimes, that these items travel in

8  interstate commerce.  Does that -- that was a misstatement to

9  you.  That was only part of the law.

10        They threw up part of this thing saying the

11  corporate United States.  That's under the Fair Debt

12  Collections Act.

13        My point is I'm not going to stand here and argue

14  all of this with them and I didn't take your time during the

15  case because it's preposterous and it's not believable and

16  it's not real and I'm not going to rebut all that nonsense for

17  you.  Use your reason and common sense.

18        And is it reason and common sense to go into a

19  federal court, try to dismiss your own lawsuit and call the

20  judge a park ranger?

21        They believe they are above the law and they're

22  trying to convince you to go along with them.  These are

23  intelligent people.  People who had good life-styles.  Worked

24  hard.  Were doing some really good things.  And dropped out.

25  He said, I threw the keys to my partner and quit.  I quit

1  paying taxes. I quit working. I quit paying my debts. They

2  just quit. And took on this full-time. And why work 9:00 to

3  5:00 when you don't have to? It's like dope dealers we

4  prosecute. They make $5,000 a day slinging crack. It's

5  easier than a 9:00 to 5:00. Why work? Why do you take that

6  God given intelligence and use it defrauding people? Why do

7  you want to quit being a citizen?

8         They want to stand here today and talk about this

9  great country. Why did you file papers divorcing yourself

10  from the United States? Which is it?

11         They were told to the bank -- by the bank, this is

12  no good. They were told by the credit card companies, this is

13  no good. They were told by the courts, this is no good. It's

14  harassing. It's nonsensical. They were told by the FBI, this

15  is no good. This doesn't work.

16         Why don't you pay it back? Just make it right.

17  They had every opportunity to in good faith make it right.

18  Did they care about what was happening in their home when over

19  and over and over again they were told that this is wrong?

20  No.

21         So here's the ultimate question going back to that

22  whole reason and common sense. If somebody walked in any one

23  of your businesses and asked for one of your products, roof or

24  whatever it may be, and they paid for it with one of these

25  documents. You sent them notice it didn't work. And then

1    they started filing documents at your business, harassing you

2    and threatening lawsuits and stating all kinds of nonsensical

3    legal -- and you had to go out and try to figure out how to

4    fix this.  Is that acceptable?  Because that's what happened

5    here.

6            Could you go next door to the Sub Shop and flop a

7    bill of exchange out there and walk away with your sub?  No.

8    I mean, come on.  Reason and common sense.

9            And could you take your birth certificate to one of

10   these restaurants out here and buy lunch?  No.  Reason and

11   common sense.

12           So, members of the jury, they haven't listened to

13   the courts.  They haven't listened to the banks.  They haven't

14   listened to the credit card companies.  They haven't listened

15   to anybody that tried to talk to them about this.  You make

16   them listen.  Are you going to give them the thumbs up and

17   send them on their way to do it some more?  Don't say by your

18   verdict that this is okay and that this is believable and that

19   this is the way to fix the financial system.  How do you fix a

20   national debt by defrauding the banks?  It's what they said

21   they were doing.

22           Don't let them walk away from here and go to their

23   fringe antigovernment, quasi divorced American friends and say

24   it worked.  Because this will be the next one circulating on

25   the internet in some form or fashion.

1    So you're going to look at this verdict.  As I said,
2  you can walk through -- the bill of indictment is laid out
3  very clearly for you there.  We've shown you facts.  We've
4  given you the evidence.  Members of the jury, given the facts,
5  the evidence, and the law that you're going to hear from this
6  judge, I submit that if you do your job, you'll find them
7  guilty based on the facts, the evidence, and the law.  And it
8  doesn't matter if you say guilty in capital letters or if you
9  say guilty in small letters, it's still going to be the same
10  verdict and it's still going to matter.  You tell them by your
11  verdict I'm not buying what you're saying.  Thank you.
12    THE COURT:  Thank you all for the closing arguments.
13    Members of the jury, we'll take a break before we
14  conclude the instructions, so we'll ask for you to be ready to
15  come back in 10 to 15 minutes.
16    (Brief recess at 10:46 a.m.)
17    THE COURT:  May we have the jury, please.
18    (Jury entered the courtroom.)
19    THE COURT:  Members of the jury, we'll begin by
20  going over with you as we go through the different counts by
21  reading the statutes and give you the essential elements of
22  each offense.
23    Keep in mind as I review and summarize the charges,
24  that when you go into the jury room to decide the case, you
25  will have a copy of the bill of indictment with you, as well

1   as a copy of the instructions if you ask for it, so it won't

2   be necessary for you to try to memorize exactly how the

3   charges are laid while I am speaking.  These summaries, I

4   hope, will help you when you sit down to a careful

5   consideration of the issues in the case.

6            Now, in the bill of indictment, the government

7   alleged, first of all, the 32 counts and began with an

8   introduction which goes on at some length.  I won't go over

9   that with you, but you will have it with you in the jury room.

10  There are some paragraphs beginning with 1, 2, 3, and 4

11  describing relevant parties, then a section called The Scheme

12  to Defraud alleging in paragraphs 5 through 7 a number of

13  other things, and then they go through paragraphs lettered A

14  through Y that account in the government's view for the

15  different overt acts that the government contends were

16  committed in the perpetration of the various -- of the

17  conspiracy, and also entered into the charges in the other

18  counts, what we call the substantive counts, the bank fraud

19  and the mail fraud counts.

20           But you'll recall that the indictment is not

21  evidence and that's one reason I won't go over each and every

22  one of those paragraphs because it will take some time to do

23  it.  You'll have them available to you and it's your job to

24  recall the evidence as it comes in.

25           But I will read over the -- count one because we're

1    going to start by instructing on the conspiracy.  And it

2    alleges first of all that paragraphs 1 through 8 of the

3    introduction to the indictment are realleged and incorporated

4    by reference into count one.

5            And then it continues that from on or about April 5,

6    2003, and continuing until in or around February 2004, in

7    Buncombe County and Mecklenburg County, within the Western

8    District of North Carolina, and elsewhere, Kathy Ray Wahler,

9    Edward William Wahler, Lewis Vincent Hughes, and Richard

10   Walser Turner did knowingly, willfully and unlawfully combine,

11   conspire, confederate, and agree with each other, and with

12   other persons both known and unknown to the grand jury, to

13   commit the following offenses against the United States:

14           A, it goes on to allege it was a part and an object

15   of the conspiracy that the defendants, and others both known

16   and unknown to the grand jury, having devised a scheme and

17   artifice to defraud, and for obtaining money and property by

18   means of false and fraudulent pretenses, representations, and

19   promises, to wit:  A scheme and artifice to defraud creditors

20   and others as set forth in the introductory paragraphs, would

21   and did cause things to be deposited with and delivered by the

22   U.S. Postal Service and private and commercial interstate

23   carriers for the purpose of executing said scheme and

24   artifice, in violation of Title 18, U.S. Code, Section 11 --

25   excuse me, 1341, mail fraud.

1          And paragraph B, it was a part and object of the

2     conspiracy that the defendants, and others both known and

3     unknown to the grand jury, having devised a scheme and

4     artifice to defraud, and to obtain by means of false and

5     fraudulent pretenses, representations, and promises money,

6     funds, and credits under the custody and control of federally

7     insured financial institutions, to wit:  A scheme and artifice

8     to defraud creditors and others set forth in the introductory

9     paragraphs, would and did execute said scheme and artifice in

10    violation of Title 18, U.S. Code, Section 1344, bank fraud.

11         In other words, you have the allegation of

12    conspiracy and then it contends that the objects of it were to

13    commit mail fraud and bank fraud.

14         And the conspiracy charge goes on to allege certain

15    things under the heading of Overt Acts.  It says, In

16    furtherance of the conspiracy, the defendants engaged in the

17    overt acts set forth in paragraphs 1 through 8, among others.

18         All in violation of 18, U.S. Code, Section 371.

19         Now, 371 reads as follows:  If two or more persons

20    conspire either to commit any offense against the United

21    States, or any agency thereof, in any manner or for any

22    purpose and one or more such persons do any act to effect the

23    object of the conspiracy, each shall be guilty of an offense

24    against the United States.

25         So that statute breaks down into certain essential

1  elements.  In order to find a defendant guilty of the

2  conspiracy charged in count one, the government must prove the

3  following essential elements beyond a reasonable doubt before

4  there could be a conviction.  For your information, the first

5  essential element has to do with the existence of a

6  conspiracy; the second with membership in the conspiracy; the

7  third with the object of the conspiracy; and the fourth with

8  the overt act requirement.

9        More particularly, here are the essential elements

10  the government must prove beyond a reasonable doubt before

11  there could be a conviction:

12        That on or about the dates alleged, within the

13  Western District of North Carolina, that the conspiracy

14  described in count one was an agreement or understanding

15  between two or more persons, that the conspiracy was willfully

16  formed, and that it was existing at the time alleged in the

17  bill of indictment.

18        Next, that at some time during the existence or life

19  of the conspiracy, agreement or understanding, the defendant,

20  whose case you are considering, knew the purpose of the

21  agreement, and with that knowledge, then deliberately joined

22  the conspiracy, agreement or understanding.

23        Next, that the object of the conspiracy was to

24  commit mail fraud, bank fraud, or both of those offenses.

25        And that at some time during the existence or life

1   of the conspiracy, agreement or understanding, one of its

2   members knowingly performed one of the overt acts charged in

3   the indictment, and did so in order to further or advance the

4   purpose of the agreement.

5          Now, I will define some of the terms I just used in

6   the essential elements and you would apply those definitions

7   as you consider the evidence.  And if I do not define certain

8   words, you will assign to them their ordinary, everyday

9   meanings.

10          You'll note that count one, as in the case of the

11  other counts, charges that the offense was committed in or

12  about or within a certain date or dates.  I remind you that

13  the proof need not establish with certainty the exact date of

14  an alleged offense.  It's sufficient if the evidence in the

15  case establishes beyond a reasonable doubt that the conspiracy

16  was committed on a date reasonably near the date or dates

17  alleged.

18          Now, a criminal conspiracy is an agreement or a

19  mutual understanding, knowingly made or knowingly entered into

20  by at least two people to violate the law by some joint plan

21  or common course of action.  A conspiracy is, in a very true

22  sense, a partnership in crime.  A conspiracy or agreement to

23  violate the law, like any other kind of agreement or

24  understanding, need not be formal, written or even expressed

25  directly in every detail.  The government must prove that the

1  defendant, whose case you are considering, and at least one

2  other person knowingly and deliberately arrived at an

3  agreement or understanding that they, and perhaps others,

4  would commit offenses against the United States, including

5  mail or wire fraud, or both, by means of some common plan or

6  course of action as alleged in count one.  It is proof of this

7  conscious understanding and deliberate agreement by the

8  alleged members that should be central to your consideration

9  of conspiracy.

10         To prove the existence of a conspiracy or an illegal

11  agreement, the government is not required to produce a written

12  contract between the parties or even produce evidence of an

13  express oral agreement spelling out all the details of the

14  understanding.

15         To prove that a conspiracy existed, moreover, the

16  government is not required to show that all of the people

17  named in the indictment as members of the conspiracy were in

18  fact parties to the agreement, or that all of the members of

19  the alleged conspiracy were named or charged, or that all of

20  the people whom the evidence shows were actually members of a

21  conspiracy agreed to all of the means or methods set out in

22  the indictment.

23         Unless the government proves beyond a reasonable

24  doubt that a conspiracy as just explained actually existed,

25  then you must acquit the defendant where that applies.

1        Now, before the jury may find that a defendant or

2    any other person became a member of the conspiracy charged,

3    the evidence must show beyond a reasonable doubt that the

4    defendant knew the purpose or goal of the agreement or

5    understanding and deliberately entered into the agreement,

6    intending in some way to accomplish the goal by -- the goal or

7    purpose by this common plan or joint action.

8        If the evidence establishes beyond a reasonable

9    doubt that this defendant in question knowingly and

10   deliberately entered into an agreement to commit offenses

11   against the United States, including mail or wire fraud, or

12   both, the fact that that defendant did not join the agreement

13   at its beginning, or did not know all the details of the

14   agreement, or did not participate in each act of the

15   agreement, or did not play a major role in accomplishing the

16   unlawful goal is not important to your decision regarding

17   membership in the conspiracy.

18       Certain things, on the other hand, do not make one a

19   member of a conspiracy.  Merely associating with others and

20   discussing common goals, mere similarity of conduct between or

21   among such persons, merely being present at the place where a

22   crime takes place or is discussed, or even knowing about

23   criminal conduct does not by itself make someone a member of

24   the conspiracy, that is, a conspirator.

25       Now, if you concluded that the conspiracy did exist

1  as alleged and that the defendant, whose case you are

2  considering, knowingly and willfully became a member of it,

3  then you should next determine whether or not an object or

4  goal of the alleged conspiracy was to commit mail fraud, bank

5  fraud, or both, as alleged in count one.

6        Now, ultimately, the government must prove beyond a

7  reasonable doubt that a conspiracy was willfully formed and

8  had as its purpose mail fraud, bank fraud, or both.  You

9  should make your determination as to the purpose or goal or

10 object of the conspiracy from all the evidence presented.

11       Keep in mind that there may be a conviction as to

12 the conspiracy count even though the conspirators may not have

13 succeeded in accomplishing their common object or purpose in

14 some way or ways and, in fact, may have failed in

15 accomplishing it.

16       I will define the terms "mail fraud" and "bank

17 fraud" later on in these instructions.  And of course, you'll

18 be considering the definitions I give you about mail fraud and

19 bank fraud in connection with looking at the object of the

20 conspiracy because the government alleges the object was mail

21 fraud or bank fraud, or both.  Specifically, the offense of

22 mail fraud is explained in relation to counts two through

23 twenty-four and the offense of bank fraud is explained in

24 relation to counts twenty-five through thirty-two.

25       You'll notice that the indictment charges that the

1  object of the conspiracy was to commit mail fraud or bank

2  fraud.  It is not necessary for the government to prove a

3  conspiracy to commit both of these offenses.  Rather, you may

4  find the essential element of the offense concerning the

5  object of the conspiracy is satisfied if you find beyond a

6  reasonable doubt that the object of the conspiracy was to

7  commit mail fraud on the one hand or, on the other hand, to

8  commit bank fraud, or perhaps both.  But in any event, there

9  could not be a verdict of guilty on this count, count one,

10  unless you find unanimously and beyond a reasonable doubt that

11  the object of the conspiracy was to commit either mail fraud

12  or bank fraud, or both.

13        In other words, it wouldn't do if six of you thought

14  maybe it was mail fraud was the object and the other six

15  thought, no, it was just bank fraud, then that wouldn't be --

16  that wouldn't satisfy the unanimity requirement.  You have to

17  agree on what the object was before there could be a

18  conviction because this is one of the essential elements of

19  the offense.

20        Now, in order to sustain this burden of proof on

21  count one, the government must prove beyond a reasonable doubt

22  that one of the members of the alleged conspiracy or agreement

23  knowingly performed at least one overt act and that this overt

24  act was performed during the existence or life of the

25  conspiracy and was done to somehow further the goal of the

1   conspiracy or agreement.

2        The term "overt act" means some type of outward

3   objective action performed by one of the parties -- one of the

4   parties to the agreement or one of the members of the

5   agreement or conspiracy which evidences that agreement.  And

6   although you must unanimously agree that the same overt act

7   was committed, the government is not required to prove more

8   than one of the overt acts charged.  The overt act may, but

9   for the alleged illegal agreement, appear totally innocent and

10   legal standing alone.

11        Now, in this case there's a limit on how much time

12   the government has, as in other cases.  The government has a

13   limit on the time within which it must bring a bill of

14   indictment.  So in that regard, we look to the timing of any

15   overt acts that you might find.  For you to return a verdict

16   of guilty on the conspiracy charge, the government must

17   convince you beyond a reasonable doubt that at least one overt

18   act was committed by a member of the alleged conspiracy for

19   the purpose of advancing or helping the conspiracy and that

20   that particular overt act was done after June 3rd, 2003.  The

21   verdict sheet for each individual defendant will direct you to

22   indicate whether the government has met its burden of proof on

23   this issue.

24        Now, then, evidence has been received in the case

25   that a certain person or persons who are alleged to have been

1  co-conspirators with the defendant have done or said things

2  during the existence or life of the alleged conspiracy in

3  order to further or advance its goals.  So I'll talk to you in

4  that respect about the nature of the relationship between

5  alleged co-conspirators.

6         Such acts and statements of alleged co-conspirators

7  that may have been done during the existence or life of the

8  alleged conspiracy to further or advance its goals may be

9  considered by you in determining whether or not the government

10  has proven the charges in count one.  And since these acts may

11  have been performed or these statements may have been made

12  outside the presence of a particular defendant and even done

13  or said without such defendant's knowledge, these acts or

14  statements should be examined by you with particular care

15  before considering them against the particular defendant.  If

16  you find that the acts or statements were in furtherance of

17  the goals of the conspiracy and you find that the defendant in

18  question was or became a member of that conspiracy, then you

19  may consider those acts or statements as evidence against the

20  defendant.

21         You'll recall I said that a conspiracy is sometimes

22  accurately described as a partnership in crime.  So there may

23  be relationships between partners where one is bound by the

24  other and that's what -- the kind of thing that we're talking

25  about here.

1    So acts done or statements made by an alleged

2  co-conspirator, however, before a defendant joined the

3  conspiracy may also be considered by you in determining

4  whether the government has sustained its burden of proof on

5  count one.  But acts done or statements made before the

6  alleged conspiracy began or after an alleged conspiracy ended

7  may only be considered by you regarding the person who

8  performed that act or made that statement.

9    Now, in considering what person or persons may have

10  engaged in a conspiracy, it should be noted that a government

11  agent or informant cannot be considered to have been a member

12  of the conspiracy during the time such person was an agent or

13  informant.  In the case of a person who may have participated

14  in the conspiracy but at some later time became an informant

15  for the government, of course, you may consider such a person

16  to have been a member of the conspiracy only up until he

17  became a government informant.

18    You may have heard evidence that Richard Walser

19  Turner became a government informant at some point in time.

20  You'll apply this instruction according to the facts you find

21  from the evidence.

22    Now, all criminal offenses have what we call a

23  mental element.  In this case the term "knowingly" as used in

24  these instructions to describe the alleged state of mind of

25  the defendant means that the defendant in question was

1    conscious and aware of his or her actions, realized what he or

2    she was doing or what was happening around him or her, and did

3    not act because of ignorance, mistake or accident.

4         The term "willfully" as used in these instructions

5    to describe the alleged state of mind of a defendant would

6    mean that he or she knowingly performed an act deliberately

7    and intentionally, on purpose, as contrasted with acting

8    accidentally, carelessly or unintentionally.

9         The intent of a person or the knowledge that a

10   person possesses at any given time may not ordinarily be

11   proved directly because there is no way of directly

12   scrutinizing the workings of the human mind.  So in

13   determining the issue of what a person knew or what a person

14   intended at a particular time, you may consider any statements

15   made or acts done or omitted by that person, and all other

16   facts and circumstances received in evidence which may aid you

17   in determining state of mind and in determining that person's

18   knowledge or intent.  You may infer but are not required to

19   infer that a person intends the natural and probable

20   consequences of acts knowingly done or knowingly omitted.

21   It's entirely up to you, however, to decide what facts to find

22   from the evidence.

23        Now, in your deliberations as to each count

24   separately, you are instructed that the good faith of a

25   defendant is a complete defense to any of the charges in the

1  bill of indictment where that applies.  For example, the good

2  faith defense may be found to apply to the conspiracy charge

3  as well as the mail fraud and bank fraud charges alleged in

4  the indictment because good faith on the part of a given

5  defendant is simply inconsistent with the intent to defraud or

6  the intent to obtain money or property by means of false or

7  fraudulent representations or promises.

8        A person who acts or causes another person to act on

9  a belief or an opinion honestly held is not punishable under

10  this statute, or any of the ones we cite in connection with

11  the different counts, because the belief or opinion turns out

12  to be inaccurate, incorrect or wrong.  An honest mistake in

13  judgment or an error in management does not rise to the level

14  of intent to defraud.  The mail fraud statute, for example, is

15  written to subject to criminal punishment only those persons

16  who knowingly defraud, attempt to defraud, or knowingly obtain

17  or attempt to obtain money or property by means of false or

18  fraudulent pretenses, representations or promises.

19        However, a defendant does not act in good faith if

20  even though he or she honestly holds a certain opinion or

21  belief, that defendant also knowingly -- if that defendant

22  also knowingly makes false or fraudulent pretenses,

23  representations or promises to others.

24        While the term "good faith" has no precise

25  definition, it means, among other things, a belief or opinion

1   honestly held in absence of malice or illwill and an intention
2   to avoid taking unfair advantage of another.

3           In determining whether or not the government has
4   proved that a defendant acted with an intent to defraud or the
5   intent to obtain money or property by means of false or
6   fraudulent pretenses, representations or promises, or whether,
7   on the other hand, the defendant acted in good faith, the jury
8   must consider all of the evidence in the case bearing on the
9   defendant's state of mind.

10          The burden of proving good faith does not rest with
11  the defendant, or any of them, because he does not have any
12  obligation, and she does not, to prove anything in this case.
13  It's the government's burden to prove to you beyond a
14  reasonable doubt as to the count under consideration that the
15  defendant acted with the intent to defraud or the intent to
16  obtain money or property by means of false or fraudulent
17  pretenses, representations or promises.

18          If the evidence in the case leaves the jury with a
19  reasonable doubt as to whether a defendant acted with the
20  requisite intent or in good faith, the jury then must acquit
21  the defendant of any counts where that applies.

22          Now, then, the government may prove that a defendant
23  acted knowingly by proving beyond a reasonable doubt that the
24  defendant in question deliberately closed his or her eyes as
25  to what would otherwise have been obvious to him or her.  No

1   one can avoid responsibility for a crime by deliberately

2   ignoring what is obvious.  A finding beyond a reasonable doubt

3   of an intent of a defendant to avoid knowledge or

4   enlightenment would permit the jury to find knowledge.  Stated

5   another way, a person's knowledge of a particular fact may be

6   shown from a deliberate or intentional ignorance or deliberate

7   or intentional blindness to the existence of that fact.

8         It is, of course, entirely up to you to decide

9   whether you find any deliberate ignorance or deliberate

10  closing of the eyes and any inferences to be drawn from any

11  such evidence.  You may not conclude that a defendant had

12  knowledge, however, from proof of a mistake, negligence,

13  carelessness, or a good faith belief in an inaccurate

14  proposition.

15        So summarizing, then, as to count one, considering

16  this count separately, I charge you that if you find from the

17  evidence and beyond a reasonable doubt that within the dates

18  alleged:

19        That the conspiracy described in the bill of

20  indictment, count one, was an agreement or understanding

21  between two or more persons, that the conspiracy was willfully

22  formed, and that it was existing at the time alleged;

23        Next, that at some time during the existence or life

24  of the conspiracy, agreement or understanding, the defendant

25  knew the purpose of the agreement and with that knowledge then

1  deliberately joined the conspiracy, agreement or

2  understanding;

3       Third, that the object of the conspiracy was to

4  commit mail fraud, bank fraud, or both; and

5       Next, some time during the existence or life of the

6  conspiracy, agreement or understanding, that one of its

7  alleged members knowingly performed one of the overt acts

8  charged in the indictment, and it did so in order to further

9  or advance the purpose or the agreement.  And as I told you

10  earlier, that at least one overt act that you unanimously

11  agree on would have to have been committed after July 3, 2003.

12       And if you do so find, that is, that all those

13  elements have been met, then it would be your duty to return a

14  verdict of guilty as charged.

15       However, if you do not so find or if you have a

16  reasonable doubt as to one or more of the essential elements

17  of the crime charged, then it would be your duty to give the

18  defendant that benefit of that doubt and return a verdict of

19  not guilty.

20       Now, then, as to counts two through twenty-four,

21  each of those alleges a different violation of the mail fraud

22  statute.

23       Now, the bill of indictment in that respect reads as

24  follows.  First of all, it alleges that paragraphs 1 through 8

25  of the introduction to this indictment are realleged and

1    incorporated by reference into counts two through twenty-four.

2            Paragraph 13 goes on to allege that on or about the

3    dates set forth below, in Buncombe County, Mecklenburg County,

4    and other counties within the Western District of North

5    Carolina, and elsewhere, the defendants identified below,

6    aiding and abetting each other, along with others both known

7    and unknown to the grand jury, having devised a scheme and

8    artifice to defraud or to obtain money and property by means

9    of false and fraudulent pretenses and representations, and for

10   the purpose of executing and attempting to execute the scheme

11   and artifice, did place and cause to be placed in a U.S. Post

12   Office and an authorized depository for mail, the mail matters

13   as described below for delivery by the United States Postal

14   Service and by a private or commercial interstate mail

15   carrier.

16           And then you'll note -- as I say, you'll have a copy

17   of this indictment with you -- that there is thereafter a

18   chart which has a number of columns.  It first of all lists

19   the count, two through twenty-four.  Then the next column

20   lists the date of the particular alleged offense and then the

21   defendant who is alleged to have committed the offense on that

22   particular date.  And then it indicates in a column entitled

23   Item Mailed the various documents.  And lastly, there is a

24   column entitled Recipient where the government alleges the

25   intended recipient of that mail.  So that's how those counts

1   are alleged.

2          And it concludes, all in violation of Title 18, U.S.

3   Code, Sections 1341 and 2.

4          Now, Section 1341 provides that whoever, having

5   devised or intending to devise any scheme or artifice to

6   defraud or for obtaining money or property by means of false

7   or fraudulent pretenses, representations or promises, for the

8   purpose of executing such scheme or artifice, or attempting to

9   do so, places in any post office or authorized depository for

10  mail matter any matter or thing whatever to be sent or

11  delivered by the postal service, or deposits or causes to be

12  deposited any matter or thing whatever to be sent or delivered

13  by any private or commercial interstate carrier, or takes or

14  receives therefrom any such matter or thing or knowingly

15  causes to be delivered by mail or such carrier according to

16  the direction thereon, or at the place at which it is directed

17  to be delivered by the person to whom it is addressed any such

18  matter or thing, then such person shall be guilty of an

19  offense against the United States.

20         You'll note the mail fraud statute and under it

21  there are two avenues of proof under which a conviction is

22  possible.  Namely, by either a scheme or artifice to defraud

23  or, on the other hand, by a scheme or artifice for obtaining

24  money and property by means of false or fraudulent pretenses,

25  representations or promises.

1          Proof beyond a reasonable doubt would also be
2     required to show that the mails were used for the purpose of
3     executing such scheme or schemes.
4          And, of course, your verdict would have to be
5     unanimous.  For example, if you were considering a given count
6     of mail fraud, you would have to decide whether that --
7     unanimously whether it came under the prong of a scheme or
8     artifice to defraud or, on the other hand, the prong of a
9     scheme or artifice for obtaining money and property by means
10    of false or fraudulent pretenses, representations or promises.
11         Now, the government has also included in that -- all
12    those charges under the mail fraud statute, as well as the
13    bank fraud that you'll hear about a little bit later, an
14    aiding and abetting allegation.  And aiding and abetting I'll
15    explain to you in a little more detail, but it's a situation
16    where an offense is committed by someone who we call a
17    principal, but it is aided by someone else who we call an
18    aider and abettor.  And that statute reads as follows:
19         It alleges that whoever commits an offense against
20    the United States, or aids, abets, counsels, commands, induces
21    or procures its commission, is punishable as a principal.
22         It also alleges -- that is, it also reads that --
23    this is a statute.  That whoever willfully causes an act to be
24    done, which if directly performed by him or another would be
25    an offense against the United States, is punishable as a

1    principal.

2              Now, I'll define aiding and abetting in a moment.

3              So the essential elements, then, of counts two

4    through twenty-four would be as follows:

5              To find a defendant guilty of one or more of the

6    offenses of mail fraud in counts two through twenty-four, the

7    government must prove to you beyond a reasonable doubt the

8    following essential elements:

9              That on or about the date alleged, in the Western

10   District of North Carolina, as to the defendant named in that

11   particular count, first, as detailed in counts two through

12   twenty-four, that a defendant knowingly devised or knowingly

13   participated in a scheme or artifice either to defraud or to

14   obtain money or property by means of false or fraudulent

15   pretenses, representations or promises.

16             Next, that the scheme or artifice to defraud or, as

17   the case may be, the alleged pretenses, representations or

18   promises, were material.  That is, that they would reasonably

19   influence a person to part with money or property.

20             And next, that defendant did so with the intent to

21   defraud.

22             Next, that in executing, advancing, furthering or

23   carrying out this scheme to defraud, or to obtain money or

24   property by means of false or fraudulent pretenses,

25   representations or promises, the defendant in question used

1    the mails or caused the mails to be used;

2         Or that the defendant otherwise aided, abetted,

3    counseled, commanded, induced or procured the commission of

4    this offense.

5         So in each of these counts there's the option to

6    find that the defendant in question committed the offense

7    directly or did so by way of aiding and abetting, but you

8    would have to be unanimous in that respect as to whether the

9    person was an aider and abettor or whether the person directly

10   committed the offense.

11        Now, as I explained earlier, you'll note there were

12   two avenues of proof under which a conviction is possible as

13   to each of counts two through twenty-four if the government is

14   to carry its burden of proof.  One avenue is a scheme or

15   artifice to defraud and the other avenue or prong is a scheme

16   or artifice to -- excuse me, artifice for obtaining money and

17   property.

18        Now, please keep in mind there could be no

19   conviction under either avenue of proof unless your verdict in

20   that respect was unanimous.  The same unanimity requirement

21   applies as to the conspiracy count when you are considering

22   mail fraud, if any, as part of determining the object of the

23   alleged conspiracy.

24        The phrases "any scheme or artifice to defraud" and

25   "any scheme or artifice for obtaining money or property" mean

1   any deliberate plan of action or course of conduct by which

2   someone intends to deceive or to cheat another or by which

3   someone intends to deprive another of something of value.

4        The term "false or fraudulent pretenses,

5   representations or promises" means a statement or an assertion

6   which concerns a material or important fact or a material or

7   important aspect of the matter in question, and that was

8   either known to be untrue at the time that it was made or used

9   or that was made or used with reckless indifference as to

10   whether it was in fact true or false, and made or used with

11   the intent to defraud.

12        A "material fact" is a fact which would be of

13   importance to a reasonable person in making a decision about a

14   particular matter or transaction.

15        The term "false or fraudulent pretenses,

16   representations or promises" includes actual direct false

17   statements as well as half truths, and includes the knowing

18   concealment of facts that are material or important to the

19   matter in question and that were made or used with the intent

20   to defraud.

21        It is not necessary for the government to prove that

22   a defendant whose case you are considering was actually

23   successful in defrauding anyone or successful in obtaining

24   money or property by means of false or fraudulent pretenses,

25   representations or promises.

1       It is not necessary for the government to prove that
2  anyone has lost any money or property as a result of the
3  scheme or plan to defraud or the scheme or plan to obtain
4  money or property by means of false or fraudulent pretenses,
5  representations or promises.
6       An unsuccessful scheme or plan to defraud or to
7  obtain money or property by means of false or fraudulent
8  pretenses, representations or promises is just as illegal as a
9  scheme or plan that is ultimately successful.
10      "To act with intent to defraud" means to act
11 knowingly and with the intention or the purpose to deceive or
12 to cheat.  An intent to defraud is accompanied ordinarily by a
13 desire or a purpose to bring about some gain or benefit to
14 one's self or some other purpose, or by a desire or purpose to
15 cause some -- to cause loss to someone else.
16      Now, with respect to intent under the mail fraud
17 statute, the good faith instruction, as I told you earlier,
18 and the deliberate indifference instruction also apply to
19 these counts.  And in fact, they apply to all counts in the
20 whole indictment.
21      Now, the use of the United States mails or a private
22 or commercial interstate carrier is an essential element of
23 the offense of mail fraud.  The government is not required to
24 prove that the defendant actually mailed anything or that the
25 defendant even intended that the mails or a private or

1  commercial interstate carrier would be used to further or to

2  advance or to carry out the scheme or plan to obtain money or

3  property by false or fraudulent pretenses, representations or

4  promises.  The government must prove beyond a reasonable

5  doubt, however, that the mails or a private or commercial

6  interstate carrier were in fact used in some manner to further

7  or to advance or to carry out the scheme or plan to obtain

8  money or property by false or fraudulent pretenses,

9  representations or promises.

10         The government must also prove that the use of the

11  mails or of a private or commercial interstate carrier would

12  follow in the ordinary course of business or events or that

13  the use of the mails or a private or commericial interstate

14  carrier by someone was reasonably foreseeable.

15         It is not necessary for the government to prove that

16  a given item itself was mailed -- or that was mailed was false

17  or fraudulent or contained any false or fraudulent statement,

18  representation or promise or contained any request for money

19  or thing of value.  The government must prove beyond a

20  reasonable doubt, however, that the use of the mails or a

21  private or commercial interstate carrier furthered or advanced

22  or carried out in some way the scheme or plan to obtain money

23  or property by false or fraudulent pretenses, representations

24  or promises.

25         Now, each use of the mails or of a private or

1  commercial interstate carrier to advance or to further or to

2  carry out a scheme or plan to defraud or the scheme or plan to

3  obtain money or property by means of false or fraudulent

4  pretenses, representations or promises may be a separate

5  violation of the mail fraud statute.

6       The word "material" means that the scheme to defraud

7  involved material as opposed to inconsequential falsehoods.  A

8  false statement is material if it has the natural tendency to

9  influence or is capable of influencing the decision of a

10  person or entity to which it is addressed.  A matter is

11  material if a reasonable person would attach importance to its

12  existence or nonexistence in making a decision about a

13  particular matter or transaction.

14       A matter is also material if the maker or

15  representation -- excuse me, maker of the representation knows

16  or has reason to know that the representation -- that the

17  recipient of the representation regards or is likely to regard

18  the matter as important in determining his or her choice of

19  action even if a reasonable person would not so regard it.

20       The law holds that one who knowingly aids, abets,

21  counsels, commands, induces or procures the commission of a

22  crime just as criminally responsible as the one who actually

23  commits it.  To be convicted of aiding and abetting, the

24  government is not required to prove participation at every

25  stage of an illegal venture; however, the government is

1 required to prove that the defendant in question knowingly

2 associated himself or herself with and participated in the

3 criminal venture. In other words, you should only find a

4 defendant guilty if the evidence proves beyond a reasonable

5 doubt that he or she knowingly participated in the principal's

6 criminal intent.

7 Finally, under the law it is not necessary that the

8 principal, that is, the one who actually committed the crime,

9 be convicted for you to find a defendant guilty of aiding and

10 abetting.

11 Now, moving to the bank fraud count. This will be a

12 little shorter because we have already defined a good many of

13 the terms which also apply here.

14 The elements of the offense here would be that on or

15 about the date alleged, in the Western District of North

16 Carolina, as to the particular defendant named in the

17 particular count:

18 First, that the defendant knowingly devised or

19 knowingly participated in a scheme or artifice either to

20 defraud or to obtain money or property by means of false or

21 fraudulent pretenses, representations or promises.

22 Second, that the scheme or artifice to defraud or,

23 as the case may be, the alleged pretenses, representations or

24 promises were material and -- that is, they would reasonably

25 influence a person to part with money or property.

1          Next, that the defendant did so with the intent to
2    defraud.
3          And next, that in executing, advancing, furthering
4    or carrying out this scheme to defraud or, as the case may be,
5    to obtain money or property by means of false or fraudulent
6    pretenses, representations or promises -- now, members of the
7    jury, I got off on the wrong track here.  What I'm doing at
8    this point, it turns out, is reiterating the essential
9    elements of the mail fraud statute.  And all the elements are
10   very similar.
11         But in any event, you'll recall that I've just given
12   you the essential elements that apply in the case of mail
13   fraud and I was -- I came to the purpose -- or rather, the
14   element that required the government to prove beyond a
15   reasonable doubt that in executing that scheme, there had to
16   be the use of the mails or causing of the mails to be used, or
17   that the defendant otherwise aided, abetted, counseled,
18   commanded, induced or procured the commission of the offense.
19         And if you find -- just reiterating and reminding
20   you that if you find that those elements have been met, then
21   you would return a verdict of guilty as charged.
22         But if you do not so find or if you have a
23   reasonable doubt as to one or more of the essential elements
24   of the crime charged, then it would be your duty to give the
25   defendant the benefit of that doubt and return a verdict of

1    not guilty.

2              Now, the statute that the government brought the
3    bank fraud charges under reads that whoever knowingly executes
4    or attempts to execute a scheme or artifice to defraud a
5    financial institution, or to obtain any of the monies, funds,
6    credits, assets, securities or other property owned by or
7    under the custody or control of the financial institution by
8    means of false or fraudulent pretenses, representations or
9    promises, shall be guilty of an offense against the United
10   States.

11             And these charges also allege aiding and abetting
12   which I have already explained to you.

13             So the -- under that statute, the requirement of the
14   government to prove beyond a reasonable doubt the essential
15   elements break down as follows:

16             The government would have to show that on or about
17   the date alleged, in the Western District of North Carolina,
18   as to the defendant named in the particular count:

19             That defendant knowingly executed a scheme or
20   artifice either to defraud a financial institution or to
21   obtain any of the monies, funds, credits, assets, securities,
22   or other property owned by or under the custody or control of
23   a financial institution by means of false or fraudulent
24   pretenses, representations or promises.

25             Second, that the financial institution was either

1    insured by the Federal Deposit Insurance Corporation at the

2    time or was a Federal Reserve Bank or a member bank of the

3    Federal Reserve system.

4            Next, that the defendant in question schemed to

5    either defraud a financial institution or, as the case may be,

6    obtain the money, funds or property owned by or under the

7    control of the financial institution was by means of material

8    false or fraudulent pretenses, representations or promises.

9            And that those -- and of course, you consider these

10   things in respect to each individual count in counts

11   twenty-five through thirty-two.

12           Next, that the defendant did so with the intent to

13   defraud; or

14           That the defendant otherwise aided, abetted,

15   counseled, commanded, induced or procured the commission of

16   the offense.

17           So like the mail fraud offense, there are two

18   avenues of proof under which a conviction is possible as to

19   counts twenty-five through thirty-two if the government is to

20   carry its burden of proof.  One avenue of proof is a scheme or

21   artifice to defraud a financial institution; the other is a

22   scheme or artifice to obtain money or other property owned by

23   or under the custody or control of a financial institution.

24           Keep in mind there could be no conviction under

25   either avenue of proof unless your verdict in that respect was

1  unanimous.  The same unanimity requirement applies as to the

2  conspiracy count when you are considering bank fraud, if any,

3  as a part of determining the object of the alleged conspiracy.

4          So I've already defined for you, for example, the

5  words "scheme or artifice to defraud," the words "false or

6  fraudulent pretenses, representations or promises," "aiding

7  and abetting" and the term "material."  You'll recall those

8  definitions in your deliberations as to counts twenty-five

9  through thirty-two.

10          I remind you that the bank fraud statute requires

11  that the alleged false or fraudulent pretenses,

12  representations or promises made by a defendant to be material

13  or capable of influencing the decision of a person or entity

14  to which it is addressed.

15          The instructions regarding the mental elements of --

16  that is, defendant's -- a given defendant's intent such as the

17  terms "knowingly and willfully," the intent to defraud,

18  deliberate ignorance, and the good faith defense, all of those

19  instructions apply to the bank fraud counts as well.

20          A financial institution includes a bank whose funds

21  are insured by the Federal Deposit Insurance Corporation, a

22  commercial bank or trust company, a Federal Reserve Bank or a

23  member bank of the Federal Reserve system, or an agency of the

24  United States Government.

25          Now, then, reiterating the essential elements of the

1    bank fraud counts, I charge you if you find from the evidence

2    beyond a reasonable doubt that on or about the date alleged as

3    to each count, in the Western District of North Carolina, as

4    to the particular defendant named:

5              That the defendant knowingly executed a scheme or

6    artifice either to defraud a financial institution or to

7    obtain any of the monies, funds, credits, assets, securities

8    or other property owned by or under the custody or control of

9    the financial institution by means of false or fraudulent

10   pretenses, representations or promises; and

11             That the financial institution was either insured by

12   the Federal Deposit Insurance Corporation at the time or was a

13   Federal Reserve Bank or a member bank of the Federal Reserve

14   system; and

15             That defendant's scheme or artifice to either

16   defraud a financial institution or, as the case may be, to

17   obtain the money, funds or property owned by or under the

18   control of a financial institution was by means of material

19   false or fraudulent pretenses, representations or promises as

20   detailed in each of the counts; and

21             That defendant did so with the intent to defraud; or

22             That the defendant otherwise aided, abetted,

23   counseled, commanded, induced or procured the commission of

24   that offense, then it would be your duty to return a verdict

25   of guilty as charged.

1       However, if you do not so find or if you have a
2  reasonable doubt as to one or more of these essential
3  elements, then it would be your duty to give the defendant the
4  benefit of that doubt and return a verdict of not guilty.

5       Now, you've heard the evidence and the arguments of
6  counsel for the government and for each defendant.  It's your
7  duty to remember the evidence whether it was called to your
8  attention or not.  And if your recollection of the evidence
9  should differ from that of the attorneys or parties who spoke
10  to you in argument, you are to rely solely upon your
11  recollection of the evidence in your deliberations.

12       I have not reviewed the contentions of the parties,
13  but it's your duty not only to consider all the evidence, but
14  to consider also the arguments, the contentions and positions
15  urged by the government attorney or the defendants speaking as
16  their own attorneys in their speeches to you, and any other
17  contention that arises from the evidence, and to weigh them
18  all in the light of your common sense and, as best you can,
19  determine the truth of this matter.

20       The law, as indeed it should, requires the presiding
21  judge to be impartial.  Therefore, do not assume that --
22  assume from anything I may have said or done, including any
23  question I may have asked during the trial, that I have any
24  opinion concerning any of the issues in this case that are
25  before you.  Except for the instructions to you as to the law,

1   you should disregard anything I may have said during the trial

2   in arriving at your own findings as to the facts because I

3   have not -- you shouldn't take anything I have said or done to

4   be a hint of anything I may think about the case insofar as

5   the facts are concerned because that's entirely your job.

6           I instruct you that a verdict is not a verdict until

7   all 12 jurors agree unanimously as to what your decision shall

8   be as to any particular count and any particular defendant.

9   You may not render a verdict by majority vote or any other

10  voting mechanism aside from a unanimous verdict of 12.

11          The court instructs you that as soon as you reach

12  the jury room and before beginning deliberations, you select

13  one of your members to serve as the foreperson.  This

14  individual has the same vote as the rest of the jurors but

15  simply serves to preside over the discussions.  Once you begin

16  deliberating, if you need to communicate with the court, the

17  foreperson would send a written message to me by knocking on

18  the jury room door and handing it to the marshal.  However,

19  you're not to tell me how you may stand numerically as to your

20  verdict.  For instance, should you be split in your voting at

21  any particular time, you would not tell me any specific

22  numbers of division in your note.

23          We use a verdict sheet.  It's simply the written

24  notice of the decision that you reach in this case.  As soon

25  as you have reached a verdict as to the -- all the counts, you

1  will return to the courtroom and your foreperson will on

2  request hand the verdict sheet to the clerk.  There are places

3  on the verdict sheet for the foreperson to enter the verdict,

4  sign it, and date it.

5          During the trial a number of items were received

6  into evidence as exhibits.  You won't be taking the exhibits

7  with you into the jury room at the start because I'm not sure

8  you will need them.  But if, after you have begun your

9  discussions of the case, you think it would be helpful to have

10  any of the exhibits with you in the jury room, you would

11  simply have the foreperson send a note asking for them.

12          Now, any time you want to take a break from your

13  deliberations, please let the marshal know that you are doing

14  so.  You may take your breaks in the jury room.  You may also

15  take a smoking break outside the jury room if escorted by a

16  marshal.  In any event, you must not discuss the case during a

17  break unless all 12 of you are together.  If not together, do

18  not talk about the case or resume deliberations until all 12

19  of you are back together and ready to do so.

20          Would there be any requests from the attorneys or

21  parties concerning these instructions at this point?

22          MS. ROSE:  None from the government, Your Honor.

23          DEFENDANT EDWARD WAHLER:  No, Your Honor.

24          DEFENDANT HUGHES:  No, Your Honor.

25          THE COURT:  All right.  Thank you.

1          Now, then, given the hour, slightly after noon, what
2    we'll do is let all of you go to lunch at this time.  And then
3    you'll remember the jury assembly room where you went earlier.
4    When you come back from lunch, you'll go to the jury assembly
5    room and then you'll be directed back to the jury deliberation
6    room and that's where the first 12 jurors in the box will
7    begin your deliberations.
8          The clerk will -- when you return from lunch, the
9    clerk will show you where the four alternate jurors will be,
10   and we'll need for y'all to remain available in case there
11   should be some problem come up with one of the other jurors,
12   sick child or whatever the case may be, that you would be
13   available should you be needed.  So the alternates would
14   continue to keep an open mind about the case and don't discuss
15   it with anyone and then you'll be ready to serve as a juror if
16   you are called upon to enter the deliberations.
17         But the point here is you won't need to come back to
18   the courtroom.  You'll come downstairs to the jury assembly
19   room.  Then the first 12 will go on to the jury room.  And as
20   soon as all 12 are accounted for in the jury room, you may
21   begin your deliberations without further instructions by the
22   court.
23         Is that clear enough?
24         THE JURY:  Yes, sir.
25         THE COURT:  And you might look at 50 minutes or an

1    hour, whatever it may take you.  But as soon as you're all

2    together, whether it's 45 minutes from now or an hour, that's

3    when you may begin deliberating when you're all together.

4         So thanks for your attention to these matters and

5    we'll be hearing from you in due course.  Thank you.

6         (Recess pending a verdict at 12:12 p.m.)

7                          *****

8    THURSDAY AFTERNOON, NOVEMBER 19, 2009

9         THE COURT:  Let's get the defendants in here.

10        (Defendants entered the courtroom.)

11        THE COURT:  We're ready for the jury, Madam Clerk.

12        THE CLERK:  Yes, sir.

13        (Jury entered the courtroom at 5:05 p.m.)

14        THE COURT:  All right.  We're in session.

15        Members of the jury, just to reiterate the events of

16   the afternoon, you started deliberating at approximately

17   1 o'clock, as I understand it, or shortly before that.

18        You asked for additional copies of the bill of

19   indictment, which we provided, which is certainly appropriate

20   given the length of the recitations in the indictment.

21        And then you asked for copies -- or at least a copy

22   of the jury instructions given by the court, which was sent

23   down.

24        And lastly, I sent you a note advising that it would

25   be appropriate to recess for the evening if -- unless you were

1  about to finish up in any event.  And you sent back a note

2  that says, We will need to return tomorrow at 9:00 a.m.  And

3  that would certainly be appropriate.

4          So we'll look for you tomorrow at 9:00 a.m.  What

5  you can do is go on downstairs to the jury room, that is, the

6  downstairs deliberation room where you were today, the 12 of

7  you.

8          And the other four, if you will come to the area

9  where you were residing during the jury deliberations.

10         And again, we thank you all for your attention to

11 these matters.  Please keep an open mind about the case.  Hold

12 what you've got, in other words, as to your deliberations.

13 Don't discuss it with anyone.  And we'll see you tomorrow at

14 9:00 a.m.  We won't see you, but when you're all 12 checked

15 in, then you may start your deliberations.  All right.

16         THE CLERK:  Sir, juror number 14 is asking me if she

17 can be released.  She had planned a trip to Florida tomorrow.

18         THE COURT:  All right.  Juror number 14 --

19         JUROR NO. 14:  Yes, sir.

20         THE COURT:  -- I believe you have a trip; is that

21 right?

22         JUROR NO. 14:  Yeah.  We're driving, but we're

23 supposed to be going to Florida.

24         THE COURT:  Would there be any objection to

25 releasing the alternate number two?

1          MS. ROSE:  Not from the government, Your Honor.

2          DEFENDANT HUGHES:  No, Your Honor.

3          DEFENDANT EDWARD WAHLER:  No.

4          THE COURT:  All right.  You may go ahead and take

5    your trip.

6          JUROR NO. 14:  Thank you.

7          THE COURT:  And thank you all.  We'll look forward

8    to further proceedings tomorrow.  Please remember the usual

9    instructions.  Thank you.

10          (Evening recess at 5:10 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25